Index of Exhibits to Application for Writ of Habeas Corpus ad Prosequendum and Complaint and Application for Preliminary Injunction

Ex. 1          Police reports

Ex. 2          Federal criminal complaint

Ex. 3          State indictment

Ex. 4          Email exchange between the United States and PCAO

Ex. 5          Federal indictment

# EXHIBIT 1

**Tucson Police Dept AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

# Incident Report P2506300026-1

**Primary Officer:** Brown, Erin (200779)

**Assisting Officers:** Hernandez, Giovanna (106200), Guerra, Maria (201087), Leatherberry, Tyler (105235), Nichols, Christopher (201432), Camacho, Jorge (102211), Leon, Rogelio (53783), Robinson, Patrick (43002), Sobecki, Shammie (104554), Romero, Jessica (101195), Zhao, Xuyao (201589), Simmons, Dennis (201603), Holiday, Sasha (104578), Laughlin, Nick (48379), Bryan, Chase (106209), Sheeley, Dustin (200773), Camacho, Ivan (201344), F Bonillas, Laura (201297), Timpf, Matt (50746), Alvarez, Joe (202122), Giles, Jesse (201596), OConnor, Matthew (102307), Coronado, Arturo (202267), Price, Alexander (103808), Garcia, Raul (105120), Packard, Douglas (100561), Krizek, Caroline (201134)

**Assigned District:** ODM Squad 1      **Division, Sector, Team/Sector:** T3,6,T306

## Overview

### Incident Overview

**Report Purpose:** Criminal Investigation      **Date Reported:** 06/30/2025      **Time Reported:** 06:28

**CFS Location:** _____      **Incident From Date:** 06/30/2025      **Incident From Time:** 06:20

**Incident To Date:** 06/30/2025      **Incident To Time:** 09:17

**Incident Location:** _____      **Location Category:** Residence/Home

**Is incident date unknown?:** No      **Domestic Violence Incident:** No

## Offenses

### 0101 - Criminal Homicide - Murder      **Author:** Leatherberry, Tyler

**Offense:** 0101 - Criminal Homicide - Murder      **NIBRS UCR Code:** Murder & Non-negligent Manslaughter
Additional Details

**Was Criminal or Gang Activity Involved?:** No      **Was Weapon/Force Involved?:** Yes      **Type of Weapon/Force Involved:** Handgun

**How was the weapon used?:** Fired

### 0403 - Aggravated Assault - Other      **Author:** Brown, Erin

**Offense:** 0403 - Aggravated Assault - Other      **NIBRS UCR Code:** Aggravated Assault      **Completion:** Completed
Additional Details

**Offender is suspected of using item to commit crime?:** No      **Was Criminal or Gang Activity Involved?:** No

**Was Weapon/Force Involved?:** Yes      **Was Bias Motivation Involved?:** No      **Type of Weapon/Force Involved:** Automatic Handgun

**How was the weapon used?:** Pointed

### 1402 - Criminal Damage - Intentional Vandalism      **Author:** Brown, Erin

**Offense:** 1402 - Criminal Damage - Intentional Vandalism      **NIBRS UCR Code:** Destruction/Damage/Vandalism of Property
**Completion:** Completed



**270 S Stone Ave**
**Tucson, AZ, 85701**
**+1 (520) 791-4461**

## Offenses (continued)

### 1402 - Criminal Damage - Intentional Vandalism (continued)    Author: Brown, Erin

Additional Details
**Offender is suspected of using item to commit crime?:** No    **Was Bias Motivation Involved?:** No

## Names

### Victim -                                     Author: Leatherberry, Tyler

Involvement
**Role:** Victim    **Offense:** 0101 - Criminal Homicide - Murder

Victim Details
**Victim Type:** Individual

Identity
**Type:** Known    **Last Name:**    **First Name:**    **Middle Name:**    **DOB:**

Identifying Documents
**ID Type:** Driver's License    **Issuing State:** Arizona    **ID Number:**    **Expiration Date:**
**Class:** CLASS D

**ID Type:** Other ID    **Description:** Social Security Number    **ID Number:**

Description
**Age:** 69    **Sex:** Male    **Race:** White    **Ethnicity:** Not Hispanic or Latino    **Height:** 5' 8"    **Weight:** 160    **Eye Color:** Blue
**Hair Color:** Brown    **Resident Status:** Unknown    **Employer:**

Contact
**Address Type:** Home    **Location:**
LOCATION NOTES - For CAMPS, please enter the lot address or the nearest cross streets in the ADDRESS/CROSS STREET box and a
description (e.g., 'in the wash behind' or '100 feet northwest of the intersection):
**Phone Number Type:** Mobile    **Phone Number:**
**Phone Number Type:** Home    **Phone Number:**

Medical
**Medical Type:** Dead/Deceased

### Witness -                              Author: Simmons, Dennis

Involvement
**Role:** Witness

Identity
**Type:** Known    **Last Name:**    **First Name:**    **DOB:**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

## Names (continued)

### Witness - ████████████████ (continued)        **Author:** Simmons, Dennis

**Identifying Documents**
**ID Type:** Driver's License      **Issuing State:** Arizona      **ID Number:** ████████
**ID Type:** Social Security Card      **Social Security Number:** ████████

**Description**
**Age:** 53      **Sex:** Male      **Race:** White      **Ethnicity:** Hispanic or Latino      **Height:** 5' 3"      **Weight:** 140      **Eye Color:** Brown
**Hair Color:** Brown      **Resident Status:** Resident

**Contact**
**Address Type:** Home      **Location:** ████████████  ████████████████
LOCATION NOTES - For CAMPS, please enter the lot address or the nearest cross streets in the ADDRESS/CROSS STREET box and a
description (e.g., 'in the wash behind' or '100 feet northwest of the intersection): ██
**Phone Number Type:** Home      **Phone Number:** ████████████

### Witness - ████████████████████        **Author:** Nichols, Christopher

**Involvement**
**Role:** Witness

**Identity**
**Type:** Known      **Last Name:** ██████      **First Name:** ██████      **Middle Name:** ██████      **DOB:** ████████

**Identifying Documents**
**ID Type:** State ID      **Issuing State:** Arizona      **ID Number:** ████████

**Description**
**Age:** 61      **Sex:** Female      **Race:** White      **Ethnicity:** Not Hispanic or Latino      **Height:** 5' 6"      **Weight:** 183      **Eye Color:** Green
**Hair Color:** Brown      **Resident Status:** Resident

**Contact**
**Address Type:** Home      **Location:** ████████████████████
LOCATION NOTES - For CAMPS, please enter the lot address or the nearest cross streets in the ADDRESS/CROSS STREET box and a
description (e.g., 'in the wash behind' or '100 feet northwest of the intersection): ██
**Phone Number Type:** Home      **Phone Number:** ████████████
**Phone Number Type:** Home      **Phone Number:** ████████████

### Witness - ████████████████        **Author:** Nichols, Christopher

**Involvement**
**Role:** Witness

**Identity**
**Type:** Known      **Last Name:** ██████      **First Name:** ████      **DOB:** ████████

Tucson Police Dept
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Juvenile**

## Names (continued)

**Witness -** ▆▆▆▆▆▆▆ **(continued)**    **Author:** Nichols, Christopher

Identifying Documents
**ID Type:** Driver's License

Description
**Age:** 60    **Sex:** Male    **Race:** Unknown    **Ethnicity:** Unknown/Not reported    **Resident Status:** Resident

Contact
**Address Type:** Home    **Location:** ▆▆▆

LOCATION NOTES - For CAMPS, please enter the lot address or the nearest cross streets in the ADDRESS/CROSS STREET box and a description (e.g., 'in the wash behind' or '100 feet northwest of the intersection): ▆▆

**Phone Number Type:** Home    **Phone Number:** ▆▆▆▆▆▆

---

**Witness -** ▆▆▆▆▆▆▆▆▆▆    **Author:** Nichols, Christopher

Involvement
**Role:** Witness

Identity
**Type:** Known    **Last Name:** ▆▆▆▆▆    **First Name:** ▆▆▆▆    **DOB:** ▆▆▆▆▆

Identifying Documents
**ID Type:** Driver's License    **Issuing State:** Arizona    **ID Number:** ▆▆▆▆

Description
**Age:** 71    **Sex:** Male    **Race:** White    **Height:** 6' 2"    **Weight:** 240    **Eye Color:** Brown    **Hair Color:** Brown
**Resident Status:** Resident

Contact
**Address Type:** Home    **Location:** ▆▆▆▆▆▆▆▆▆▆▆▆
**Phone Number Type:** Home    **Phone Number:** ▆▆▆▆▆▆

---

**Witness -** ▆▆▆▆▆▆▆    **Author:** Alvarez, Joe

Involvement
**Role:** Witness

Identity
**Type:** Known    **Last Name:** ▆▆▆▆    **First Name:** ▆▆▆    **DOB:** ▆▆▆▆▆

Identifying Documents
**ID Type:** Driver's License    **Issuing State:** Arizona    **ID Number:** ▆▆▆▆

Description
**Age:** 70    **Sex:** Female    **Race:** White    **Resident Status:** Resident

**Tucson Police Dept AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

# Names (continued)

## Witness - ███████████ (continued)    Author: Alvarez, Joe

Contact
**Address Type:** Home    **Location:** ███████████████████
**Phone Number Type:** Home    **Phone Number:** ███████████

## Victim - ███████████    Author: Camacho, Jorge

Involvement
**Role:** Victim    **Offense:** 0403 - Aggravated Assault - Other

Relationships
**Name:** ███████████    **Is:** Other Family Member
**Name:** ████████    **Is:** Parent
**Name:** ███████████    **Is:** Parent

Victim Details
**Victim Type:** Individual    **Aggravated Assault/Homicide Circumstance 1:** Other Felony Involved    **Victim Was Injured:** No

Identity
**Type:** Known    **Last Name:** ██████    **First Name:** ████    **Middle Name:** D    **DOB:** ██████

Identifying Documents
**ID Type:** Driver's License    **Issuing State:** Arizona    **ID Number:** ████████    **Class:** CLASS D

Description
**Age:** 76    **Sex:** Female    **Race:** White    **Ethnicity:** Hispanic or Latino    **Height:** 5' 2"    **Weight:** 141    **Eye Color:** Brown
**Hair Color:** Brown    **Hair Length:** Short    **Resident Status:** Resident

Contact
**Address Type:** Home    **Location:** ███████████████
**Phone Number Type:** Home    **Phone Number:** ███████████

Victims Rights
**Victim requests rights?:** Yes    **Victim provided with rights (blue form):** Yes
**RIGHTS INVOKED BY REPRESENTATIVE FOR INCAPACITATED PERSON, MINOR, OR BUSINESS:** No

## Victim - ███████████    Author: Brown, Erin

Involvement
**Role:** Victim    **Offense:** 0403 - Aggravated Assault - Other
**Role:** Victim    **Offense:** 1402 - Criminal Damage - Intentional Vandalism

Relationships
**Name:** ███████████    **Is:** Boyfriend/Girlfriend

**270 S Stone Ave**
**Tucson, AZ, 85701**
**+1 (520) 791-4461**

Incident Report P2506300026-1 (Report 1 of 47)

## Names (continued)

**Victim –** ████████████████ (continued)     **Author:** Brown, Erin

**Name:** ██████████     **Is:** Child

<u>Victim Details</u>
**Victim Type:** Individual     **Aggravated Assault/Homicide Circumstance 1:** Other Circumstances     **Victim Was Injured:** No

<u>Identity</u>
**Type:** Known     **Last Name:** ██████     **First Name:** █████     **Middle Name:** ██████     **DOB:** ████████

<u>Identifying Documents</u>
**ID Type:** Driver's License     **Issuing State:** Arizona     **ID Number:** ██████     **Expiration Date:** ████████
**Class:** CLASS D

<u>Description</u>
**Age:** 28     **Sex:** Male     **Race:** White     **Ethnicity:** Hispanic or Latino     **Height:** 5' 9"     **Weight:** 230     **Eye Color:** Brown
**Hair Color:** Black     **Resident Status:** Resident

<u>Contact</u>
**Address Type:** Home     **Location:** ███████████████
**Phone Number Type:** Home     **Phone Number:** ████████

<u>Victims Rights</u>
**Victim requests rights?:** Yes     **Victim provided with rights (blue form):** Yes
**RIGHTS INVOKED BY REPRESENTATIVE FOR INCAPACITATED PERSON, MINOR, OR BUSINESS:** No

---

## Involved Other – ████████████     **Author:** Brown, Erin

<u>Involvement</u>
**Role:** Involved Other

<u>Relationships</u>
**Name:** ████████████     **Is:** Boyfriend/Girlfriend
**Name:** ████████████     **Is:** Child

<u>Identity</u>
**Type:** Known     **Last Name:** █████     **First Name:** ██████     **Middle Name:** ████     **DOB:** ████████

<u>Identifying Documents</u>
**ID Type:** Other ID     **Description:** Social Security Number     **ID Number:** ████████
**ID Type:** Driver's License     **Issuing State:** Arizona     **ID Number:** ████████     **Expiration Date:** ████████

<u>Description</u>
**Age:** 23     **Sex:** Female     **Race:** White     **Ethnicity:** Hispanic or Latino     **Height:** 5' 5"     **Weight:** 200     **Eye Color:** Brown
**Hair Color:** Brown     **Hair Length:** Long     **Build:** Heavy     **Complexion:** Light/Fair     **Resident Status:** Resident
**Language:** English

Tucson Police Dept - AZ
**Tucson Police Dept - AZ-MAA**    Document 1-1    Filed 08/15/25    Page 9 of 249    **Juvenile**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

## Names (continued)

### Involved Other - ▮▮▮▮▮▮▮▮▮▮ (continued)    Author: Brown, Erin

Contact
**Address Type:** Home    **Location:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Phone Number Type:** Mobile    **Phone Number:** ▮▮▮▮▮

---

### Involved Other - ▮▮▮▮▮▮▮▮▮▮    Author: Brown, Erin

Involvement
**Role:** Involved Other

Relationships
**Name:** ▮▮▮▮▮▮   **Is:** Parent
**Name:** ▮▮▮▮▮▮   **Is:** Parent

Identity
**Type:** Known   **Last Name:** ▮▮▮   **First Name:** ▮▮▮   **Middle Name:** ▮▮▮▮   **DOB:** ▮▮▮▮

Description
**Age:** 3   **Resident Status:** Resident

Contact
**Address Type:** Home    **Location:** ▮▮▮▮▮▮▮▮▮▮▮

---

### Victim - ▮▮▮▮▮▮▮▮    Author: Camacho, Jorge

Involvement
**Role:** Victim    **Offense:** 0403 - Aggravated Assault - Other

Victim Details
**Victim Type:** Individual    **Aggravated Assault/Homicide Circumstance 1:** Other Felony Involved    **Victim Was Injured:** No

Identity
**Type:** Known   **Last Name:** ▮▮▮   **First Name:** ▮▮▮   **Middle Name:** ▮▮▮   **DOB:** ▮▮▮

Identifying Documents
**ID Type:** Driver's License    **Issuing State:** Arizona    **ID Number:** ▮▮▮▮
**ID Type:** Social Security Card    **Social Security Number:** ▮▮▮▮

Description
**Age:** 78   **Sex:** Male   **Race:** White   **Ethnicity:** Hispanic or Latino   **Height:** 5' 7"   **Weight:** 160   **Eye Color:** Green
**Hair Color:** Grey   **Hair Length:** Short   **Build:** Thin   **Resident Status:** Resident

Contact
**Address Type:** Home    **Location:** ▮▮▮▮▮▮▮▮▮▮▮
**Phone Number Type:** Home    **Phone Number:** ▮▮▮▮



**270 S Stone Ave**
**Tucson, AZ, 85701**
**+1 (520) 791-4461**

## Names (continued)

**Victim -** ▮▮▮▮▮▮▮▮▮▮▮ (continued)    **Author:** Camacho, Jorge

Victims Rights
**Victim requests rights?:** Yes    **Victim provided with rights (blue form):** Yes
**RIGHTS INVOKED BY REPRESENTATIVE FOR INCAPACITATED PERSON, MINOR, OR BUSINESS:** No

---

**Witness -** ▮▮▮▮▮▮▮▮▮▮▮    **Author:** Camacho, Jorge

Involvement
**Role:** Witness

Relationships
**Name:** ▮▮▮▮▮▮    **Is:** Other Family Member

Identity
**Type:** Known    **Last Name:** ▮▮▮▮▮▮    **First Name:** ▮▮▮    **DOB:** ▮▮▮▮▮

Identifying Documents
**ID Type:** Driver's License    **Issuing State:** Arizona

Description
**Age:** 30    **Sex:** Female    **Race:** White    **Ethnicity:** Hispanic or Latino    **Height:** 5' 5"    **Weight:** 170
**Resident Status:** Nonresident

Contact
**Address Type:** Home    **Location:** ▮▮▮▮▮▮▮▮▮▮▮
**Phone Number Type:** Home    **Phone Number:** ▮▮▮▮▮

---

**Involved Other -** ▮▮▮▮▮▮▮▮▮    **Author:** Camacho, Jorge

Involvement
**Role:** Involved Other

Relationships
**Name:** ▮▮▮▮▮▮    **Is:** Child

Identity
**Type:** Known    **Last Name:** ▮▮▮    **First Name:** ▮▮▮    **Middle Name:** ▮▮▮    **DOB:** ▮▮▮▮▮

Identifying Documents
**ID Type:** Driver's License    **Issuing State:** Arizona    **ID Number:** ▮▮▮▮▮
**ID Type:** Social Security Card    **Social Security Number:** ▮▮▮▮▮

Description
**Age:** 53    **Sex:** Female    **Race:** Unknown    **Ethnicity:** Hispanic or Latino    **Height:** 4' 9"    **Weight:** 141    **Eye Color:** Brown
**Hair Color:** Brown    **Resident Status:** Resident



**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

# Names (continued)

## Involved Other - Luna , Martha Elena (continued)     Author: Camacho, Jorge

Contact
**Address Type:** Home     **Location:** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
**Phone Number Type:** Home     **Phone Number:** ▬▬▬▬▬

---

## Involved Other - ▬▬▬▬▬     Author: Camacho, Jorge

Involvement
**Role:** Involved Other

Relationships
**Name:** ▬▬▬▬     **Is:** Spouse
**Name:** ▬▬▬▬     **Is:** Child

Identity
**Type:** Known     **Last Name:** ▬▬▬     **First Name:** ▬▬     **DOB:** ▬▬▬▬

Identifying Documents
**ID Type:** Driver's License     **Issuing State:** Arizona     **ID Number:** ▬▬▬▬

Description
**Age:** 48     **Sex:** Female     **Race:** Unknown     **Ethnicity:** Hispanic or Latino     **Height:** 5' 2"     **Weight:** 220     **Eye Color:** Brown
**Hair Color:** Brown     **Build:** Heavy     **Resident Status:** Resident

Contact
**Address Type:** Home     **Location:** ▬▬▬▬▬▬▬▬▬▬▬
**Phone Number Type:** Home     **Phone Number:** (▬▬▬▬▬

---

## Witness - ▬▬▬▬▬     Author: Camacho, Jorge

Involvement
**Role:** Witness

Relationships
**Name:** ▬▬▬▬     **Is:** Spouse

Identity
**Type:** Known     **Last Name:** ▬▬▬     **First Name:** ▬▬     **DOB:** ▬▬▬▬

Identifying Documents
**ID Type:** Driver's License     **Issuing State:** Arizona     **ID Number:** ▬▬▬▬
**ID Type:** Social Security Card     **Social Security Number:** ▬▬▬▬

Description



Tucson Police Dept
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

## Names (continued)

### Witness - ▮▮▮▮▮▮▮▮▮ (continued)    Author: Camacho, Jorge

Age: 44   Sex: Male   Race: White   Ethnicity: Hispanic or Latino   Height: 5' 7"   Weight: 180   Eye Color: Brown
Hair Color: Brown   Resident Status: Resident

Contact
Address Type: Home   Location: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Phone Number Type: Home

### Suspect - AGUIRRE, JULIO    Author: Hernandez, Giovanna

Involvement
Role: Suspect   Offense: 1402 - Criminal Damage - Intentional Vandalism
Role: Suspect   Offense: 0101 - Criminal Homicide - Murder
Role: Suspect   Offense: 0403 - Aggravated Assault - Other

Identity
Type: Known   Last Name: AGUIRRE   First Name: JULIO   DOB: 09/22/1982

Identifying Documents
ID Type: Driver's License

Description
Age: 42   Sex: Male   Race: White   Ethnicity: Hispanic or Latino   Resident Status: Unknown

Contact
Address Type: Home
Phone Number Type: Home

### Involved Other - ▮▮▮▮▮▮▮▮▮▮    Author: Robinson, Patrick

Involvement
Role: Involved Other

Identity
Type: Known   Last Name: ▮▮▮▮   First Name: ▮▮▮▮   DOB: ▮▮▮▮

Identifying Documents
ID Type: Other ID   Description: Social Security Number   ID Number: ▮▮▮▮
ID Type: Driver's License   Issuing State: Arizona   ID Number: ▮▮▮▮

Description
Age: 55   Sex: Female   Race: White   Ethnicity: Hispanic or Latino   Height: 5' 2"   Weight: 179   Eye Color: Green
Hair Color: Brown   Resident Status: Unknown

Contact



**270 S Stone Ave**
**Tucson, AZ, 85701**
**+1 (520) 791-4461**

Incident Report P2506300026-1 (Report 1 of 47)

## Names (continued)

### Involved Other - ▓▓▓▓▓▓▓▓▓▓ (continued)    Author: Robinson, Patrick

**Address Type:** Home    **Location:** ▓▓▓▓▓▓▓▓▓▓▓▓
**Phone Number Type:** Home    **Phone Number:** ▓▓▓▓▓▓

### Involved Other - ▓▓▓▓▓▓▓▓▓▓▓▓    Author: Robinson, Patrick

Involvement
**Role:** Involved Other

Identity
**Type:** Known    **Last Name:** ▓▓▓▓    **First Name:** ▓▓▓▓    **Middle Name:** ▓▓▓▓    **DOB:** ▓▓▓▓▓

Identifying Documents
**ID Type:** Other ID    **Description:** Social Security Number    **ID Number:** ▓▓▓▓▓
**ID Type:** Other ID    **Description:** Local ID    **ID Number:** ▓▓▓▓
**ID Type:** Other ID    **Description:** State ID    **ID Number:** ▓▓▓▓
**ID Type:** Driver's License    **Issuing State:** Arizona    **ID Number:** ▓▓▓▓

Description
**Age:** 23    **Sex:** Male    **Race:** White    **Ethnicity:** Hispanic or Latino    **Height:** 5' 10"    **Weight:** 166    **Eye Color:** Green
**Hair Color:** Brown    **Resident Status:** Unknown

Contact
**Address Type:** Home    **Location:** ▓▓▓▓▓▓▓▓▓▓
**Phone Number Type:** Mobile    **Phone Number:** ▓▓▓▓▓

## Vehicles

### Impounded - 2001 TOYOTA TUNDRA - YTA81F (AZ)    Author: Brown, Erin • Edited by Guerra, Maria

Vehicle Information
**Role:** Impounded    **Offense:** 0101 - Criminal Homicide - Murder    **TWX Notified:** Yes    **Officer Verified Card:** Yes

Vehicle Details
**Vehicle Type:** Automobiles    **Year:** 2001    **Make:** Toyota    **Model:** TUNDRA    **Style:** Pickup    **Color:** Red
**License Number:** YTA81F    **State:** Arizona    **License Type:** Truck    **Reg. Exp. Month:** December    **Reg. Exp. Year:** 2026
**VIN:** 5TBRT38151S217760
General Description
**CRIMINAL IMPOUND; EVIDENCE FOR HOMICIDE INVESTIGATION**

Related People
**Person:** ▓▓▓▓▓▓▓▓    **Relationship:** Registered Owner

Vehicle Impound/Stored (Records Only)

**Juvenile**

Tucson Police Dept
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**TWX Operator (PR):** Guerra, Maria (201087)
**Impound/Stored Reason:** CRIMINAL IMPOUND; EVIDENCE FOR HOMICIDE INVESTIGATION
**Impound/Stored Type:** Criminal Impound

# Property

## Evidence - TRACE_FORENSICS       **Author:** Romero, Jessica

Involvement
**Role:** Evidence       **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** BloodSwab       **NIBRS Property Type:** Trace Evidence/Forensics       **Serialized:** No       **Item Number:** 4B
Description
**possible blood from the interior side of shed door at** ▮▮▮▮▮▮▮▮, **area marked 4B**

**Packaging:** Envelope Containing       **HAZMAT:** Bio-Hazardous       **Temp Location:** EPIC BINS-Officer Drop Off

Recovery Details
**Recovery Date:** 06/30/2025       **Recovery Time:** 14:13       **Recovered By:** Romero, Jessica (101195)
**Location:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Evidence - TRACE_FORENSICS       **Author:** Romero, Jessica

Involvement
**Role:** Evidence       **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Trace-DNASample (From Evidentiary Item)       **NIBRS Property Type:** Trace Evidence/Forensics       **Serialized:** No
**Item Number:** JER1
Description
**shed's exterior door handle**

**Packaging:** Envelope Containing       **Temp Location:** EPIC BINS-Officer Drop Off

Recovery Details
**Recovery Date:** 06/30/2025       **Recovery Time:** 14:13       **Recovered By:** Romero, Jessica (101195)
**Location:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Evidence - TRACE_FORENSICS       **Author:** Romero, Jessica

Involvement
**Role:** Evidence       **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Trace-DNASample (From Evidentiary Item)       **NIBRS Property Type:** Trace Evidence/Forensics       **Serialized:** No
**Item Number:** JER2


**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

## Property (continued)

Description
**shed's interior door handle**
**Packaging:** Envelope Containing    **Temp Location:** EPIC BINS-Officer Drop Off

Recovery Details
**Recovery Date:** 06/30/2025    **Recovery Time:** 14:13    **Recovered By:** Romero, Jessica (101195)
**Location:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

## Evidence - CLOTHES_FURS    **Author:** Hernandez, Giovanna

Involvement
**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Misc. Clothing    **NIBRS Property Type:** Clothes/Furs    **Serialized:** No    **Item Number:** GAH01
Description
**Cut Levi Strauss Blue jean pants with blood belonging to victim**
**Packaging:** Tagged Item Containing    **HAZMAT:** Bio-Hazardous    **Temp Location:** TEAM 3 BINS
Related People
**Relationship:** Owner    **Person:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Recovery Details
**Recovery Date:** 06/30/2025    **Recovery Time:** 07:27    **Recovered By:** Hernandez, Giovanna (106200)
**Location:** Banner - University Medical Center Tucson, 1625 North Campbell Avenue, Tucson, AZ, 85719, USA

---

## Evidence - CLOTHES_FURS    **Author:** Hernandez, Giovanna

Involvement
**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Misc. Clothing    **NIBRS Property Type:** Clothes/Furs    **Serialized:** No    **Item Number:** GAH02
Description
**Blue George brand drawstring shorts with blood on it belonging to victim**
**Packaging:** Plastic Bag    **Temp Location:** TEAM 3 BINS
Related People
**Relationship:** Owner    **Person:** ▮▮▮▮▮▮▮▮▮▮▮▮

Recovery Details
**Recovery Date:** 06/30/2025    **Recovery Time:** 07:27    **Recovered By:** Hernandez, Giovanna (106200)
**Location:** Banner - University Medical Center Tucson, 1625 North Campbell Avenue, Tucson, AZ, 85719, USA

---

## Evidence - CLOTHES_FURS    **Author:** Hernandez, Giovanna



**270 S Stone Ave**
**Tucson, AZ, 85701**
**+1 (520) 791-4461**


**Juvenile**

Incident Report P2506300026-1 (Report 1 of 47)

## Property (continued)

### Evidence - CLOTHES_FURS    Author: Hernandez, Giovanna

Involvement

**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

Description

**Article:** Misc. Clothing    **NIBRS Property Type:** Clothes/Furs    **Serialized:** No    **Item Number:** GAH03
Description

**Blue men's underwear with a gray band at the top with "retro" that has blood on it belonging to suspect Julio Aguirre**

**Packaging:** Tagged Item Containing    **Temp Location:** EPIC BINS-Wet Room

Recovery Details

**Recovery Date:** 06/30/2025    **Recovery Time:** 10:26    **Recovered By:** Hernandez, Giovanna (106200)
**Location:** 1625 North Campbell Avenue, Tucson, AZ, 85719, USA

---

### Evidence - CLOTHES_FURS    Author: Hernandez, Giovanna

Involvement

**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

Description

**Article:** Misc. Clothing    **NIBRS Property Type:** Clothes/Furs    **Serialized:** No    **Item Number:** GAH04
Description

**A pair of black socks with polka dots on them and blood belonging to Julio Aguirre**

**Packaging:** Tagged Item Containing    **Temp Location:** EPIC BINS-Wet Room

Recovery Details

**Recovery Date:** 06/30/2025    **Recovery Time:** 10:26    **Recovered By:** Hernandez, Giovanna (106200)
**Location:** 1625 North Campbell Avenue, Tucson, AZ, 85719, USA

---

### Evidence - CLOTHES_FURS    Author: Hernandez, Giovanna

Involvement

**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

Description

**Article:** Shoes/Boots    **NIBRS Property Type:** Clothes/Furs    **Serialized:** No    **Item Number:** GAH05
Description

**A pair of black and tan sneakers belonging to Julio Aguirre.**

**Packaging:** Tagged Item Containing    **Temp Location:** EPIC BINS-Wet Room

Recovery Details

**Recovery Date:** 06/30/2025    **Recovery Time:** 10:26    **Recovered By:** Hernandez, Giovanna (106200)
**Location:** 1625 North Campbell Avenue, Tucson, AZ, 85719, USA


## Property (continued)

---

### Evidence - PURSES_HANDBAGS_WALLETS    Author: Hernandez, Giovanna

Involvement
**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Wallet    **NIBRS Property Type:** Purses/Handbags/Wallets    **Serialized:** No    **Item Number:** GAH06
Description
**Wallet with multiple cards inside belonging to victim ▮▮▮ with dried blood**

**Packaging:** Tagged Item Containing    **Temp Location:** EPIC BINS-Wet Room

Recovery Details
**Recovery Date:** 06/30/2025    **Recovery Time:** 07:27    **Recovered By:** Hernandez, Giovanna (106200)
**Location:** 1625 North Campbell Avenue, Tucson, AZ, 85719, USA

---

### Safekeeping - JEWELRY_GEMS    Author: Hernandez, Giovanna

Involvement
**Role:** Safekeeping    **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Misc. Jewelry    **NIBRS Property Type:** Jewelry/Precious Metals/Gems    **Serialized:** No    **Item Number:** GAH07
Description
**DOG TAG NECKLACE BELONGING TO JULIO AGUIRRE**

**Packaging:** Plastic Bag    **Temp Location:** EPIC BINS-Wet Room
Related People
**Relationship:** Owner    **Person:** AGUIRRE, JULIO

Recovery Details
**Recovery Date:** 06/30/2025    **Recovery Time:** 10:26    **Recovered By:** Hernandez, Giovanna (106200)
**Location:** 1625 North Campbell Avenue, Tucson, AZ, 85719, USA

---

### Evidence - MONEY    Author: Hernandez, Giovanna

Involvement
**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Currency-Cash    **NIBRS Property Type:** Money    **Value:** $8.00    **Serialized:** No    **Item Number:** GAH08
Description
**8 DOLLARS LOCATED INSIDE OF GAH06 (6 $1, 1 $2)**

**Packaging:** Tagged Item Containing    **Temp Location:** EPIC BINS-Wet Room



**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461


**Juvenile**

Incident Report P2506300026-1 (Report 1 of 47)

## Property (continued)

<u>Related People</u>
**Relationship:** Owner    **Person:** ████████████████

<u>Recovery Details</u>
**Recovery Date:** 06/30/2025    **Recovery Time:** 07:27    **Recovered By:** Hernandez, Giovanna (106200)
**Location:** 1625 North Campbell Avenue, Tucson, AZ, 85719, USA

<u>Money Specific</u>
**Ones:** 6    **Twos:** 1

---

## Evidence - TRACE_FORENSICS    **Author:** Sobecki, Shammie

<u>Involvement</u>
**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

<u>Description</u>
**Article:** LatentPrints/FingerprintCards    **NIBRS Property Type:** Trace Evidence/Forensics    **Serialized:** No
**Item Number:** SMSLP
Description
**1 lift card from Ford Edge AZ/DTA5C1**
**Packaging:** Envelope Containing    **Temp Location:** EPIC BINS-Officer Drop Off

<u>Recovery Details</u>
**Recovery Date:** 06/30/2025    **Recovery Time:** 11:30    **Recovered By:** Sobecki, Shammie (104554)
**Location:** ██████████████████████

---

## Evidence - TRACE_FORENSICS    **Author:** Sobecki, Shammie

<u>Involvement</u>
**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

<u>Description</u>
**Article:** BloodSwab    **NIBRS Property Type:** Trace Evidence/Forensics    **Serialized:** No    **Item Number:** SMS01
Description
**sample from** ████████████ **right arm**
**Packaging:** Envelope Containing    **Temp Location:** EPIC BINS-Officer Drop Off

<u>Recovery Details</u>
**Recovery Date:** 06/30/2025    **Recovery Time:** 09:30    **Recovered By:** Sobecki, Shammie (104554)
**Location:** ████████████████

---

## Damaged - BUILDING_MATERIALS    **Author:** Brown, Erin

Tucson Police Dept
Case 2:25-cr-00289-RM-MAA    Document 1-1    Filed 08/15/25    Page 19 of 249    **Juvenile**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

## Property (continued)

Involvement
**Role:** Damaged    **Offense:** 1402 - Criminal Damage - Intentional Vandalism    **Property Status:** Destroyed/Damaged/Vandalized

Description
**Article:** Window    **NIBRS Property Type:** Building Materials    **Value:** $200.00    **Serialized:** No
Description
**Broken window**
Related People
**Relationship:** Property Taken or Lost / Victim    **Person:** ▆▆▆▆▆▆▆▆▆▆▆▆

---

## Evidence - TRACE_FORENSICS    **Author:** Sobecki, Shammie

Involvement
**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** LatentPrints/FingerprintCards    **NIBRS Property Type:** Trace Evidence/Forensics    **Serialized:** No
**Item Number:** SMSPL
Description
**2 photo lift cards - unidentified male fingerprints**
**Packaging:** Envelope Containing    **Temp Location:** EPIC BINS-Officer Drop Off

Recovery Details
**Recovery Date:** 07/01/2025    **Recovery Time:** 09:30    **Recovered By:** Sobecki, Shammie (104554)
**Location:** 1625 North Campbell Avenue, Tucson, AZ, 85719, USA

---

## Evidence - TRACE_FORENSICS    **Author:** Leon, Rogelio

Involvement
**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Trace-DNASample (From Evidentiary Item)    **NIBRS Property Type:** Trace Evidence/Forensics    **Serialized:** No
**Item Number:** RL01
Description
**Swab sample for DNA the driver door exterior/handle.**
**Packaging:** Envelope Containing    **HAZMAT:** Magnetic Powder    **Temp Location:** EPIC BINS-Officer Drop Off

Recovery Details
**Recovery Date:** 07/01/2025    **Recovery Time:** 16:37    **Recovered By:** Leon, Rogelio (53783)
**Location:** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆

---

**Author:** Leon, Rogelio



**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

## Property (continued)

### Evidence - TRACE_FORENSICS    Author: Leon, Rogelio

Involvement
**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Trace-DNASample (From Evidentiary Item)    **NIBRS Property Type:** Trace Evidence/Forensics    **Serialized:** No
**Item Number:** RL02
Description
**Swab sample for DNA from the back driver side door exterior/handle.**

**Packaging:** Envelope Containing    **HAZMAT:** Magnetic Powder    **Temp Location:** EPIC BINS-Officer Drop Off

Recovery Details
**Recovery Date:** 07/01/2025    **Recovery Time:** 16:37    **Recovered By:** Leon, Rogelio (53783)
**Location:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

### Evidence - TRACE_FORENSICS    Author: Leon, Rogelio

Involvement
**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Trace-DNASample (From Evidentiary Item)    **NIBRS Property Type:** Trace Evidence/Forensics    **Serialized:** No
**Item Number:** RL03
Description
**Swab sample for DNA from the driver door interior handle.**

**Packaging:** Envelope Containing    **HAZMAT:** Magnetic Powder    **Temp Location:** EPIC BINS-Officer Drop Off

Recovery Details
**Recovery Date:** 07/01/2025    **Recovery Time:** 16:37    **Recovered By:** Leon, Rogelio (53783)
**Location:** ▮▮▮▮▮▮▮▮▮▮

---

### Evidence - TRACE_FORENSICS    Author: Leon, Rogelio

Involvement
**Role:** Evidence    **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Trace-DNASample (From Evidentiary Item)    **NIBRS Property Type:** Trace Evidence/Forensics    **Serialized:** No
**Item Number:** RL04
Description
**Swab sample for DNA from the driver door interior.**

**Packaging:** Envelope Containing    **HAZMAT:** Magnetic Powder    **Temp Location:** EPIC BINS-Officer Drop Off

**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

## Property (continued)

Recovery Details
**Recovery Date:** 07/01/2025   **Recovery Time:** 16:37   **Recovered By:** Leon, Rogelio (53783)
**Location:** ▮

---

### Evidence - TRACE_FORENSICS   **Author:** Leon, Rogelio

Involvement
**Role:** Evidence   **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Trace-DNASample (From Evidentiary Item)   **NIBRS Property Type:** Trace Evidence/Forensics   **Serialized:** No
**Item Number:** RL05
Description
**Swab sample for DNA from the front passenger side door exterior/handle.**

**Packaging:** Envelope Containing   **HAZMAT:** Magnetic Powder   **Temp Location:** EPIC BINS-Officer Drop Off

Recovery Details
**Recovery Date:** 07/01/2025   **Recovery Time:** 16:37   **Recovered By:** Leon, Rogelio (53783)
**Location:** ▮

---

### Evidence - TRACE_FORENSICS   **Author:** Leon, Rogelio

Involvement
**Role:** Evidence   **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Trace-DNASample (From Evidentiary Item)   **NIBRS Property Type:** Trace Evidence/Forensics   **Serialized:** No
**Item Number:** RL06
Description
**Swab sample for DNA from the front passenger door interior/handle.**

**Packaging:** Envelope Containing   **HAZMAT:** Magnetic Powder   **Temp Location:** EPIC BINS-Officer Drop Off

Recovery Details
**Recovery Date:** 07/12/2005   **Recovery Time:** 16:37   **Recovered By:** Leon, Rogelio (53783)
**Location:** ▮

---

### Evidence - TRACE_FORENSICS   **Author:** Leon, Rogelio

Involvement
**Role:** Evidence   **Offense:** 0101 - Criminal Homicide - Murder

Description
**Article:** Trace-DNASample (From Evidentiary Item)   **NIBRS Property Type:** Trace Evidence/Forensics   **Serialized:** No

**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

## Property (continued)

**Item Number:** RL07

Description

**Swab sample for DNA from the steering wheel.**

**Packaging:** Envelope Containing    **HAZMAT:** Magnetic Powder    **Temp Location:** EPIC BINS-Officer Drop Off

Recovery Details

**Recovery Date:** 07/01/2025    **Recovery Time:** 16:37    **Recovered By:** Leon, Rogelio (53783)

**Location:** ███████████████████████

---

## Narrative by Laughlin, Nick                 First Submitted: 06/30/2025 13:21

BWC in use.

I responded to the area of ████████████ reference a shooting call. I responded code 3 with my lights and sirens on. I was directed by Lt. Ortiz 47469 to provide scene security at the command post for the Community Service Officers on scene.

I also checked for a blood trail in the roadway and alley just north of ████████████. I did not locate any blood trail.

Later on I was directed to respond to ████████. I was to respond and secure a "Tool" that was used by a suspect that had broken a window at the residence. I was informed that CSO Lee 201144 would respond and relive me. The tool was located behind the house next to a broken window.

CSO Lee responded and I showed her where the tool was located.

I had no further involvement in this case.

## Narrative by Simmons, Dennis               First Submitted: 06/30/2025 21:37

***BWC available***

 **BWC utilized in accordance with department GO's muted or turned off when not in contact with public**

On 6/30/2025, a 911 call came out reference a shooting victim at ████████████ The reporting party advised dispatch that the shooting victim was in his vehicle and there's lots of blood. The suspect was last seen on foot, but unknown direction he went.

Upon arriving, Officers were already on the scene proving first aid. I spoke to a female subject (████████████) who reported seeing the male suspect shoot the male victim. She stated that the male suspect was a short Hispanic male, with a mustache, blue jean shorts, and a brown t-shirt.

I asked her what happened, ████ stated: That she was leaving her residence to go to work when she approached the north exit to leave. Before walking past the gate, she observed the shooting victim ████████████) pointing at the male suspect and it seemed like the suspect was mad at ████

████ asked them what was going on. The male suspect got mad, and she told him whatever he is doing it's not worth it. The male suspect then replied my life is already over and pulled out a black handgun and shot ████. ████ was scared and ran back towards her apartment because she though the male suspect was going to shoot her next.

Tucson Police Dept
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Juvenile**

Incident Report P2506300026-1 (Report 1 of 47)

███ did not see where the suspect went after that.

I briefed Sgt. Anaya (52771) on my finding and briefed the Homicide unit as well.

Officers on scene were later able to locate the suspect who was identified as Julio Aguirre.

This concludes my involvement with this case.

Simmons #201603

## Narrative by F Bonillas, Laura                First Submitted: 06/30/2025 11:33

\*\*\* BWC ACTIVATED IN ACCORDANCE TO GENERAL ORDERS \*\*\*

On June 30, 2025, while operating as a patrol officer in Operations Division Midtown I responded to ███████ in reference  an aggravated assault.  (P2506300026/E251810230)

The call text indicated the male subject was attempting to break into the residence and pointed a gun at the complaint's boyfriend. The suspect fled on foot.

Upon arrival,, I began to rover the surrounding area and check for surveillance on ████████ Surveillance was negative.

It was advised over the air that a male subject had been shot in the chest area on ███████. Minutes later, it was advised a suspect was forcing entry into a home within the same area. I cleared the scene ███ and assisted officers. (P2506300026/E251810230).

Upon arriving on scene it was advised the suspect fled on foot heading westbound.

I was tasked to set containment. I set containment on ██████ at the southwest corner of the Compost field.

I cleared my post after being advised the suspect was detained.

I was instructed by Sgt. Marroquin (100621) to relieve Ofc. Ragsdale (104408) at UMC Banner Main Hospital and standby the victim, ██████████

Ofc. Hernandez (106200) relieved my post at the hospital. I cleared the scene.

This concludes my involvement in this matter.

L. F Bonillas 201297

## Narrative by Nichols, Christopher               First Submitted: 06/30/2025 14:47

\*BWC\*

On 06-30-2025 at 0628 hours, I responded to the area of ████████ regarding an aggravated assault report. I was advised someone called 911 to report an unknown male was trying to enter his house and pointed a gun at him. Officers arrived in the area and located foot sign indicating the suspect ran eastbound.

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

While circulating the area I heard a pop sound in the distance. My windows were only cracked and it was difficult To tell exactly where it came from. A few minutes after that a shooting report was called in at ▓▓▓▓▓▓▓. I cleared my roving position and responded to that scene.

There was minimal information, but the call text indicated a male in a red Tundra had been shot in the chest. It also advised the suspect who shot the victim was trying to take the vehicle before shooting the suspect. I arrived on scene and approached on foot with other officers. I located the male sitting in the driver seat of his truck with broken glass on the ground outside the truck.

There were two live 9mm rounds on the ground and a spent 9mm casing. The male had a dark colored shirt that was covered in blood. There was also blood in the driver seat, floor board, door panel and ground. I began cutting the shirt off of him to locate his wound and check for additional wounds.

I located a single gunshot wound to the male's chest underneath his left armpit that was bleeding profusely. I used gauze to wipe away blood and Ofc. Mckenna applied a chest seal to him. Ofc. Mckenna and I then lifted him out of the vehicle and laid him in the recovery position until paramedics arrived.

The male was hardly responsive and was only answering questions by nodding his head. I noted he was turning white and gazing in the distance. He began to turn pale and began tensing up or "posturing". Paramedics arrived on scene and took over care for him. Based on my training and experience the victim was displaying indications he may not survive his wounds.

I spoke with 3 witnesses to the incident. The first was identified as ▓▓▓▓▓. He said he heard screaming while inside his unit. He walked out to find the male shot with his wife standing near him.

The next witness was identified as ▓▓▓▓▓▓▓. ▓▓▓▓▓ said he heard someone saying that someone outside had a gun. He then heard a loud gunshot. He came outside to find the male shot in the driver's seat of the vehicle. I then spoke with ▓▓▓▓▓▓, who lives in ▓▓▓▓▓ She was outside when she heard a male demanding keys from the victim. She looked to see a Hispanic male standing at the driver door to the truck.

She said the victim was refusing to give the keys to him. According to ▓▓▓▓, the suspect said, "If you don't give me the keys by the count of three I'm gonna shoot you. He then counted, 1,2,3 and shot the male with a handgun. ▓▓▓▓ said she thought she heard 3 gun shots.

▓▓▓▓ was not sure where the suspect went after that. She described him as Hispanic, 5-11, medium, build, with short dark hair and a mustache. ▓▓▓▓ said the suspect had a tattoo on one of his arms. She said he was wearing a white shirt with purple letters.

As I was taping off the crime scene, Ofc. O'Connor advised he was flagged down by someone saying a male broke into his mother's residence at ▓▓▓▓▓▓▓▓ I responded to the residence and was advised a male suspect with a gun forced his way into the house and was still inside. Initially, family members advised the suspect put a gun to his head and said he may kill himself.

Another family member frantically yelled that her daughter who was hard of hearing was inside. Based on the suspects previous actions- trying to break into an occupied house with a firearm, pointing the firearm at the victim, trying to car jack an innocent bystander, shooting the bystander and breaking into another occupied home with a gun, I believed the daughter was in immediate danger of being killed, seriously injured, or being taken hostage.

The suspect already demonstrated his willingness to commit violence and murder to escape police custody and he was still armed. At this moment, another family member yelled that he just heard a gunshot coming from inside the home. The female was briefly described to me as a young Hispanic female. The suspect was also in the midst of a violent criminal episode based on the events occurring with similar suspect description in the same area.

I determined an emergency entry was immediately necessary to save the female inside from harm or death at the hands of the suspect. I checked the front door and it was locked. I began announcing and kicking the door to open it. After several kicks it opened. I entered and announced as myself and other officers moved through the house.



**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

I encountered another locked door. I kicked the door open and cleared the room without locating anyone inside. I continued moving through the residence and encountered another locked door. I kicked the door open and discovered the female we were looking for inside. She was uninjured and I escorted her outside.

Other officers in the area learned the suspect was running westbound in the alleyway behind the house. Another officer observed him running and I responded to a containment position. Eventually SWAT officers arrived to complete an area search after it was contained and located the suspect. I directed CSO's to find foot sign and blood trails in the area where the suspect was seen running and lock it down for crime scene technicians to respond.

I then responded back to the residence on ▇▇▇▇▇▇▇ and stood by for detectives to respond. When detectives completed their investigation at the house I provided the occupants of the residence with Victim's Rights, the case number and email/phone number for risk management.

At this time I cleared the scene.

NICHOLS, ODM, PATROL

## Narrative by Alvarez, Joe                    First Submitted: 06/30/2025 21:39

BWC footage available. Audio muted during some Officer contact.

On 6/30/2025, while operating in midtown as a patrol, I responded to ▇▇▇▇▇▇▇▇▇▇▇▇ reference a shooting. The reporting party advised dispatch that the shooting victim was in his vehicle and there was lots of blood. The suspect was last seen on foot, but it was unknown the direction he went.

Upon arrival, I observed Officers rendering aid to the victim, who was later identified as ▇▇▇▇▇▇▇

I observed a female standing nearby and spoke to her. She identified as ▇▇▇▇▇▇▇▇ ▇▇▇ lives at ▇▇▇▇▇▇▇
▇▇▇▇.

▇▇▇▇ stated the following.

She was standing on the eastern end of the complex watering plants when she recognized ▇▇▇▇ voice screaming "don't", "Don't do this". ▇▇▇▇ went to see what was happening when she observed ▇▇▇▇ sitting in the driver's seat of his vehicle and a male who she described as a Hispanic male wearing a blue or grey colored shirt with jeans. ▇▇▇y was unable to remember anything further regarding his description. ▇▇▇▇ stated that after she heard ▇▇▇▇ screaming, she went to look and noticed the suspect male standing with the door open, pointing a gun at ▇▇▇ as he was in the driver's seat. ▇▇▇▇ said the suspect male was saying something like "I need this vehicle, it's for my mom". ▇▇▇▇ began to tell the suspect she could call 911 if he needed help, so she went inside her unit to call 911. As ▇▇▇ is inside her residence, she hears one gunshot. ▇▇▇▇ comes back outside and notices ▇▇▇▇ was now shot, and the suspect was gone. ▇▇▇▇ did not see where or how the suspect left the scene.

I briefed Sgt. Anaya (52771) on my findings and briefed the Homicide unit as well.

I then stood as scene security until I was relieved by Officers.

This concludes my involvement with this case at this time. Alvarez #202122

## Narrative by Sheeley, Dustin                 First Submitted: 07/01/2025 00:04



**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

***BWC activated in accordance to General Orders***

On June 30th, 2025, I was dispatched to ████████ in reference to an aggravated assault/burglary interrupted call for service. The call text indicated that a male had attempted to break into their residence. It was also advised the suspect had pointed a handgun at the caller's boyfriend before fleeing into the backyard and then into the alley behind the residence.

Upon my arrival, I went to the residence with Officer Packard and Officer Brown. Officers cleared the backyard, and no one was located. I observed a small window in the back of the residence was broken. The victim was unsure of the direction the suspect left their property. I began canvassing the backyard for any footprints to indicate which way the suspect had left. While canvassing the backyard, I located a full water bottle and a shoe print near the shed. I observed the same shoe print going east in the alleyway. I advised officers on containment that there was foot sign heading east in the alleyway. I then began circulating the neighborhood and looking for any video cameras.

While circulating the neighborhood, an additional call was placed at ████████, in reference to a male who had been shot. The call text indicated that the 911 dispatcher was hearing a lot of distress in the background. It was then advised someone had been shot, and the victim was sitting in a red/maroon truck, losing lots of blood.

The initial suspect description was a Hispanic male, 5'6, wearing jeans and a t-shirt.

Upon arrival at the ████ location, I deployed my department-issued rifle and began approaching the complex on foot from the north. While walking south on ████████ I observed a red truck with the driver-side door open. The truck was parked along the south side of the parking lot facing south. There were multiple individuals from the complex standing around the truck. As we got closer to the truck, I observed a male holding a rag to the male seated in the truck (later identified as ████████ ████). I observed the driver seat of ████ truck had lots of blood and observed a gunshot wound to the left side of ████ chest. I held scene security while Officer Nichols began rendering aid to ████.

TFD personnel arrived shortly after, taking over life-saving measures, and transported ████ to Banner Main in a life-threatening condition.

I began canvassing the scene for video cameras. While canvassing around the truck, I observed one spent casing near the driver's side door and two live rounds on the ground. I also observed a blood trail heading northwest from ████ truck exiting the parking lot. I continued to follow the blood trail out of the parking lot onto ████████ The blood trail then went south on ████████ from the complex. I lost the blood trail near the mailboxes on ████ in front of the complex.

Due to the suspect description advised in the two calls listed above and the proximity of the crimes, it was believed they were possibly related.

While canvassing the area for video cameras, Officer O'Connor was flagged down by a male in a truck advising that someone had broken into his mom's house at ████████ It was advised the male was bloody and was armed.

Other officers and I responded to that residence. Due to the calls more than likely being related and the suspect showing his propensity for violence and showing he's motivated to elude apprehension, I once again deployed my department-issued rifle. When I walked to the front of the residence, Officer O'Connor advised that the family's niece was still inside. I determined officers had exigency to enter the residence to check welfare on the female inside. (The suspect once again had already committed multiple violent felonies, was armed and dangerous, had just shot a random person in what appeared to be an attempted carjacking, and had now broken into another civilian's home. I believed that the female's life was in jeopardy, given the suspect's actions shown prior).

The front door of the residence was locked. Officer Nichols began kicking the door to force entry. After the door was successfully breached, additional officers and I cleared the interior of the residence. The suspect was not located. However, the female was located in the bathroom and was safe. It was then advised that the suspect was running west in the alleyway behind the residence (the alleyway runs east and west between ████████████).

I began circulating once again and then went to a containment position at ████████████.

I maintained this containment position until it was confirmed that the suspect had been successfully apprehended.



Tucson Police Dept
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

I then cleared from my containment position.

I was then cleared from the scene by Lt. Ortiz.

That completed my involvement in this incident.

See other officers' supplements and my BWC for further regarding my involvement.

NFI/Officer D. Sheeley #200773.

## Narrative by Timpf, Matt                     First Submitted: 06/30/2025 10:55

BWC

On 6/30/25, I assisted on this call and took a small unit tactic's position (Quad) at ███████ ███████. During my assignment at the intersection I used my patrol vehicle loud speaker to give Tucson Police K9 warnings. I remained on scene until cleared by a supervisor. While on scene I did not make contact with any subject involved in the incident and do not have any evidence to report.

NFI

## Narrative by OConnor, Matthew                First Submitted: 07/01/2025 15:06

***BWC available***

**BWC utilized in accordance with department GO's muted or turned off when not in contact with public**

On June 30th 2025 I responded to an aggravated assault at ████████████ (E251810230). Caller indicated an unknown male broke into or attempted to break into their home and pointed a gun at her boyfriend. The subject was last seen in the backyard.

I responded Code 3 (lights and siren). No direction of travel was known and the area to the east was a heavily saturated neighborhood with interconnecting streets. I called for small unit tactics at the intersections of ████████ ████████████ I took a position at the intersection of ██████████████████████ It was later broadcasted there were dig marks in the alleyway headed east. The listed unit was only a few houses inside of the eastern containment area.

Suspect description provided was a white male, thin, short dark hair, in a blue/white striped shirt, khaki pants and a backpack. While on scene holding containment, a shooting came out in the area of ████████████ (see E251810254). Little information was provided other than a male in a vehicle shot in the chest. Additional units responded. Units held containment on the original incident location. Roving units cleared to assist with the shooting. Call text indicated a male was shot in his vehicle in the parking lot and the suspect was a Hispanic male in a blue or gray shirt and jeans. Due to the proximity of the locations, weapons involved and time frame, incidents were treated as possibly connected.

Sgt Marroquin cleared quads after a potential suspect was located in the area of ████████████. This subject was cleared. I responded to the shooting location and began checking the area for blood as there was a large area of dried blood drops in the parking lot. What appeared to be a trail continued to the sidewalk and south from the location. While scouting in the area, a Hispanic male in a pickup truck with a trailer attached, stopped and flagged me down (lic#ACODI). He claimed someone had just broken into his mother's house and they were still inside. He directed me to ████████████ I called this out over the air and responded to this address. Additional units responded.

**Tucson Police Dept**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Report P2506300026-1 (Report 1 of 47)**

I located the truck, parked in the street blocking the entire road at ▮▮▮▮▮▮ One female was outside and claimed someone was inside. Officers called for all subjects in the home out. An older Hispanic male came to unlock the vehicle gate for officers. Family then filed out of the home and initially stated the subject was inside with a gun to his head and all the family was out. However, one of the female's claimed her daughter was still inside but could not say where in the home. At this time, this was believed to be the same subject from the shooting/ attempted car-jacking and was now barricaded in a residence with a potential hostage. Officers made the decision to make entry. I held lethal coverage on the front door while Ofc Nichols breached the door using his foot. Officers called out with no response.

Officers began clearing the residence. I noted Ofc Leatherberry outside the residence and a blood trail leading to the backyard. I broke off from the interior search group to assist Ofc Leatherberry. There was a fresh, bright red blood trail through the backyard, which went to a bucket filled with red water. There was clothing piled up at the bucket and the blood trail continued deeper into the back yard. Officers cleared the backyard and found the trail continue to the gate of the backyard facing north. This gate emptied to an east/west running alley and was unsecured at this time. No officers had entered through the back and it was believed the subject had just left. Officers initially broke off search the east and the west sides of the alleyway. Officers then called out a witness had seen a naked subject running nearby ▮▮▮▮▮▮▮▮▮. I knew this to be just west of our current location. Officers went to check and I was flagged down by an older Hispanic male in a pickup truck he just saw a male running west.

Ofc Leatherberry continued down the alleyway west while Ofc McKenna and I took Shepard Pl. We conjoined off of ▮▮▮▮▮. Ofc Leatherberry indicated he recognized the shoe prints in the dirt from the alleyway at the entrance to the old school/co-op. Officers entered the open field area and made contact with an older male with a heavy Spanish accent. He claimed no persons had come in and he had not heard anything. The male was tending to goats which I knew to be normally at this location and had a dog with him. Officers checked the first building to ensure no persons were hidden within. Officers exited and Ofc Leatherberry distributed photos of the footprints to others.

Ofc McKenna and I continued on foot back to the original alleyway in an attempt to locate any further signs of blood from the suspect or clothing. I was then directed to a containment position at ▮▮▮▮▮▮▮. I remained here conducting K-9 warnings over the PA system. I observed multiple news agency vehicles and directed them out of the containment area due to the suspect's unknown location and his attempt to steal someone's vehicle already.

K-9 search began while additional resources responded including air, drone, SWAT. Officers called out they had a K-9 bite and requested medical attention to a residence off Richey and Shepard (the dead end of the alleyway leading from the last victim's residence. I was directed to the suspect location where SWAT and TFD were providing care to the subject. He was still not yet identified and believed to be Spanish speaking only. I took a photo of the subject's face and shoes. Face photo was distributed to other assisting officers attempting to find an ID for them. The subject was transported to a medical facility and I was directed to the Command Post at ▮▮▮▮▮▮▮. Debriefing was held and I was then directed back to the incident location at ▮▮▮▮▮▮

Detectives responded and conducted interviews. I did not speak with any persons involved nor question anyone about the incident. Scene security position was rotated between myself, LPO Price, Ofc Nichols and Ofc Comancho.

M.O'Connor 102307

## Narrative by Zhao, Xuyao                    First Submitted: 06/30/2025 11:40

\*\*\*BWC Activated\*\*\*

On 06/30/2025 While Operating as a Solo Patrol Officer I was dispatched to the area of ▮▮▮▮▮▮▮▮.

Upon my arrival I was tasked with the assignment of holding a Quad (Small Unit Tactics) at ▮▮▮▮▮▮▮

During some point of this incident, Officer Angell (202106) and I made contact with an individual matching call text description but determine he was not in relations to this incident.

**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

---

I remained on scene at the listed intersection until the suspect was later located.

This concludes my involvement of this incident.

Zhao #201589/NFI

# Narrative by Krizek, Caroline          First Submitted: 06/30/2025 17:54

---

\*BWC Activated. Muted when speaking with other officers\*

On 06/30/2025 at approximately 0815 hours while operating as a training unit with Officer John (104195), I responded to ▬▬▬▬▬▬▬ in reference to a shooting call. Officers were already on scene and had advised they had a shooting victim who had succumbed to his injuries. Sergeants and command staff on scene were coordinating small unit tactics and requesting additional officers to circulate the surrounding area. I responded with my emergency equipment (lights and sirens) activated.

Upon my arrival at ▬▬▬▬▬▬▬▬▬ I was briefed by Sergeant Johnson (100396) of the situation.

I then circulated the surrounding area for the suspect with the description of hispanic male who appeared to be in his 20's-30's, 5 feet 8 inches, very skinny, no shirt, wearing tan pants with blood, and bleeding from one of his arms which had a tourniquet on it. I made contact with multiple community residents and was informed they had not seen the male. I advised them to stay in their houses with the doors locked and to call 911 if they saw anything suspicious.

About 50 minutes of circulating, I was informed via radio that SWAT personnel had detained a male in the backyard of ▬▬▬▬ ▬▬▬▬ I responded to the scene and stood by while the suspect was treated for some unknown injuries.

He was eventually transported to Banner University Medical Center and I followed him in the ambulance, in my patrol vehicle. Officer John rode with Julio in the ambulance.

I then stood by while he received medical attention. Prior to TFD paramedics leaving the hospital, they informed me he had given them his name as Julio Aguirre. A records check revealed Julio was on supervised release and did not have an Arizona driver's license. On the supervised released return, there were some descriptors which he appeared to match to, along with a tattoo ("Azule") on his abdomen. A visual comparison of Julio's tattoo on his abdomen matched.

I was informed by hospital staff that Julio had a "linear cut" on his left arm, which did not appear to be from the K9 dog, possibly a knife. They advised he had an "arterial" bleeding from the cut and that he was considered life threatening.

I briefed Sergeant Marroquin (100621) on the medical updates for Julio.

I stood by at the hospital as Julio underwent surgery.

I then stood by with him after surgery. He was alert enough to answer multiple basic questions from the nurse. I assisted crime scene in taking pictures of Julio's clothes which the hospital staff had placed in a paper bag. Medical staff later informed me there was an urgency to operate on him but that he was considered "stable".

I did not question Julio about the incident, nor talk with him about it in any way.

I stood by with Julio until Officer Yatamoto (202137) relieved me at the hospital.

This concludes my involvement in this case. Officer Krizek/201134

# Narrative by Price, Alexander          First Submitted: 07/05/2025 09:13

---



**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

\*\*\* BWC Utilized \*\*\*

On 6/30/2025 while operating as a solo officer I responded to ▮▮▮▮▮▮ in reference to a potential home invasion/burglary call for service. The original 911 caller reported a male trying to get into their residence and ultimately aiming a firearm at the residence.

I assisted with holding containment as officers responded to the scene for further. While on containment I recalled that there was a Pima County Sheriff communications building at ▮▮▮▮▮▮ I got into contact with the supervisor for the building and she conducted a check of her surveillance system. She was able to check her footage and discovered that her camera's did not provide coverage of the incident location. The supervisor was provided the description of the suspect and reviewed the footage incase he moved north. The review of the footage was negative.

While on containment an additional call for service was broadcast originating at ▮▮▮▮▮▮ . The call text advised of a shooting occurring with a shooting victim on scene. I remained on containment for my original call while additional officers responded to ▮▮▮▮▮▮ .

Officers on scene at ▮▮▮▮▮▮ advised they had a gun shot victim and location of suspect was unknown. Eventually It was determined that units were no longer needed on containment and additional resources were needed to assist with the investigation into the shooting at ▮▮▮▮▮▮ .

I was initially tasked with assembling a search team to conduct a foot search of 100 Acre woods. As I was enroute to a staging area for the search team additional officers advised they were being flagged down by a family in reference to someone breaking into or forcing his way into their home. I immediately diverted to this evolving situation due to the potential for a hostage situation developing. Officers provided the address of ▮▮▮▮▮▮ . As I was pulling up to ▮▮▮▮▮▮ Officers already on scene had advised over the radio that there was a younger deaf female trapped inside of the residence with the suspect.

I deployed with my department issue rifle and approached the residence to link up with officers who were already on scene and effecting a potential hostage rescue. As I walked up to the home, Officers had gained entry. I inserted myself into their crisis team and assisted with clearing the interior of the home.

While we worked our way through the residence, Information was broadcast that a potential matching suspect was fleeing on foot through the alley behind the home. Shortly after getting this information Ofc Nichols and I approached a closed door near the back of the residence. I maintained lethal coverage as Ofc Nichols kicked open the door. I observed a younger looking female cowering in the corner of the bathroom and believed she was likely the deaf female that officers broadcast information about earlier. The bathroom was cleared and she was removed from the residence. I observed a trail of blood leading out of the residence near the bathroom door. Officers had begun checking the backyard as I assisted Ofc Nichols in clearing the bathroom.

Due to the short time frame, I responded to the potential hostage rescue with my department issued rifle and utilized the rifle during the rescue. The rifle would have provided me a more accurate platform to engage a potential suspect/hostage taker. In addition to the more accurate shooting platform, the suspect was fleeing from a Aggravated assault/car jacking crime scene which later became homicide. The information I had led me to believe this suspect was an active threat to anyone he came into contact with.

Additional information began getting broadcast regarding the suspect fleeing on foot to the west through alleyways. I was eventually tasked with maintaining southern containment along ▮▮▮▮▮▮ I was positioned at approximately ▮▮▮▮▮▮ street where I maintained visual of the south east corner of a local farming area.

I maintained this position until a high risk search was conducted with SWAT resources and the suspect was located and detained.

I remained on scene assisting with scene security and other non-investigative tasks.



270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

---

Sgt Johnson was on scene and advised of my deployment of my duty rifle. Due to not contacting the suspect I did not aim my rifle at anyone.

While on southern containment, I contacted a variety of business along the ▮▮▮▮ corridor where the incident occurred and notified them of the incident. Once the scene was secure and the suspect was detained I recontacted all of the businesses and advised them the suspect had been detained.

Price 103808.

# Narrative by Brown, Erin                          First Submitted: 07/05/2025 13:20

\*\*BWC Activated\*\*

On 06/30/2025, while operating as a training unit with Officer Packard (100561), I responded to ▮▮▮▮▮▮ in reference to an aggravated assault. The caller, ▮▮▮▮▮▮, advised dispatch that a male attempted to break into his house and pointed a firearm at him. ▮▮▮ stated that the male was no longer there.

While in route, I requested quads to be set and proceeded to make contact with ▮▮▮ at the listed address. Myself and Officer Sheeley (200773), cleared the backyard where the suspect was last seen by ▮▮▮.

I then spoke to ▮▮▮ who stated that he and his wife were asleep in their bedroom when they both heard the bathroom window break. He went into the bathroom and saw a male standing in his backyard, outside the window. ▮▮▮ stated that the male did not see him right away and appeared to be messing with his backpack. ▮▮▮ asked the male what he was doing and the male pulled a firearm from his waistband and pointed it at him. ▮▮▮ went back into his bedroom, and returned to the bathroom shortly after to find that the male as gone. ▮▮▮ did not have any apparent injuries.

▮▮▮ described the male as white, 5'7, thin/medium build, short black hair, wearing a white and blue stripped shirt, tan pants, with a backpack. The firearm appeared to be a black handgun. ▮▮▮ believed that it could be a 9mm Glock or Ruger.

I spoke to ▮▮▮ who stated that she heard the glass break, but never left the bedroom so she did not witness the incident occur. She advised that their daughter, ▮▮▮▮▮▮, was asleep in her bedroom and did not wake up until she came into her room and got her. ▮▮▮ advised that she called 911 almost immediately after the male had left their property.

▮▮▮ confirmed that he would prosecute and was provided a VINE form.

I utilized my department issued cell phone to photograph the outside of the broken bathroom window and the inside. I photographed a wrench on the ground outside of the window that ▮▮▮ advised was not there prior. I uploaded the photos to Axon.

While on scene, an additional call came out at ▮▮▮▮▮▮ and ▮▮▮▮▮▮ (E251810254). Due to the proximity of the locations, weapons involved, and time frame, the incidents were treated as possibly connected. I was instructed by Sgt. Johnson (100396) to set up a position on quads. I set my position at ▮▮▮▮▮▮ and remained there until advised that the suspect had been detained.

I then went to ▮▮▮▮▮▮ and briefed detectives on the incident that occurred at ▮▮▮▮▮▮ I maintained scene security until victim services cleared the scene.

Officer Brown 200779

# Narrative by Leatherberry, Tyler                  First Submitted: 06/30/2025 12:09

\*Body Worn Camera Activated. I muted when speaking with other officers.\*



I am an AZPOST certified peace officer with the Tucson Police Department and am currently assigned to patrol in Operations Division Midtown. On this day I was wearing my full Tucson Police Department issued uniform with Police on it and driving my fully marked black/white Tucson Police Department patrol vehicle equipped with emergency red/blue lights, a siren and POLICE in bold black letters along the sides.

On 06/30/2025 at approximately 0629 hours, I responded to the area of ███████████████████. to assist officers with an aggravated assault/ burglary interrupted call for service. The call text for this call summarized that a male had attempted to break into ████████████ and pointed a handgun at the caller's boyfriend before fleeing into the backyard and then into the alley behind the residence.

Containment was set in the area and I took a containment position at ███████████████████. where I held containment while a drone flew overhead and moving officers began searching for a matching male subject.

While on that position, a call for service was requested at ████████████████ in reference to a shooting call for service. The initial call text summarized that a male subject inside of a Maroon Tundra had been shot in the chest and was bleeding.

I contacted one of the reporting parties, identified as ████████████, who had told the 9-1-1 operator that she had witnessed the incident. I spoke with ████████ over the phone in attempts to get information about the suspect. ████████ told me (paraphrased) that the male subject, a Hispanic male about 5'06" with a blue shirt and pants had approached the victim in the truck from the street. ████████ did not know which direction he approached from, but stated that he went to the driver's side of the truck, opened the door and demanded the vehicle keys and access to the truck from the driver. ████████ stated that the driver refused, and then the Hispanic male pointed a gun at the driver of the truck before shooting him in the chest. ████████ stated that the Hispanic male then left, but she was unsure of which direction he had fled.

████████ stated that she did have more direct information, and that she would tell officers who had arrived on scene at this time.

I began going towards the ████████ address when another officers advised that he was flagged down by a civilian stating that a male subject, who matched the suspect description from the shooting, had just forced entry into his house located at ████████████ I moved to that address and met up with Ofc. Sheeley (#200773), LPO Price (#103808), Ofc. Nichols (#201432), Ofc. O'Connor (#102307), and Ofc. McKenna (#102857) at the front of the residence. Due to the male subject having reportedly being armed, we had multiple long guns (department issued rifles) deployed at the residence.

Initially, it was believed that the whole family from the residence had been evacuated from the residence, but then the male who flagged down Ofc. O'Connor stated that there was still a little girl inside who was deaf, and with the suspect. Due to the suspect having already attempted a home invasion, shot an individual on an attempted car-jacking, and had performed an additional home invasion on this home. The threat to the child's life was an imminent threat, due to his actions and capabilities.

With the information given and known about the suspect at this time, it was likely he would use the child as a hostage. The decision was made with all officers on scene that there was exigency for a hostage rescue to be performed on the residence. I announced over the radio that we would be forcing entry into the home for the hostage rescue in order to protect the life of the innocent.

Officers stacked on the front door, and Ofc. Nichols began working on forcing entry. Once the front door was forced open (see Ofc. Nichols' supplement for more details), officers began moving inside the residence. The house was small in size, and there was a rear door of the residence that the suspect could attempt to flee and go back to the street where the family was standing. While the other officers made entry into the house, I advised them and LPO Price that I would work to get an eye on the side/rear door and advise if I observed anything from there.

As officers cleared the interior of the house, I paralleled them from the exterior, on the east side, towards the rear of the house, where I observed the back door to be open, and there to be a blood trail leading to the north in the back yard. I advised to the officers inside what I observed, and due to having not located the child yet, Ofc. O'Connor moved to assist me with beginning to clear the back yard and the small buildings in the yard.



**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

We were able to follow the trail through the back yard, and to the back gate leading to the east/west facing alley north of the residence. Prior to exiting there, on a small table, appeared to be cloths and items that the male had possibly been attempting to stop or control his bleeding from.

As soon as we made entry into the alley, Ofc. O'Connor and Ofc. McKenna started working to the east while I held eyes on the west. As I looked at the ground, I could see shoe prints and digs from a subject running, which appeared to be fresh and undisturbed, heading in a westbound direction.

Officers inside of the residence were able to locate the child, and confirm that she was safe. While beginning a slower search to the west in case the prints went into another yard, Lt. Ortiz (#47469) advised over the radio that he was told by a citizen that there was a matching male suspect, possibly naked at this point, last seen running westbound in the same alley we were currently in, crossing _____. and still heading westbound.

Ofc. O'Connor, Ofc. McKenna and I moved west to _____ when it was advised that another civilian had seen a male subject running westbound in the alley towards _____ I made it to the end of the alley, which turned into a north/south t-alley just east of _____ I advised over the radio that the male had to have run either north/south, and then observed the same matching footprints from the house running to the southwest. I followed the footprints to the southeast corner of the _____. where it appeared as if the footprints entered into the property.

We moved up to the fence of the property and began working on containing the business, as well as asking the worker who was outside, if he had observed anything, in which he stated that he had not. The footprints appeared to go a few feet (approximately) into the business before turning around and exiting. I advised over the radio that it appeared as if he had turned and possibly ran back northbound. There was no other indication at this time that the subject was inside the property, but it was still a possibility.

New containment was set, and it was confirmed that the victim from the shooting had passed away. I moved to take a containment position at _____ where I maintained my position while a K-9/ SWAT foot search was conducted for the male subject, due to the search now being for an armed homicide suspect. I had taken a field photograph of the footprint and sent it out to Sgt. Johnson (#100396), Sgt. Anaya (#52771) and Lt. Ortiz. for operations and situational awareness.

I remained on my position until cleared, when tactical officers of the K-9/SWAT search team had located the male subject near _____ where they were able to successfully take him into custody. I returned to the scene at _____ and assisted until cleared.

I then left the area. I later uploaded the photograph of the shoe print to evidence.com.

This concludes my involvement with this case at this time.

\*\*Officer Leatherberry #105235\*\*

## Narrative by Camacho, Jorge                 First Submitted: 07/01/2025 10:39

Body worn camera was used/Muted.

On June 30, 2026, I was assigned to the Specialized Response Division as a solo motor officer. On this day, I was heading to the Midtown Substation, when I heard over the radio that patrol units were on a shooting call in the area of _____ ___. Officer broadcasted via radio that a suspect was outstanding and had possibly left on foot.

It should be noted that prior to this patrol had responded to a burglary/aggravated assault call that I was unaware of at the time.



**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

I began to make my way towards ███ to circulate for the outstanding suspect. A few moments later it was broadcasted that someone (later identified as ███████s) had flagged down officers on the shooting to advise them that a male had broken into his mothers-in-law residence at ███████.

I made my way to the residence along with other patrol units, who arrived before I did. When I arrived, patrol units had forced entry into the home as the suspect was still inside armed with a gun and the homeowners family member (████ ███████ who is hard of hearing. I directed the family in the front yard away from the residence as patrol units cleared the inside of the home. As units were clearing the inside of the home, another unit who was responding to the house was told that there was a naked male running westbound in the alley armed with a gun. This was also broadcasted over the radio. The residence at ████████ was secured and ███ was also secured.

I remained at the house with the family. I noticed blood spots throughout the backyard, leading from the yard door of the residence to the back door that leads to the alley way. I noticed a bucked with bloody water, and a wet shirt with blood on the ground next to the bucket. I noticed blood on the washer that was in the backyard. As officers gave chase of the suspect, they believed he had doubled back. Due to this information, the decision was made to lock the back gate to prevent the suspect access back into the yard. Photographs were taken by Sergeant Marroquin.

I spoke with ████████ (Spanish speaker only), who is the homeowner of ███████. She advised me of the following:

• She was inside and her Husband ███████ had gone out to the backyard
• ███████ likes to cut some of the prickly pear cactus that grow in the alley behind their home
• ███ heard ███████ yelling and went outback to see what was happening
• She noticed ███ walking towards their back door with the suspect, who was bleeding from his arm
• The suspect asked for her to help him with his gunshot wound
• ███ advised that the suspects arm was squirting blood so she placed a tourniquet made out of a bandage around his arm
• She told the suspect to wash his arm with water that was in the bucket near them
• The suspect kept insisting that he wanted to go inside the residence, but ███ did not allow him because he would get the floor dirty
• ███ went inside and the suspect put his foot on the door as she tried to close it
• During this time ███ had phoned her daughter ███████a to tell her what was going on
• Eventually the suspect follows her inside and asked her who she was calling
• ███ told him it was her daughter and mentioned to him that she was nervous
• The suspect tells ███ "les va it muy mal"  (translates to things are going to go very bad for them) as he gripped the handgun in his waistband
• While they were inside the kitchen, the suspect snatched the cell phone from ███ but she managed to snatch it back from him
• ███ walked from the kitchen to the living room, which is at the front of the house and the suspect sat on the floor
• During the course of their conversation, the suspect mentioned to ███ that he was from Nogales and that he had came to Tucson 8 years prior. He also mentioned that he had done 5 years in prison and that his mother was very sick.
• Once her son-in-law ███ arrived, the suspect stood up and pointed the gun at his head and said he was going to kill himself.
• ███ and ███████ were told by Andres to exit the home, and they all did, leaving the suspect and ███████ inside. ███████ had locked herself in the shower.

During the time the suspect was inside, ███████ called her sister ███ who lives two streets behind ███ and ███████ and told her what was occurring at their mother's house. ███ was on her way to work and called her spouse ███████ to go to her mother's house. This is when ███ flagged down an officer and made his way to ███ house.

███ described the male to be thin, fair skinned male, without a shirt, tan pants, brown shoes, shaggy hair, with a tattoo on his abdomen.

███ also mentioned to me that ███████ (her husband) had mentioned to her that when the suspect approached him in the alley, he threatened to kill him if he did not help him.

I spoke with ███████ who advised of the following:

**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461



Incident Report P2506300026-1 (Report 1 of 47)

- He went out to the alley to water the prickly pear cactus
- He said he usually looks down the alley before stepping out because transient's walk through the alley alot
- This time he did not look and as he was outside, the suspect approached him asking for water
- ▆▆▆▆ acted like he did not hear the suspect, but he insisted that he wanted water
- ▆▆▆▆ eventually told the suspect "vete vete" (leave leave) but the suspect did not
- The suspect entered the backyard and ▆▆▆▆ followed behind
- The suspect grabbed a water bottle from the refrigerator that is the backyard
- ▆▆▆▆ advised the suspect began to wash the wound on his left arm in the backyard
- Once the suspect entered the house, he asked for their car keys, but ▆▆▆▆ told him he did not have them. The suspect demanded a ride to Nogales, but ▆▆▆▆ told him they did not drive
- ▆▆▆▆ claimed the suspect never took his gun out of his waistband until he pointed it at himself when ▆▆▆▆ arrived, but he did grab on to it and threatened to harm them if they did not help him
- ▆▆▆▆ described the gun to be black and similar to my handgun

Both ▆▆▆▆ and ▆▆ were hesitant to prosecute but after talking with their family they advised they did wish to prosecute.

I also spoke with ▆▆▆▆ with the help of her family, who translated in sign for me ▆▆▆▆ said she had gone to the back yard and saw her grandfather ▆▆▆▆ with a male, who was on his knees and had a towel around his arm. She went back inside and got in the shower to get ready for the day. ▆▆▆▆ remained in the bathroom the entire time unit police arrived. She did not witness anything that occurred in the home.

While waiting outside the home for the crime scene unit to respond, ▆▆▆▆ mentioned to me that he did not know the suspect had a gun on him. When he walked in the suspect stood up and pointed the gun at his own head. ▆▆▆▆ said he told ▆▆ and ▆▆▆▆ to get out of the house. ▆▆▆▆ mentioned police arrived fast after that. Sergeant Marroquin interviewed ▆▆▆▆ See his supplement for further detail.

I remained on scene at the residence until investigators and crime scene arrived. I was advised I could clear from the scene.

I did not interview or have any interactions with the suspect, or anyone involved in the initial burglary/aggravated assault or homicide scenes.

This concludes my involvement.

JC 102211.

## Narrative by Holiday, Sasha                    First Submitted: 06/30/2025 18:20

*BWC Note may have been muted/powered off for non-investigative purpose*

I am currently AZPOST Certified as a Peace Officer and employed with the City of Tucson Police Department. I am currently working as an Officer assigned to Operations Division Midtown, Squad 3. I arrived on scene in a clearly marked Tucson Police vehicle, and I was wearing my Tucson Police Department Uniform with visible patches to indicate police. The call for service I responded in reference to was located within the Tucson City limits.

On 06/30/2025 while on routine patrol I responded to the area of ▆▆▆▆▆▆ in reference to Officers searching for a homicide suspect.

I was advised to respond to ▆▆▆▆▆▆ where I was briefed that a Hispanic male, with a mustache wearing no shirt had a tourniquet on one arm and was bleeding and wearing tan pants and attempted to car jack a male, the suspect shot the male then left the scene, broke into a family's house and then ran away from residence in unknown direction. I was advised that the suspect had a semi automatic handgun.

Tucson Police Dept
Case 25-00261-MAZMAA    Document 1-1    Filed 08/15/25    Page 36 of 249    Juvenile

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

Officers advised that they found shoes prints heading southwest in the alley way south of ████████

Upon arrival to ████████████ was teamed up with Officer Nichols. Officer Nichols and I were advised to circulate the area for the suspect.

Officer Nichols and I circulated the area.

While circulating the area we were advised that the suspect had been detained.

I stayed on scene until cleared by Sgt. Marroquin #100621.

This concludes my involvement with this case.

## Narrative by Romero, Jessica          First Submitted: 06/30/2025 15:44

CREATED FOR THE PURPOSE OF EVIDENCE ENTRY. PLEASE SEE P2506300026-12 FOR SUPPLEMENTAL REPORT.

## Narrative by Coronado, Arturo          First Submitted: 07/02/2025 00:39

**\*BWC Activated\* Muted while talking with other Officers.**

On 06/30/2025, I was working as an Officer in training for Operation Division Midtown. I responded to assist with a call in regard to a homicide at ████████

Upon my arrival, QUADS were set and taken in the neighborhood since the suspect was still at large. I began to drive around the neighborhood in an attempt to locate the suspect. After driving the neighborhood for about two hours, SWAT and K9 found the suspect and got them detained. After the scene was safe, I was instructed to assist with the homicide scene at ████████████████. I watched over the scene to insure no one tampered with any evidence and for Detectives to work the scene. After Detectives finished, a tow truck was called to collect the vehicle involved with the homicide. I watched as the tow truck loaded the vehicle and then followed it to EPIC.

Once at EPIC, the vehicle was then loaded off into vehicle bay 1. The vehicle that was collected is a Red, 2001, Toyota Tundra, Plate: YTA81F. I filled out a Vehicle Collection Form and submitted the vehicle into BEAST. I received a Tow Sheet Form from the tow truck and attached it with the Vehicle Collection Form and BEAST Label. After the vehicle was submitted to evidence I called TWX and provided them with the required information.

Officer Coronado #202267

## Narrative by Giles, Jesse          First Submitted: 06/30/2025 17:34

\*BWC Note: may have been muted/powered off for non-investigative purpose or inadvertently switched off during use\*

\*Photo/Audio/Video/Citizen Note: Any collected media uploaded to Axon Capture\*

**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

I am currently AZPOST Certified as a Peace Officer and employed with the City of Tucson Police Department. I am currently working in the capacity of a Patrol Officer assigned to Operations Division Midtown, Squad 3. I arrived on scene in a clearly marked Tucson Police vehicle and I was wearing my Tucson Police Department Uniform with visible patches to indicate police. The call for service I responded in reference to was located within the Tucson City limits.

On June 30, 2025 I responded to the area of ███████████ in reference to a criminal homicide.

I was advised by Sgt. Johnson to hold containment at the intersection of ███████████████████████.

I held containment and did not observe anything unusual. I announced K-9 warnings when Swat and K-9 units arrived to the area.

I was then advised on the radio that the Swat unit was out with the suspect at a residence near my location. I then heard over police radio that the suspect was detained in the backyard at the residence o███████████

I was then advised by Sgt. Johnson that he wanted me to hold on the residence to avoid any tampering of evidence.

Detectives later arrived with the Crime Scene unit and they processed the location.

This concludes my involvement in this case.

-NFI

Giles #201596

## Narrative by Hernandez, Giovanna     First Submitted: 07/04/2025 12:13

\*\*\*BWC EQUIPPED\*\*\*

I am currently AZPOST Certified as a Peace Officer and employed with the City of Tucson Police Department. I am currently working as an Officer assigned to Operations Division Midtown, Squad 3. I arrived on scene in a clearly marked Tucson Police vehicle, and I was wearing my Tucson Police Department Uniform with visible patches to indicate police. The call for service I responded in reference to was located within the Tucson City limits.

On 06/30/2025, I responded to ███████████████ reference a homicide suspect at large.

Upon arrival, I was tasked with roving within the quads. I paired with LPO Martinelli #104200 and began circulating that area and providing K-9 warnings. Officers spoke with multiple tenants in the area and nobody located any persons matching.

Later, while driving, it was broadcasted over the radio that the K-9 unit had located and bit the suspect, later identified as Julio Aguirre. I responded to the backyard location of ███████████ and assisted in putting crime scene tape up to the backyard.

I was tasked with following Julio to Banner Main. I arrived and stood by with Ofc. John and OIT. Krizek #201134 while Julio was examined. I attempted to MORPHO Julio, as we initially did not have his information, but it did



**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

**Juvenile**

not go through. Julio provided his information and advised he did not have an Arizona Identification card. Julio also stated, unprovoked, that he was sorry for all of the the things he did and that his life was already over. Julio proceeded to cry throughout my interaction with him. I did not clarify any of the statements made.

I then relieved Ofc. Bonillas #201297 and stood by with deceased victim, ▮▮▮▮▮▮; near Trauma 4. ▮▮▮▮ was eventually transported to the morgue as the hospital needed the trauma bay. I followed to the morgue and stood by until crime scene responded. Crime scene responded and I assisted in photographs of the victim and his belongings. I then collected his belongings and advised staff ▮▮▮ was cleared for Office of the Medical Examiner.

I then led crime scene to where Julio was transferred to after his operation. I assisted crime in their photographs of Julio. OIT Krizek assisted crime scene in photographing Julio's belongings.

Ofc. Yamamoto #202137 arrived at Banner and relieved officers standing by with Julio.

I took custody of both Julio and ▮▮▮ belongings and transported them to EPIC, where they were submitted, through BEAST, into both the bins and wet racks for bloody clothing and items.

This concludes my involvement with this case.

Hernandez/106200

# Narrative by Bryan, Chase                    First Submitted: 06/30/2025 22:20

\*\*\* BWC used in accordance to General Orders \*\*\*

\*\* During this incident I was wearing my SWAT uniform with patches and my external ballistic vest with the word "POLICE" on the front and back. \*\*

Narrative:

On 06/30/2025 I responded to the area of ▮▮▮▮▮▮▮▮▮ reference a SWAT Call Out. Operation Division Midtown Officers responded to the area reference a burglary in progress and then a shooting where a victim was shot and killed during an attempted car jacking. The suspect fled the scene and broke into another house that was occupied and threated multiple people with a firearm. The suspect fled again on foot and officers lost sight of him. Containment was set up in the area.

Upon arrival I was assigned to a SWAT vehicle with TEMS medics. As we drove around SWAT officers on a K9 scout advised they located the suspect in the backyard of ▮▮▮▮▮▮▮▮. I arrived and the TEMS medics began to treat the suspect. I assisted with checking the residence with the permission of the homeowner. After I assisted with caring the suspect out of the backyard to the alley way where TFD arrived and transported the suspect. I stood by and provided security until we were relived from the scene.

Tucson Police Dept
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461


This concluded my involvement in this case at this time.

C. Bryan, 106209

## Narrative by Packard, Douglas                    First Submitted: 07/01/2025 08:06

On 06/30/2026, OIT Brown #200779 and I responded as a training unit to ▊▊▊▊▊ reference an aggravated assault (E251810230). It was reported that a subject standing in the backyard had broken a window, then pointed a gun at a resident before fleeing.

I deployed a drone/sUAS to circulate for the subject from the air. While circulating, a report was made of a shooting in the area at ▊▊▊▊▊▊▊▊ (E251810254). The suspect description provided was close to that of the incident on ▊▊▊▊▊ I widened my search from the air and continued to circulate until a subject was taken into custody.

During the operation, the subject was believed to have traveled east on foot from the residence on ▊▊▊▊ to the apartment complex on ▊▊▊▊▊▊. Evidence suggested that he traveled west in an alley from there to a home he entered at ▊▊ ▊▊▊▊▊ The subject fled that residence and shoe impressions were found on both ends of an alley that ran north and south from ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊. A K-9 team located the male in a shed in the backyard of ▊▊ ▊▊▊▊▊▊.

At the request of detectives, I used the drone to take a series of photographs of the area and the multiple incident locations from the air. Those photos were uploaded to Axon as evidence.

***BWC RECORDING AVAILABLE***

## Narrative by Garcia, Raul                        First Submitted: 07/07/2025 13:01

On 07/01/2025, while assigned to the Technology Investigation Unit, I received a request from Sergeant Farley to Canvas for video surveillance and was briefed on areas of interest. The request was for video surveillance from any cameras covering the period from 06/30/2025 06:15 to 09:45 hours related to incident P2506300026.

I canvased the area of ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ I canvased the area of ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

On 06/30/2025

▊▊▊▊▊▊▊▊ I made contact with ▊▊▊▊, I was advised ▊▊▊ was in the process of moving out and the Ring camera did not have any power, and the other fixed camera was a fake.

▊▊▊▊▊▊▊: I made contact with ▊▊▊▊▊▊▊▊▊▊▊, ▊▊▊ advised the cameras are motion activated and has access to the videos through an application. ▊▊▊ mentioned the ring camera did not capture any motion, but the other fixed cameras did capture some motion. ▊▊▊ downloaded the videos onto her phone. ▊▊▊ received an Axon link to her mobile phone ▊▊▊▊▊▊ to upload the video, and stated the videos were submitted.

▊▊▊▊▊▊▊▊ I made contact with ▊▊▊▊▊▊▊ that had a Ring doorbell camera. ▊▊▊▊ advised the camera is motion activated and only capture two videos during that requested time frame of a marked Tucson Police patrol vehicle driving by on 06/30/2025 at 06:59. A Photograph was taken of the front camera doorbell camera video showing the patrol vehicle, and was uploaded into evidence.com.



270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

███████████ I attempted to make contact with residents, and received no answer. I left a message on the ring doorbell camera requesting video and providing my contact information. During my interaction I heard feedback coming from doorbell but could not understand what was said.

██████████: I attempted to make contact with residents, and received no answer. I left a business card with requested video timeframe written on the card.

██████████: I made contact with █████ that had a Ring camera. █████ advised the camera is motion activated and only captured himself on 06/30/2025 at 06:19.

███████████ I attempted to make contact with residents, gate was closed, received no answer. I left a business card with requested video timeframe written on the card.

██████████: I attempted to make contact with residents, and received no answer. I left a message on the doorbell camera.

███████████ I attempted to make contact with residents, and received no answer. I left a business card with requested video timeframe written on the card.

███████████ I attempted to make contact with residents, and received no answer. I left a message on the doorbell camera.

██████████: I made contact with ████████████ that had a Ring doorbell camera that is motion activated. I viewed video footage during requested time frame. and I only observed the home owner on the video. █████ advised her neighbor at █████ █████ was a Sheriff, and that he was at work at the moment.

█████████ St: I made contact with residents, gate was closed, received no answer. I left a business card with requested video timeframe written on the card.

███████████ I made contact with █████ who advised the homeowner was not home at the moment. █████ mentioned he did not have access to the ring doorbell camera. I left my contact information with timeframe requested.

███████████ I attempted to make contact with residents, and received no answer. I left my business card with requested video timeframe written on the card.

███████████ I attempted to make contact with residents, and received no answer. I left my business card with requested video timeframe written on the card.

██████████: I attempted to make contact with residents, and received no answer. I left my business card with requested video timeframe written on the card.

██████████: I made contact with █████ that had a Ring doorbell camera. █████ advised the doorbell was motion activated, and did not record any video during the requested timeframe. █████ mentioned her dog was barking some time before 08:15 hours on 06/30/2025.

████████████ I made contact with ████████████ that had multiple external cameras. █████ advised he could view the cameras through a mobile phone application, during our interaction █████ was having issues viewing the videos. █████ initiated the download for the videos for the requested timeframe and was able to upload a video into Evidence.com through an Axon link that was sent to his mobile phone at ████████████. █████ was having network issues and was not able to downloading video and requested a second Axon link to upload the remaining videos when download is completed. At the time of writing this report █████ has not uploaded additional videos.

██████████: I attempted to make contact with residents, and received no answer. I left my business card with requested video timeframe written on the card.



**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

███████████ I attempted to make contact with residents, and received no answer. When I pressed the button on the doorbell camera, the camera did not light up or turn on.

███████████ I made contact with ████ that had a doorbell camera. ████ advised the camera was motion activated and only recorded 10 second clips, but could view the video from a mobile application. ████ showed me the only video captured during the requested timeframe of a black truck driving by on 06/30/2025 07:19. A photograph was taken and uploaded into Evidence.com

███████████ I attempted to make contact with residents, gate was closed, received no answer. I left a business card with requested video timeframe written on the card.

███████████: I attempted to make contact with residents, and received no answer. When I pressed the button on the Ring doorbell camera, the camera did not light up blue or turn on.

███████████: I attempted to make contact with residents, and received no answer. I left my information with requested video timeframe.

███████████ I observed the individuals leaving in a truck prior to my arrival, I attempted to make contact at the residence, and received no answer. I left my information with requested video timeframe.

███████████ I attempted to make contact with residents, gate was closed, received no answer. I left my information with requested video timeframe.

███████████ I attempted to make contact with residents, gate was closed, received no answer. I left my information with requested video timeframe.

███████████ I made contact with ████ from Avalanche Security Solutions. ████ noted the cameras are pointed towards the rock beds of the businesses, none of the cameras are in the direction of the point of interest, and that the property was closed. ████ asked for my contact information and advised he would attempt to get in contact with the property owners through his company. ████ will notify me if the cameras are working and recorded anything during the requested timeframe.

███████████ I made contact with front desk staff ██ of Roofsavers Locke Roofing. ██ mentioned the owner was on vacation, and the only other person with access with the cameras was ███ that would be working on 07/01/2025 at 06:30.

----

On 06/30/2025, I was contacted on my Department issued cell phone by █████████████████ from ████████████. ████ mentioned finding the business card at his residence of 3█████████████ and would review camera footage for requested timeframe. I provided ████ an Axon link to upload video into Evidence.com. At the time of writing this report ████ has not uploaded any video.

On 06/30/2025, I was contacted on my Department issued cell phone by text message by ████ from █████████████. ████ mentioned finding the business card on the door, and had a motion sensor camera. J█████████ lives at ███████████ ████ added we could schedule a time to download video footage. ████ mentioned previously lending out the DVR to a detective. We schedule to meet on 07/02/2025 at 07:30 at Operation Division West Substation.

---

On 07/01/2025, I was contacted on my Department issued cell phone by ██████████████████████ from ████████. ████ lives at ██████████, and mentioned she does not get out of work until 17:00 hours. J████ added her Husband ███ has access to the cameras and would be home at 15:00 hours, I will follow up with ████████ t 15:00 hours. On 07/01/2025, I made contact with Spanish speaker ██████████████████████. ████ had the mobile application for WYZE video camera, and mention the camera was motion activated. ████ received multiple Axon links to upload videos into Evidence.com.

**Tucson Police Dept**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Report P2506300026-1 (Report 1 of 47)

On 07/01/2025, I made contact with ▇ from Roofsavers Locke Roofing located at ▇▇▇▇▇▇▇. ▇ advised ▇ had left on a route, and was not available at the moment. ▇ added she is able to view live video but the password she has for the system is not working. ▇ also mentioned the system does not record audio. A Photograph of the TigerSecu DVR system was taken, and a photograph showing the video surveillance system with 14 working camera views. I also captured a live view displaying the system time at 07/01/2025 07:06:09 AM, which I compared to the current time in my photograph at 07/01/2025 08:06:09 AM, noting a time offset of 01:00:00 slower than the current time ▇ mentioned ▇ could attempt to download the video when he returns, I provided my contact information and timeframe requested. At the time of writing this report, I have not received a reply back from Roofsavers Locke Roofing.

On 07/01/2024, I made contact using my Department issued cell phone with ▇▇▇▇▇▇ from ▇▇▇▇▇▇. ▇ advised he downloaded video from his Lorex NVR but was having issue playing the video on computer. ▇ mentioned he would try again today ▇▇▇▇▇ and requested an Axon link be sent to his email. An Axon link was sent to ▇▇▇▇▇▇▇ submitted videos into Evidence.com.

—

On 07/02/2025, I met with ▇▇▇▇▇ at the Operation Division West Substation, who consented to the download of the video surveillance. Jorge provided a Lorex NVR system with a power supply. ▇ provided the password of "▇▇▇" to admin profile.

I documented the Lorex NVR system with photographs. In the system information tab, I noted the model number LNR6108. I took photographs showing the video surveillance system with 7 camera views. I also captured a live view displaying the system time at 07/02/2025 11:38:43 AM, which I compared to the current time in my photograph at 07/02/2025 08:38:44 AM, noting a time offset of 02:59:59 faster than the current time. The system retains video recordings starting from 06/28/2025. All Channels were downloaded. I downloaded 872 video files and the video player covering the period from 06/30/2025 09:15 to 12:45 system time. I took a photograph documenting the date and time range of the videos collected. The video was available in DAV, ASF, AVI, and MP4 formats. A copy in each format was downloaded using the same timeframe to compare frame hashes in Axon Investigate. The frame hashes were identical across all formats. I saved the DAV-format file to a USB storage device. I viewed some of the videos to verify its operation. The Lorex NVR system and power supply were returned to ▇ on 07/03/2025 at Operation Division West substation.

—

# Narrative by Robinson, Patrick          First Submitted: 07/01/2025 15:53

This supplement was created to add names to the incident

# Narrative by Leon, Rogelio          First Submitted: 07/01/2025 17:15

Narrative created for the purpose of evidence entry.  Please see P2506300026-27 for supplement report.

# Narrative by Sobecki, Shammie          First Submitted: 07/06/2025 09:45

This narrative was created for the purpose of evidence entry only.  See narratives
P2506300026-25 and P2506300026-37
for the supplemental report for this incident.

# Narrative by Camacho, Ivan          First Submitted: 07/11/2025 23:09

Tucson Police Dept
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Report P2506300026-1 (Report 1 of 47)**

---

## Narrative by Camacho, Ivan                    First Submitted: 07/11/2025 23:09

---

Guard Duty on arrestee Julio Aguirre

***BWC activated and available***

On July 2nd, 2025 I responded to Banner University Medical Center Room #3202 for a scheduled guard duty on the listed detained suspect, Julio Aguirre.

On that day I was standing by with Julio when I was advised by medical staff that Julio would soon be discharged from the hospital. Per General Orders guard duty procedures, I telephonically notified the Detective Sergeant in charge, Sergeant Farley. Sergeant Farley informed me that a federal agency was going to respond to the hospital and take custody of Julio. Detectives then arrived to serve a search warrant on Julio and collect a sample of his DNA.

Shortly after Detective Williamson arrived and relieved me of my guard duty. Detective Williamson stated that he would finalize guard duty and transport Julio to the Central Arizona Detention Center for the Federal Bureau of Investigations. FBI Agent Molesky also responded to photograph and fingerprint Julio for the booking process. I then notified Sergeant Farley of my relief and cleared the hospital where I returned the guard duty binder to headquarters.

This concludes my involvement with the case at this time.

Camacho #201344



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

# Incident Narrative Supplement Report P2506300026-2

**Primary Officer:** Ragsdale, Robert (104408)
**Assigned District:** ODM Squad 9

## Narrative

**Narrative**

\*\*\*BWC\*\*\*

On 06/30/25, I responded to ▇▇▇ ▇▇▇▇▇ in reference to a shooting call for service.  Call text indicated a male, later identified as ▇▇▇▇▇, was sitting in his truck and had been shot. Call text also advised there was a lot of blood loss.

Upon my arrival, ▇▇▇ had a chest seal on the left side of his chest.  ▇▇▇ was placed in the recovery position. TFD responded and transported Banner-Main.  ▇▇▇ was placed in Trauma 4 with the trauma name of Charlie514. ▇▇▇ chest was cracked open as part of life saving measures by medical staff. Dr Wong advised me that they felt the bullet fragment in ▇▇▇ (left) lung Dr. Wong stated that they would be leaving it in there since ▇▇▇ was deceased.

Dr Nelson pronounced ▇▇▇ deceased at 0725 hours.

I took custody of ▇▇▇ pants, shorts and wallet from the hospital room.  When I went on scene at the incident location ▇▇▇ was not wearing a shirt and already had a chest seal on.

L. Turner #52850 of the CSARC unit located the following Next of Kin information:

▇▇▇▇▇, NOK fo▇▇▇▇ DOB▇▇▇▇▇ Sister,▇▇▇▇▇ DOB▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Additional possible 21's per Transunion: ▇▇▇▇▇ or ▇▇▇▇▇

I contacted TWX #201087 to set up a next of Kin notification for the local police department in ▇▇▇▇▇. At the time of writing this report I haven't heard back from NOK local PD.  TWX stated that they would contact the homicide unit if contact was made after I finished my shift for the day.

Banner Main contacted OME Harrison who is holding off until it is advised on whether Homicide will be enroute.



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-2
(Report 2 of 47)

I stayed near ▇▇▇▇ until Ofc. Bonillas took over and took custody of ▇▇▇▇ clothing and wallet.

This concludes my involvement in this incident.

Ragsdale #104408





**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-3
(Report 3 of 47)

# Incident Narrative Supplement Report P2506300026-3

**Primary Officer:** Monasterio, Christopher (201277)
**Assigned District:** ODM Squad 9

## Narrative

### Narrative

\*\*\* BWC activated, muted when speaking with officers \*\*\*

On 06/30/2025, I was in full uniform in my fully marked patrol vehicle when I responded as a back-up unit to a call for service at ▮▮▮▮▮▮▮ regarding an aggravated assault. Call text stated the male suspect fled on foot.

When I arrived on scene, I helped set containment by taking a northeastern quad.

During my time on containment, they advised over the air that a male subject had been shot in the chest in the area. I stayed on my containment post per Sgt. Maroquinn. Minutes later, it was advised that a suspect was forcing entry into a home within the same area. I was cleared from my containment and went enroute to assist officers that advised they were forcing entry into the home due to innocent subjects inside.

When I arrived on scene, officers advised he was fleeing on foot. I started circulating.

I was tasked with setting containment for the fleeing suspect. I set containment on ▮▮▮▮▮▮▮e by the southwestern end of the compost field.

I was cleared from my post after the suspect was advised he was detained.

This concludes my involvement in this case at this time.

Officer C. Monasterio #201277

Operations Division Midtown, Squad 9



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-4
(Report 4 of 47)

# Incident Narrative Supplement Report P2506300026-4

**Primary Officer:** Angell, Heather (202106)

**Assigned District:** ODE Squad 1

## Narrative

### Narrative

I was assigned to Operations Division East (Squad 1) I was working uniformed patrol in a marked Tucson Police vehicle. I was wearing my assigned Body Worn Camera. My camera was muted in accordance with General Orders.

On 06/30/2025 There was a request in Operation Division Midtown for additional units reference a Homicide ████ ████.

Upon my arrival to the area I assisted with containment at ████████████. I assisted with keeping people out of the area and providing the K9 warnings for the area.

This concludes my involvement. NFI.



**Juvenile**



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-5
(Report 5 of 47)

# Incident Narrative Supplement Report P2506300026-5

**Primary Officer:** Davis, James (47230)
**Assigned District:** ODE Squad 2

## Narrative

### Narrative

On June 30 2025 I was dispatched to assist with searching for a homicide suspect with my sUAS (drone).

I did not speak with any suspects, witnesses or other members of the public and did not use my BWC.

Upon arrival, I was advised to set up on the ███████████ and search in the area the suspect was last seen in.

I launched my drone and searched until I was advised a K9 search team had located the suspect hiding in a shed in the back yard of a home within the quads set.

My drone was near, so I flew over as SWAT medics were assisting the suspect from his previous injuries and from a K9 bite. I recorded several minutes of the suspect being treated. I uploaded this video into evidence.com





**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-6
(Report 6 of 47)

# Incident Narrative Supplement Report P2506300026-6

**Primary Officer:** Buck, Joseph (53333)

**Assigned District:** Special Response Division

## Narrative

### Narrative

BWC (helmet camera video) available.

I responded to this incident from On June 30, 2025, I was on call for SWAT when I responded to this incident from home.  On this callout I wore my green SWAT uniform, green ballistic vest, and ballistic helmet.  I had police identification on all sides.

Upon arrival, I was assigned to a K9 team, but we never left the command post.  Shortly after other K9 search teams were looking for the suspect they located him inside a backyard.  They requested a tool to cut a lock on a fence to get paramedics into the yard.  When suspect was detained, I went to their location and used an angle grinder to cut chain on residential yard.

I took damage photos and completed a City of Tucson Risk Management Form #103.

A patrol officer on scene observed blood on fence, so I photographed that as well.

This concludes my involvement.  See helmet camera for additional details.

NFI.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile

# Incident Narrative Supplement Report P2506300026-7

**Primary Officer:** McKenna, Isaiah (102857)

**Assigned District:** ODM Squad 1

## Narrative

### Narrative

\*\*\*BWC was worn and activate. BWC muted/turned off between contacts with public\*\*\*

---

On 06/30/2025, while working routine patrol in Operations Division Midtown I responded with additional officers to the area near ▇▇▇▇▇.

The original call text indicated that the resident of ▇▇▇▇▇ was reporting that an unknown male subject was in his backyard and had pointed a firearm at him.

Upon arrival, I circulated that area for the suspect, who was described as a thin white male wearing a stripped shirt and khaki pants.

While circulating, an additional 911 call was generated reporting a shooting victim at ▇▇▇▇▇▇▇. The call text indicated that a male victim had been shot inside a maroon truck in the parking lot. I responded with additional officer to the scene.

Upon arrival, I deployed my department issued rife and approached with Ofc. Nichols and Ofc. D. Sheeley. I observed a maroon truck in the parking lot and observed an elderly male in the driver's seat bleeding from his chest. The front driver side window of the vehicle was damaged, with the entirety of the glass being shattered out. Ofc. Nichols cut away the subject's shirt and I observed a puncture wound consist with an entry wound from a gunshot. I applied a chest seal to wound and assisted Ofc. Nichols in removing the victim from the vehicle and placing him on the ground. I asked the victim if he knew the suspect or had seen him before. The victim shook his head in the negative, but did not say anything.  I maintained scene security as additional officers performed additional life-saving measures, which were eventually taken over by responding TFD personnel. I observed a trail of blood droplets proceeding from where the victim had been found, out of the apartment complex and south on S Winstel.

I advised Sgt. Anaya and Lt. Ortiz of this information. I was directed to assist officers at the scene of the original call (▇▇▇▇ ▇▇▇▇) at this time and left the shooting scene.

While enroute, officers advsied via radio that citizens at ▇▇▇▇▇▇ had flagged them down and were reporting that a male matching the suspects description had forced their way into their residence and was demanding a vehicle. It was advsied via radio that a civilian was still inside with the suspect and it was unknown where in the residence she was located and what her condition was.

I responded with additional officers to the residence. It was later advsied that some of the occupants heard what they believed to be a gunshot inside the residence. It was advsied that the suspect had pointed a handgun at the occupants and was attempting to acquire a vehicle. It appeared that the suspects actions were escalating and he was desperate. The suspect presented an active danger to the public at this time and was still armed with a handgun.

Due to the violent nature of the suspects actions, specifically aggravated assault with a firearm and homicide, an exigent entry was made inside to locate the remaining occupant. I cleared the interior of the residence with additional officers. I observed blood droplets inside the house and when I did not locate anyone inside, checked the rear yard and alleyway, where I observed additional blood. I was later informed that officers located the remaining citizen alone in a locked bathroom.

Shortly afterward it was advsied via radio that a citizen had seen a matching suspect running from the alley westbound.





**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-7**
**(Report 7 of 47)**

Additional containment was set and it was determined that a high risk area search would be conducted by SWAT and K9 units.

At this time a SWAT callout was initiated by SWAT Sgt. Legarra. I transitioned from patrol as member of the SWAT team.

I was tasked by Sgt. Legarra to retrieve an armored vehicle from the Midtown substation. I was then tasked to be part of search team with SWAT officers Estes, Camacho, and K9 handler Munoz/K9 Ace. We deployed to our search area and a short while later it was advsied via radio that another search team had located the subject and subsequently taken him into custody.

I did not have any additional contact with any victims, witnesses, or suspects. I was cleared from the scene and had no further involvement in this case. NFI.

McKenna #102857



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-8
(Report 8 of 47)

# Incident Narrative Supplement Report P2506300026-8

**Primary Officer:** Johnson, Travis (100396)
**Assigned District:** ODM Squad 1

## Narrative

### Narrative

*BWC utilized during this incident, which may be muted when not in contact with the public for a police matter.

On 06-30-25, I responded with Sgt. Marroquin #100621 to an aggravated assault located at ▨▨▨▨▨. The caller advised someone tried to break into their house, pointed a gun at their boyfriend, and took off from the scene. When we arrived the officers had already secured the scene. While I was standing in the front yard of the property I heard a gunshot which sounded like it came from the Southeast of us. At first I thought it came from the 100 acre woods. A few minutes later a shots fired call came in at ▨▨▨▨▨. This area was near where I believed that gunshot came from. Officers responded there and advised that there was a subject inside of a vehicle who had been shot. He was later transported to the hospital where he was pronounced as deceased. The suspect from that incident fled on foot and appeared he was leaving a blood trail. We later found out the suspect from the aggravated assault call and the homicide incident had a matching description.

A few minutes later an officer advised on the radio that someone flagged him down and stated a male forced his way into his mother's house located at ▨▨▨▨▨ Officers responded to that address and ended up making an exigent entry inside. Sgt. Marroquin and I arrived while the officers were inside the residence and assisted with clearing it. The officers located a female inside who was not harmed and was later escorted outside. I heard someone advise on the radio a nude male was seen running from the residence before we got there. I had units start looking for the outstanding suspect. I went to ▨▨▨▨ ▨▨▨▨ and parked in case the suspect was still within the area. From that point I started coordinating the small unit tactics.

It was broadcasted on the radio that the suspect was located in the backyard of ▨▨▨▨▨. I responded to that location and noticed the officers had a subject detained and were providing medical treatment to him. I spoke with the residents of the house who provided consent for us to check inside to ensure no one inside was harmed. I assisted with this check and did not find anything of concern.

Johnson #100396

ODM/Squad #1



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-9
(Report 9 of 47)

# Incident Narrative Supplement Report P2506300026-9

**Primary Officer:** Frieberg, Alexandra (51078)

**Assigned District:** Homicide

## Narrative

### Narrative

#### 06/30/2025

While on my normal duty hours, at approximately 0800 hours, Sgt. Wall notified me of a homicide investigation and asked that I respond to ▮▮▮▮▮ I arrived at the area at approximately 0830 hours. I was informed the suspect in this case was still outstanding. Officers were set up in quads and were still actively searching for the suspect.

Prior to the briefing, I was approached by a female who advised her car was in the parking lot of the scene and requested to leave for work. Crime Scene Specialist Romero took overalls of the scene prior to the removal of her vehicle. The vehicle had been parked in the far north area of the parking lot (AZ.H3A5SB). I assisted her to her vehicle and out of the parking lot ensuring no items of evidence were disturbed.

#### BRIEFING:

Sgt. Anaya provided a briefing of the incident with the information which was known at that time. Officers responded to several incidents in the area which were all believed to have been committed by the same suspect. Officers initially responded to a burglary incident on ▮▮▮▮▮▮▮ (at 0628 hours), followed by a shooting homicide in the parking lot of ▮▮▮▮ (at 0647 hours) and then a gun pointing incident at ▮▮▮▮▮▮ (at 0713 hours). During the briefing we were informed the suspect had been taken into custody at a shed at ▮▮▮▮▮

See case detective's summary for more details of the information provided.

Investigators were provided a walk-through of the scene.

#### ASSIGNMENTS:

Det. Pena #54035 was assigned as primary case Detective and Det. Cheek #41238 was assigned as secondary. Det. Gillespie #50458 and Det. Frieberg #51078 were assigned to processes the shooting scene.

#### SCENE AT ▮▮▮▮▮▮ :

I acted as the finder/searcher and Det. Gillespie acted as the recorder. I marked items of evidence with a yellow number placard. CSS Romero photographed the items in place.

There was an apparent blood trail which appeared to lead away from the vehicle. It appeared the trail started outside of the maroon Toyota truck, lead in a northwest direction out of the parking lot. The trail continued SB on the sidewalk, crossed the roadway ▮▮▮▮ and continued WB down the alleyway between ▮▮▮▮▮▮▮▮ Det. Gillespie and I walked this alleyway and located apparent blood drops and shoe prints which appeared to match the shoes the suspect had on (we were shown a photo of the bottom of the suspects shoes). It appeared these evidence items in the alleyway led to ▮▮▮▮



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-9
(Report 9 of 47)**

After the items were photographed and recorded, I collected items 1-20 and Det. Gillespie collected the items down the alleyway.

The Maroon Toyota truck was towed to EPIC for further processing.

I took custody of all the evidence items and transported them to the downtown station. Det. Gillespie and I submitted the items into evidence.

It should be noted, I swabbed the single cartridge casing (Item #6) at the downtown police station evidence area, prior to submission into evidence.


**07/01/2025**

**FINGERPRINTS:**

Det. Robinson and I were asked to respond to the Banner UMC Main with Crime Scene to obtained photographs of the suspect's fingerprints for identification purposes. The suspect had provided one name to paramedics, a Morph fingerprint scan was not successful, and an ID was found with another name and DOB on the ID.

Det. Robinson and I responded to Banner UMC Main with Crime Scene Specialist Sobecki who took photos of the suspect. The interaction was captured on BWC by Ofc. Brown who was doing guard duty at the time.

This concludes my involvement at this time.



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-10
(Report 10 of 47)

# Incident Narrative Supplement Report P2506300026-10

**Primary Officer:** Exiga, Casandra (201498)
**Assigned District:** Shooting Investigation Unit

## Narrative

### Narrative

On June 30, 2025, while on my normal duty hours, Sgt. Peak (50473) notified me of a call out to assist homicide and asked that I respond to ███████████.

**BRIEFING (███ ████████:**

Sgt. Anaya (52771) provided a briefing of the incident. The following is a summary of what I understood at the time of the briefing. Officers initially responded to ████████████ for a burglary and gun pointing, followed by a shooting at █████ ██████, and then a burglary and gun pointing at ████████████████ All incidents were believed to have been committed by the same suspect.

**ASSIGNMENTS:**

Det. Torres (100627), Det. Sikora (103500), and I were assigned to go to ████████████ to complete interviews and process the scene. Det. Badilla (53097) then arrived to assist us in processing the scene.

**SCENE (████████████**

I then responded to ████████████ Upon arrival, I met with ████████████████. ██████ is deaf, I showed █████ a message on my phone introducing myself and asking if I can interview her via text message, █████ agreed. Refer to the screenshots uploaded to Evidence.com for the complete interview.

---

**Interview with ████████████████**

- Saw blood in the hallway by the bathroom when she walked out her room
- Peaked outside the window and saw a man without a shirt
- Man was covered in blood holding his arm, does not remember which arm
- Hispanic male, 45-50 years, no shirt, khaki pants, black belt, black hair
- Saw that her grandpa was trying to get him out and the man was kneeling on the floor
- The man went inside the house when she was taking a shower
- Her aunt told her to stay in the bathroom (via Facetime)
- She did not see the man with a gun
- The man was covering himself with a white towel so she couldn't see
- The man was already injured when he got to their house

**END OF INTERVIEW**

---

I assisted Det. Torres and Det. Badilla in processing the scene. Det. Torres and Det. Badilla took custody of the items and submitted them into evidence. Refer to Det. Torres supplement for all items found and their location.

This concludes my involvement in this case.

NFI

Exiga 201498



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-11
(Report 11 of 47)

# Incident Narrative Supplement Report P2506300026-11

**Primary Officer:** Harrison, Adrian (101683)
**Assigned District:** ODM Admin

## Narrative

### Narrative

\*\*\*BWC Available\*\*\*

On 06/30/2025, while working as a two-person training unit with Officer Coronado, we responded to the area of ███████ ████ in reference to a homicide that occurred at ████████████ ████. Upon arrival, Sergeant Johnson advised us of the following: A male suspect (described as Hispanic, with dark hair, a mustache, shirtless, bleeding from an arm, tan pants and a tattoo on his stomach) had shot and killed a victim during an attempted carjacking at ██████████████. Before and after the shooting, the suspect had also gone into two residences. The suspect's location was unknown.

Due to this I deployed my department issued rifle. Officer Coronado was driving our marked patrol vehicle while I was in the passenger seat. We began circulating the area and did so until the suspect was detained by a SWAT and K9 officers during a scout. We then responded to ██████████████ and assisted with scene security, primarily of the parking lot and the homicide victim's maroon Toyota Tundra (AZ Plate YTA81F). I had observed that the Toyota had a broken our driver's window, saw blood on both sides of the door and steering wheel and could occasionally hear a cell phone ringing inside the vehicle.

Detectives on scene requested that I contact Victim Services for witness ████ and I did so. Officer Packard briefly relieved myself and Officer Coronado. Upon arrival back at the scene, Victim Services arrived and I walked them to ████ apartment, ████ at the incident location. We stood by on scene security until Gary's Towing responded to take the Tundra for evidence. We followed it to TPD's Evidence, Property and Identification Center where Officer Coronado entered it into evidence.

This concludes my involvement.

**Juvenile**

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

# Incident Narrative Supplement Report P2506300026-12

**Primary Officer:** Romero, Jessica (101195)
**Assigned District:** Crime Scene Unit

## Narrative

### Narrative

**Case Number:** P2506300026

**Location 1:** ███ ████████████ (Parking Lot)

**Date:** 06/30/2025

**Arrival Time:** 0805 hours

**Clear Time:** 1209 hours

**Images:** 184

**DNA Swabs:** 0

**Latent Prints:** 0

**Officer Contacts:** Sergeant Anaya #52771, Detective Frieberg #51078, Detective Gillespie #50458

### Summary

Upon my arrival, I met with Sergeant Anaya who advised that a subject was reported to have been shot in the parking during a carjacking. I was informed that the shooting victim was transported to a hospital and was deceased. I was notified that the case involved multiple locations. Based on this information, and at the direction of investigating officers, I completed the following:

### Photography

I photographed the parking lot scene at ███ ████████████ to include the following items marked by detectives:

• Placard 1: Red Toyota Tundra, with Arizona license plate (YTA81F) and VIN: 5TBRT38151S217760, including damage to the driver's door window and apparent blood on driver's area

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-12
(Report 12 of 47)

Juvenile

- Placard 2: beanie

- Placard 3: belt

- Placard 4: shirt with apparent blood and defect

- Placard 5: shoes

- Placard 6: cartridge case (GFL 9mm Luger)

- Placard 7: striped towel

- Placard 8: cartridge (GFL 9mm Luger)

- Placard 9: cartridge (GFL 9mm Luger)

- Placard 10: Cigarettes box

- Sticker 11: apparent blood on the exterior passenger door of the white Chevrolet, with Arizona disability license plate (RCA2EZ)

- Placard 12-20: apparent blood

- Green cones marking apparent blood trail

I was requested to respond to ███████████████████.

**Location 2:** ███████████████████ (backyard & shed)

**Date:** 06/30/2025

**Arrival Time:** 1209 hours

**Clear Time:** 1413 hours

**Images:** 161

**DNA Swabs:** 3

**Latent Prints:** 0

**Officer Contacts:** Detective Robinson #43002



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile

Incident Narrative Supplement Report P2506300026-12
(Report 12 of 47)

## Summary

Upon my arrival, I met with Detective Robinson who advised that possible blood and a firearm were located at this location. I was notified that the gate's chain/lock was cut by Tucson Police Department personnel. Detective Robinson requested that the top section of the gate and the shed's door be processed for forensic evidence. Based on this information, and at the direction of investigating officers, I completed the following:

## Photography

I photographed the backyard scene for residence ▮▮▮▮▮▮ to include the following items marked by detectives:

- Damaged chain/lock

- Placard/writing 1A-F: apparent blood on the exterior side of the gate

- Placard/sticker 1G: top section of gate

- Placard 2: pants, including contents from the pockets

- Placard 3: towel

- Writing 4: exterior side of shed door

- Writing 4A: interior side of shed door

- Writing 4B: possible blood on the interior side of shed door

- Placard 5: cell phone

- Placard 6: possible blood

- Placard 7: Santa hat

- Placard 8: watch

- Placard 9: M&P Smith & Wesson firearm (serial number: NDN5223), removable cartridge magazine, and 9mm Aguila cartridge

- Placards 10-13: possible blood

## Crime Scene Processing and Results



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile

Incident Narrative Supplement Report P2506300026-12
(Report 12 of 47)

I processed the following areas for latent print evidence using magnetic powder, yielding the following results:

- Exterior side of the shed door/doorframe area: negative results

- Interior side of the shed door/doorframe area: negative results

I did not collect latent lift cards.

Crime Scene Specialist Supervisor (CSSS) Lorenz #35463 assisted with processing this scene. Please refer to his case supplement for further information.

**Evidence Collected**

I collected and packaged the following:

- Item 4B- swab sample of possible blood from the interior side of the shed's door

- Item JER1- swab sample of possible trace DNA from the shed's exterior door handle

- Item JER2- swab sample of possible trace DNA from the shed's interior door handle

**Disposition of Evidence**

I uploaded all photographs that I captured and CSU Notes Form to the Tucson Police Department (TPD) Axon Digital Evidence Management System.

I submitted all items that I collected to the TPD Property and Evidence Section.

**Remarks**

Refer to investigating officers' reports for additional case details.

This concludes my case involvement at this time. Any additional forensic services I provide will be the subject of a separate report.

*The Tucson Police Department Crime Scene Unit is accredited by the American Association for Laboratory Accreditation (A2LA) (Cert No. 7108.01).*

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-12
(Report 12 of 47)




**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-13
(Report 13 of 47)

---

# Incident Narrative Supplement Report P2506300026-13

**Primary Officer:** Ortiz, David (47469)
**Assigned District:** ODM Squad 2

## Narrative

### Narrative

#### Homicide/Home Invasions-Combined Investigation (BWC Utilized)

Date: June 30, 2025

Case: P2506300026

#### Locations:

1. ███████████████ - Home Invasion, Aggravated Assault
2. ███████████████ Homicide, Attempted Carjacking Armed Robbery
3. ███████████████ Home Invasion, Aggravated Assault

#### Arrestee:

• Julio Aguirre, H/M, 9/22/1982, 5'5", 140, Bro-H, Bro-E

#### Victim:

• ███████████, W/M, ██████, 5'8", 160, Bro/Wht- Hair, Blue-E (Deceased)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#### Synopsis:

On 6/30/2025, TPD Officers from Operations Division Midtown responded to a reported burglary in progress at ███████. The suspect reportedly forced entry and then pointed a firearm at the occupants and then fled on foot. While officers were on scene, a shooting incident occurred within blocks of the initial incident at ████████ ████████ r was shot by and unidentified male who matched the description of the Home Invasion from ██████. Life-saving measures were implemented by TPD officers and Tucson Fire arrived to transport Miller to Banner Main were he succumbed to his gunshot trauma. While the homicide investigation was being conducted, a suspect matching the homicide had forced entry into a residence at ████ ██████ The occupants were held hostage for several minutes while the suspect ordered them to perform first aid on him from injuries sustained during the homicide. Officer made an emergency entry to effect a Hostage Rescue which forced the suspect to flee. The suspect was later found in a shed in the backyard of a residence where he sustained Police Service dog bite wounds during his apprehension. The suspect was identified as Julio Aguirre and he had injuries and clothing consistent with those reported during this violent crime spree. Aguirre was treated by SWAT medical personnel and then later transported to Banner Main for medical treatment. Homicide Detectives responded to the scene on Winstel and were in the early stages of the investigation.

#### Details:

On 6/30/2025, I was assigned as a Patrol Commander for Operations Division Midtown. I was on-duty and responded to the initial incident location at ████████ Patrol officers were already on scene and Sgt. Marroquin and Sgt. T. Johnson were Incident Command. The suspect reportedly jumped the back fence and fled eastbound on foot from the incident location.

Juvenile



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-13
(Report 13 of 47)

---

While on scene, I heard a single gunshot that oriented from the eastern direction. Minutes later, TPD Communications broadcasted a shooting victim at ▮▮▮ ▮▮▮▮▮▮▮▮ Officers and I responded to that location and found ▮▮▮▮▮▮ r who had a gun shot wound to his chest. There were two witnesses identified at that scene who reported that the suspect shot ▮ after trying to carjack his red pickup truck. Officer Nichol placed a chest seal on ▮▮▮ wound and his condition continued to deteriorate. I took Incident Command of this scene and assigned Sgt. Anaya as the Operations Chief. Tucson Fire responded and conducted an emergency transport to Banner Main. ▮▮▮ later succumbed to his injury.

While on scene, TPD Communications broadcasted a report of another home invasion within a block of the homicide. Officers responded to ▮▮▮▮▮▮▮▮ where a suspect forced entry into the residence and was covered in blood. The suspect description matched closely to the shooting suspect from the homicide. Based on the close proximity of the locations, and the short timeline of events, this suspect was believed to be involved in all the violent incidents. The occupants of the home were evacuated but learned that the suspect was still inside with one family member with disabilities. Officers made an emergency entry to rescue the potential hostage. Their actions forced the suspect to flee on foot.

I was on scene at the front of the residence on ▮▮▮▮ when a neighbor approached me and was frantic. He said a naked male ran west in the north alleyway of ▮▮▮. He said the male crossed ▮▮▮▮▮d and continued running west. I broadcasted the information and directed units to set up containment using Small Unit Tactics-Quads. I requested SWAT, K9, Air Support and additional Patrol units from Operations Division East.

**Operations:**

I took Incident Command of all three scenes and assigned the following Operations Chief for each location:

1. Sgt. Anaya- Homicide scene ▮▮▮
2. Sgt. Marroquin- Home Invasion (▮
3. Sgt. T. Johnson- Quads and Search Team
4. Sgt. Legarra- SWAT/K9- Operations
5. Sgt. Carpenter- SWAT Command Post

Patrol units maintained Containment while Community Service Officers (CSO) provided Traffic Control and set up the Command Post.

I made the following notifications:

• Lt. L. Rizzi - Acting ODM Captain (COC Page)
• Sun Tran - Directed to cease Bus operations in the area
• DMAFB - Close proximity to scene
• Union Pacific Police - Railroad Yard
• TUSD Security - Directed to cease School Bus operations in the area (Summer school)
• Public Information Office- Sgt. Gradillas for media release to inform public of suspect at large

SWAT conducted a High Risk Area Search and ultimately located the suspect at ▮▮▮▮▮▮▮▮▮. The suspect was identified as Julio Aguirre. He reportedly had injuries consistent with victim/witness statements. Officers reported that a firearm was located.

I conducted a debrief with my assigned personnel. The scene at ▮▮▮ was left due to prioritization and safety of CSO personnel. I reassigned Officer Laughlin to report back to ▮▮▮▮▮▮▮ to maintain the scene. CSO V. Lee responded to assist with evidence collection and wait for Crime Scene.

I conducted a debrief with Homicide Detective Sgt. Farley who took Incident Command of the investigation. I secured from this incident.

*******************************************************************

Submitted by Lieutenant D. Ortiz #47469, Tucson Police Department

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile

Incident Narrative Supplement Report P2506300026-13
(Report 13 of 47)



**Juvenile**

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-14
(Report 14 of 47)

# Incident Narrative Supplement Report P2506300026-14

**Primary Officer:** Gillespie, Parrish (50458)
**Assigned District:** Homicide

## Narrative

### Narrative

TPD Case Number: 2506300023

Time Created: 0628

Time Dispatched:  0629


Sergeant(s):

Sergeant Farley Homicide 53662

Sergeant Wall Homicide 49540

Sergeant Peak Shootings Investigations Unit 50473


Detective(s)/Investigator(s):

Detective Pena Homicide 54035 – Primary

Detective Cheek Homicide 41238 – Secondary

Detective Frieberg Homicide 51078 – Scene (███████████)

Detective Gillespie Homicide 50458 – Scene (████ █████) 

Detective Robinson Homicide 43002 – Scene (████████)

Detective Lara Homicide 51916 – Scene ███████████

Detective Torres Shooting Investigations Unit 100627 – Interviews/Scene (█████████)

Detective Sikora Shooting Investigations Unit 103500 – Interviews

Detective Badilla Shooting Investigations Unit 53097 – Scene (█████████)

Professional Staff Investigator (PSI) Lewis Homicide 201497 – Interviews/Scene (██████████ and ██████████



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-14
(Report 14 of 47)

---

Officer(s):

Officer E. Brown 200779 (Case Officer)


Involved Parties:

Suspect(s):

Julio C Aguirre


Victim(s):

██████████ r – deceased

██████████

██████████████

████████████████████████

██████████

██████████████

██████████████


Witness(es):

██████████████


Narrative:

On 6/30/202 at approximately 0800 I was contacted by Sergeant Wall who requested that I respond to ██████ ████████ reference a homicide with the suspect still outstanding.


Upon arrival an investigative briefing was conducted by Sergeant Anaya 52771, Officer D Simmons 201603, and Officer E Brown 200779 and the following information was relayed:


██████████

At 6:28, a call was received reporting a burglary interrupted at ██████████████



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4261

Incident Narrative Supplement Report P2506300026-14
(Report 14 of 47)

---

Reporting party: ████s, who was home with his wife (████) and their daughter.

████ was the individual who called 911

████ and his wife were asleep in their bedroom when they heard a window break in the bathroom.

████ was the only one who left the bedroom to investigate.

Upon entering the bathroom and looking out the window, ████ observed a suspect standing outside.

The suspect was described as a white male, approximately 5'06" to 5'07", thin, wearing tan pants, blue and white striped collared shirt, short black hair and was carrying a backpack.

The suspect was looking down and appeared to be handling his backpack.

████ asked the suspect, "What are you doing?"

The suspect responded by pulling a black handgun (described as resembling a Glock) from his waistband and pointing it at ████

████ retreated to his bedroom, waited a few minutes, then checked outside again and found the suspect had left.

A wrench was found outside the bathroom window. ████ was unsure if it belonged to him, but stated it was not there previously.

████ speculated the suspect may have taken the wrench from a shed in the backyard.

No one in the surrounding area reported seeing anything.

Officers canvassed the area for video footage and witnesses; no working video footage was found at neighboring houses.

████ ████ wife) and their daughter did not witness the incident; ████ remained in the bedroom and their daughter was asleep in her own bedroom.

"Digs" (footprints) were found in the alleyway directly behind the backyard, indicating the suspect ran eastbound.

████████

Approximately 12 minutes after the ████████ incident, a call was received referencing a shooting victim on ████

The victim was found in a maroon truck, with a singular gunshot wound to his upper left side near the armpit.

The victim was still breathing upon officer arrival.

Officers immediately began rendering aid.

A spent 9 mil casing was found just outside the driver's side of the truck.

A live 9 mil round was found next to the casing.

The driver's window of the truck was shattered, with blood observed on the window and outside.



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-14
(Report 14 of 47)

---

It is possible some of the blood on the window may belong to the suspect, who reportedly sustained an injury to his arm.

A blood trail extended from the truck into the parking lot, where it appeared to have stopped.

The victim, identified as ▮▮▮ was later confirmed deceased.

The victim was transported by Engine 11, Paramedic 3 for TFD.


▮▮▮▮▮▮ was leaving her residence for work when she walked past the victim in his vehicle.

She told the suspect "Don't ruin your life." He replied, "My life is already ruined."

She Observed the suspect pull out a gun and shoot the male victim.

▮▮▮ ran back to her residence, feeling as though the male was chasing her.


▮▮▮▮▮ lives on the bottom floor of the apartment building and hear the suspect demanding the keys to the truck from ▮▮▮.

▮▮▮ heard the suspect state: "I'm going to shoot you on the count of three if you don't give me the keys."

She witnessed the suspect count to three and then shoot ▮▮▮.

▮▮▮ described the suspect as a Hispanic male, approximately 5'11", medium build, short hair, with a tattoo on his midsection area.

She did not observe the suspects direction of travel after the shooting.


▮▮▮▮▮▮ was in her yard by the victim's truck watering plants.

She heard ▮▮▮ say "Don't do that. Leave me alone."

She observed the suspect at the truck door, which was open.

▮▮▮ heard the suspect say: "I need this car it's for my mom."

The suspect then looked at ▮▮▮ and pointed the gun at her.

▮▮▮ sprayed the suspect with a water hose, causing him to turn away.

▮▮▮ went inside to call 911, heard one shot, and upon returning, found the victim no longer present in the car or at the scene.


▮▮▮▮

At 7:13, a call was received regarding someone attempting to break into another house from the backyard on ▮▮▮▮▮.

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-14
(Report 14 of 47)

The male resident (███████ was confronting the suspect in the backyard, and the suspect was reported to have a gun.

███████ was working on plants in his backyard when the suspect entered. The suspect did not make entry into the house.

The suspect stated: "I need a car. I need a car for my mom. I need some help."

███████ and his wife, ████, observed the suspect was bleeding and believed he genuinely needed help.

They applied a tourniquet (or makeshift one) to the suspect's arm to assist him.

The suspect continued to talk about needing a car, leading to an argument between him and ██████.

During the argument, the suspect pointed the gun at ██████.

According to ████, the suspect then pointed the gun at his own head and threatened to kill himself if she called 911, and also threatened to kill them.

██████ is hard of hearing and communicates via text.

The suspect fled the scene, with no initial direction of travel.

Lieutenant Ortiz later observed a male matching the suspect's description (no shirt) running westbound near ██████ in a north-south alleyway.

Officers lost sight of the suspect but subsequently detained him.

During the briefing we were advised that someone had been taken into custody at ██████████.

At the conclusion of the briefing Sergeant Farley gave me the following assignment:

-Process the scene at ████ ███████ (this ended up including the parking lot, roadway on ██████ to the alleyway between ██████ and the alleyway west up to the rear entrance of ███████)

The scene that I assisted in processing did not require a search warrant.

I made the following observations about the scene:

-███████████ was an apartment complex in the city limits of Tucson, in Pima County.

-The complex is located on the northeast corner of ███████████.

-The gated parking lot is located on the north side of the complex, with the entrance on the northwest side of the lot, entering off ██████.

-There is a gate along the west side of the lot, a brick wall along the north and east of the parking lot and a chain-link fence along the south end of the lot (separating the lot from the apartment complex).



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-14
(Report 14 of 47)

## Narrative (continued)

### Narrative

-There are parking spots along the north wall, two rows in the middle of the lot, and a row of parking along the south end of the lot.  All parking spots are oriented north/south.

-The southernmost row of spots were described as follows (starting from the east): (1) accessible parking space, access aisle, (2) accessible parking space, (3) parking space, (4) parking space, (5) parking space, (6) parking space, (7) parking space, (8) accessible parking space, access aisle.

-The victim's truck was a maroon extended cab Toyota Tundra (AZ.YTA81F) parked in Space 4.

-The driver's side door was open and the window was broken.

-The driver's side rear-hinged access door was closed.

-Both doors on the passenger side were closed.

-Several pieces of evidence were on the ground on the driver-side of the victim's truck (please see a list of items below)

-I observed blood stains on the ground that spanned from the truck to the end of the parking lot.

-Blood stains continued from the parking lot onto the sidewalk outside of the parking area. The sidewalk was along the east side of Winstel Ave.

-The blood stain pattern moved south along the sidewalk to just past the mailboxes and the appeared to cut diagonally across the street in a southwest direction to the alleyway on the west side of ███████████████████████████

-The blood stain pattern continued west through the alleyway up to behind ███████████████, which is approximately 40 yards to the east of ███████

Additionally, shoe impressions were located in the alleyway and photographed.

-I observed that there was additional blood stains in the back yard of ███████████ but did not process that scene (please see additional supplements for details and evidence collected).

-Using google earth I estimated the APPROXIMATE path of travel between █████████████ to █████████ to be APPROXIMATELY 339 yards (approximately .19 miles).

Detective Frieberg and I processed scene at █████████████ (including the parking lot, roadway on ████████ to the alleyway between ████████████████, and the alleyway west up to the rear entrance of █████████████ I was designated as the recorder/searcher and Detective Frieberg was designated as the searcher. When an item of evidentiary value was located it was marked by a yellow numbered placard.  The item was then photographed in place. Crime Scene Specialists Lorenz (35463), Romero (101195) and Sobecki (104554) were on scene to photograph (please see their supplements for their specific roles and involvement).

The path of travel of the blood trail was indicated using green cones.  This does not mark every point along the path and is only to show the GENERAL path of travel.

After the item was marked, it was photographed in place.  If needed the item would be moved for additional photographs. The items were then collected and packaged.  All items collected by Detective Frieberg and I were transported to the Main Police Station by Detective Frieberg.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-14
(Report 14 of 47)

## Narrative (continued)

### Narrative

The following items were located (items marked with (*) were photo only and not collected:



AC1) Maroon Toyota Tundra located on the south side of parking lot.

PG02) Grey Beanie located on ground northeast of victim truck (AC1) belonging to victim.

PG03) Brown leather belt located on ground northeast of victim truck (AC1) belonging to vicitm.

PG04) Bloody light-colored shirt located on ground northeast of victim truck (AC1) belonging to victim.

PG05) 2 black slip on shoes located on ground northeast of victim truck (AC1) belonging to victim.

PG06) Spent 9mm GFL brass case located on ground near on driver's side of truck (AC1) near rear.

PG07) Red and white striped towel on ground under driver's side rear-hinged access door of truck (AC1).

PG08) Live 9mm GFL brass round on ground under driver's side rear-hinged access door of truck (AC1).

PG09) Live 9mm GFL brass round on ground under driver's side door of truck (AC1).

PG10) pack of bloody lucky brand cigarettes on ground under driver's side door of truck (AC1).

*PG11) Defect (scratch and possible paint transfer) to rear passenger door of white Chevy Malibu (AZ.WCRCA2EZ).

PG12) SWAB of blood from start of blood trail

PG13) SWAB from blood pool near victim's shirt (PG04)

*PG14) Continuation of blood trail

PG15) SWAB from continuation of blood trail northwest end/exit of parking lot.



PG16) SWAB from the continuation of blood trail on sidewalk outside of the parking area along the east side of ▆▆▆

*PG17) continuation of blood trail on sidewalk outside of the parking area along the east side of ▆▆▆ just north of the mailboxes.

*PG18) continuation of blood trail in the southbound lane of ▆▆▆ and the alleyway to the south.

*PG19) continuation of blood trail on the curb ramp on the west side o ▆▆▆ and, almost to, the alleyway to the south.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-14
(Report 14 of 47)

---

## Narrative (continued)

### Narrative

\*PG20) continuation of blood trail on the sidewalk on the west side of ▮▮▮▮▮▮▮▮▮▮▮▮ at the alleyway to the south.

\*PG21) Shoe impression in the alleyway on the west side of ▮▮▮▮▮▮▮▮▮▮▮▮

PG21A) continuation of blood trail near the shoe impression in the alleyway on the west side of ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

\*PG22) Shoe impression in the alleyway on the west side of ▮▮▮▮▮▮▮▮▮▮▮▮

\*PG23) continuation of blood trail in the alleyway on the west side of ▮▮▮▮▮▮▮▮▮▮▮▮

\*PG24) Shoe impression in the alleyway on the west side of ▮▮▮▮▮▮▮▮▮▮▮▮

\*PG25) continuation of blood trail in the alleyway behind ▮▮▮▮▮

PG26) SWAB of continuation of blood trail in the alleyway behind ▮▮▮▮▮▮

\*PG27) continuation of blood trail in the alleyway behind ▮▮▮▮▮

\*PG28) continuation of blood trail in the alleyway behind ▮▮▮▮▮

PG29) continuation of blood trail in the alleyway behind ▮▮▮▮▮


The collected evidence was transported, sealed, signed and submitted at the Main Police Station at 270 S Stone.


On 7/1/2025 at 1430 Detective Frieberg and I responded to ▮▮▮▮▮ to process the victim's Toyota Tundra (Item AC1). CSS Leon (53783) was on scene to take photographs and complete additional processing of the vehicle.

The following items were located (items marked with (*) were photo only and not collected:

TR1) SWAB of blood from the driver door exterior near mirror and window trim

TR2) SWAB of blood from exterior glass from driver's door

(CSS Leon processed items 3 and 4 – please see his supplement)

TR5) Miscellaneous keys (including truck key) located on the driver's side floorboard

TR6) SWAB of blood from driver's seat cover

TR7) Cellphone in black case located on the front floor/center console area of truck

\*TR8) Pack of Lucky Strike cigarettes

\*TR9) Indicia for Ricky Miller located on driver's side visor



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile

Incident Narrative Supplement Report P2506300026-14
(Report 14 of 47)

## Narrative (continued)

### Narrative

The collected evidence was packaged, sealed, signed and submitted at the main Evidence Processing and Intake Center at ▬▬▬▬▬

Of note: I did not conduct any interviews and had no contact with any of the victims, witnesses or suspect.

This ended my involvement as of 7/1/2025.  Please see other supplements for additional information on other scenes and items located and/or collected.

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-15
(Report 15 of 47)

# Incident Narrative Supplement Report P2506300026-15

**Primary Officer:** Wall, Joseph (49540)

**Assigned District:** Homicide

## Narrative

### Narrative

**P2506300026**

████████████████████████████

**Shooting Homicide**

On 06/30/25 at 0750 hrs, while assigned as a sergeant of the homicide unit, I received a call from Sgt. Anaya #52771 from Operations Division Midtown (ODM). He advised that they were working a homicide and the suspect had been part of various crimes at several other scenes in the area. They were still looking for the suspect, who had shot and killed someone in the parking lot of ████████████ I advised detectives would be responding. I called Sgt. Farley #53662, who was the on-call homicide sergeant that day. She asked me to call the detectives to initiate a callout. I called the following detectives and asked that they respond:

Det. Pena #54035

Det. Cheek #41238

Det. Frieberg #51078

Det. Gillespie #50458

PSI Lewis #201497

Due to the multiple scenes and interviews to conduct, Sgt. Farley called Sgt. Peak #50473 (shooting investigation unit), and asked if he could respond with some of his investigators, which he did. The following shooting investigation unit investigators responded as well:

Det. Badilla #53097

Det. Torres #100627

Det. Sikora #103500

PSI Exiga #201498

Crime Scene Specialist Romero #101195 was on scene.

**ARRIVAL ON SCENE**



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-15 (Report 15 of 47)**

Upon arrival at the scene, I noted a large police presence. The parking lot of ▮▮▮ ▮▮▮▮▮▮ which is an apartment complex, was blocked off with crime scene tape, with uniformed police officers guarding the area. Once all investigators were on scene, we were provided with a briefing from Sgt. Anaya, Ofc. Brown #200779, and Ofc. Simmons #201603.

**BRIEFING**

Scenes / Involved Parties:

Broke window at ▮▮▮▮▮▮

Caller - ▮▮▮▮▮▮

Homicide Scene ▮▮▮▮▮▮▮

Victim - ▮▮▮▮▮▮▮▮ - Pronounced deceased at 0725 by Dr. Nelson

Witness - ▮▮▮▮▮▮

Witness - ▮▮▮▮▮▮

Witness/Victim - ▮▮▮▮▮

Suspect - Hispanic Male with "Jean bottoms"

Entered home at ▮▮▮▮▮▮

Victim - ▮▮▮▮

Victim - ▮▮▮▮▮▮▮

Victim - ▮▮▮▮▮

Vehicles:

Homicide Victim Truck - Toyota Tundra (Red) - AZ - YTA81F

Summary of Events:

On 06/30/25 at 0628 hrs, ODM officers responded to ▮▮▮▮▮▮ regarding a male suspect trying to get into the backdoor of a residence. This suspect was confronted by the homeowner, did not have his name at the time of the briefing, and the suspect pulls a gun and points it at the homeowner. The suspect then leaves the property. There was some discussion about a window possibly being broken as well. Ofc. Brown later clarified, sees responding officers supplements for further. Ofc. Brown later clarified some of this information.

At 0647 hrs a call for service came in from ▮▮▮▮▮▮ regarding a male in a maroon truck being shot. Police respond and render aid to the male, who was transported to Banner Main and later pronounced deceased. The male was later identified as ▮▮▮▮▮r and it was apparent he had sustained a gunshot wound. Officers interviewed people in the area to include ▮▮▮▮▮▮▮. ▮▮▮ stated she was leaving her residence and saw the shooting victim inside his truck and a male

Printed by Gauna-Amos, Roberta (147909) at 07/28/2025
09:08
Page 73 of 146 (Page 2 of 4 in Incident Narrative Supplement Report P2506300026-15 (Report 15 of 47))

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-15
(Report 15 of 47)

---

standing outside it. Someone said, "It doesn't have to be like this" and the male outside the truck responded, "My life is already ruined" the male outside of the truck then shot the male inside the truck. The suspect was wearing blue jean shorts, brown shirt, and had a mustache. ▇▇▇ heard the suspect demanding keys, count to three, then shot the man in the truck. ▇▇▇ was in her yard watering her plants. She heard the man in the truck say, dont do that. The door of the truck was open with the suspect at the door. The suspect said he needed the vehicle for his mom. The suspect pointed his gun at ▇▇▇ and she sprayed him with the hose. She heard one shot and looked back to see the suspect was no longer there. People on the scene reported the suspect had some sort of injury to his arm. Officers noted there was a 9mm cartridge case found near the truck.

Officers arrived on scene to look for the suspect and found someone matching the given description running through the neighborhood. Officers set containment and were actively searching for the suspect during our briefing. At one point I overheard on the police radio that they found and detained the suspect at ▇▇▇▇▇▇

At 0713 hrs a 911 call was placed from ▇▇▇▇▇▇ reference a male with a gun confronting the homeowner. The homeowner was tending to some plants when I guy comes walking down the alley asking for a car. The homeowner calls for his wife (▇▇▇) to come out. They tourniquet the males arm, as he was bleeding from it. The male talks about needing a car for his mom and points a gun at the homeowner, then points the gun to his own head and says he would kill them and himself. This male eventually leaves the residence. The given suspect description was Hispanic male, no shirt, bleeding from the arm, tattoos on stomach, slim, with shaggy hair.

See responding officer supplements for further on these incidents.


**ASSIGNMENTS**

Sgt. Farley made the following assignments:

Det. Pena - Primary

Det. Cheek - Secondary

Det. Frieberg and Det. Parrish - ▇▇▇▇▇▇

Det. Badilla and PSI Lewis - ▇▇▇▇▇▇

Sgt. Peak, Det. Torres, Det. Sikora, PSI Exiga - ▇ ▇▇▇▇

CSS Sobecki #201156 and CSS Lorenz #35463 both responded to the scene and assisted investigators.


**WALKTHROUGH**

I did not participate in the scene walkthrough. This investigation took place in the daylight, during temperatures of over 100 degrees. I was present while detectives noted a blood trail extending from the victim truck, outside of the secured parking lot, south on ▇▇▇▇ and down an alley. Vehicles were moved out of the way so the potential blood evidence could be properly marked/documented.


**INVESTIGATION**

As detectives continued their investigation, I learned the suspect was transported to Banner Main and an officer was present with him. He would eventually require surgery. I remained on scene to assist Sgt. Farley.

I did not collect any evidence or conduct any interviews.



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-15**
**(Report 15 of 47)**

I was present for an investigative debrief later that day, which took place at 270 S. Stone.

This supplement was completed by Sgt. Wall #49540.



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-16
(Report 16 of 47)

# Incident Narrative Supplement Report P2506300026-16

**Primary Officer:** Leon, Rogelio (53783)
**Assigned District:** Crime Scene Unit

## Narrative

### Narrative

Case Number: 2506 30 0026

Location: 2625 N. Campbell Avenue, Banner-UMC Hospital

Date: 6/30/25

Arrival Time: 14:07

Clear Time: 15:59

Images: 113

Officer Contacts: Hernandez (106200)

Summary:

I was instructed to respond to the listed hospital to photograph a decedent (███████████) and bag his hands, as well as a subject (Julio Aguirre) to include injury views. I completed the following:

Photography:

I photographed ████ to include apparent injuries, and views of his hands before and after myself and Officer Hernandez bagged them. I photographed Aguirre to include injury views. I also photographed both person's clothing/personal belongings.

No evidence:

Disposition of Evidence:

I uploaded all the photographs I captured to the TPD Axon Digital Evidence Management System.

I did not collect any items of physical evidence.

Remarks:

Refer to the investigating officer's reports for additional case details.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-16**
(Report 16 of 47)

This concludes my case involvement at this time.  Any additional forensic services provided by me will be the subject of a separate report.

The Tucson Police Department Crime Scene Unit is accredited by the American Association for Laboratory Accreditation (A2LA) (Cert No. 7108.01).



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-17
(Report 17 of 47)

# Incident Narrative Supplement Report P2506300026-17

**Primary Officer:** Lara, Ryan (51916)
**Assigned District:** Homicide

## Narrative

### Narrative

Det. Lara #51916

TPD case P2506300026

6/30/25

Sgt. Wall called me and advised of a call-out for this homicide investigation. Due to a conflict in my schedule, I was unable to immediately respond. I arrived on scene at ▊▊▊▊ around 11:30am. Det. Robinson had also just arrived. The investigative briefing had already taken place and investigators were already working their assignments. Sgt. Wall and Sgt. Farley were the Homicide supervisors. Sgt. Farley was the lead supervisor. Sgt. Farley provided Det. Robinson and I with a briefing of the incident. During the briefing, I learned that the suspect, Julio Aguirre, shot and killed ▊▊▊▊ at ▊▊▊ ▊▊▊. Julio fled on foot and was ultimately located in a shed in the back yard of ▊▊▊▊. During the detention, he was bit by a K9. Julio also had a cut on his arm that was likely sustained at ▊▊▊▊ determined by a blood trail. Julio was transported to a hospital for treatment. Officers observed a pistol in the shed that Julio was detained from.

Sgt. Farley directed Det. Robinson, PSI Lewis, and I to contact the residents of ▊▊▊▊ to identify any witnesses/victims and request consent to search and process the property for evidence. Crime Scene Specialist Romero met us there to assist with the scene processing. I rang the doorbell and knocked the front and back doors. I did not receive a response from the residents. Officer Martinelli was outside the property, maintaining scene security. He advised that Sgt. Johnson had obtained consent to search from a resident and that he may have their information. I called Sgt. Johnson and he clarified that he spoke with the female resident (later determined to be ▊▊▊▊) at the time that Julio was detained. Sgt. Johnson had, at that time, obtained consent to search the residential interior for bodies to ensure that no suspect/s entered the residence. ▊▊▊▊ had not been asked for consent to process the yard for evidence.

After additional attempts, Det. Robinson contacted ▊▊▊▊, who was inside the house. She provided consent for us to process the scene in the yard.

SCENE AT ▊▊▊▊

The back yard of the property was fenced in with chain link fencing. There were privacy slats woven through the chain link. The back fence had a double gate. Behind the property, bordering the back yard, was an alley that ran north/south that connected ▊▊▊▊▊▊t. There was an intersecting alley that ran east/west, between ▊▊▊▊ that connected with ▊▊▊▊ and continued east to ▊▊▊

The backyard was cluttered with property and debris. Ofc. Martinelli walked us through the yard and identified items of evidence to include Julio's cut off pants and a blood soaked towel in the dirt outside the shed door. Inside the shed was a pistol under a metal tray. The pistol had not been manipulated or closely inspected at that time. Ofc. Martinelli also identified possible blood on the exterior of the fence gate leading to the alley. Ofc. Martinelli advised of a stolen firearm report (P2506300025) taken earlier that morning that he thought could be the firearm found in the shed.

CSS Romero took overall photographs. Det. Robinson searched and marked items of evidence. CSS Romero took detailed photographs of marked items of evidence. PSI Lewis recorded the item details and locations. I collected and packaged the

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile

Incident Narrative Supplement Report P2506300026-17
(Report 17 of 47)

items of evidence. All collected items from that scene were placed in my department vehicle. I transported the items to TPD HQ. Det. Robinson, PSI Lewis, and I submitted the items into Evidence.

During the collection of scene evidence from ▮▮▮▮▮▮▮▮▮ noted the following:

- The firearm located in the shed was a black Smith & Wesson M&P 2.0 pistol, 9mm caliber, loaded with one live cartridge in the chamber and an empty magazine. There appeared to be blood on the firearm.
- The cartridge in the chamber was stamped "Aguila 9mm".
- Three live cartridges were located in the pants cut off of Julio. They were stamped "GFL 9mm Luger".
- A Sonora Mexico driver's license was also located in Julio's pants. The DL had a photograph of Julio with the name "Jose Armenta" and date of birth "22/09/1980". The DL had poor lamination with scotch tape holding it together. The print on the card appeared to be of poor quality. These observations, along with a different name/DOB indicated to me that the DL may be fraudulent.

I attended an investigative debrief at TPD HQ that included members from the Homicide Unit and the Shooting Investigations Unit. I shared my observations and completed tasks.

I read incident report P2506300025, which documented the theft of a Smith and Wesson M&P .40 caliber that occurred early this morning. The theft victim, ▮▮▮▮▮▮▮▮▮▮, did not know the serial number of the firearm at the time of the report. I called ▮▮▮▮▮▮ and confirmed the caliber of the stolen firearm and the type of ammunition it was loaded with. After doing so, I determined that ▮▮▮▮▮ stolen firearm was not the firearm recovered from the shed, due to a difference in caliber and loaded ammunition. See my supplemental report to the incident for details.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Juvenile**

**Incident Narrative Supplement Report P2506300026-19**
**(Report 19 of 47)**

# Incident Narrative Supplement Report P2506300026-19

**Primary Officer:** Legarra, Richard (47238)
**Assigned District:** Service Dog Unit

## Narrative

### Narrative

SWAT TL SUPPLEMENT

NO BWC- assigned to CP

On 06/30/25 I was contacted by Lt Ortiz of ODM regarding an ongoing investigation. Lt Ortiz would provide me with the following details;

A residential burglary had just occurred within ODM. The suspect was armed with a handgun and would flee. A short time later the same male would attempt to carjack an area resident. During this interaction the suspect would shoot and kill the victim. The suspect would flee on foot and force his way into another residence. Again, the male was armed and would flee prior to Police arrival. An area witness would report seeing the male suspect fleeing W/B in the alley off of ███████████

I contacted Lt Lansdale via phone and a SWAT/K9 response would be authorized.

I would initiate a callout for SWAT/K9 personnel and would have them report to a a command post at ████████

Once there, I would brief all SWAT/K9 personnel on the details as I knew them and I would provide them with a description of the suspect;H/M 20-30 5'8, 120-130lbs

Dark hair, no shirt, tattoo on stomach, tan bloody pants and brown shoes. Additionally, the suspect was bleeding from his right arm per witnesses/victims.

I would make the following assignments;

Search Team 1

Rumsley (K9)

Kush

Bianchi

Alexander

Search Team 2

Gutierrez (K9)

Jensen

Valenzuela

**Juvenile**

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-19
(Report 19 of 47)

Ojeda

Search team 3

Munoz (K9)

Estes

Camacho

McKenna

Search Team 4

Rennick (K9)

Lee

A Smith

Galloway

BB MED

Chmara

Christison//

SUB/Rovin//g/LRAD

Avalos

Laurita

Trojan/recovery

Wolverton

Search areas were established and assigned to the respective search teams.

K9 specific commands would be issued within the search area via PA system. These commands would order the suspect to surrender and would advise that if they did not surrender they could be bitten by a Police dog (PSD Tango).

At 0900 Search teams deployed in search of the suspect. At 0916hrs search team 1 would radio that they had contacted the suspect and that he was in custody.  TFD would be requested for a dog bite. The suspect was located hiding in a shed within the fenced residential yard at ███████████.

PSD Tango bit the suspect upon his left upper leg. Upon contact it was observed that the suspect had a significant laceration that was partially bandaged on his arm.



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Juvenile**

**Incident Narrative Supplement Report P2506300026-19**
**(Report 19 of 47)**

TFD would respond and transport the suspect to an area hospital. Personnel from ODM would take custody of the suspect who would later be identified as Julio Aguirre (09/22/82).

Photographs of the injuries Aguirre sustained would be taken at the scene.

Lt. Ortiz and Lt. Lansdale would be advised of the use of PSD Tango.

I had no other involvement in this incident and SWAT would be cleared. NFI

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-20
(Report 20 of 47)

# Incident Narrative Supplement Report P2506300026-20

**Primary Officer:** Rumsley, Jeff (34966)
**Assigned District:** Service Dog Unit

## Narrative

### Narrative

BWC was activated during the incident.

On June 30th 2025 at 0741 I received a call out reference a high risk area search in the area of ███████████. This was reference a suspect that had committed several home invasions and a carjacking where a subject was shot and died. The suspect was seen armed and running into the neighborhood from the listed location.

On arrival at the command post I was provided with the additional information. Earlier in the morning the suspect (who was armed with a handgun) had committed a home invasion in the area. He fled that scene and attempted to carjack an individual. During the commission of that crime the suspect shot the victim who then succumbed to his injuries. The suspect again fled the scene, committed another home invasion, fleeing that scene as police showed up. The suspect was last seen running west in the alley from Dodge between ███████████████. The suspect was described as a H/M 20-30 years old, no shirt, tan pants, bleeding with a tourniquet on his arm. Containment of the area in question was set via marked patrol cars with their emergency lights on and warnings being read over the P.A. system.

After being briefed Ofc Rennick, Kush, Mckenna and I searched the alley in question looking for foot signs and or blood. After checking the alley for these signs we returned to the command post.

My PSD Tango and I were then assigned to a search team along with SWAT Officers Kush, Bianchi and Alexander. We were given the area from █████████████████ ██████. Due to wind conditions at the time we started our K9 search at ██████████████. We cleared the yard at ███████████ at which time I noticed a slight behavior change with Tango. Due to this I checked ████████████████. After clearing those yards we started a systematic check of the houses and yards on south █████ between █████████████████. We contacted the residents of the houses to check on their welfare and to search the backyards of the properties. The houses and yards of █████ and ████████████ were both clear. At ██████████ we contacted the resident and received permission to check her backyard. She indicated no one should be back there and that we would have to access her yard through her house. While checking the backyard of ████████████ Tango showed a behavior change in the the backyard. The shed on the northeast corner of the property was cleared and we continued with the yard. A larger wooden shed with a wooden door was on the south side of the yard. When we got up to the shed I indicated that I would send Tango into the shed after the door was opened. Ofc Bianchi opened the door and as he did so I could see part of a lower leg at which time I sent Tango in for an apprehension. I could also hear Ofc Kush yelling commands at a subject. Tango entered the shed at which time I could hear a subject start to scream. I moved to a position to see inside the shed and could see Tango biting a shirtless male covered in blood. Tango was biting the subject in the upper left leg and the subject was grabbing Tango's face. Ofc Kush and I pulled the subject out of the shed to facilitate his arrest. When the subject was under our control I removed Tango from his leg. The subject matched the suspect we were searching for. This included the tan pants and what appeared to be something wrapped around a wound to his upper arm. After the subject was handcuffed medical treatment was given. The injuries from the dog bite were minor and included small punctures. SWAT TEMS treated the suspect until TFD arrived on scene. The suspect was identified as Julio Aguirre 09221982. Photographs of Julio's injuries were taken. Animal control was contacted and bite number #B25057816 was issued. A gun was later located inside the shed nearby where the suspect was contacted.

I used Tango to apprehend the suspect for the following reasons. The crimes were committed earlier in the morning. The crimes were violent in nature and included homicide, home invasion and a carjacking. The suspect was armed and a danger to the community and to officers. The suspect had fled and was hiding in a position of ambush. P.A. announcements to include K9 warnings were being read prior to and during the area search. One of these locations was about 200 feet away from ████ ████████ These warnings gave the suspect an opportunity to surrender. When the suspect was located the use of the K9 provided us with the ability to safely take the suspect into custody.



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-21
(Report 21 of 47)

# Incident Narrative Supplement Report P2506300026-21

**Primary Officer:** Sikora, Sebastian (103500)

**Assigned District:** Shooting Investigation Unit

## Narrative

### Narrative

On 06/30/2025, I was assigned to the Shooting Investigation Unit as a Detective-In-Training. I was contacted on my department issued cellphone by Sgt. Peak requesting me to respond to ▇▇▇▇▇▇▇ to assist with a Homicide investigation.

Upon my arrival, the detective briefing was concluded. I was made aware that the suspect had made entry into a residence located at ▇▇▇▇▇▇▇ which was approximately a block away from the homicide scene.

Sgt. Peak tasked me and Detective Torres to respond to that residence and conduct interviews with the 3 occupants that were present inside the residence when the suspect made entry.

The 3 individuals present and resided at that residence were ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

It was soon discovered after arriving at ▇▇▇▇▇▇ that ▇▇▇▇▇▇ were Spanish speakers. ▇▇▇▇ as non-verbal and interviewed by another investigator. There was another witness present identified as ▇▇▇▇▇▇. It was discovered that he arrived to the residence and witnessed the suspect inside. ▇▇▇▇ is the son-in-law of ▇▇▇▇ and ▇▇.

Detective Torres conducted the interviews with ▇▇▇▇ and ▇▇. Prior to Detective Torres's interview with ▇▇▇▇, it was observed that the shirt he was wearing had spots of dried blood on it, presumably the suspect's blood as ▇▇▇ wasn't injured. I took photographs of ▇▇▇▇ and his shirt. I then collected his shirt for evidence.

I conducted an interview with ▇▇▇▇ in the carport of ▇▇▇▇▇▇▇ This interview was recorded on my department issued cellphone and later uploaded into axon as evidence.

**Interview with ▇▇▇▇ (Summarized: See audio recording for further)**

NOTE: ▇▇▇▇ advised he had his firearm in his possession but never pulled it out during this incident.

-▇▇▇▇ confirmed his personal information / address noting he resides at ▇▇▇▇▇▇▇▇▇

-He was getting ready for work when he received a phone call from his wife saying how a homeless male forced his way into his mother-in-law's home.

-He believed his wife was notified by her mother about this incident.

-▇▇▇▇ confirmed the time he got the phone call from his wife. The first call was at 0708 hours, then another call at 0711, which he was able to answer.

-Once he was notified, he began to drive to the residence (▇▇▇▇▇▇▇

-While driving, he observed a police officer at ▇▇▇▇▇▇▇▇▇ and flagged down the officer letting him know that a man forced his way into his mother-in-law's home.

-After giving the officer the address, he continued to the residence.

**Juvenile**

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-21
(Report 21 of 47)

---

-Once he got to the residence, he noted that the front gate was locked, so he jumped the wall and got to the front door. The front door was unlocked so he walked in.

-Once inside the residence, he observed his mother / father-in-law sitting down and the suspect sitting between them on the floor.

-██████ later confirmed they were all seated in the living room.

-Originally, ██████ didn't observe the suspect with the firearm and was unaware he was armed.

-██████ began asking the suspect what the problem was and what was going on, the suspect replied to him in Spanish, which ██████ understood.

-The suspect was saying how there wasn't a problem but said so in Spanish.

██████ described the suspect as a short, skinny Hispanic male, wearing tan pants, no shirt, and had a couple of tattoos that he couldn't really make out, and had short hair. He described the suspect as having either a shirt or cloth wrapped around his arm and noted that he was bleeding. ██████ confirmed if he saw the suspect again, he would be able to recognize him.

-After initially addressing the suspect, ██████ noticed movement to the right of his eye and observed multiple officers at the gate.

-██████ told the suspect that the police were here.

-After ██████ told him that, he described the suspect standing up quickly and pulled a pistol out of his front right pocket.

-██████ described the suspect raising the firearm towards him and his mother/father-in-law, then pointed the gun to his own head saying in Spanish how he was going to kill himself and wasn't going to be taken alive.

██████ confirmed that the suspect raised the firearm at him, his mother and father-in-law prior to pointing the gun at himself.

-██████ explained that once the suspect did this with the firearm, he (██████) started to guide his mother/father-in-law out of the front door and brought them to the front gate. They were able to unlock the gate for the officers out front.

-Once outside, ██████ explained that he realized his niece ██████ was still inside the residence.

-██████ confirmed that once he got himself and his in-laws outside, the suspect remained inside and slammed the door and locked it.

-██████ explained that the police were let into the property and they proceeded to kick the door down to the residence.

-I paraphrased the details with ██████ on the information he provided to confirm the details were correct.

-██████ clarified the details of what the firearm looked like. He explained that it looked like an older black Glock.

-██████ clarified that when the suspect raised the firearm, it was approximately 1 to 3 seconds when he pointed it at them, then pointed it to his own head.

-I asked ██████ how this incident made him feel and he mentioned how it caught him by surprise and later mentioned how it scared him and caught him off guard.

-██████ was asked if he pulled his own firearm out in self-defense. He advised that he didn't because the suspect had the draw on him and that it wouldn't have been a good choice. ██████ explained that all he did was grab his mother/fathers-in-law by the arms and guide them out of the residence.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-21**
**(Report 21 of 47)**

-████ believed that the suspect was going to shoot him and described the way the suspect was talking and the way he was looking. He explained he felt like he was getting ready to.

-████ confirmed that the suspect never made any direct VERBAL threats to harm them, only made a threat to kill himself and wasn't going to be taken by the police (in Spanish).

-████ confirmed that his wife was not present during this incident, only himself, ████, and ██. (████ was later discovered to be in another room of the residence).

-████ was asked if he wished to press any charges for today's incident and he declined.


After my interview with ████ I was tasked with collecting a DNA swab of ████ cellphone as it was later discovered that the suspect may have grabbed her phone while she was calling her daughter.

I had custody of ████ shirt with dried blood on it and the DNA swab. I was cleared from the scene and placed those two items into evidence at EPIC.

This concludes my involvement in this incident.

NFI,

Sikora #103500

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-22
(Report 22 of 47)

# Incident Narrative Supplement Report P2506300026-22

**Primary Officer:** Lorenz, Craig (35463)
**Assigned District:** Crime Scene Unit

## Narrative

### Narrative

**Case #: 2506 30 0026**

**Location #1:** ▊▊▊▊▊▊▊

**Date: 6/30/2025**

**Arrival Time: 1015 hours**

**Clear Time: 1150 hours**

**Images: 83**

**Officer Contacts: Detectives Frieberg #51078, Gillespie #50458, Sgt. Wall #49540**

**Summary:**

Upon my arrival, I met with Detective Frieberg who requested that I photograph marked items of evidence in the alley way between ▊▊▊▊▊▊▊▊▊ After my briefing and walkthrough, I completed the following:

**Photography:**

Location, general views showing the relationship of the alley way to the above-mentioned location, general views of the alley walking westbound, general and close-up views of numbered items of evidence placed by the on-scene detectives.

**Crime Scene Processing and Results:**

I captured comparative quality photographs of footwear impressions from the alley way marked as items #21, 22 and 24.

**Disposition of Evidence:**

I uploaded all photographs I captured to the TPD Axon Digital Evidence Management System.

I did not collect any items of physical evidence.

**Remarks:**

Refer to the investigating officers' reports for additional case details.

This concludes my case involvement at this time. Any additional forensic services provided by me will be the subject of a separate report.

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-22
(Report 22 of 47)

---

*The Tucson Police Department Crime Scene Unit is accredited by the American Association for Laboratory Accreditation (A2LA)
(Cert No. 7108.01).*

**Case #: 2506 30 0026**

**Location #2:** ▮▮▮▮▮▮▮▮▮

**Date: 6/30/2025**

**Arrival Time: 1150 hours**

**Clear Time: 1415 hours**

**Images: 134**

**Officer Contacts: Detective Torres #100627, Sgt. Peak #50473**

**Summary:**

Upon my arrival, I met with Detective Torres who requested that I photograph the residence at the above-mentioned location and the alley way behind (north) of the residence westbound to S. Dodge Blvd. After my briefing and walkthrough, I completed the following:

**Photography:**

Location, general views of the interior of the residence, side yard (east side), backyard, backyard washer / dryer area and rear gate that opens to the alley way. General and close-up views of marked items of evidence placed by the on-scene detectives (interior and exterior of residence). General views of the backyard gate from the rear alley looking westbound in the alley. General and detailed views of marked items of evidence in the alley.

**Crime Scene Processing and Results:**

On-scene detectives placed green cones from the side yard (east side), backyard, washer / dryer area and rear alley gate as a visual aid to show a blood trail.

I captured comparative quality photographs of a footwear impression from the alley way (alley and intersection of ▮▮▮▮▮▮ ▮▮▮▮) marked as item #16.

**Disposition of Evidence:**

I uploaded all photographs I captured to the TPD Axon Digital Evidence Management System.



**Juvenile**

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-22
(Report 22 of 47)

---

I did not collect any items of physical evidence.

**Remarks:**

Refer to the investigating officers' reports for additional case details.

This concludes my case involvement at this time. Any additional forensic services provided by me will be the subject of a separate report.

*The Tucson Police Department Crime Scene Unit is accredited by the American Association for Laboratory Accreditation (A2LA) (Cert No. 7108.01).*

**Case #: 2506 30 0026**

**Location #3:** █████████████

**Date: 6/30/2025**

**Arrival Time: 1150 hours**

**Clear Time: 1415 hours**

**Images: 00**

**Latent Prints: 00**

**Officer Contacts: Detective Robinson #43002, Lead CSS Romero 101195**

**Summary:**

Upon my arrival, I met with Detective Robinson who requested that specific items be processed for Latent fingerprints. I assisted Lead CSS Romero in this request.

**Photography:**

NA

**Crime Scene Processing and Results:**

I processed the rear (east) fence gate for latent fingerprints using conventional powder with negative results.

Note: see Lead CSS Romero's supplement for additional items / areas of processing.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-22**
**(Report 22 of 47)**

---

**Disposition of Evidence:**

I did not collect any items of physical evidence.

**Remarks:**

Refer to the investigating officers' reports for additional case details.

This concludes my case involvement at this time. Any additional forensic services provided by me will be the subject of a separate report.

*The Tucson Police Department Crime Scene Unit is accredited by the American Association for Laboratory Accreditation (A2LA) (Cert No. 7108.01).*



**Juvenile**

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-23
(Report 23 of 47)

# Incident Narrative Supplement Report P2506300026-23

**Primary Officer:** Bianchi, Alexander (102209)
**Assigned District:** ODW Squad 5

## Narrative

### Narrative

On 06/30/2025 I responded lights and sirens to ▓▓▓▓▓▓▓ reference a SWAT call out to assist Operations Division Midtown (ODW) patrol with a high risk area search reference a recent homicide suspect fleeing. I was wearing a green department uniform and tan ballistic vest marked "POLICE" front and back. My helmet mounted BWC was utilized and muted when appropriate to speak with officers.

On arrival I was provided the following briefing by SWAT Sgt Legarra: The suspect, a Hispanic male, 20-30 years old, short dark hair, no shirt, tan pants, wearing a tourniquet on one arm and bleeding profusely, had conducted a car jacking. During the commission of the carjacking, the suspect shot the vehicle owner, killing him. The suspect proceeded to flee from officers, ultimately forcing entry into two different residences. He was last seen westbound through the east/west alley between ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The suspect's identity was unknown at this point.

I was assigned as the less lethal (Pepperball) operator with SWAT Officers Alexander and Kush along with K9 handler Rumsley.

During the search, K9 handler with Officer's Kush and Alexander located the suspect in a backyard shed at ▓▓▓▓▓▓▓▓. I was to the front of the building, attempting to make contact with other residents in the area.

When I was advised that the suspect had been located, I went to the back yard of ▓▓▓▓▓▓▓ to assist. When I got into the back yard, officers were finishing detaining the suspect. The suspect, who was breathing but not answering questions in English or Spanish, had several bandages and pieces of cloth wrapped around his left arm. There was a significant amount of blood that had soaked the bandages and cloth, indicating a possible arterial bleed. I utilized my tourniquet on the suspect's left arm. I then assisted in attending to further medical care, searching for further injuries by cutting off clothing. Tucson Fire responded to the scene and took over medical treatment.

While Tucson Fire was attending to the suspect, I was holding security. A dog had gotten loose from ▓▓▓▓▓▓▓ and into the yard, attempting to run at the medics. I was also aware that several police K9s were in the area. I fired 1 pepperball at the ground near the dog to discourage the dog. The dog was eventually captured by the owner.

I remained on scene until cleared by Sgt Legarra.

Bianchi 102209




**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-24
(Report 24 of 47)

# Incident Narrative Supplement Report P2506300026-24

**Primary Officer:** Lewis, Cimmon (201497)
**Assigned District:** Homicide

## Narrative

### Narrative

#### HOMICIDE

Incident Number P2506300026

Incident Location: ▮▮▮▮▮▮▮▮

Lead Investigator: G. Pena #54035

Secondary Investigator: Detective J. Cheek #41238

Victim(s): ▮▮▮▮▮▮ (▮▮▮▮▮▮

▮▮▮ ▮▮▮▮ (▮▮▮▮▮

▮▮▮▮▮▮ (▮▮▮

▮▮▮▮ ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

Suspect: Julio Aguirre (09/22/1988)

On June 30, 2025, at approximately 08:00 hours, Sergeant Wall (49540) requested that I respond to ▮▮ ▮▮▮▮▮▮ to assist with a homicide investigation. The initial information provided was that there was one male shot in his vehicle and transported to the hospital, where he was pronounced deceased. The suspect was still being sought, and there were multiple scenes.

When I arrived in the area, ▮▮▮▮▮▮ was shutdown between ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮ was shutdown between ▮▮▮▮ ▮▮▮ was shutdown between ▮▮▮▮ and ▮▮▮▮ and Patrol Officers were standing by, ensuring no civilian traffic entered these areas. When I reached ▮▮▮ ▮▮ there were numerous patrol vehicles in front of the apartment complex, and yellow crime scene tape was blocking the entrance to the parking lot as well as an area outside the apartment's fencing near the southside near the sidewalk. Patrol Officers were standing by with witnesses and providing scene security. Additional officers were circulating the area and searching for the suspect who was believed to still be in the area.

An Investigative briefing was conducted by Sergeant A. Anaya (#52771).

Below is a brief synopsis of the information provided. For more details, see Detective G. Pena's case report.

On June 30, 2025, at approximately 06:28 hours, a call was made to 911 from ▮▮▮▮ and ▮▮▮▮s, residents at ▮▮▮ ▮ reporting that a male was attempting to break into their home. The suspect broke a bathroom window at which time the homeowner confronted him. The suspect pulled a gun and pointed it at the homeowner, who then backed off. The suspect left and was last seen running eastbound. Officers arrived on the scene but were unable to locate the suspect.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-24
(Report 24 of 47)**

At 06:47 hours, a 911 call was made from residents at the apartment complex located at ███████████ reporting a shooting victim. The caller stated a male in a maroon truck was shot in the chest. He was still breathing and somewhat responsive. Officers from the Tucson Police Department (TPD) and personnel from the Tucson Fire Department (TFD) arrived on the scene and began providing the victim life-saving measures. He was then transported to Banner University Medical Center (BUMC) by the TFD but was pronounced deceased at 07:25 hours. He was identified as ███████████ a resident of the apartment complex.

At 07:14 hours, officers circulating the area where the shooting took place were flagged down by a person stating a male had just broken into their mother's home located at at ███████████t and the suspect had a gun. A resident inside the home confronted the suspect who was bleeding, and stating he was feeling lightheaded, and needed a car for his mother. The residents refused to give him a car but made the suspect a tourniquet to try and slow the bleeding. The suspect then pointed his gun at the residents and threatened them, then pointed the gun at his head and made suicidal statements. The suspect turned around and ran from the home and was last seen heading west on ███████████.

While the briefing was being conducted, the TPD Special Weapons And Tactical Unit (SWAT), K-9 Officers, and Air Support Unit were simultaneously conducting an expansive search for the suspect in the area. At approximately 09:16 hours he was located by the K-9 Unit, hiding in a shed in the backyard of ███████████ A firearm was located near him. The person residing in the home, ███████████, said she did not know the suspect and was unaware of his presence in her yard. The suspect was taken into custody; however, he was bleeding heavily from a laceration to his right arm and had received a bite from the TPD K-9. As a result he was transported by the TFD to BUMC and admitted for medical treatment. He was identified as Julio Aguirre (09/22/1988).

Due to the multiple scenes and interviews to conduct, Sergeant Farley (53662) called Sergeant Peak (50473) of the Shooting Investigation Unit and asked if he could respond with some of his investigators. The following Shooting Investigation Unit Investigators responded to assist:

Det. Badilla #53097

Det. Torres #100627

Det. Sikora #103500

PSI Exiga #201498

After the briefing, Sergeant(s) Wall and Farley made the following assignments:

Lead Investigator, Detective G. Pena (54035); Secondary Investigator, Detective J. Cheek (41238); Scene Processing at ███████ ████ Detective(s) A. Frieberg (51078) and P. Gillespie (50458); Scene Processing and victim interviews at ███████ ███████ Detective E. Badilla (53097) and PSI C. Lewis (201497); Scene Processing at ███████████ Detective(s) D. Torres (100627) and S. Sikora (103500) and PSI C. Exiga (201498); Scene Processing and victim interviews at ███████████, Detective(s) R. Lara (51916) and P. Robinson (43002), and PSI C. Lewis.

███████████ Interview:

On June 30, 2025, I met with ███████████ at his residence located at ███████████ and conducted an interview. Below is a brief synopsis of this interview. For additional details, please see the audio recording.

███████ has resided at ███████████ for approximately eight years. Also living in the home are his girlfriend, ███████████, and his four-year-old daughter, ███████ At around 6:20 am, he and ███████ were woken by a "ruckus" and stuff falling into the bathroom window. He got up to investigate and walked into the bathroom, where he saw a man standing there attempting to enter. ███████ yelled "What the fuck are you doing? Get off my property!" The male then hesitantly pulled a handgun from his waistband and pointed it at him. ███████ went back into the bedroom to look for a bat. He returned to the bathroom window 30 seconds later, and the suspect was no longer there. ███████ walked around his property to see if he could locate the suspect, but he was gone. He found a wrench that did not belong to him on the ground outside the bathroom window, and his daughter's chair was moved under the window. He believes that the suspect used the wrench to break the bathroom window and was standing on the chair to gain entry. ███████ also said it looked like the suspect had rummaged through the storage shed on his property, but he was unsure if anything had been taken. ███████ describes the suspect as a white male, possibly homeless, between 5'7" and 5'8" tall, with brown eyes and dark hair, wearing khaki pants, a white collared shirt with a blue stripe on the front, and carrying a backpack on his side. ███████ described the gun as possibly a 9mm Glock. He also stated that he had seen the suspect before. He believes the suspect came to his home a month or two prior to this incident and rang his doorbell. He did not answer the door, and the male left. ███████ had a Ring camera installed at the time and believes he may still have the video of him coming to the home. He will contact TPD if he locates that. ███████ said he was afraid when the gun was pointed at him and wants to prosecute.



**Juvenile**

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-24
(Report 24 of 47)

---

███████ **Interview**

On June 30, 2025, at I met with ████████ at her residence located at ██████████████ and conducted an interview. Below is a brief synopsis of this interview. For additional details, please see the audio recording.

████ resides at the location with her boyfriend, ████████, and their four-year-old daughter, ██████. She said they have been in an on-and-off relationship for several years, but she and her daughter recently moved back in with him one month ago. At around 06:20 hours, ████ said she and ████ were awakened by scuffling outside their bathroom window. Then they heard the window pop and break. She said they both immediately knew something was wrong and ████ ran into the bathroom. She stayed in the bedroom and heard ████ yell "What the fuck are you doing?" and then more scuffling. ████ then ran back into the room and said, "Baby, he has a gun," and was looking for a bat. He ran back towards the bathroom, and ████████ ran into her daughter's room to check on her. ████ returned and said the man was gone and told her to call 911. ████ didn't see the suspect or hear him say anything, and never went outside.

After interviewing ████ and ██████, I assisted Detective Badilla in canvassing the alleyway north of ████ residence. This canvass was conducted between ████████████████████. Nothing of evidentiary value was located.

Following the canvass I went to ████████████ and met with Detective(s) Lara and Robinson. Detective Robinson made contact with the resident and victim, ████████████, who provided verbal consent for us to enter her property, search, and process the scene for evidence. For additional information, please see Detective Robinson's report.

Once permission was given to search and process the ████████ location, Detective Robinson and I did a walk-through of the general area leading up to the scene and the scene itself. We began in the alleyway east of the backyard at ████████████ walking south towards the back of the home. Patrol Officers had placed an orange cone near a footprint located in the alley. There was a fence surrounding the backyard of the residence and the lock keeping the gate closed had been cut off and the gate was open. Possible blood droplets were located on the slats on the outside of the gate. As we walked into the yard, garbage littered the area and old household items were scattered about. There was a shed located on the southside of the yard. In the dirt in front of the entrance to the shed was a blood stained pair of khaki short/pants that had been cut. A bloody towel was laying next to it along with used medical waste left by paramedics treating the suspect. On the inside of the shed there appeared to be blood droplets on the ground and east side of the wall along with items in the ground. There was a cooking pan and hidden underneath it was a black handgun.

Once the walk-through was complete, Detective Robinson placed numbered placards next to evidentiary items that would be collected. I recorded the items, and Crime Scene Specialist J. Romero #101195 photographed them.

Below is a list of the evidence collected at the scene.

- CL1.   Fence - Backyard - Photo Only
- CL1A. Trace DNA Swab - Possible blood droplet on back fence
- CL1B. Trace DNA Swab - Possible blood droplet on back fence
- CL1C. Trace DNA Swab - Possible blood droplet on back fence
- CL1D. Trace DNA Swab - Possible blood droplet on back fence
- CL1E. Trace DNA Swab - Possible blood droplet on back fence
- CL1F. Trace DNA Swab - Possible blood droplet on back fence
- CL2.   Khaki pants with blood stains - Located on ground in backyard
- CL2A. Paperwork and lighter - Located in suspects pants pocket
- CL2B. Two live 9mm JFK Luger rounds - Located in suspects pants pocket
- CL2C. Keys -  Located in suspects pants pocket - Key ring includes: Honda Key, Misc Keys, Fry's VIP Card
- CL2D. Paperwork, Sonoran ID, charger, and condom - Located in suspects pants pocket
- CL2E. One live 9mm JFK Luger round  - Located in suspects pants pocket
- CL3.   Towel with blood - Located on ground in backyard near shed entrance
- CL4.   Shed door - Photo Only
- C:4A. Inside of shed door - Photo Only
- CL4B. Outside of shed door - Photo Only
- CL5.   Cell phone - Located on ground in entrance of shed
- CL6.   Trace DNA Swab - Possible blood droplet - Located on ground inside of shed
- CL7.   Santa Hat with possible blood - Located on ground inside of shed
- CL8.   Watch - Located on ground inside of shed
- CL9.   Firearm - MMP 2.0 9mm Smith & Wesson - Located under cooking tray on the ground inside of shed
- CL9A. Magazine - Empty 15 round 9mm magazine - Located inside firearm


**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-24
(Report 24 of 47)

---

- CL9B. One live 9mm Aguila round - Located in the gun chamber
- CL10. Trace DNA Swab - Possible blood droplets - Located on plastic cover on ground inside of shed
- CL11. Trace DNA Swab - Possible blood droplet - Located on ground inside of shed
- CL12. Trace DNA Swab - Possible blood droplet - Located on ground inside of shed
- CL13. Trace DNA Swab - Possible blood droplet - Located on ground inside of shed

After processing the scene, Detective Lara collected and packaged the items of evidence at the scene and transported them to 270 N. Stone, where they were placed into evidence.

Following the crime scene processing and evidence collection at the ██████ location, I conducted a telephonic interview with ██████ ██████ who is a neighbor of victim, ██████. Below is a brief synopsis of this interview. For more detailed information please see the audio recording.

██████████████ Interview

On June 30, 2025 I conducted a telephonic interview with ██████. He resides at ████████████ He has been at this location for thirteen years and lives alone. At approximately 0645 hours he was inside his apartment and heard a "pop". He didn't know what the sound was until he heard his neighbor ██████ screaming. He and his other neighbor, ███ stepped outside and heard someone yelling that a guy in a red truck was shot. He and ███ ran downstairs to the truck where they saw ███ sitting inside with the window "blown out". He told his neighbor to call 911 and asked another neighbor, ███ to grab a towel. He took the towel and held it on ██████ chest to try and stop the bleeding. ██████ said he didn't see anyone else around the truck or anyone leaving the scene. He overheard someone say "the guy took off" but he didn't know who "the guy" was. He said he knows ███ from the apartment complex and have been neighbors for several years. ███ was conscious while he was applying pressure to his chest but he never said a word. He said he stayed with ███ until law enforcement arrived and took over care. ██████ reports no suspicious activity in the apartment complex in the days prior to the shooting. He was unaware of any issues ███ may have had with anyone and doesn't know why or how this could have happened to ███

This concludes my involvement in this case.

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-25
(Report 25 of 47)

# Incident Narrative Supplement Report P2506300026-25

**Primary Officer:** Sobecki, Shammie (104554)
**Assigned District:** Crime Scene Unit

## Narrative

### Narrative

**Case #: P2506300026**

**Location: 1625 N. Campbell Ave (Banner University Medical Center)**

**Date: 7/1/2025**

**Arrival Time: 0900 hours**

**Clear time: 0930 hours**

**Images: 58**

**Officer Contact(s): Robinson (43002)**

**Summary:**

Per Detective Robinson's request, I responded to Banner UMC to photograph and take steps to assist in identifying a male subject.

Based on this information, and at the direction of Detective Robinson, I completed the following:

**Photography:**

I photographed the subject to include a tattoo on his abdomen.

**Crime Scene Processing and Results:**

I captured comparative quality photographs of the subject's fingertips in an attempt to document his fingerprints for identification purposes.

**Evidence Collected:**

I submitted 2 photo lift cards as item SMSPL

**Disposition of Evidence:**

I uploaded all photographs that I captured to the TPD Axon Digital Evidence Management System. I submitted SMSPL to the TPD Property and Evidence Section.

**Remarks:**





**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-25 (Report 25 of 47)**

Refer to the investigating officers' reports for additional case details. This concludes my case involvement at this time. Any further forensic services provided by me will be the subject of a separate report.

*The Tucson Police Department Crime Scene Unit is accredited by the American Association for Laboratory Accreditation (A2LA) (Cert No. 7108.01).*

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-26
(Report 26 of 47)

# Incident Narrative Supplement Report P2506300026-26

**Primary Officer:** Robinson, Patrick (43002)
**Assigned District:** Homicide

## Narrative

### Narrative

2506300026

Call created 0647 hours

Call dispatched 0649 hours

On 06/30/2025 Sergeant Wall asked Detective Lara and me to respond to the location of the incident at ▮▮▮▮▮▮▮▮ Upon our arrival we were briefed by Sergeant Farley. We were subsequently tasked to process the scene where the suspect was located and detained. The location was determined to be the back yard of ▮▮▮▮▮▮▮▮ Detective Lara, Professional Staff Investigator (PSI) Lewis and I responded to the S Richie Blvd address to process the scene. The suspect was identified as Julio Aguirre 09/22/1982. Julio was transported to Banner University Medical Center.

Crime Scene Specialist Romero took photographs and assisted in the processing of the scene.

I knocked on the door of the listed residence and spoke to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ stated she lives in the residence with her son, ▮▮▮▮▮▮▮▮▮▮. ▮▮▮▮ stated she and her son were sleeping when she heard a knock at the front door. She opened the door to the Tucson Police Department. She allowed the police to enter her residence so they could access the back yard. ▮▮▮▮ gave permission to the police to conduct a search of the backyard. I asked ▮▮▮▮ for permission to conduct a search for evidence in the backyard. ▮▮▮▮ gave me consent to conduct a search of the backyard. ▮▮▮▮ stated the suspect did not try to force entry into her residence. The interaction with ▮▮▮▮ was digitally recorded.

Observations:

The backyard was accessible from the alley. There was an open chain link fence/gate that led to the back yard. There was a broken chain on the fence/gate. The chain was broken by police earlier so access could be made to the backyard. ▮▮▮▮ did not have a key for the lock located on the chain. The backyard was cluttered with debris. There was a shed on the south side of the yard and another out building on the north side of the yard. Police located the suspect in the southern shed. In the backyard on the ground there was a bloody towel and pants with blood (Julio's pants).

Detective Lara, PSI Lewis and I conducted a search of the backyard. Detective Lara's role during the processing of the scene was a searcher, PSI Lewis' role was determined to be searcher and the recorder of evidence. My role during the scene

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-26**
**(Report 26 of 47)**

---

processing was a searcher of evidence. The pants on the ground in the backyard were determined to be Julio's. There was an identification card located in Julio's pants. The name on the identification card was ███████████████

Items of evidentiary evidence were located, photographed and collected. The evidence was transported to 270 S Stone and entered into property.

At approximately 1500 hours I attended a debriefing of this incident at 270 S Stone.

On 07/01/2025 Detective Frieberg and I were asked to respond to Banner University Medical Center to take photographs of Julio Aguirre specifically the fingerprints of all ten digits. Crime Scene Specialist Sobecki took photographs.

The photographs were uploaded, and they were processed by the Tucson Police Department Friction Ridge Comparison Unit. The identification of the photos taken were determined to be Julio Aguirre 09/22/1982.

This concludes my involvement at this time.



**Juvenile**

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-27**
**(Report 27 of 47)**

# Incident Narrative Supplement Report P2506300026-27

**Primary Officer:** Leon, Rogelio (53783)
**Assigned District:** Crime Scene Unit

## Narrative

### Narrative

Case Number: 2506 30 0026

Location: ▮▮▮▮▮▮▮▮

Date: 7/1/25

Arrival Time: 14:31

Clear Time: 16:37

Images: 67

DNA Swab Samples: 7

Officer Contacts: Detectives Frieberg (51078) and Gillespie (50458)

Summary:

Detective Frieberg advised me that a Toyota Tundra (YTA81F.AZ) was to be searched. Frieberg also advised me that the driver side exterior/interior door and steering wheel were all to be processed for latent fingerprint evidence and DNA. I completed the following:


Photography:

I photographed the Toyota. Detectives identified and marked items/areas of interest using sticker numbers, numbering one through nine.


Crime Scene Processing and Results:

Latent Print Processing

I processed the following areas for latent print evidence using fingerprint powder with negative results:

Driver door exterior

Driver door interior

Driver side back door exterior

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-27
(Report 27 of 47)

Driver side back door interior

Driver side roof exterior

Steering Wheel

Front passenger side door exterior

Front passenger side door interior

Back passenger side door exterior

Back passenger side door interior


Evidence Collected:

I collected and packaged the following:

RL01 – Swab sample for possible DNA from the driver door exterior/handle.

RL02 – Swab sample for possible DNA from the back driver side door exterior/handle.

RL03 – Swab sample for possible DNA from the driver door interior handle.

RL04 – Swab sample for possible DNA from the driver door interior.

RL05 – Swab sample for possible DNA from the passenger side door exterior/handle.

RL06 – Swab sample for possible DNA from the front passenger door interior/handle.

RL07 – Swab sample for possible DNA from the steering wheel.


Disposition of Evidence:

I uploaded all the photographs I captured to the TPD Axon Digital Evidence Management System.

I submitted all collected items to the TPD Property and Evidence Section.


Remarks:

Refer to the investigating detectives' reports for additional case details.

This concludes my case involvement at this time.  Any additional forensic services provided by me will be the subject of a separate report.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-27
(Report 27 of 47)

The Tucson Police Department Crime Scene Unit is accredited by the American Association for Laboratory Accreditation (A2LA) (Cert No. 7108.01).

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-28
(Report 28 of 47)

# Incident Narrative Supplement Report P2506300026-28

**Primary Officer:** Marroquin, Juan (100621)

**Assigned District:** ODM Squad 1

## Narrative

### Narrative

****BWCU***Video muted on occasion as permitted by policy**

On 06/30/25, I responded with Sgt. Johnson #100396 to an aggravated assault located at ▮▮▮▮▮▮ The victim stated someone tried to break into their house, pointed a gun at them and fled from the scene. Upon arrival, I was advised the scene was already secured and interviews were being conducted. While I was outside the property I heard a single gunshot which sounded like it came from the Southeast of our location. Officers were later advised a shooting call occurred at ▮▮ ▮▮ The ▮▮▮▮ incident is located east of the aggravated assault scene. Officers responded to the shooting and advised a male had been shot. Officers were advised the suspect was leaving a blood trail. We later found out the suspect from the aggravated assault call and the homicide incident had a matching description.

While monitoring the radio transmissions I heard officers were flagged down and stated a male forced his way into a residence located in between the shooting and the aggravated assault scene. The location was ▮▮▮▮▮▮ Officers responded to that address and ended up making an exigent entry inside. Upon arrival officers were inside the residence and we assisted with clearing it. While clearing the residence a female was located inside the bathroom who was escorted outside. I was advised no one at the residence was injured and medical assistance was refused. While inside the residence officers were advised via radio a "naked male" was seen running westbound from the residence. I stayed at the residence for scene security. Officers were advised the male possibly turned back headed eastbound. Due to resources and given the situation I photographed the back alley door and lock. I then placed the lock on the door and secured it to prevent anyone entering from the alley into the backyard. I utilized gloves to move the lock.

I then stayed at the location with Ofc. Camacho #102211 who was assigned to conduct the initial interviews at the residence.

I remained at the scene until advised to clear.

Marroquin #100621

Juvenile

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-29
(Report 29 of 47)

# Incident Narrative Supplement Report P2506300026-29

**Primary Officer:** Kush, Bradley (52788)

**Assigned District:** Special Response Division

## Narrative

### Narrative

\*\*BWC\*\*

\*\*SWAT Supplement\*\*

On 06/30/2025, I responded to the area o███████████ in reference to a SWAT callout. Operations Division Midtown was currently working a homicide investigation. The suspect in this case had conducted a burglary and fled from the scene. Upon fleeing, the suspect attempted to carjack a male in a pickup. The suspect shot that male and fled again on foot. That male later died. The suspect broke into an additional residence and confronted the resident. Officers made entry into the home but had fled westbound through the alleyway. Witnesses called in advising the suspect was last seen running westbound from ██████ in the alleyway between ████████████████. The suspect was last seen shirtless and wearing tan pants. The victim from the second burglary advised the suspect was wounded and had a tourniquet applied to his arm. The suspect was known to be armed with a black semiautomatic handgun.

I deployed on this operation in a green TPD SWAT uniform and heavy ballistic vest with "POLICE" placards on the front and rear. I was equipped with my department issued rifle. SWAT's assignment was to conduct high-risk area searches with K9's and their handlers. Prior to deploying to our search areas and teams, Officer McKenna and I acted as lethal coverage officers for Officer Rumsley, and Officer Rennick with his K9 partner Paco as they checked the alleyway the suspect was reported running in for shoe prints and indications of travel. We scouted down the alleyway westbound and eventually out to ████ It was undetermined if the shoe prints actually belonged to the suspect. We returned to the command post to receive our search areas and teams.

I was assigned to search Team #1. This team consisted of Officer Bianchi, Officer Alexander, Officer Rumsley with his K9 partner Tango, and myself. Search area one spanned from ████████████████████████████ We deployed into the area, starting in the area of ████████████████ We went door-to-door conducting searches of front and backyards, as well as contacting homeowners. We made contact with the homeowner of ████████████████he homeowner allowed us access to the backyard through her home, as the back gate to the yard was secured with a chain and lock. Officer Rumsley deployed his K9 with us in the backyard and checked the exterior of two sheds on the property. Officer Alexander and I cleared the shed in the northeast corner of the yard first and located no one inside. We moved to the shade along the southern portion of the yard/fence line. Prior to opening Officer Rumsley advised, he would like us to open the door and allow the dog to check the interior. Officer Alexander opened the door for me. As the door opened, I observed the suspect laying inside the shed with his back against the wall. He was shirtless, had a blood soaked towel on his left arm, and had his hands clasped together on top of his head in what looked like a resting position and eyes closed.

I immediately yelled for the suspect to show me his hands as the K9 Tango was entering the shed. The suspect did not respond to my commands, and only reacted once the K9 Tango made contact with his body. The suspect immediately became active and his hands fell to his waist area where the Tango had begun to bite his leg. Since the subject was shirtless, I was able to see the firearm was not in his waistband, but it was still unknown whether the firearm was on his person. The suspect began grabbing at K9 Tango's face in an attempt to pull him off the bite. I told the suspect to stop fighting the dog and he began to comply. Officer Rumsley advised to assist K9 Tango in pulling the suspect from the shed. K9 Tango maintained the bite on the suspects left thigh and I grabbed the suspects pant leg, and we pulled the suspect from the shed. The suspect yelled, "I'm Sorry" while the dog was biting him. I gained control of the suspects left arm and pinned it to his back using my knee. Officer Rumsley removed the K9 and Officer Bianchi and I placed the suspect in flexible handcuffs.

**Juvenile**

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-29
(Report 29 of 47)

Once he was secured, we moved into trauma care. I had Officer Bianchi apply a tourniquet to the left arm of the suspect to control the bleeding. There was not a tourniquet on the arm as provided by the witness statement. There was an ace bandage and towel completely soaked in blood around the wound. Officer Rumsley broadcast our position and requested paramedics respond to our location. Prior to TEMS medics responding to our location, Officer Bianchi and I cut the suspects clothing from his person in search of any additional injuries. The only injuries located in addition to his arm, was bite and scratch marks on his upper left thigh from the K9. TEMS medics responded and began their assessment. I maintained control of the suspect while paramedics provided aid. The suspect did not talk to officers or paramedics during the process. Field photographs of the injuries were taken before TEMS replaced the suspects bandage. Tucson Fire Units met us at the entrance to the alleyway, just east of ▮▮▮▮▮▮▮▮▮▮▮. TPD patrol officers placed the suspect in metal handcuffs at TFD's request. An officer accompanied the suspect to the hospital. This ends my contact with the suspect. Officer Alexander field photographed the interior of the shed and located the suspect's firearm on the floor of the shed, just to the right of where the suspect was located. This ends my involvement in this case.

B. Kush #52788

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-30
(Report 30 of 47)

# Incident Narrative Supplement Report P2506300026-30

**Primary Officer:** Alexander, Ryan (102293)
**Assigned District:** ODW Squad 9

## Narrative

### Narrative

\*\*\*BWC Not Available\*\*\*

On 06/30/2025 I responded to a callout as a member of the Tucson Police SWAT Team. I responded to this callout wearing my SWAT Vest and uniform that has police patches as well as "POLICE" on the front and back. SWAT was instructed to respond to the area of ▮▮▮▮▮▮▮▮▮▮. This was in reference to a dangerous suspect armed with a handgun that fled on foot into the neighborhood. We were told that the suspect had been involved in a burglary then fled from that scene. The suspect then carjacked a victim at gun point who he then shot and killed. The suspect then broke into a occupied home in the area while still armed with the handgun. As officers responded to that home, the suspect fled out the back of the home and ran into the neighborhood. He was last seen running west from the area near ▮▮▮▮▮▮▮▮▮. He was described as a hispanic male, 20-30 YOA, short dark hair, mustache, no shirt and tan pants. Officers also stated that he was actively bleeding from his arm and had something wrapped around that arm for the bleeding.

Officers had set containment in the area with multiple marked patrol vehicles. These vehicles are all equipped with PA systems and these were used to give police K9 warnings and announcements. These commands could be heard throughout the neighborhood.

When I arrived I was assigned to a K9 search team with Officer Kush, Officer Bianchi and Officer Rumsley with his police K9. We began searching near ▮▮▮▮▮▮▮▮▮▮. We eventually ended up at ▮▮▮▮▮▮ and spoke with the female resident. She stated that no one had come into her house and she gave us permission to enter her backyard to check it. She allowed us to go through the house to gain entry into the backyard. She also stated that no one should be in her backyard or in either shed.

Once in the backyard the K9 was used to check several areas but there was no immediate alert from the K9. There were two sheds in the yard with closed doors that needed to be checked. The shed to the northeast part of the yard was cluttered and there was no one inside. We then went to the other shed that is closer to the back door of the residence. I opened the door for Officer Kush to provide lethal coverage into the shed while the police K9 began to enter to check it. When I opened the door I heard Officer Kush begin to give commands to someone inside to show his their hands. The K9 entered the shed and bit the subject who was inside. After the door was fully open I then took over with lethal coverage on the subject and had my rifle pointed at him. The subject was trying to push the dog off of him and reaching towards his waist line. I gave him commands to stop trying to fight the dog and if he reached for anything that he would be shot. This subject matched the description given by officers for the murder suspect.

Officer Kush was able to pull the suspect fully out of the shed into the open yard. Officer Rumsley had his K9 release the subject so that we could handcuff him. I assisted Officer Kush with starting to get him into handcuffs. The subject began trying to pull his arms away from us while we were trying to handcuffs him. We were able to control him and secure him in handcuffs. His arm appeared to still be bleeding and had a rag wrapped around it. Officer Bianchi began providing medical treatment to the subject and put a tourniquet on his arm that was bleeding. Additional SWAT officers as well as SWAT medics responded to assist with further treatment. TFD responded to assist with treatment and transport the subject to the hospital.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-30**
**(Report 30 of 47)**

I did a quick search inside the shed where the subject was found to attempt to locate the missing firearm. I found a black handgun underneath a metal container. This was directly next to where the subject had been sitting and was within arms reach when we contacted him. I took field photographs of the gun and several photographs of the subject's injuries.

I remained on scene until patrol officers responded and took over the scene. I briefed them on the shed and where the gun was. I did not move or touch the gun. SWAT was later cleared by SWAT Sergeant Legarra.

NFI Alexander 102293

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-31
(Report 31 of 47)

# Incident Narrative Supplement Report P2506300026-31

**Primary Officer:** Badilla, Ely (53097)

**Assigned District:** Shooting Investigation Unit

## Narrative

### Narrative

On June 30, 2025, I was a detective assigned to the Tucson Police Department Shooting Investigations Unit.

While on-duty, Sergeant M. Peak contacted me and requested I respond to ███ ██████████ to assist with this investigation. Once all investigative units were on-scene, a briefing was provided by Sergeant A. Anaya.

The following is the information I understood from the briefing.

At 06:28 hours, there was an interrupted burglary at ████████ where the resident, ██████████, woke up to what sounded like a window breaking in the bathroom. He got up to look and noticed the bathroom window was broken and he could see a male standing outside the window. Once he confronted the male, the male brandished a firearm and pointed it at him. ████ went to tell his wife what was going on and the male left from the property.

At 06:47, there was an attempted carjacking at the parking lot of the apartment complex at ███ ████████ The victim was shot in his vehicle. The suspect was injured and left from the location.

At 07:13, a male who showed up to ████████ bleeding from the arm. The residents provided medical aid to the male and the male told the residents to not call 911 and pointed a firearm at the residents. When Officers arrived the suspect was gone.

During the briefing, Sergeant J. Wall advised that a male identified as Julio Aguirre, had been detained in the area and a firearm had also been located.

Once the briefing concluded, assignments were made. I was assigned to process the scene at ████████

I responded to ████████ Crime Scene Specialist, S. Sobecki took overall photographs of the property. Detailed photographs were taken of the involved area at the residence which was at the exterior of the bathroom window.

I briefly spoke with the resident, ████████, who advised that he did not know if something in the shed had been moved, but he did not recall the mattress in the shed being in the position it was currently in.

I noticed that in the backyard under the bathroom window, there were several items on the ground. There was a wrench that ████ advised was not his. There was a pink colored metal children's broken chair, with the seat part damaged and on the ground. ████ stated that the chair, he recalled being on the opposite side of the house to the west. He believed that the suspect moved the chair to stand on it and broke it when he stood on it because it was not broken prior to this day. On the ground were several glass shards that were taped together, as if the window had been previously damaged and had been taped together. ████ confirmed that the window was previously broken and had been taped. Today, the tape had been removed from the window when the suspect was attempting to break into the residence. The actual damaged window was photographed, which had been covered by a cutting board by ████ after the incident. On the window, I could not visibly see any blood or fingerprint marks.

PSI Lewis received a photograph of the shoeprint the suspect was wearing. I walked around the backyard and located a shoe print that matched the one in the photograph. That was marked as item 3. Near the shoe print was a full water bottle, and that item was marked as 8.

The scene was processed, at the exterior of the residence. The following items were found and processed:



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-31
(Report 31 of 47)

| ITEM | DESCRIPTION | LOCATION | RESULTS |
|------|-------------|----------|---------|
| 1 | Swabs - Ford Edge Driver Door | Vehicle under carport | Collected |
| 2 | Swabs - Storage unit door knob | Shed at back yard | Collected |
| 3 | Shoe print in backyard | Behind shed, south of fence line | Photo Only |
| 4 | CRAFTSMAN Wrench | Ground under bathroom window | Collected |
| 5 | Taped glass shards | Ground under bathroom window | Collected |
| 6 | Broken children's chair | Ground under bathroom window | Collected |
| 7 | Broken window | At bathroom window | Photo Only |
| 8 | Water bottle | Behind shed, south of fence line | Collected |

Prior to collecting swabs from the vehicle door and the storage room door knob, CSS S. Sobecki processed both of those items for latent fingerprints.

Once we completed processing the scene at this location, I walked the alleyway north of this property from ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ in an attempt to locate matching shoe prints, but were unable to locate any.

I responded to ▮▮▮▮▮▮▮ to assist investigators with processing the scene at this location. We processed the scene and collected evidence, see Detective D. Torres' case supplement for details on the items located.

I responded to the Tucson Police Evidence & Property Section to assist with submitting evidence.

This concludes my involvement with this investigation.

-Badilla 53097-





**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-32
(Report 32 of 47)

# Incident Narrative Supplement Report P2506300026-32

**Primary Officer:** Lewis, Cimmon (201497)
**Assigned District:** Homicide

## Narrative

### Narrative

**Created in Error**



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-33
(Report 33 of 47)

**Juvenile**

# Incident Narrative Supplement Report P2506300026-33

**Primary Officer:** Cheek, Josh (41238)
**Assigned District:** Homicide

## Narrative

### Narrative

**Case Number**: 2506300026

**Connect up cases**:

PCSO case 250629008

Phoenix PD case 202500000912114

Supplement by Detective J. Cheek 41238 on 07/02/25

**Locations**

▮▮▮▮▮▮▮▮▮▮

**Victim**

▮▮▮▮▮▮▮

　　Gun pointing, attempted burglary

**Complainant**

▮▮▮▮▮▮

▮▮ ▮▮▮▮

**Victims**

▮▮▮▮▮



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-33
(Report 33 of 47)

Deceased

██████████████

Gun pointing, no injuries

██████████████

Gun pointing, no injuries

**Witnesses**

██████████████

██████████████

██████████████

Burglary / aggravated assault

██████████████

Burglary / aggravated assault

██████████████████

Burglary / aggravated assault

██████████████

██████████████

Criminal trespass

██████████████

Criminal trespass

**Involved Others**

████████████████████████████

**Arrestee**

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-33
(Report 33 of 47)

Aguirre, Julio Cesar  09/22/82

AKA  Jose Armenta, Julio Armenta

**Vehicles**

YTA81F  Red 2001 Toyota Tundra pickup  VIN: 5TBRT38151S217760

    R/O: ███████

TJA6XE  Gold 2002 Honda Civic 4-door  VIN: 1HGES26742L064061

    R/O: ███████████████

**Narrative**

On 06/30/25 at approximately 0800 hrs, Sergeant Wall 49540 called me and asked me to respond to the area of ████ ███████ to assist with a homicide investigation involving multiple scenes. I responded to the area and saw that there were streets that were blocked off by marked police vehicles. The area around the parking lot at ████ ███████ was also blocked off with marked police vehicles and crime scene tape. I met with Sergeant Wall, Sergeant Farley 53662, Detective Pena 54035, Detective Frieberg 51078, Detective Gillespie 50458, Professional Staff Investigator (PSI) Lewis 201497, Sergeant Peak 50473, Detective Torres 100627, Detective Badilla 53097, and patrol officers. At the time of the briefing, officers were actively attempting to locate and arrest the suspect. Sergeant Anaya 52771 gave us an investigative briefing at approximately 0910 hrs outside the parking lot at ███████████. Officer Brown 200779 later responded and assisted in giving a portion of the investigative briefing. See Detective Pena's supplement for a more detailed synopsis of the briefing.

The first call for service regarding this series of events occurred at approximately 0628 hrs when Valerie Hart called police reporting that a male had attempted to break into her house at ███████████. Her husband, ███████████, confronted the male, and the male pointed a gun at him before leaving the yard.

At approximately 0647 hrs, officers responded to a 911 call reference a shooting in the parking lot at ████ ███. They arrived and found ███████████ had been shot inside the driver's seat of his parked red Toyota Tundra in the lot. Officers rendered aid, and paramedics responded and transported ████ to the hospital, but he was pronounced deceased at 0725 hrs by Doctor Nelson. Neighbors at the apartment indicated a male had attempted to steal ████ truck at gunpoint. He said he needed the vehicle because his mother was sick and needed help. ████ refused to exit his vehicle. During the robbery, the male shot ████ and then left on foot. In the parking lot, there were 2 live cartridges, 1 live cartridge casing, as well as what appeared to be a blood trail possibly leading away from the Toyota Tundra and away from the parking lot.

At approximately 0713 hrs, the ███████ family at ███████████ called 911 reporting a male who had forced entry into their residence. The male had a handgun, and he was bleeding from a wound to one of his arms. He put a makeshift tourniquet onto his arm, and said he needed a car for his mother. He brandished the handgun while inside the house, and ultimately ran out of the residence.

Officers in the area made efforts to locate the suspect, and at one point they saw him running. Officers set up containment, and utilized the Air Unit, a drone, K9 units and other resources in an attempt to locate the suspect.

During the investigative briefing, officers indicated that they had located the suspect in or near a shed in the fenced backyard of a residence. He was transported to the hospital to be treated for a dog bite and for a laceration wound to one of his arms.

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-33
(Report 33 of 47)

Sergeant Farley then gave out assignments. She assigned Detective Pena as the case detective and assigned me as the secondary investigator. She assigned Detective Frieberg and Detective Gillespie to process the scene in the parking lot at ▓▓▓▓▓▓▓▓. She assigned Sergeant Peak, Detective Torres and Detective Badilla to process the scene at ▓▓▓▓▓▓▓ and to assist with interviews there. She assigned PSI Lewis to assist with interviews. She later called Detective Lara 51916 and Detective Robinson 43002 to respond to assist in processing the scene at ▓▓▓▓▓▓▓ where the suspect was taken into custody.

Detective Pena and I conducted a brief walkthrough of the scene at ▓▓▓▓▓▓▓▓. We then met with ▓▓▓▓▓▓▓ who was waiting outside in the parking lot with officers. We walked to Detective Pena's vehicle and conducted a recorded interview with her on 06/30/25 at approximately 0953 hrs. See Detective Pena's supplement for a synopsis of the interview and see the recording and the transcript for exact wording and for further details.

We then met with ▓▓▓▓▓▓▓ who was waiting in the parking lot at ▓▓▓ ▓▓▓▓▓▓ with officers. We walked to Detective Pena's vehicle and conducted a recorded interview with her on 06/30/25 at approximately 1014 hrs. See Detective Pena's supplement for a synopsis of the interview and see the recording and the transcript for exact wording and for further details.

We then met with J▓▓▓▓▓▓▓ inside her apartment. We conducted a recorded interview with her on 06/30/25 at approximately 1058 hrs. See Detective Pena's supplement for a synopsis of the interview and see the recording and the transcript for exact wording and for further details.

Afterward, we met with Sergeant Farley and learned that officers had possibly identified the suspect as Julio Aguirre, DOB 09/22/82. Officers at the hospital with the suspect stated that the suspect had given this name and date of birth to paramedics, and officers conducted records queries and located an individual who was on release from the Arizona Department of Corrections who had matching tattoos and physical description.

Detective Pena and I eventually went to 270 S. Stone. TPD Associate Analyst Ramirez 39651 assisted in locating possible contact information for next of kin for ▓▓▓▓▓▓▓. I contacted the Tucson Police Records Section and asked them to contact who we believed to be family members of ▓▓▓ in Pennsylvania to notify them of his death. Later, family of ▓▓▓ contacted Detective Pena and he gave them an update.

I conducted records queries for Julio Aguirre and determined that he was on release from the Arizona Department of Corrections, but he was listed as being "1/2 deport status." I contacted Steve Turner, Unit Supervisor for the Fugitive Services Unit at the Arizona Department of Corrections and learned that Julio Aguirre was arrested in Phoenix reference a 2007 case involving possession of over 100 lbs of marijuana as well as an assault rifle and multiple handguns. He was sentenced to the Arizona Department of Corrections. After serving half of his prison term, he was released to the custody of US Immigration and Customs Enforcement (ICE). He was to be deported from the United States, and if he ever returned, he would be arrested and would serve the remaining 1 year and 3 months of his prison sentence. This made him a deported felon.

On 06/30/25 at approximately 1430 hrs, I attended an investigative debriefing at 270 S. Stone with Sergeant Farley, Sergeant Wall, Sergeant Peak, and investigators.

Later that day, Detective Pena and I attempted to contact Julio Aguirre at Banner University of Arizona Medical Center (UAMC) Main Campus. He had just come out of surgery and was medicated. Staff indicated he would remain at the hospital for potentially several more days.

I called ▓▓▓▓▓▓▓ and J▓▓▓▓▓▓ and notified them we had located a suspect and taken him into custody. I also informed them that ▓▓▓ had died of his injuries.

On 07/01/25, Detective Pena and I went back to Banner UAMC Main Campus and met with Julio Aguirre. He was awake and alert, and he was able to communicate with us. He spoke to us in both English and Spanish. We attempted to conduct a recorded interview with him at approximately 1212 hrs. We obtained biographical information from him, and Detective Pena advised him of his rights. He ultimately said he did not want to give an interview without representation. We did not interview him.

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-33
(Report 33 of 47)

---

During the interview, Julio Aguirre pointed out a trailer at 5965 S. Randall on my cellular phone, and said this was where he was staying with his roommate, ▮▮▮▮▮▮▮▮▮▮, in Tucson. He didn't know the street address. I took screenshots of the trailer he pointed out and uploaded them into Axon.

After attempting to conduct the interview with Julio Aguirre, I conducted records queries on the name ▮▮▮▮▮▮▮▮▮▮. I was concerned about comments Julio had been heard making just prior to shooting and killing the victim in the apartment complex at ▮▮▮ ▮▮▮▮▮▮ (something to the effect that he had already ruined his life). I was specifically concerned as to whether it might be necessary to check the welfare of ▮▮▮▮▮▮ or anyone else associated to Julio based on these comments.

I located a male with the name ▮▮▮▮▮▮▮▮▮▮ matching the general age range given by Julio Aguirre. He had an associated address of 5965 S. Randall, #8. Records queries indicated he was listed as the victim of a shooting at the ▮▮▮▮▮▮▮▮▮▮ on 06/29/25 at approximately 0124 hrs. The incident was investigated by the Pima County Sheriff's Department, and it was documented under PCSO case 250629008. I reviewed the case and determined that ▮▮▮▮▮▮▮▮ was not actually shot during this incident, but that shots were fired in front of him and others at the bar. The suspect who fired the shots was named as Julio Cesar Aguirre. He left the bar prior to deputies arriving and was not located.

Further review of the case indicated that ▮▮▮▮▮▮ reported to deputies that his roommate, Julio Cesar Aguirre, was also his (▮▮▮▮▮▮▮) brother-in-law. Julio reportedly had possible ties to a cartel based in Nogales, Sonora Mexico. Julio told ▮▮▮▮▮▮ that he (Julio) had recently gotten into trouble in Phoenix, and that he (Julio) traveled frequently between Tucson and Phoenix due to what ▮▮▮▮▮▮ claimed was "unclear profit driven activities." Julio recently took a shuttle up to Phoenix. On Tuesday (06/24/25), Julio returned from Phoenix to Tucson with a car (a gold 2002 Honda). Julio parked the car in the trailer park where he was staying with ▮▮▮▮▮▮ in a manner that concealed the view of the license plate from the street. Julio was also behaving in a manner that ▮▮▮▮▮▮ described as sketchy and suspicious, but ▮▮▮▮▮▮ didn't know why.

▮▮▮▮▮▮ also told deputies that Julio was a criminal, and Julio had bragged about killing someone in Phoenix and avoiding capture. ▮▮▮▮▮▮ was in fear for his life and did not want Julio to return to his trailer. He said Julio carries a 9mm handgun.

Pima County Sheriff's Deputies went to 5965 S. Randal trailer #8 and located a gold Honda Civic with Arizona license plate TJA6XE. Records queries indicated that the vehicle was reported stolen during an armed robbery out of Phoenix. Additionally, records queries indicated that the suspect committed an aggravated assault with a firearm prior to committing the armed robbery. Deputies confirmed the status of the stolen vehicle and towed it from the trailer park to the PCSO Evidence Impound lot.

I contacted Phoenix Police Robbery Detective Michael Hubbs, who was driving to Tucson from Phoenix with Phoenix Police Detective Tanner Bradley. They were driving to the PCSO Evidence Impound lot to process the recovered stolen Honda Civic from their carjacking case. Detective Pena, Sergeant Farley and I spoke with them. They gave us a brief synopsis of their case, and we gave them a brief synopsis of ours.

In their case, on 06/21/25, the owner of the Honda Civic (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) was working on his car in front of his residence when he heard shots fired up the street. He looked in that direction and saw a male running up to him. The male was holding a black semiautomatic handgun in his right hand. The male racked the slide and said, in Spanish, "I take your car for one moment." The male entered the Honda and drove it away.

When officers responded, they located cartridge casings in the street in front of a nearby residence. They contacted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and her son, ▮▮▮▮▮▮▮▮▮▮▮▮▮. They both said they had been having issues with ▮▮▮▮▮▮ ex-boyfriend, Julio (possible last name of Armenta). She knew him to be 42 years old, and said he was born in September. She ended their relationship around June of 2024. Approximately 2 weeks ago, Julio started showing back up in the area of her house. ▮▮▮▮▮▮ and ▮▮▮▮ told Julio that Julio was not welcome at their home or on their property.

On 06/21/25, Julio arrived and ▮▮▮▮ had told him to leave. ▮▮▮▮ said something to the effect of, "Don't fuck with me or you're going to see (in Spanish)." Then Julio pulled a black semiautomatic handgun from the front of his waistband, racked the slide, pointed it at ▮▮▮▮ and shot at him twice. Jesus heard the sound of bullets "pinging" into metal around him. ▮▮▮▮ ran back into the house.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-33
(Report 33 of 47)**

## Narrative (continued)

### Narrative

We informed them that, when Julio Aguirre was arrested after the homicide, he had what appeared to be a Honda car key in his possession.  They asked Detective Pena if he would bring the key to the impound lot to test it to see if it fit into the ignition of the stolen Honda.

On 07/01/25, I witnessed while Detective Pena called Pima County Superior Court Judge Tracy Miller and obtained a telephonic search warrant to take photos of Julio Aguirre, to obtain a sample of his DNA, and to obtain a forensic extraction from a cellular phone located near him when he was arrested.

On 07/02/25, I went with Detective Pena to obtain a sample of Julio Aguirre's DNA at Banner UAMC Main Campus.

This concluded my involvement in this case as of 07/02/25.

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-34
(Report 34 of 47)

# Incident Narrative Supplement Report P2506300026-34

**Primary Officer:** Hartung, Emily (202463)
**Assigned District:** Crime Scene Unit

## Narrative

### Narrative

**Case #: P2506300026**

**Location: 1625 N Campbell/ Banner Main**

**Date: 07-02-2025**

**Arrival Time: 1825 hours**

**Clear Time: 1904 hours**

**Images: 38**

**Officer Contacts: Detective Williamson (50483)**

**Summary:**

Upon arrival, I met with Detective Williamson, who advised that they wanted follow-up photos of Julio Aguirre.

Based on this information, I completed the following:

**Photography:**

I photographed Julio Aguirre to include the following:

- ID image and side views
- Body images
- General and scaled views of tattoo on chest and right thumb
- General and scaled views of injury on his back and thigh

**Disposition of Evidence**

I uploaded all photographs I captured to the TPD Axon Digital Evidence Management System. I did not collect any items of physical evidence.

**Remarks**

Refer to the investigating officers' reports for additional case details. This concludes my case involvement at this time.

Any additional forensic services provided by me will be the subject of a separate report.

*The Tucson Police Department Crime Scene Unit is accredited by the American Association for Laboratory Accreditation (A2LA) (Cert No. 7108.01).*

**Juvenile**

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-35
(Report 35 of 47)

# Incident Narrative Supplement Report P2506300026-35

**Primary Officer:** Laurita, Chase (104413)
**Assigned District:** ODM Squad 7

## Narrative

### Narrative

**SWAT Supplement**

**BWC Utilized**

On 06/30/2025, I responded to ████████████ in reference to a SWAT callout. I was briefed on a Hispanic male subject, 20-30 years old, 5'8", 120-130 lbs, dark hair, mustache, tattoos on stomach and tan pants. The suspect had committed a homicide and two burglaries and had fled in the area.

I was assigned to an unmarked SWAT vehicle and roving within the search area. As Officer Avalos and I drove through the area we projected K9/Surrender warnings via LRAD (Long Range Acoustic Device).

One of the k9 search teams advised they had a suspect detained in the yard of ████████████. We responded to the residence. I observed that operators had a suspect in custody and were providing medical treatment.

I contacted the resident at the listed identified as ████████████ She advised the only other occupant of the residence was her son. I contacted ████████████ who was seated on the couch. Officer Bryan and I verified there were no victims located in the residence.

I was cleared from the scene.

This concluded my involvement in the case.

Laurita 104413



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile

Incident Narrative Supplement Report P2506300026-36
(Report 36 of 47)

# Incident Narrative Supplement Report P2506300026-36

**Primary Officer:** Martinelli, Johnny (104200)
**Assigned District:** ODM Squad 3

## Narrative

### Narrative

\*\*\*BWC\*\*\*

On June 30, 2025 I responded to the area of ██████████ in reference to a criminal homicide.

I was advised by Sgt. Johnson to assist with small unit tactics, acting as a rover / crisis team.

I circulated the area not locating anything / anyone of note. I announced K-9 warnings when Swat and K-9 units arrived to the area.

I was then advised on the radio that Swat personal were out with the suspect at a residence near my location. I then heard over police radio that the suspect was detained in the backyard at the residence of ██████████, to which TFD responded.

I was then advised by Sgt. Johnson to hold containment on the backyard with Ofc. Giles.

Detectives later arrived with the Crime Scene unit and they processed the location.

This concludes my involvement in this case.

-NFI

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile

Incident Narrative Supplement Report P2506300026-37
(Report 37 of 47)

# Incident Narrative Supplement Report P2506300026-37

**Primary Officer:** Sobecki, Shammie (104554)
**Assigned District:** Crime Scene Unit

## Narrative

### Narrative

**Case #: P2506300026**

**Location #1:** ▮▮▮▮▮▮▮▮

**Date: 6/30/2025**

**Arrival Time: 0925 hours**

**Clear time: 0945 hours**

**DNA: 1**

**Images: 48**

**Officer Contact(s): Wall (49540)**

**Summary:**

I initially arrived at ▮▮▮▮▮▮▮▮ to attend a briefing. However, upon arrival, Sergeant Wall requested that I respond to ▮▮▮▮▮▮▮. to photograph three witnesses and collect possible blood from the arm of one of the witnesses.

Based on this information, and at the direction of Sergeant Wall, I completed the following:

**Photography:**

I photographed ▮▮▮▮▮▮▮, including his right arm and shirt, both of which appeared to have possible bloodstains. I also photographed ▮▮▮▮▮▮ and ▮▮▮▮▮▮▮

**Evidence Collected:**

I collected and packaged/labeled the following items:

SMS01: Swab sample of possible blood from ▮▮▮▮▮▮▮▮ right arm

*I was then directed to respond to ▮▮▮▮▮▮



**Juvenile**

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-37
(Report 37 of 47)

**Location #2:** ▮▮▮▮▮▮▮▮

**Date: 6/30/2025**

**Arrival Time: 1000 hours**

**Clear time: 1145 hours**

**Latent Lift Cards: 1**

**Images: 164**

**Officer Contact(s): Badilla (53097)**

**Summary:**

Upon my arrival, I met with Detective Badilla, who advised me that a subject reportedly attempted to enter the residence via a small north-facing window in the backyard. The items on the ground, below the window, appeared disturbed. It was unknown whether the subject attempted to enter the backyard shed or the parked vehicle on the property (Ford Edge AZ/DTA5C1). A footwear impression was discovered behind the backyard shed, and the subject may have fled through the alleyway located behind the residence.

Based on this information, and at the direction of Detective Badilla, I completed the following:

**Photography:**

I photographed the Ford Edge and the exterior of the residence, including the backyard and items marked by Detective Badilla (numbering 1-8). I also photographed overall views of the alleyway behind the residence.

**Crime Scene Processing and Results:**

I captured comparative quality photographs of the footwear impression listed above (item 3, behind the shed).

**Latent Print Processing:**

I processed the following areas for latent print evidence using fingerprint powder, yielding the following results:

Photo item #1 – the driver's exterior door handle of the Ford Edge; 1 lift

Photo item #2 – exterior handle of the backyard shed; 0 lifts

I collected/packaged the above lift as item SMSLP.


*I was then requested to respond to the alleyway west of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Juvenile**

Incident Narrative Supplement Report P2506300026-37
(Report 37 of 47)

**Location #3: Alleyway west of** █████████████████

**Date: 6/30/2025**

**Arrival Time: 1150 hours**

**Clear time: 1400 hours**

**Images: 44**

**Officer Contact(s): Romero (101195)**

**Summary:**

Upon arrival, Crime Scene Specialist Lead Romero advised me that the listed alleyway was the possible path taken by a detained subject. Prior to my arrival, an orange cone was placed by officers to indicate a footwear impression at the west end of the alleyway.

Based on this information, I completed the following:

**Photography:**

I photographed the alleyway to include the previously mentioned footwear impression marked with an orange cone by officers, which I later marked as item B. I also located and photographed an additional footwear impression at the east end of the alleyway, which I marked as item A.

**Crime Scene Processing and Results:**

I captured comparative quality photographs of both footwear impressions listed above (items A and B).

I did not collect any physical items of evidence from this scene.

**Disposition of Evidence:**

I uploaded all photographs that I captured to the TPD Axon Digital Evidence Management System. On 6/30/2025 at 1430 hours, I secured all collected items (SMS01 and SMSLP) into temporary locker #2. I retrieved all items on 7/1/2025 at 0700 hours, I then submitted them to the TPD Property and Evidence Section.

**Remarks:**

Refer to the investigating officers' reports for additional case details. This concludes my case involvement at this time. Any further forensic services provided by me will be the subject of a separate report.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Incident Narrative Supplement Report P2506300026-37**
**(Report 37 of 47)**

*The Tucson Police Department Crime Scene Unit is accredited by the American Association for Laboratory Accreditation (A2LA) (Cert No. 7108.01).*

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

# Incident Narrative Supplement Report P2506300026-39

**Primary Officer:** Torres, David (100627)

**Assigned District:** Shooting Investigation Unit

## Narrative

### Narrative

**P2506300026**

**06/30/2025**

I was assigned to the Shooting Investigation Unit. On this day, Sgt Peak contacted me and requested I respond to ▮▮▮ ▮ ▮▮▮▮▮▮ to assist with a Homicide Investigation. At the time, no information about the case was provided. I drove to the incident location. Once all Detectives arrived on scene, a briefing was provided by Sgt Anaya. The following information is what I understood at the time of the briefing:

**1st event (06:28)**

A call was generated reference an interrupted burglary at ▮▮▮▮▮▮▮▮ where the resident, ▮▮▮▮▮▮▮ woke up to what sounded like a window breaking in the bathroom. ▮▮▮ reported he got up and looked and noticed the bathroom window was broken and he could see a male standing outside the window. The unknown male was confronted and he brandished a firearm and pointed it at the victim. The male ended up leaving the property.

**2nd event (06:47)**

Officers responded to a call reference a shooting victim at ▮▮▮ ▮▮▮▮▮▮▮ There was a reported attempted carjacking at the parking lot of the apartment complex. A male was located with a single gunshot to his chest. When Officers arrived, the male was responsive and breathing. TFD transported the male to the Hospital. The male succumbed to his injuries at the hospital. The suspect was injured and left the location.

**3rd event (07:13)**

A male arrived at ▮▮▮▮▮▮ The male was bleeding from an arm. The residents provided medical aid to the subject. The male pulled a gun at the victims and pointed the gun to his head as well. The unknown male was asking for a car.

During the briefing, multiple Officers were actively looking for the suspect. Prior to the end of the briefing, we were notified that a male identified as Julio Aguirre, had been detained int he area and that a firearm had also been located.

Upon conclusion of the briefing, assignments were made. I was assigned to assist with the investigation at ▮▮▮▮▮▮▮

I drove to the listed location, there I made contact with the residents. All of the residents were sitting outside of the house, by the front yard. I noticed that the front wooden door was open, I first spoke to the resident, ▮▮▮▮▮▮▮ He agreed to speak to me. The interview was conducted inside my assigned City of Tucson vehicle. The following interview is summarized and paraphrased. For exact details, please refer to audio recording on Evidence.com

▮▮▮▮▮▮▮

-He has an access door that leads to the back alley

-He was going to check on some prickly pear cactus he had outside.



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile

Incident Narrative Supplement Report P2506300026-39
(Report 39 of 47)

-He opened the door and noticed the unknown male in the alley walking towards him.

-The male had his left arm injured. ▆▆▆▆ tried closing the door on him but the male did not let him. The male followed him.

-The male was asking for help and came in the backyard/property.

-The male was asking for water.

▆▆▆▆ did not give him permission to go in.

-The male was a Spanish Speaker.

-The male noticed there was a fridge in the backyard laundry room and went inside.

-The male opened the fridge and grabbed a water. He grabbed a second water bottle and poured it on his head.

-The laundry room is a separate structure within the property.

-The male continued asking for help. He sat on a chair outside.

-The suspect would tell him that he did not want to get caught.

-▆▆▆▆ called his wife and she came out to help him.

-The male was afraid he was going to get caught. He asked him for a ride to Nogales. ▆▆▆▆ refused.

-The subject was bleeding from his arm. The subject did have a bloody rag when he first came in.

-▆▆▆▆ told him he could not help him and he did not have a license.

-The male had a handgun tucked in his waistband.

-He felt that if he refused to help the male, He would do something to them.

-The suspect went inside the house without permission. The male sat in the living room.

-His son-in-law, ▆▆▆▆▆▆, came inside the house and confronted the male. He told the suspect to leave.

▆▆▆▆ and ▆▆ exited the residence.

-Police arrived shortly after. Police forced entry through the front door.

-His granddaughter, ▆▆▆▆▆▆▆▆ was inside the bathroom. Thank fully she is unharmed.

-▆▆▆▆ mentioned he could not forcefully remove the suspect from his property since

he male was armed with a gun.

-▆▆▆▆ would make gestures such as touching the gun and would tell them that they needed to calm down.

-The blood in his house belongs to the suspect.

-The male was wearing brown pants (Bloody) and no shirt. The male had short hair, tennis shoes

Juvenile

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-39
(Report 39 of 47)

-He said there was no violence. They male wanted a ride to Nogales but he told the suspect that he did not have a license.

End of Interview

I then spoke to ███████████████. ████ agreed to speak to me. ████ **allowed Police to process the residence.** The interview was conducted inside my assigned City of Tucson vehicle. The following interview is summarized and paraphrased. For exact details, please refer to audio recording on Evidence.com

████████████

-Her husband ████████ has prickly pear cactus at the back of the house.

-Her husband checked on them.

-████ hear her husband screaming.

-████████ told her to her the unknown male.

-The male's left arm was bleeding.

-The male was insistent on going inside the house and was telling her to help him.

-She told the unknown male he needed to go to the hospital.

-The male tried to go inside the house but she did not allowed him since she did not want to get the bathroom dirty.

-He did go inside but she told me to go back outside.

-████ grabbed a bandage and put a tourniquet on his arm. She also told him to wash himself up with a water bucket on the backyard.

-The male was asking ████████ for a car but ████████ told him he could not drive.

-████ was able to get her cellphone and go inside the house. She then called her daughter and notified her about the unknown male with the injury.

-When ████ was on the phone, the male waled in the house and asked her who she was talking to. He asked her if she had called Police████ told her she had called her daughter.

-The male took her phone which he had placed on the kitchen table. He kept telling her he needed to know who she had called. He was holding her phone without her permission for approximately 5 seconds. She did not believe the phone was bloody.

-████ then took the phone from the male and put it in her pocket.

-He then sat in the living room. The male told her that he did not want to get involved with Police since he had spent 5 years in jail.

-The male told her that he had two sisters in the area who refused to help him.

-The male told her that he was from Nogales and that he had been in Tucson for 8 years.

-The male had a gun tucked in his waistband. She could see it.

-The male made them raise their hands and swear to God that they were not going to call Police. "Si no les va a pasar algo", meaning, if not something will happen to you.

**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-39
(Report 39 of 47)

---

-The male would touch the gun when he made them swear to God.

-Both her husband and ▮▮▮ did raise their hand and swore they were not going to call police.

▮▮▮ was concerned that her daughter would see the suspect with bloody pants.

-Her daughter notified her boyfriend (Son-in-Law)

-▮▮▮ son-in-law arrived and entered the house. The suspect stood up and pointed the gun to his head.

-▮▮▮ son in law told him not to do that. Her son-in-law told ▮▮▮ and ▮▮▮▮ to exit the house.

-▮▮▮ said the gun was not pointed at her or ▮▮▮▮▮.

-Police arrived shortly after.

-▮▮▮ described him as a slim, medium height male, with a tattoo on his chest. The tattoo had three letter but were fainted and she was not able to tell what letter they were. She believed he was approximately 42 YOA, medium length hair, brown shoes, light beige pants with blood. The male was not wearing a shirt.

-She confirmed that he entered her house without her permission.

-She did feel threatened and that she did not have any other option but to help him.

-He seemed threatening. She felt she was forced to threaten him since he had a gun on him.

-▮▮▮ did show me her phone. She did mention that her daughter had touched the phone.

-Her granddaughter was in the bathroom showering. Her granddaughter cannot hear and was very afraid.

-Officers had to force the bathroom door.

End of Interview

After the interview was complete, ▮▮▮▮▮ showed me the area of the backyard and where the male came in as well as the area where the laundry room was located. I was also notified that the front security cameras was live view only and did not record.

CSS Unit arrived on scene and assisted with processing the scene. Det Badilla and PSI Exiga assisted with scene processing. The following items were found and processed.

▮▮▮▮▮▮

| ITEM | DESCRIPTION | LOCATION | RESULTS |
|------|-------------|----------|---------|
| 1 | Damaged wooden door | Front of house | Photo Only |
| 2 | Possible blood | living room floor | collected |
| 3 | Possible blood | living room floor | collected |
| 4 | Possible blood | on grout- inside house-by backyard door | collected |
| 5 | Possible blood | bottom wood frame- backyard door | collected |



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-39
(Report 39 of 47)

| | | | |
|---|---|---|---|
| 6 | Bloody black shirt | next to bucket- backyard hallway | collected |
| 7 | Bloody bucket/bloody water | backyard hallway | Photo Only |
| 8 | white rags | next to bloody trash can- backyard | Photo Only |
| 9 | Plastic water bottle | on back yard | collected |
| 10 | Blood on white dryer | Laundry Room | collected |
| 11 | Blood on fridge handle | Laundry Room | collected |
| 12 | Blood on floor | rear alley door | collected |
| 13 | Blood on floor | rear alley door | Photo Only |
| 14 | Blood on Bench- arm rest | Backyard | collected |
| 15 | Bloody rag | on the alley-west of residence | collected |
| 16 | Shoe Impression | alley west of residence | Photo only |

For additional details on item locations and overall scene, please refer to CSS Lorenz #35463 images on Evidence.com. After the scene was processed. The victims were provided with a victim form.

I responded to the Tucson Police Evidence & Property Section to assist with submitting evidence.

I did not have further involvement.



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-41
(Report 41 of 47)

# Incident Narrative Supplement Report P2506300026-41

**Primary Officer:** Farley, Crystal (53662)

**Assigned District:** Child Physical Abuse

## Narrative

**Narrative**

**P2506300026**

████████████████

**Shooting Homicide**

On 06/30/25 at 0755 hrs, while assigned as a sergeant of the homicide unit, I received a call from Sgt. Wall #49540 advising there was a homicide at ████ ████████ and the suspect had also been involved in additional crimes in the area at multiple locations. Officers were still looking for the suspect. Sgt Wall agreed to initiate a callout while I contacted Lt Wine and a Deputy Pima County Attorney P. Goodman. Goodman was unsure if he was going to respond and I advised I would call him back with further details. I also advised I would contact Sgt Peak #50473 from the Shooting Investigation Unit for additional investigative support. Sgt. Peak #50473 advised he would be responding with the listed investigators.

Det. Badilla #53097

Det. Torres #100627

PSI Exiga #201498

Crime Scene Specialist Romero #101195 was on scene.

**ARRIVAL ON SCENE**

Upon arrival at the scene, I noted a large police presence. The parking lot of ████ ████████ which is an apartment complex, was blocked off with crime scene tape, with uniformed police officers guarding the area. Once all investigators were on scene, we were provided with a briefing from Sgt. Anaya, Ofc. Brown #200779, and Ofc. Simmons #201603.

**BRIEFING**

**Scenes:**

████████████████

Involved Party: ████████████████

████ ████████████ **(Homicide location)**

Victim: ████████████

Witness - ████████████

Witness - ████████████



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile

Incident Narrative Supplement Report P2506300026-41
(Report 41 of 47)

Witness/Victim - ███████████

Suspect - Hispanic Male with "Jean bottoms"

Homicide Victim Truck - Toyota Tundra (Red) - AZ - YTA81F

███████████

Victim - ███████████

Victim - ███████████

Victim - ███████████

Summary of Events:

All incidents took place on 6/30/25

At 0628 hrs, Operations Division Midtown (ODM) officers responded to a report of a male attempting to enter a bathroom window of the residence at ███████████ The homeowner confronted the suspect, who then pointed a firearm at the homeowner before fleeing in an unknown direction.

At 0647 hrs, officers responded to a report of a male shot in a red truck located at ███████████ The victim, later identified as ███████████ was transported to Banner Main where he was pronounced deceased from a gunshot wound. Witnesses reported a confrontation between the suspect and the victim, where the suspect was heard making statements that he needed the victims truck. Witnesses also stated he gave a countdown to the victim during the confrontation. The suspect also pointed the gun at multiple neighbors that observed the altercation. The suspect then fled from the parking lot.

Officers arrived on scene and began looking for the suspect in the area.

At 0713 hrs, a 911 call was received from ███████████ regarding a male with a gun confronting the homeowner. The homeowner was in the backyard when the suspect approached from the alley. The homeowner called for his wife who then provided supplies to treat a wound to his arm. The homeowners did not want to allow the suspect inside, but he eventually forced his way in. The homeowners were in the living room with the suspect at which point the homeowners family arrived to assist. The suspect then pointed a gun at all three individuals and to his own head. All parties were able to leave out the front door when police arrived. He shut the door behind them and fled the residence.

While receiving the briefing it was reported a suspect was detained in a shed located at ███████████

See officer supplements for full details.

**ASSIGNMENTS**

**After the briefing I then made the following assignments:**

Det. Pena #54035 - Primary

Det. Cheek #41238 - Secondary

Det. Frieberg #51078-███████ scene

Det. Gillespie #50458 - ███████ scene

Det. Badilla #53097-███████ scene



**Tucson Police Dept - AZ**

270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-41
(Report 41 of 47)

---

PSI Lewis #201497 - ▓▓▓▓▓ scene

Sgt. Peak, Det. Torres, PSI Exiga - ▓▓▓▓▓ scene

CSS Sobecki #201156 and CSS Lorenz #35463 both responded to the scene and assisted investigators.

**WALKTHROUGH**

Investigators conducted their walkthrough while I remained at the briefing location. I did note the red truck in question in the parking lot of ▓▓▓▓▓▓▓ with the door open and items on the ground. As investigators conducted their initial walkthrough, they noted a blood trail leaving the parking lot heading toward the north alley of ▓▓▓▓ .

I re-contacted PCAO P. Goodman and advised of the circumstances and the deceased has already been transported to Banner UMC upon initial officer response. He advised he would not be responding but would relay the information to appropriate personnel.

**INVESTIGATION**

Detectives began their interviews and scene processing.

I was aware officers were maintaining scene security where the suspect was located at ▓▓▓▓▓▓▓▓ Sgt Wall #49540 contacted additional detectives to further assist. Det Robinson #43002 and Det Lara #51916 responded and processed this scene location.

I was eventually notified officers were having a hard time identifying the suspect and he was in need of surgery and at one point was considered in life threatening condition due to his injuries.

The suspect was eventually identified as Julio Aguirre and was in stable condition but still awaiting surgery.

Once all scenes were processed and interviews were completed, all investigators responded to the main station at 270 S. Stone and conducted an investigative debrief.

See supplements for full details on scenes and interviews.



**Juvenile**

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Incident Narrative Supplement Report P2506300026-44
(Report 44 of 47)

# Incident Narrative Supplement Report P2506300026-44

**Primary Officer:** Frieberg, Alexandra (51078)
**Assigned District:** Homicide

## Narrative

### Narrative

**07/01/2025**

**VICTIM TRUCK PROCESSING:**

At approximately 1430 Detective Gillespie and I responded to ▮▮▮▮▮▮▮ to process the victim's Toyota Tundra (Item AC1). CSS Leon (53783) was on scene to take photographs and complete additional processing of the vehicle.

I acted as a searcher of the vehicle. Several items of evidence were identified and marked.

Det. Gillespie acted as the recorder. See his report for items located.

I assisted in collecting and packaging the items into evidence at EPIC.

This concludes my involvement at this time. NFI

**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

# TWX 2506-TWX-00177

**Primary Officer:** Guerra, Maria (201087)
**Assigned District:** Records

## Overview



Tucson Police Dept.
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile



**Tucson Police Dept. AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461



**Tucson Police Dept - AZ**
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile

TWX 2506-TWX-00182 (Report 46 of 47)

# TWX 2506-TWX-00182

**Primary Officer:** Marrufo, Daniel (201624)
**Assigned District:** Records



Tucson Police Dept
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

TWX 2506-TWX-00182 (Report 46 of 47)



Tucson Police Dept - AZ
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

Juvenile

TWX 2506-TWX-00182 (Report 46 of 47)



Tucson Police Dept - AZ
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

**Juvenile**

# TWX 2506-TWX-00182

**Primary Officer:** Marrufo, Daniel (201624)

## Overview



Tucson Police Dept.
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461



Tucson Police Dept.
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461



Contact



Tucson Police Dept
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461



Tucson Police Dept.
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

## Death Notification


Tucson Police Dept
270 S Stone Ave
Tucson, AZ, 85701
+1 (520) 791-4461

TWX 2506-TWX-00182 (Report 47 of 47)



Tucson Police Dept - AZ
**Incident P2506300026 - Evidence List**

| Name | Description | Type |
|------|-------------|------|
| LP | 1 lift card from Ford Edge AZ/DTA5C1 | TRACE_FORENSICS |
| BL2 | possible blood from the interior side of shed door at ████████, area marked 4B | TRACE_FORENSICS |
| TRE6 | Swab sample for DNA from the back driver side door exterior/handle. | TRACE_FORENSICS |
| CL15 | Cut Levi Strauss Blue jean pants with blood belonging to victim | CLOTHES_FURS |
| CL15 | Blue George brand drawstring shorts with blood on it belonging to victim | CLOTHES_FURS |
| TRE6 | Swab sample for DNA from the driver door interior. | TRACE_FORENSICS |
| PI4 | Wallet with multiple cards inside belonging to victim ████ with dried blood | PURSES_HANDBAGS_WALLETS |
| TRE6 | shed's exterior door handle | TRACE_FORENSICS |
| TRE6 | Swab sample for DNA from the front passenger side door exterior/handle. | TRACE_FORENSICS |
| TRE6 | Swab sample for DNA the driver door exterior/handle. | TRACE_FORENSICS |
| CL15 | A pair of black socks with polka dots on them and blood belonging to Julio Aguirre | CLOTHES_FURS |
| TRE6 | Swab sample for DNA from the steering wheel. | TRACE_FORENSICS |
| LP | 2 photo lift cards - unidentified male fingerprints | TRACE_FORENSICS |
| CL6 | A pair of black and tan sneakers belonging to Julio Aguirre. | CLOTHES_FURS |
| $T1 | 8 DOLLARS LOCATED INSIDE OF GAH06 (6 $1, 1 $2) | MONEY |
| CL15 | Blue men's underwear with a gray band at the top with "retro" that has blood on it belonging to suspect Julio Aguirre | CLOTHES_FURS |
| BL2 | sample from ████████ right arm | TRACE_FORENSICS |
| TRE6 | shed's interior door handle | TRACE_FORENSICS |
| TRE6 | Swab sample for DNA from the front passenger door interior/handle. | TRACE_FORENSICS |
| TRE6 | Swab sample for DNA from the driver door interior handle. | TRACE_FORENSICS |

Tucson Police Dept - AZ
**Incident P2506300026 - Evidence List**

| Name | Description | Type |
|------|-------------|------|

| Date/Time | Terminal | Operator | System Comments |
|---|---|---|---|
| 06/30/25 06:26:17 | ect7 | 0 | ANI/ALI - Phone: 480-925-3941, Lat: +32.203084, Lon: -110.921380, Call ID: 20250630000005332231 |
| 06/30/25 06:47:07 | ect19 | 0 | ANI/ALI - Phone: 520-278-3209, Lat: +32.196958, Lon: -110.910222, Call ID: 20250630000005332242 |
| 06/30/25 06:47:59 | ect19 | | SHOTS FIRED, Location: ; Agency: TPD, Group: T3, |
| 06/30/25 06:47:59 | ect19 | | INITIAL CALL - Call Source: ANI/ALI, Caller Name: T-MOBILE USA, Caller Phone Number: ; Caller Address: |
| 06/30/25 06:47:59 | ect19 | | EVENT REMARK - WPH2 -110.910222 +32.196958 |
| 06/30/25 06:47:59 | ect19 | | EVENT REMARK - CBD CALL STARTED: 2bbb4f19-ee97-4e2c-b8b4-cd47fb63013c |
| 06/30/25 06:47:59 | ect19 | | EVENT REMARK - ^^ WEAPONS INVOLVED: YES |
| 06/30/25 06:47:59 | ect19 | | EVENT REMARK - ^^ INCIDENT JUST OCCURRED |
| 06/30/25 06:47:59 | ect19 | | EVENT REMARK - ^^ UNKNOWN IF SUSPECT IS STILL THERE |
| 06/30/25 06:47:59 | ect19 | | EVENT REMARK - ^^ UNKNOWN IF THERE ARE INJURIES |
| 06/30/25 06:47:59 | ect19 | | EVENT REMARK - ^^ LEVEL 2 - SHOTS FIRED |
| 06/30/25 06:47:59 | ect19 | | EVENT REMARK - ^^ Code Received from Corti: SHOTSFD |
| 06/30/25 06:47:59 | ect19 | | EVENT REMARK - MAN TR |
| 06/30/25 06:47:59 | vmcadcompd | | EVENT REMARK - ** LOI search completed at 06/30/25 06:47:59 |
| 06/30/25 06:48:15 | ect19 | | UPDATED/ADDITIONAL CALL - Call Source: ANI/ALI, Caller Name: ; Caller Phone Number: ; Caller Address: |
| 06/30/25 06:48:22 | ssupv6 | 0 | ANI/ALI - Phone: , Lat: +32.197033, Lon: -110.910008, Call ID: 20250630000005332243 |
| 06/30/25 06:48:36 | ect19 | | UPDATED/ADDITIONAL CALL - Call Source: ANI/ALI, Caller Name: ; Caller Phone Number: ; Caller Address: |
| 06/30/25 06:48:36 | ect19 | | EVENT UPDATED - Agency Event Type Code: SHOOT/STAB-PT, Agency Event Type Code Desc: LIKELY PATIENT ON SCENE, Max Arrive Time: 0, Max Dispatch Time: 10, Priority: 1, Priority Changed Time: 06/30/25 06:48:36, Rms Transfer Time: 06/30/25 06:48:36, Has Informer Loi Data: True, Zip Code: 85713, |
| 06/30/25 06:48:36 | ect19 | | EVENT REMARK - ** Event Type changed from SHOTSFD to SHOOT/STAB-PT at 06/30/25 06:48:36 |
| 06/30/25 06:48:36 | ect19 | | EVENT REMARK - ** > > > > by: 203004 on terminal: ect19 |

7/1/25, 9:57 AM                                                                                                              iiNetViewer : Event Chronology

| Date/Time | Terminal | ID | Event |
|---|---|---|---|
| 06/30/25 06:48:36 | ect19 | 203004 | EVENT REMARK - ** Event Priority changed from 2 to 1 at: 06/30/25 06:48:36 |
| 06/30/25 06:48:36 | ect19 | 203004 | EVENT REMARK - ** >>>> by: 203004 on terminal: ect19 |
| 06/30/25 06:48:36 | ect19 | 203004 | EVENT REMARK - ** TFD event F251810050 created |
| 06/30/25 06:48:36 | ect19 | 203004 | EVENT REMARK - ** JURIS event W272742 created |
| 06/30/25 06:48:36 | vmcacdedgeprd | 9999991 | EVENT REMARK - ---***Respond on A4 South*** Priority : RedBold |
| 06/30/25 06:48:36 | vmcacdedgeprd | 9999991 | EVENT REMARK - TPD channel for this event is B5 Priority : RedBold |
| 06/30/25 06:48:40 | ssupv6 | 100066 | EVENT REMARK - Duplicate EventLocation = _____ Cross Street 1 = E MARCH PL, Cross Street 2 = E ELLINGTON PL, Caller Name = T-MOBILE USA, Caller Ph Number = _____ Caller Address = _____ Call Source = ANI/ALI, Alarm Level = 1 |
| 06/30/25 06:48:40 | ssupv6 | 100066 | EVENT REMARK - WPH2 -110.910008 +32.197033 |
| 06/30/25 06:48:40 | ssupv6 | 100066 | EVENT REMARK - End of Duplicate Event data |
| 06/30/25 06:48:41 | ssupv6 | 100066 | UPDATED/ADDITIONAL CALL - Call Source: ANI/ALI, Caller Name: T-MOBILE USA, Caller Phone Number: _____ , Caller Address: _____ |
| 06/30/25 06:48:42 | ect19 | 203004 | EVENT REMARK - MALE HAS BEEN SHOT |
| 06/30/25 06:48:47 | fdisp | 49977 | EVENT REMARK - ** Case number T2500052723 has been assigned to event F251810050 |
| 06/30/25 06:48:47 | fdisp | 49977 | EVENT REMARK - ** >>>> by: 49977 on terminal: fdisp |
| 06/30/25 06:48:52 | fdisp | 49977 | EVENT REMARK - *****HOLD OFF FOR LAW ENFORCEMENT***** |
| 06/30/25 06:48:54 | ect19 | 203004 | EVENT REMARK - LOTS OF DISTRESS HEARD IN BACKGROUND |
| 06/30/25 06:48:56 | ssupv6 | 100066 | EVENT REMARK - CALLER IS NOT WITNESS ADVD NEIGHBOR DID SEE |
| 06/30/25 06:48:58 | pa5 | 101710 | EVENT REMARK - 10-39 |
| 06/30/25 06:49:00 | pa5 | 101710 | ICAL EVENT: _____ MUN: TUC H _____ ler: _____ D _____ TIME: 06:47:59 Comments: WPH2 -110.910222 +32.196958 CBD CALL STARTED: 2bb4f19-ee97-4e2c-b8b4-cd47fb68013c ^^ WEAPONS INVOLVED: YES ^^ INCIDENT JUST OCCURRED ^^ UNKNOWN IF SUSPECT IS STILL THERE ^^ UNKNOWN IF THERE ARE INJURIES ^^ LEVEL 2 - SHOTS FIRED ^^ Code Received from Origin: SHOTSFD MAN TR -*** Duplicate EventLocation = _____ E Cross Street 1 = E MARCH _____ USA, Caller Ph Number = _____ , Caller Address = _____ Call Source = ANI/ALI, Alarm Level = 1 WPH2 -110.910008 +32.197033 End of Duplicate Event data MALE HAS BEEN SHOT *****HOLD OFF FOR LAW ENFORCEMENT***** LOTS OF DISTRESS HEARD IN BACKGROUND CALLER IS NOT WITNESS ADVD NEIGHBOR DID SEE 10-39 |
| 06/30/25 06:49:00 | pa5 | 101710 | EVENT REMARK - ***SUPV NOTIFICATION SENT*** |

vmcadrlpsprdiNetViewer/InquiryCommand/EventChronology?eventID=E251810258&isFDIDSearch=False&isSearchResult=False&eid=8515028

7/1/25, 9:57 AM    I/NetViewer : Event Chronology

| Timestamp | Unit | Event | Code |
|---|---|---|---|
| 06/30/25 06:49:02 | pa5 | EVENT UPDATED - Total Assigned Units: 1, | 101710 |
| 06/30/25 06:49:02 | pa5 | EVENT UPDATED - First Unit Dispatched Time: 06/30/25 06:49:02, | 101710 |
| 06/30/25 06:49:02 | pa5 | s; DP, Location: Employees: 20▮ | 101710 |
| 06/30/25 06:49:04 | pa5 | EVENT UPDATED - Total Assigned Units: 2, | 101710 |
| 06/30/25 06:49:04 | pa5 | s; DP, Location: Employees: 20▮ | 101710 |
| 06/30/25 06:49:11 | $3A15 | EVENT UPDATED - Total Assigned Units: 3, | 201432 |
| 06/30/25 06:49:11 | pa5 | EVENT UPDATED - Total Assigned Units: 4, | 101710 |
| 06/30/25 06:49:11 | pa5 | EVENT UPDATED - Total Assigned Units: 5, | 101710 |
| 06/30/25 06:49:11 | $3A15 | s; DP, Location: Employees: 20▮ | 201432 |
| 06/30/25 06:49:11 | pa5 | 3U9, Status: DP, Location: Employees: 52771 | 101710 |
| 06/30/25 06:49:11 | pa5 | s; DP, Location: Employees: 10▮ | 101710 |
| 06/30/25 06:49:14 | $3A95 | EVENT UPDATED - Total Assigned Units: 6, | 200773 |
| 06/30/25 06:49:14 | $3A95 | s; DP, Location: Employees: 200 | 200773 |
| 06/30/25 06:49:15 | $3U9 | EVENT UPDATED - First Unit Enrouted Time: 06/30/25 06:49:15, Rms Transfer Time: 06/30/25 06:49:15, | 52771 |
| 06/30/25 06:49:15 | $3U9 | 3U9, Status: ER, Location: Employees: 52771 | 52771 |
| 06/30/25 06:49:18 | $3A15 | 3A15, Status: ER, Location: Employees: 201432 | 201432 |
| 06/30/25 06:49:24 | ssupv6 | EVENT REMARK - | 100066 |
| 06/30/25 06:49:42 | $3A14 | EVENT UPDATED - Rms Transfer Time: 06/30/25 06:49:42, Total Assigned Units: 7, | 102857 |
| 06/30/25 06:49:42 | $3A14 | s; DP, Location: Employees: 10▮ | 102857 |
| 06/30/25 06:49:47 | $3A14 | 3A14, Status: ER, Location: Employees: 102857 | 102857 |
| 06/30/25 06:49:50 | ssupv6 | EVENT REMARK - SHOOTING VICT SITTING IN HIS MAR TUNDRA | 100066 |
| 06/30/25 06:49:58 | ect19 | EVENT REMARK - PT IS IN THEIR TRUCK, LOT OF BLOOD LOSS | 203004 |
| 06/30/25 06:50:05 | ect19 | EVENT REMARK - RED MAROON TRUCK | 203004 |
| 06/30/25 06:50:16 | $3A94 | 3A94, Status: ER, Location: Employees: 202122 | 202122 |

3/52

vmcadrplsprd/NetViewer/InquiryCommand/EventChronology?eventID=E2518102548isFDIDSearch=False&isSearchResult=False&eid=8515028

7/1/25, 9:57 AM

I/NetViewer : Event Chronology



| Date/Time | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 06:50:20 | ect19 | 203004 | EVENT REMARK - SHOT IN THE CHEST |
| 06/30/25 06:50:39 | $3A93 | 104408 | 3A93, Status: ER, Location: 104408 Employees: 104408 |
| 06/30/25 06:50:40 | $3A97 | 201603 | 3A97, Status: ER, Location: 201603 Employees: 201603 |
| 06/30/25 06:51:13 | $3A14 | 102857 | EVENT UPDATED - First Unit Arrived Time: 06/30/25 06:51:13, |
| 06/30/25 06:51:13 | $3A14 | 102857 | ...AS, Location: Employees: 10 |
| 06/30/25 06:51:15 | pa5 | 101710 | ...AS, Location: Employees: 20 |
| 06/30/25 06:51:23 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 06:51:23, Total Assigned Units: 8, |
| 06/30/25 06:51:23 | pa5 | 101710 | 3C2, Status: DP, Location: 47469 Employees: 47469 |
| 06/30/25 06:51:25 | pa5 | 101710 | 3C2, Status: ER, Location: 47469 Employees: 47469 |
| 06/30/25 06:51:27 | $3C2 | 47469 | 3C2, Status: ER, Location: 47469 Employees: 47469 |
| 06/30/25 06:51:36 | ect19 | 203004 | EVENT REMARK - H/M/506/JEANS/TSHIRT |
| 06/30/25 06:51:48 | ect19 | 203004 | EVENT REMARK - SUSP DESCRIP ^ |
| 06/30/25 06:52:14 | $3A97 | 201603 | ...AS, Location: Employees: 20 |
| 06/30/25 06:52:15 | fe | 100604 | EVENT REMARK - EN011 -- COPIES HOLD OFF |
| 06/30/25 06:52:15 | fe | 100604 | EVENT REMARK - PM003 -- COPIES HOLD OFF |
| 06/30/25 06:53:08 | $3A93 | 104408 | ...AS, Location: Employees: 10 |
| 06/30/25 06:53:09 | ect19 | 203004 | EVENT REMARK - SUSP ON FOOT, UNSURE WHAT DIRECTION HE TRAVELED IN |
| 06/30/25 06:53:24 | pa5 | 101710 | EVENT REMARK - ****CLEAR TO MOVE IN PER ONSC TPD**** |
| 06/30/25 06:53:56 | ssupv3 | 101312 | EVENT REMARK - ADDTL CALLER /OWNER OF THE VEH WAS SHOT IN HIS VEH BY THE MALE WHO TRIED TO GET INTO THE VEH |
| 06/30/25 06:54:09 | pa5 | 101710 | EVENT REMARK - 3U9 -- VICTIM IS CONS & MOVING AROUND Priority : Normal |
| 06/30/25 06:54:15 | ssupv3 | 101312 | EVENT REMARK - SUSPECT WANTED TO USE THE VEH TO TAKE HIS MOM TO THE HOSP |
| 06/30/25 06:54:20 | fe | 100604 | EVENT REMARK - **EN011/PM003 COPY CLEAR TO MOVE IN** |
| 06/30/25 06:54:42 | pa5 | 101710 | EVENT REMARK - 3U9 -- A/C FOR NOW..TRYING TO GET FURTHER |
| 06/30/25 06:54:44 | ssupv3 | 101312 | EVENT REMARK - OWNER OF VEH WHO WAS SHOT IS /LIVES IN APT |

I/NetViewer : Event Chronology

| Date/Time | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 06:55:31 | ssupv3 | 101312 | EVENT REMARK - SUSPECT - H/M/30-40/ |
| 06/30/25 06:55:33 | pa5 | 101710 | EVENT REMARK - 3C2 -- IC |
| 06/30/25 06:55:37 | pa5 | 101710 | EVENT REMARK - 3U9 -- OPS CHIEF |
| 06/30/25 06:55:38 | pa5 | 101710 | EVENT REMARK - 3A94 -- ****H/M/506/SLIM/BLU OR GRY T SHIRT/JEANS..UNK DIRECTION OF TRAVEL |
| 06/30/25 06:56:19 | ssupv3 | 101312 | EVENT REMARK - IN APT |
| 06/30/25 06:56:55 | pa5 | 101710 | EVENT REMARK - 3U9 -- BUSN AT HAS SURVEILLANCE..UNK IF BUSN IS OPEN NOW |
| 06/30/25 06:58:20 | pa5 | 101710 | EVENT REMARK - 3U9 -- MAIN WITNESS DOES NOT HAVE GOOD DESCRIPTION OR DIRECTION OF TRAVEL FOR SUSPECT |
| 06/30/25 06:59:36 | pa5 | 101710 | EVENT REMARK - 3A93 -- LIFE THREATENING TO BANNER MAIN |
| 06/30/25 06:59:44 | pa5 | 101710 | UNIT UPDATED - Unit 3A93, Status: ER, Location: 1625 N CAMPBELL AV TUC: @BM, Employees: 104408 |
| 06/30/25 06:59:44 | pa5 | 101710 | UNIT UPDATED - Unit 3A93, Status: CL, Location: 1625 N CAMPBELL AV TUC: @BM, Employees: 104408 |
| 06/30/25 06:59:45 | vmcadcompd | | EVENT REMARK - **LOI search completed at 06/30/25 06:59:45 |
| 06/30/25 07:00:45 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:00:45, Total Assigned Units: 9, |
| 06/30/25 07:00:45 | pa5 | 101710 | UNIT UPDATED - Unit 3O12, Status: DP, Location: Employees: 105 |
| 06/30/25 07:00:51 | pa5 | 101710 | UNIT UPDATED - Unit 3O12, Status: ER, Location: Employees: 105106 |
| 06/30/25 07:00:51 | pa5 | 101710 | UNIT UPDATED - Unit 3O12, Status: CL, Location: Employees: 105106 |
| 06/30/25 07:00:51 | vmcadcompd | | EVENT REMARK - **LOI search completed at 06/30/25 07:00:51 |
| 06/30/25 07:00:53 | $3O12 | 105106 | UNIT UPDATED - Unit 3O12, Status: ER, Location: Employees: 105106 |
| 06/30/25 07:01:40 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:01:40, Total Assigned Units: 10, |
| 06/30/25 07:01:40 | pa5 | 101710 | UNIT UPDATED - Unit 3O12, Status: DP, Location: Employees: 10 |
| 06/30/25 07:01:40 | pa5 | 101710 | UNIT UPDATED - Unit 3A5, Status: AS, Location: Employees: 10 |
| 06/30/25 07:01:52 | $PM003 | 5500127 | EVENT REMARK - Unit PM003 transporting to 1501 N CAMPBELL AV TUC: @UM - Route Dist: 3.6mi Priority : Normal |
| 06/30/25 07:02:45 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:02:45, Total Assigned Units: 9, |
| 06/30/25 07:02:45 | pa5 | 101710 | UNIT UPDATED - Unit 3A92, Status: UC, Location: , Employees: 105235 |

| Date/Time | User | ID | Description |
|---|---|---|---|
| 06/30/25 07:02:45 | pa5 | 101770 | UNIT UPDATED - Unit: 3A92, Status: AM, Location: , Employees: 105235 |
| 06/30/25 07:05:36 | pa5 | 101770 | EVENT REMARK - 3U9 -- INDICATION THAT SUSPECT WAS BLEEDING FROM THE ARM WHEN HE LEFT |
| 06/30/25 07:06:27 | pa5 | 101770 | EVENT UPDATED - Total Assigned Units: 8, |
| 06/30/25 07:06:27 | pa5 | 101770 | UNIT UPDATED - Unit: 3A14, Status: UC, Location: , Employees: 102857 |
| 06/30/25 07:06:27 | pa5 | 101770 | UNIT UPDATED - Unit: 3A14, Status: AM, Location: , Employees: 102857 |
| 06/30/25 07:06:49 | pa5 | 101770 | ADD SUPPLEMENTAL - Revision Number: 1, Supplemental Type: Vehicle, License: YTA81F Model Year: 0 Unit ID: 3U9 |
| 06/30/25 07:06:49 | pa5 | 101770 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:06:49, |
| 06/30/25 07:06:49 | pa5 | 101770 | UNIT UPDATED - Unit: 3U9, Status: UC, Location: , Employees: 52771 |
| 06/30/25 07:06:49 | pa5 | 101770 | UNIT UPDATED - Unit: 3U9, Status: UC, Location: , Employees: 52771 |
| 06/30/25 07:06:49 | pa5 | 101770 | UNIT UPDATED - Unit: 3U9, Status: UC, Location: , Employees: 52771 |
| 06/30/25 07:06:49 | vmcadcompd | | EVENT REMARK - ** VEH search completed at 06/30/25 07:06:49 |
| 06/30/25 07:07:01 | pa5 | 101770 | PLEMENTAL - Revision Number: 1, Supplemental Type: Person, Age: 0 DOB: Height: 0 Name: Unit ID: 3U9 Weight: 0 |
| 06/30/25 07:07:02 | pa5 | 101770 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:07:02, |
| 06/30/25 07:07:02 | pa5 | 101770 | UNIT UPDATED - Unit: 3U9, Status: UC, Location: , Employees: 52771 |
| 06/30/25 07:07:02 | pa5 | 101770 | UNIT UPDATED - Unit: 3U9, Status: UC, Location: , Employees: 52771 |
| 06/30/25 07:07:02 | pa5 | 101770 | UNIT UPDATED - Unit: 3U9, Status: UC, Location: , Employees: 52771 |
| 06/30/25 07:07:02 | pa5 | 101770 | UNIT UPDATED - Unit: 3U9, Status: UC, Location: , Employees: 52771 |
| 06/30/25 07:07:02 | pa5 | 101770 | UNIT UPDATED - Unit: 3U9, Status: UC, Location: , Employees: 52771 |
| 06/30/25 07:07:02 | pa5 | 101770 | UNIT UPDATED - Unit: 3U9, Status: UC, Location: , Employees: 52771 |
| 06/30/25 07:07:02 | vmcadcompd | | EVENT REMARK - ** PER search completed at 06/30/25 07:07:02 |
| 06/30/25 07:08:46 | pa5 | 101770 | ..., AS, Location; Employees: 20... |
| 06/30/25 07:09:41 | pa5 | 101770 | EVENT UPDATED - Total Assigned Units: 9, |
| 06/30/25 07:09:41 | pa5 | 101770 | M33, Status: DP, Location: Employees: 102211 |
| 06/30/25 07:09:41 | pa5 | 101770 | M33, Status: ER, Location: Employees: 102211 |
| 06/30/25 07:09:45 | pa5 | 101770 | EVENT REMARK - 3A94 -- SUSPECT IS POSS WET FROM WITNESS SPRAYING HIM W/HOSE |
| 06/30/25 07:09:50 | $M33 | 102211 | M33, Status: AS, Location: Employees: 102211 |

I/NetViewer : Event Chronology

| Date/Time | Code | ID | Event |
|---|---|---|---|
| 06/30/25 07:09:54 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:09:54, Total Assigned Units: 10, |
| 06/30/25 07:09:54 | pa5 | 101710 | ...: DP, Location: Employees: 10 |
| 06/30/25 07:09:54 | pa5 | 101710 | ...: AS, Location: Employees: 10 |
| 06/30/25 07:10:07 | $3A13 | 102307 | ...: AS, Location: Employees: 10 |
| 06/30/25 07:11:02 | $3O12 | 105106 | UNIT UPDATED - Unit: 3O12, Status: AS, Location: 105106    Employees: |
| 06/30/25 07:11:27 | pa5 | 101710 | EVENT REMARK - 3O12 -- BUSN IS NOT OPEN UNTIL 0900 |
| 06/30/25 07:12:03 | ssupv6 | 100066 | EVENT REMARK - WAS ADDNL CALLER- HANG UP - AT TIME OF INITIAL CALL - ROLLED OVER TO PCSO DUE TO INFLUX - NO ANSWER ON CALL BACK |
| 06/30/25 07:13:21 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: ER, Location: Employees: 102307 |
| 06/30/25 07:13:21 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: CL, Location: Employees: 102307 |
| 06/30/25 07:13:21 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: AS, Location: 102307    Employees: |
| 06/30/25 07:13:21 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:13:21 |
| 06/30/25 07:13:34 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 11, |
| 06/30/25 07:13:34 | pa5 | 101710 | UNIT UPDATED - Unit: 3A14, Status: DP, Location: 102857    Employees: |
| 06/30/25 07:13:34 | pa5 | 101710 | UNIT UPDATED - Unit: 3A14, Status: ER, Location: Employees: 102857 |
| 06/30/25 07:13:38 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 12, |
| 06/30/25 07:13:38 | pa5 | 101710 | UNIT UPDATED - Unit: 3U1, Status: DP, Location: Employees: 100621 |
| 06/30/25 07:13:38 | pa5 | 101710 | UNIT UPDATED - Unit: 3U1, Status: ER, Location: Employees: 100621 |
| 06/30/25 07:13:49 | $3A14 | 102857 | UNIT UPDATED - Unit: 3A14, Status: ER, Location: Employees: 102857 |
| 06/30/25 07:13:51 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:13:51, Total Assigned Units: 13, |
| 06/30/25 07:13:51 | pa5 | 101710 | UNIT UPDATED - Unit: M35, Status: DP, Location: Employees: 40358 |
| 06/30/25 07:13:51 | pa5 | 101710 | UNIT UPDATED - Unit: M35, Status: ER, Location: Employees: 40358 |
| 06/30/25 07:14:09 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: AS, Location: Employees: 100621 |
| 06/30/25 07:14:33 | pa5 | 101710 | EVENT REMARK - 3A13 -- GETTING FLAGGED DOWN... ADV SUBJ BROKE INTO MOTHERS HOSUE |
| 06/30/25 07:14:44 | pa5 | 101710 | EVENT REMARK - ****SUSPECT POTENTIALLY STILL ARMED**** |
| 06/30/25 07:14:58 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:14:58, Total Assigned Units: 14, |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| | | | |
|---|---|---|---|
| 06/30/25 07:14:58 | pa5 | 101710 | UNIT UPDATED - Unit: 3A17, Status: DP, Location: **Employees:** 201297 |
| 06/30/25 07:14:58 | pa5 | 101710 | UNIT UPDATED - Unit: 3A17, Status: AS, Location: **Employees:** 201297 |
| 06/30/25 07:15:08 | pa5 | 104408 | EVENT REMARK - 3A17 -- FAMILY JUSTED EVACUATED..SAID SUBJ HAD FIREARM**** |
| 06/30/25 07:15:32 | $3A93 | 104408 | UNIT UPDATED - Unit: 3A93, Status: AS, Location: 1625 N CAMPBELL AV TUC: @BM, Employees: 104408 |
| 06/30/25 07:15:36 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:15:36, Total Assigned Units: 15, |
| 06/30/25 07:15:36 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: DP, Location: **Employees:** 105235 |
| 06/30/25 07:15:36 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: AS, Location: **Employees:** 105235 |
| 06/30/25 07:15:40 | pa5 | 101710 | EVENT REMARK - 3A92 -- 3 LONG GUNS ONSC |
| 06/30/25 07:16:14 | pa5 | 101710 | EVENT REMARK - 3A92 -- FORCED ENTRY TO FRONT DOOR..BACK DOOR IS OPEN |
| 06/30/25 07:16:26 | pa5 | 101710 | EVENT REMARK - 3A92 -- ****SUSPECT POSS HARD OF HEARING**** |
| 06/30/25 07:16:55 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 14, |
| 06/30/25 07:16:55 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 15, |
| 06/30/25 07:16:55 | pa5 | 101710 | UNIT UPDATED - Unit: 3C2, Status: UC, Location: , Employees: 47469 |
| 06/30/25 07:16:55 | pa5 | 101710 | UNIT UPDATED - Unit: 3C2, Status: AM, Location: , Employees: 47469 |
| 06/30/25 07:16:55 | pa5 | 101710 | UNIT UPDATED - Unit: 3C2, Status: DP, Location: **Employees: 47469** |
| 06/30/25 07:16:55 | pa5 | 101710 | UNIT UPDATED - Unit: 3C2, Status: AS, Location: **Employees: 47469** |
| 06/30/25 07:16:58 | pa5 | 101710 | EVENT REMARK - 3C2 -- IC |
| 06/30/25 07:17:06 | pa7 | 104182 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:17:06, Total Assigned Units: 16, |
| 06/30/25 07:17:06 | pa7 | 104182 | UNIT UPDATED - Unit: 4A13, Status: DP, Location: **Employees:** 201589 |
| 06/30/25 07:17:14 | $3A93 | 104408 | UNIT UPDATED - Unit: 3A93, Status: UC, Location: , Employees: 104408 |
| 06/30/25 07:17:14 | $3A93 | 104408 | UNIT UPDATED - Unit: 3A93, Status: UC, Location: , Employees: 104408 |
| 06/30/25 07:17:14 | $3A93 | 104408 | UNIT UPDATED - Unit: 3A93, Status: UC, Location: , Employees: 104408 |
| 06/30/25 07:17:14 | $3A93 | 104408 | UNIT UPDATED - Unit: 3A93, Status: UC, Location: , Employees: 104408 |
| 06/30/25 07:17:14 | $3A93 | 104408 | UNIT UPDATED - Unit: 3A93, Status: UC, Location: , Employees: 104408 |
| 06/30/25 07:17:14 | $3A93 | 104408 | UNIT UPDATED - Unit: 3A93, Status: UC, Location: , Employees: 104408 |
| 06/30/25 07:17:21 | pa5 | 101710 | EVENT REMARK - 3A92 -- FOOTPRINTS GOING TO THE EAST |
| 06/30/25 07:17:41 | pa5 | 101710 | EVENT REMARK - 3C2 -- NAKEM MALE RUNNING WB IN ALLEY |

7/1/25, 9:57 AM · I/NetViewer : Event Chronology

| Time | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 07:18:20 | pa5 | 101710 | EVENT REMARK - 3C2 -- SUBJ NOW AT ...IN FULL SPRINT |
| 06/30/25 07:18:55 | pa5 | 101710 | EVENT REMARK - 3C2 -- ***/GO TO THE WEST**** |
| 06/30/25 07:19:28 | pa5 | 101710 | UNIT UPDATED - Unit: M33, Status: ER, Location; Employees: 102211 |
| 06/30/25 07:19:28 | pa5 | 101710 | UNIT UPDATED - Unit: M33, Status: CL, Location; Employees: 102211 |
| 06/30/25 07:19:28 | pa5 | 101710 | UNIT UPDATED - Unit: M33, Status: AS, Location; Employees: 102211 |
| 06/30/25 07:19:28 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:19:28 |
| 06/30/25 07:19:31 | pa7 | 104182 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:19:31, Total Assigned Units: 17, |
| 06/30/25 07:19:31 | pa7 | 104182 | UNIT UPDATED - Unit: 4A12, Status: DP, Location; Employees: 202106 |
| 06/30/25 07:19:33 | $3A17 | 201297 | UNIT UPDATED - Unit: 3A17, Status: ER, Location; Employees: 201297 |
| 06/30/25 07:19:33 | pa5 | 101710 | EVENT REMARK - 3C2 -- WORKING TO APPREHEND 0101 SUSPECT AT THIS TIME**** |
| 06/30/25 07:19:50 | pa5 | 101710 | EVENT REMARK - 3A92 -- SUBJ EITHER HAD TO GO S OR N IN ALLEYWAY |
| 06/30/25 07:20:23 | pa5 | 101710 | EVENT REMARK - 3A13 -- ...SOMEONE RUNNING IN ALLEY PER WITNESS |
| 06/30/25 07:20:40 | pa7 | 104182 | EVENT UPDATED - Total Assigned Units: 18, |
| 06/30/25 07:20:40 | pa7 | 104182 | UNIT UPDATED - Unit: 4A28, Status: DP, Location; Employees: 47230 |
| 06/30/25 07:20:49 | $4A28 | 47230 | UNIT UPDATED - Unit: 4A28, Status: ER, Location; Employees: 47230 |
| 06/30/25 07:20:55 | pa7 | 104182 | EVENT UPDATED - Total Assigned Units: 19, |
| 06/30/25 07:20:55 | pa7 | 104182 | UNIT UPDATED - Unit: 4A23, Status: DP, Location; Employees: 48379 |
| 06/30/25 07:20:58 | pa7 | 104182 | EVENT REMARK - 4A28 -- DRONE |
| 06/30/25 07:21:01 | $4L1 | 50746 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:21:01, Total Assigned Units: 20, |
| 06/30/25 07:21:01 | $4L1 | 50746 | UNIT UPDATED - Unit: 4L1, Status: DP, Location; @WINSTEL TERRACE APARTMENTS, Employees: 50746 |
| 06/30/25 07:21:03 | $4A23 | 48379 | UNIT UPDATED - Unit: 4A23, Status: ER, Location; Employees: 48379 |
| 06/30/25 07:21:15 | pa7 | 104182 | EVENT UPDATED - Total Assigned Units: 19, |
| 06/30/25 07:21:15 | pa7 | 104182 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:21:15, Total Assigned Units: 20, |
| 06/30/25 07:21:15 | pa7 | 104182 | UNIT UPDATED - Unit: 4L1, Status: UC, Location; , Employees: 50746 |
| 06/30/25 07:21:15 | pa7 | 104182 | UNIT UPDATED - Unit: 4L1, Status: AM, Location; , Employees: 50746 |
| 06/30/25 07:21:15 | pa7 | 104182 | UNIT UPDATED - Unit: 4L1, Status: DP, Location; Employees: 50746 |
| 06/30/25 07:21:44 | pa5 | 101710 | EVENT REMARK - 3A92 -- FOOTPRINTS GOING SW FROM ...OF |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 07:22:19 | $4L1 | 50746 | UNIT UPDATED - Unit: 4L1, Status: ER, Location: Employees: 50746 |
| 06/30/25 07:22:39 | pa5 | 101710 | EVENT REMARK - 3C2 -- STAGE AT * |
| 06/30/25 07:23:25 | pa5 | 101710 | EVENT REMARK - M33 -- SUSPECT IS SPANISH SPEAKER ONLY...SUGGESTED TO FAMILY HE WAS GOING TO KILL HIMSELF AND PUT GUN TO HEAD...SMALL SEMI AUTO HANDGUN |
| 06/30/25 07:24:20 | pa5 | 101710 | UNIT UPDATED - Unit: 4A28, Status: ER, Location: TUC: DRONE, Employees: 47230 |
| 06/30/25 07:24:20 | pa5 | 101710 | UNIT UPDATED - Unit: 4A28, Status: CL, Location: TUC: DRONE, Employees: 47230 |
| 06/30/25 07:24:21 | pa5 | 101710 | UNIT UPDATED - Unit: 4A28, Status: AS, Location: TUC: DRONE, Employees: 47230 |
| 06/30/25 07:24:21 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:24:21 |
| 06/30/25 07:24:43 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:24:43, Total Assigned Units: 21, |
| 06/30/25 07:24:43 | pa5 | 101710 | 3L1, Status: DP, Location: Employees: 103808 |
| 06/30/25 07:24:52 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: ER, Location: PL TUC: QUAD, Employees: 103808 |
| 06/30/25 07:24:52 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: CL, Location: PL TUC: QUAD, Employees: 103808 |
| 06/30/25 07:24:53 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: AS, Location: PL TUC: QUAD, Employees: 103808 |
| 06/30/25 07:24:53 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:24:53 |
| 06/30/25 07:25:28 | pa5 | 101710 | EVENT REMARK - 3L1 -- SPOKE TO FOOD CO OP EMPLOYEE AT ...HAS NOT SEEN ANYONE ON PROPERTY |
| 06/30/25 07:26:56 | pa5 | 101710 | UNIT UPDATED - Unit: 3O12, Status: ER, Location: TUC: SHUTTING DOWN, Employees: 105106 |
| 06/30/25 07:26:56 | pa5 | 101710 | UNIT UPDATED - Unit: 3O12, Status: CL, Location: TUC: SHUTTING DOWN, Employees: 105106 |
| 06/30/25 07:26:56 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:26:56 |
| 06/30/25 07:26:57 | $3O15 | 201144 | EVENT UPDATED - Total Assigned Units: 22, |
| 06/30/25 07:26:57 | $3O15 | 201144 | s: DP, Location: Employees: 201 |
| 06/30/25 07:27:01 | $3O11 | 105144 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:27:01, Total Assigned Units: 23, |
| 06/30/25 07:27:01 | pa5 | 101710 | UNIT UPDATED - Unit: 3O12, Status: ER, Location: TUC: BLOCKING, Employees: 105106 |
| 06/30/25 07:27:01 | pa5 | 101710 | UNIT UPDATED - Unit: 3O12, Status: CL, Location: TUC: BLOCKING, Employees: 105106 |
| 06/30/25 07:27:01 | $3O11 | 105144 | s: DP, Location: Employees: 105 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | Source | ID | Event |
|---|---|---|---|
| 06/30/25 07:27:01 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:27:01 |
| 06/30/25 07:27:06 | fe | 0 | Employees: 201589 |
| 06/30/25 07:27:08 | pa5 | 101710 | UNIT UPDATED - Unit: 4A13, Status: ~, Location: ... TUC, Employees: |
| 06/30/25 07:27:08 | pa5 | 47469 | UNIT UPDATED - Unit: 3C2, Status: ER, Location: ... TUC, Employees: |
| 06/30/25 07:27:08 | pa5 | 47469 | UNIT UPDATED - Unit: 3C2, Status: CL, Location: ... TUC, Employees: |
| 06/30/25 07:27:08 | pa5 | 47469 | UNIT UPDATED - Unit: 3C2, Status: AS, Location: ... TUC, Employees: |
| 06/30/25 07:27:08 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:27:08 |
| 06/30/25 07:27:09 | $3O11 | 105144 | UNIT UPDATED - Unit: 3O11 ...'s, ER, Location: ... Employees: 10 |
| 06/30/25 07:27:22 | pa5 | 101710 | EVENT REMARK - 3A13 -- LOST BLOOD TRAIL IN THE ALLEY ...TRYING TO RE ESTABLISH |
| 06/30/25 07:27:27 | $4A12 | 202106 | UNIT UPDATED - Unit: 4A12, Status: ER, Location: ... Employees: 202106 |
| 06/30/25 07:27:55 | pa5 | 101710 | EVENT REMARK - 3A92 -- VICTIM IS 10-7 |
| 06/30/25 07:27:58 | $4A23 | 48379 | UNIT UPDATED - Unit: 4A23, Status: AS, Location: ... Employees: 48379 |
| 06/30/25 07:28:15 | pa5 | 101710 | EVENT REMARK - 3C2 -- CONFIRMED 0101 CASE |
| 06/30/25 07:29:14 | $3O12 | 105106 | UNIT UPDATED - Unit: 3O12, Status: AS, Location: E ... BLOCKING, Employees: 105106 |
| 06/30/25 07:29:30 | $M35 | 40358 | UNIT UPDATED - Unit: M35, Status: AS, Location ... Employees: 40358 |
| 06/30/25 07:29:47 | $4A13 | 201589 | UNIT UPDATED - Unit: 4A13, Status: ER, Location: ... Employees: 201589 |
| 06/30/25 07:29:52 | pa5 | 101710 | MESSAGE SENT - Call Back!: CALL BACK: SHOOT/STAB-PT, E251810254 : PLEASE ADV SUNTRAN TO DISCONTINUE BUS SERVICE IN THE IMMEDIATE AREA OF ... AND SEVERAL BLOCKS IN ALL 4 DIRECTIONS |
| 06/30/25 07:29:52 | pa5 | 101710 | EVENT REMARK - ** CALL BACK MESSAGE #3264572 initiated at 06/30/25 07:29:52 from pa5 |
| 06/30/25 07:29:52 | pa5 | 101710 | EVENT REMARK - CALL BACK: /STAB-PT, E251810254 : PLEASE ADV SUNTRAN TO DISCONTINUE BUS SERVICE IN THE IMMEDIATE AREA OF ... AND SEVERAL BLOCKS IN ALL 4 DIRECTIONS |
| 06/30/25 07:30:14 | ect2 | 201834 | EVENT REMARK - WORKING |
| 06/30/25 07:30:22 | $3L1 | 103808 | EVENT REMARK - ... Priority : Normal |
| 06/30/25 07:30:42 | $3L1 | 103808 | EVENT REMARK - ... Priority : Normal |
| 06/30/25 07:31:23 | $3L1 | 103808 | EVENT REMARK - ... Priority : Normal |

7/1/25, 9:57 AM

## I/NetViewer : Event Chronology

| Date/Time | User | ID | Event |
|---|---|---|---|
| 06/30/25 07:33:29 | $3O15 | 201144 | s: ER, Location: 20 / Employees: 20 |
| 06/30/25 07:34:06 | pa5 | 101710 | UNIT UPDATED - Unit: 4A23, Status: ER, Location: Employees: 48379 / TUC: QUAD, |
| 06/30/25 07:34:06 | pa5 | 101710 | UNIT UPDATED - Unit: 4A23, Status: CL, Location: Employees: 48379 / TUC: QUAD, |
| 06/30/25 07:34:06 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:34:06 |
| 06/30/25 07:34:12 | pa5 | 101710 | UNIT UPDATED - Unit: 4A12, Status: ER, Location: Employees: 202106 / TUC: QUAD, |
| 06/30/25 07:34:12 | pa5 | 101710 | UNIT UPDATED - Unit: 4A12, Status: CL, Location: Employees: 202106 / TUC: QUAD, |
| 06/30/25 07:34:12 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:34:12 |
| 06/30/25 07:35:17 | $4L1 | 50746 | UNIT UPDATED - Unit: 4L1, Status: AS, Location: Employees: 50746 |
| 06/30/25 07:35:27 | ect2 | 201834 | EVENT REMARK - SUNTRAV ADV |
| 06/30/25 07:35:33 | $3O15 | 201144 | s: AS, Location: Employees: 20 / UNIT UPDATED - Unit: 3A92, Status: AS, Location: Employees: |
| 06/30/25 07:35:33 | $3A92 | 105235 | UNIT UPDATED - Unit: 3A92, Status: AS, Location: 105235 |
| 06/30/25 07:35:46 | $4L1 | 50746 | EVENT REMARK - 23.. silverlake / cc Priority : Normal |
| 06/30/25 07:36:29 | $3O11 | 105144 | s: AS, Location: Employees: 10 |
| 06/30/25 07:37:18 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:37:18, Total Assigned Units: 24, |
| 06/30/25 07:37:18 | pa5 | 101710 | UNIT UPDATED - Unit: MET20, Status: DP, Location: 51786 / Employees: |
| 06/30/25 07:37:18 | pa5 | 101710 | UNIT UPDATED - Unit: MET20, Status: AS, Location: 51786 / Employees: |
| 06/30/25 07:39:24 | pa5 | 101710 | UNIT UPDATED - Unit: 4L1, Status: ER, Location: TUC, Employees: 50746 / RD |
| 06/30/25 07:39:24 | pa5 | 101710 | UNIT UPDATED - Unit: 4L1, Status: CL, Location: TUC, Employees: 50746 / RD |
| 06/30/25 07:39:24 | pa5 | 101710 | UNIT UPDATED - Unit: 4L1, Status: AS, Location: TUC, Employees: 50746 / RD |
| 06/30/25 07:39:24 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:39:24 |
| 06/30/25 07:39:27 | pa5 | 101710 | UNIT UPDATED - Unit: 4L1, Status: ER, Location: TUC: QUAD, Employees: 50746 / RD |
| 06/30/25 07:39:27 | pa5 | 101710 | UNIT UPDATED - Unit: 4L1, Status: CL, Location: TUC: QUAD, Employees: 50746 / RD |
| 06/30/25 07:39:27 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:39:27 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology



| 06/30/25 07:39:28 | pa5 | 101710 | UNIT UPDATED - Unit: 4L1, Status: AS, Location: TUC: QUAD, Employees: 50746 | RD |
| 06/30/25 07:40:42 | pa5 | 101710 | UNIT UPDATED - Unit: MET20, Status: ER, Location: ROVING, Employees: 51786 | |
| 06/30/25 07:40:42 | pa5 | 101710 | UNIT UPDATED - Unit: MET20, Status: CL, Location: ROVING, Employees: 51786 | |
| 06/30/25 07:40:42 | pa5 | 101710 | UNIT UPDATED - Unit: MET20, Status: AS, Location: ROVING, Employees: 51786 | |
| 06/30/25 07:40:42 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:40:42 | |
| 06/30/25 07:42:22 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: ER, Location: QUAD, Employees: 105235 | TUC: |
| 06/30/25 07:42:22 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: CL, Location: QUAD, Employees: 105235 | TUC: |
| 06/30/25 07:42:22 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: AS, Location: QUAD, Employees: 105235 | TUC: |
| 06/30/25 07:42:22 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:42:22 | |
| 06/30/25 07:42:30 | pa1 | 103758 | EVENT UPDATED - Total Assigned Units: 25, | |
| 06/30/25 07:42:30 | pa1 | 103758 | ; DP, Location: Employees: 20 | |
| 06/30/25 07:43:05 | $1A22 | 200807 | 1A22, Status: ER, Location: Employees: 200807 | |
| 06/30/25 07:43:12 | pa1 | 103758 | 1L1, Status: DP, Location: Employees: 101690 | |
| 06/30/25 07:43:13 | pa1 | 103758 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:43:13, Total Assigned Units: 26, | |
| 06/30/25 07:43:19 | $1L1 | 101690 | 1L1, Status: ER, Location: Employees: 101690 | |
| 06/30/25 07:43:53 | pa5 | 101710 | UNIT UPDATED - Unit: 1A22, Status: ER, Location: 200807 | TUC, Employees: |
| 06/30/25 07:43:53 | pa5 | 101710 | UNIT UPDATED - Unit: 1A22, Status: CL, Location: 200807 | TUC, Employees: |
| 06/30/25 07:43:53 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:43:53 | |
| 06/30/25 07:44:48 | pa5 | 101710 | UNIT UPDATED - Unit: 1L1, Status: ER, Location: QUAD, Employees: 101690 | TUC: |
| 06/30/25 07:44:48 | pa5 | 101710 | UNIT UPDATED - Unit: 1L1, Status: CL, Location: QUAD, Employees: 101690 | TUC: |
| 06/30/25 07:44:49 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:44:49 | |
| 06/30/25 07:44:54 | pa5 | 101710 | UNIT UPDATED - Unit: 1A22, Status: ER, Location: QUAD, Employees: 200807 | TUC: |
| 06/30/25 07:44:54 | pa5 | 101710 | UNIT UPDATED - Unit: 1A22, Status: CL, Location: QUAD, Employees: 200807 | TUC: |



| Date/Time | User | ID | Event |
|---|---|---|---|
| 06/30/25 07:44:55 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:44:55 |
| 06/30/25 07:45:12 | pa5 | 101710 | UNIT UPDATED - Unit: 4A12, Status: ER, Location: TUC: QUAD, Employees: 202106 |
| 06/30/25 07:45:12 | pa5 | 101710 | UNIT UPDATED - Unit: 4A12, Status: CL, Location: TUC: QUAD, Employees: 202106 |
| 06/30/25 07:45:12 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:45:12 |
| 06/30/25 07:45:13 | pa5 | 101710 | UNIT UPDATED - Unit: 4A12, Status: AS, Location: TUC: QUAD, Employees: 202106 |
| 06/30/25 07:46:56 | pa5 | 101710 | UNIT UPDATED - Unit: 1A22, Status: AS, Location TUC: QUAD, Employees: 200807 |
| 06/30/25 07:48:22 | pa5 | 101710 | EVENT REMARK - M33 -- ****LS SHIRTLESS/LT BRO PANTS/BRO SHOES/SHAGGY HAIR/TATTO ON ABDOMEN/TORNIQUET ON ARM...STATED HE WAS FEELING LIGHT HEADED**** |
| 06/30/25 07:48:56 | pa5 | 101710 | EVENT REMARK - M33 -- SUBJ HAD BLOOD SQUIRTING OUT OF ARM WHEN HE WAS 23 AT |
| 06/30/25 07:48:58 | pa1 | 103758 | EVENT REMARK - K9 WARNINGS SENT |
| 06/30/25 07:49:07 | $3A96 | 201277 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:49:07, Total Assigned Units: 27, |
| 06/30/25 07:49:07 | $3A96 | 201277 | DP, Location: Employees: 20 |
| 06/30/25 07:49:17 | $3A96 | 201277 | 3A96, Status: ER, Location: Employees: 201277 |
| 06/30/25 07:49:20 | $3A96 | 201277 | AS, Location: Employees: 20 |
| 06/30/25 07:49:35 | pa5 | 101710 | EVENT REMARK - M33 -- H/M/508/120-130/MUSTACHE |
| 06/30/25 07:49:59 | pa5 | 101710 | EVENT REMARK - M33 -- SUBJ HAS 2 SISTERS WHO LIVE IN THE NEIGHBORHOOD WHO DIDNT WANT TO HELP HIM Priority : Normal |
| 06/30/25 07:50:55 | pa5 | 101710 | EVENT REMARK - 3C2 -- PIO NOTIFIED |
| 06/30/25 07:52:25 | pa5 | 101710 | UNIT UPDATED - Unit: 1L1, Status: AS, Location: TUC: QUAD, Employees: 101690 |
| 06/30/25 07:53:51 | 52850 | 52850 | EVENT REMARK - **CSARC** DOB  NOK for  DOB  :Sister, Additional possible 21's per Transunion: Normal |
| 06/30/25 07:54:51 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 28, |
| 06/30/25 07:54:51 | pa5 | 101710 | UNIT UPDATED - Unit: S7, Status: DP, Location: Employees: 34966 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology



| Time | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 07:54:51 | pa5 | 101710 | UNIT UPDATED - Unit: S7, Status: ER, Location: TUC, Employees: 34966 |
| 06/30/25 07:55:05 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:55:05, Total Assigned Units: 29, |
| 06/30/25 07:55:05 | pa5 | 101710 | UNIT UPDATED - Unit: S11, Status: DP, Location: TUC, Employees: 51789 |
| 06/30/25 07:55:05 | pa5 | 101710 | UNIT UPDATED - Unit: S11, Status: ER, Location: TUC, Employees: 51789 |
| 06/30/25 07:56:36 | $4A13 | 201589 | UNIT UPDATED - Unit: 4A13, Status: AS, Location: 201589 Employees: |
| 06/30/25 07:57:08 | $3A96 | 201277 | EVENT REMARK - footprint matches southwest corner at the compost area fence Priority : Normal |
| 06/30/25 07:58:22 | pa5 | 101710 | EVENT REMARK - 3A13 -- MEDIA IS 23 ..WHI KIA SUV...WAS DRIVING INSIDE QUADS..WAS ADVISED TO SET OUTSIDE OF QUAD S |
| 06/30/25 07:58:37 | $3A37 | 201596 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:58:37, Total Assigned Units: 30, |
| 06/30/25 07:58:37 | $3A37 | 201596 | S; DP, Location: Employees: 20 |
| 06/30/25 07:58:57 | $3L1 | 103808 | EVENT REMARK - 3159 E 34th Penske Notified of incident occupied with employees. Priority : Normal |
| 06/30/25 07:59:17 | pa5 | 101710 | UNIT UPDATED - Unit: 4A23, Status: ER, Location: TUC: CP, Employees: 48379 |
| 06/30/25 07:59:17 | pa5 | 101710 | UNIT UPDATED - Unit: 4A23, Status: CL, Location: TUC: CP, Employees: 48379 |
| 06/30/25 07:59:17 | pa5 | 101710 | UNIT UPDATED - Unit: 4A23, Status: AS, Location: TUC: CP, Employees: 48379 |
| 06/30/25 07:59:17 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:59:17 |
| 06/30/25 07:59:27 | $3L1 | 103808 | EVENT REMARK - 2301 S Friebus Heating and Cooling -Notified of incident occupied with employees. Priority : Normal |
| 06/30/25 07:59:35 | pa5 | 101710 | 3U9, Status: ER, Location: TUC: Employees: 52771 |
| 06/30/25 07:59:35 | pa5 | 101710 | 3U9, Status: CL, Location: TUC: Employees: 52771 |
| 06/30/25 07:59:35 | pa5 | 101710 | 3U9, Status: AS, Location: TUC: Employees: 52771 |
| 06/30/25 07:59:35 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:59:35 |
| 06/30/25 07:59:58 | $3L1 | 103808 | EVENT REMARK - M&R Sheet Metal -Notified of incident occupied with employees. Priorit |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | ID | Code | Event |
|---|---|---|---|
| 06/30/25 08:00:22 | $3L1 | 103808 | EVENT REMARK - Notified of incident occupied with employees. Priorit... Sun Shield Products - |
| 06/30/25 08:01:10 | $3A37 | 201596 | 3A37, Status: ER, Location: Employees: 201596 |
| 06/30/25 08:01:13 | $3A37 | 201596 | ...AS, Location: Employees: 20 |
| 06/30/25 08:02:43 | $S1 | 47238 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:02:43, Total Assigned Units: 31, |
| 06/30/25 08:02:43 | $S1 | 47238 | S1, Status: DP, Location: Employees: 47238 |
| 06/30/25 08:02:46 | $S9 | 102875 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:02:46, Total Assigned Units: 32, |
| 06/30/25 08:02:46 | $S9 | 102875 | S9, Status: DP, Location: Employees: 102875 |
| 06/30/25 08:03:40 | $S1 | 47238 | S1, Status: ER, Location: Employees: 47238 |
| 06/30/25 08:03:45 | $3L1 | 103808 | EVENT REMARK - Notified of incident occupied with employees. Priorit... Penske Collision - |
| 06/30/25 08:04:06 | $S7 | 34966 | UNIT UPDATED - Unit: S7, Status: UE, Location: TUC, Employees: |
| 06/30/25 08:04:06 | $S7 | 34966 | UNIT UPDATED - Unit: S7, Status: AM, Location: TUC, Employees: |
| 06/30/25 08:04:06 | $S7 | 34966 | UNIT UPDATED - Unit: S7, Status: UE, Location: TUC, Employees: 34966 |
| 06/30/25 08:04:06 | $S7 | 34966 | UNIT UPDATED - Unit: S7, Status: DC, Location: TUC, Employees: 34966 |
| 06/30/25 08:04:06 | $S7 | 34966 | UNIT UPDATED - Unit: S7, Status: DC, Location: TUC, Employees: 34966 |
| 06/30/25 08:04:06 | $S7 | 34966 | UNIT UPDATED - Unit: S7, Status: DC, Location: TUC, Employees: 34966 |
| 06/30/25 08:04:06 | $S7 | 34966 | UNIT UPDATED - Unit: S7, Status: UG, Location: TUC, Employees: 34966 |
| 06/30/25 08:04:14 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: ER, Location: TUC, Employees: 201596 |
| 06/30/25 08:04:14 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: CL, Location: TUC, Employees: 201596 |
| 06/30/25 08:04:14 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: AS, Location: TUC, Employees: 201596 |
| 06/30/25 08:04:14 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 08:04:14 |
| 06/30/25 08:04:24 | $S7 | 34966 | UNIT UPDATED - Unit: S7, Status: ER, Location: TUC, Employees: 34966 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology



| Date/Time | Code | ID | Event |
|---|---|---|---|
| 06/30/25 08:04:34 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: UE, Location: TUC, Employees: |
| 06/30/25 08:04:34 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: AM, Location: TUC, Employees: |
| 06/30/25 08:04:34 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: UE, Location: TUC, Employees: |
| 06/30/25 08:04:34 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: DC, Location: TUC, Employees: |
| 06/30/25 08:04:34 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: DC, Location: TUC, Employees: |
| 06/30/25 08:04:34 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: DC, Location: TUC, Employees: |
| 06/30/25 08:04:34 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: UG, Location: TUC, Employees: |
| 06/30/25 08:04:50 | $3O33 | 202417 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:04:50, Total Assigned Units: 33, |
| 06/30/25 08:04:50 | $3O33 | 202417 | Units: DP, Location: Employees: 202 |
| 06/30/25 08:05:35 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: ER, Location: TUC, Employees: |
| 06/30/25 08:05:50 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 32, |
| 06/30/25 08:05:50 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 33, |
| 06/30/25 08:05:50 | pa5 | 101710 | UNIT UPDATED - Unit: S9, Status: UC, Location: , Employees: 102875 |
| 06/30/25 08:05:50 | pa5 | 101710 | UNIT UPDATED - Unit: S9, Status: AM, Location: , Employees: 102875 |
| 06/30/25 08:05:50 | pa5 | 101710 | UNIT UPDATED - Unit: S9, Status: DP, Location: TUC, Employees: 102875 |
| 06/30/25 08:05:50 | pa5 | 101710 | UNIT UPDATED - Unit: S9, Status: ER, Location: L TUC, Employees: 102875 |
| 06/30/25 08:05:57 | $3O34 | 201817 | EVENT UPDATED - Total Assigned Units: 34, |
| 06/30/25 08:05:57 | $3O34 | 201817 | Units: DP, Location: Employees: 201 |
| 06/30/25 08:06:25 | $S9 | 102875 | UNIT UPDATED - Unit: S9, Status: AS, Location: TUC, Employees: |
| 06/30/25 08:06:44 | $3O34 | 201817 | Units: ER, Location: Employees: 20 |
| 06/30/25 08:06:51 | pa5 | 101710 | CASE NUMBER ASSIGNED - P2506300026 |
| 06/30/25 08:06:51 | pa5 | 101710 | DISPOSITION ASSIGNED - ASSNCASE |
| 06/30/25 08:06:51 | pa5 | 101710 | EVENT REMARK - ** Case number P2506300026 has been assigned |
| 06/30/25 08:06:51 | pa5 | 101710 | EVENT REMARK - ** > > > > by: 101710 on terminal: pa5 |

7/1/25, 9:57 AM — I/NetViewer : Event Chronology

| Date/Time | Code | Number | Event |
|---|---|---|---|
| 06/30/25 08:07:16 | $3O31 | 200190 | |
| 06/30/25 08:07:16 | $3O31 | 200190 | ...DP, Location: Employees: 200... — EVENT UPDATED - Total Assigned Units: 35, |
| 06/30/25 08:07:25 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 36, |
| 06/30/25 08:07:25 | pa5 | 101710 | UNIT UPDATED - Unit: SW14, Status: DP, Location: ...L TUC, Employees: 52778 |
| 06/30/25 08:07:25 | pa5 | 101710 | UNIT UPDATED - Unit: SW14, Status: ER, Location: ...L TUC, Employees: 52778 |
| 06/30/25 08:07:29 | $3A35 | 104578 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:07:29, Total Assigned Units: 37, |
| 06/30/25 08:07:29 | $3A35 | 104578 | ...DP, Location: Employees: 10... |
| 06/30/25 08:08:09 | $3CR3 | 105686 | EVENT UPDATED - Total Assigned Units: 38, |
| 06/30/25 08:08:09 | $3CR3 | 105686 | ...DP, Location: Employees: 10... |
| 06/30/25 08:08:15 | $3O33 | 202417 | ...ER, Location: Employees: 20... |
| 06/30/25 08:08:21 | $3O31 | 200190 | ...ER, Location: Employees: 20... |
| 06/30/25 08:08:41 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: UC, Location:, Employees: 100621 |
| 06/30/25 08:08:41 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: UC, Location:, Employees: 100621 |
| 06/30/25 08:08:41 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: UC, Location:, Employees: 100621 |
| 06/30/25 08:08:41 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: UC, Location:, Employees: 100621 |
| 06/30/25 08:08:41 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: UC, Location:, Employees: 100621 |
| 06/30/25 08:08:45 | $3Z3 | 202267 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:08:45, Total Assigned Units: 39, |
| 06/30/25 08:08:45 | $3Z3 | 202267 | 3Z3, Status: DP, Location: 101683, 202... Employees: 101683, 202... |
| 06/30/25 08:08:56 | $3Z3 | 202267 | 3Z3, Status: ER, Location: 101683, 202... Employees: 101683, 202... |
| 06/30/25 08:09:06 | $3L1 | 103808 | EVENT REMARK - Growers House - Notified of incident. Employees should NOT be present at this time. Awaiting Manager phone call for additional info. Priority: Normal |
| 06/30/25 08:09:18 | $SW14 | 52778 | UNIT UPDATED - Unit: SW14, Status: AS, Location: ...TUC, Employees: 52778 |
| 06/30/25 08:09:34 | $3A35 | 104578 | 3A35, Status: ER, Location: Employees: 104578 |
| 06/30/25 08:09:43 | pa5 | 101710 | EVENT REMARK - 3A13 -- MORE MEDIA ONSC...DIRECTING TO |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | Unit | ID | Description |
|---|---|---|---|
| 06/30/25 08:10:25 | $3L3 | 104200 | EVENT UPDATED - Total Assigned Units: 40, |
| 06/30/25 08:10:25 | $3L3 | 104200 | $3L3, Status: DP, Location: Employees: 104200 |
| 06/30/25 08:10:34 | pa5 | 101710 | UNIT UPDATED - Unit: S11, Status: UC, Location: , Employees: 51789 |
| 06/30/25 08:10:34 | pa5 | 101710 | UNIT UPDATED - Unit: S11, Status: AM, Location: , Employees: 51789 |
| 06/30/25 08:10:35 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 39, |
| 06/30/25 08:10:35 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 40, |
| 06/30/25 08:10:35 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 39, |
| 06/30/25 08:10:35 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 40, |
| 06/30/25 08:10:35 | pa5 | 101710 | UNIT UPDATED - Unit: S11, Status: DP, Location: TUC, Employees: 51789 |
| 06/30/25 08:10:35 | pa5 | 101710 | UNIT UPDATED - Unit: S11, Status: ER, Location: TUC, Employees: 51789 |
| 06/30/25 08:10:35 | pa5 | 101710 | UNIT UPDATED - Unit: S1, Status: UC, Location: , Employees: 47238 |
| 06/30/25 08:10:35 | pa5 | 101710 | UNIT UPDATED - Unit: S1, Status: AM, Location: , Employees: 47238 |
| 06/30/25 08:10:35 | pa5 | 101710 | UNIT UPDATED - Unit: S1, Status: DP, Location: TUC, Employees: 47238 |
| 06/30/25 08:10:35 | pa5 | 101710 | UNIT UPDATED - Unit: S1, Status: ER, Location: TUC, Employees: 47238 |
| 06/30/25 08:10:50 | $3A33 | 106200 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:10:50, Total Assigned Units: 41, |
| 06/30/25 08:10:50 | $3A33 | 106200 | $3A33, Status: DP, Location: Employees: 10... |
| 06/30/25 08:10:52 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: UC, Location: , Employees: 100621 |
| 06/30/25 08:10:52 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: UC, Location: , Employees: 100621 |
| 06/30/25 08:10:52 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: UC, Location: , Employees: 100621 |
| 06/30/25 08:10:52 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: UC, Location: , Employees: 100621 |
| 06/30/25 08:10:52 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: UC, Location: , Employees: 100621 |
| 06/30/25 08:11:07 | $323 | 202267 | $323, Status: AS, Location: Employees: 101683, 202... |
| 06/30/25 08:11:14 | pa5 | 101710 | UNIT UPDATED - Unit: S7, Status: AS, Location: Employees: 34966 |
| 06/30/25 08:11:26 | $3A33 | 106200 | $3A33, Status: ER, Location: Employees: 106200 |
| 06/30/25 08:12:01 | $3T31 | 201134 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:12:01, Total Assigned Units: 42, |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | Unit | ID | Description |
|---|---|---|---|
| 06/30/25 08:12:01 | $3T31 | 201134 | 3T31, Status: DP, Location: 104195, 2011 Employees: 104195, 2011 |
| 06/30/25 08:12:05 | $3T31 | 201134 | 3T31, Status: ER, Location: 104195, 2011 Employees: 104195, 2011 |
| 06/30/25 08:12:37 | pa5 | 101710 | UNIT UPDATED - Unit: 3U1, Status: ER, Location: 100621 TUC, Employees: |
| 06/30/25 08:12:37 | pa5 | 101710 | UNIT UPDATED - Unit: 3U1, Status: CL, Location: 100621 TUC, Employees: |
| 06/30/25 08:12:37 | pa5 | 101710 | UNIT UPDATED - Unit: 3U1, Status: AS, Location: 100621 TUC, Employees: |
| 06/30/25 08:12:37 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 08:12:37 |
| 06/30/25 08:13:01 | $3L3 | 104200 | 3L3, Status: AS, Location: 104200 |
| 06/30/25 08:13:06 | pa5 | 101710 | 3Z3, Status: AS, Location: 101683, 2022 Employees: 101683, 2022 |
| 06/30/25 08:14:27 | $3A93 | 104408 | EVENT REMARK - official time prounced is 0725 hours by Dr Nelson Banner Main (trauma name Charlie514) Priority : Normal |
| 06/30/25 08:14:38 | pa5 | 101710 | EVENT REMARK - 3C2 -- ****H/M/20-30/508/120/DRK HAIR/MUSTACHE/NO SHIRT/TAN PANTS WITH BLOOD ON THEM/BRO SHOES/TORNIQUET ON RIGHT ARM.ARMED WITH DRK AUTO HANDGUN...SPANISH SPEAKER ONLY**** |
| 06/30/25 08:14:50 | $3CR3 | 105686 | 3CR3, Status: ER, Location: 105686 Employees: 105686 |
| 06/30/25 08:15:13 | $3A35 | 104578 | r, Status: AS, Location: 10 Employees: 10 |
| 06/30/25 08:15:42 | $S1 | 47238 | UNIT UPDATED - Unit: S1, Status: AS, Location: TUC, Employees: 47238 |
| 06/30/25 08:16:42 | $S8 | 52909 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:16:42, Total Assigned Units: 43, |
| 06/30/25 08:16:42 | $S8 | 52909 | 8, Status: DP, Location: Employees: 52909 |
| 06/30/25 08:16:56 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: AS, Location: TUC, Employees: 51789 |
| 06/30/25 08:17:10 | $SW24 | 102428 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:17:10, Total Assigned Units: 44, |
| 06/30/25 08:17:10 | $SW24 | 102428 | s: DP, Location: Employees: 102 |
| 06/30/25 08:18:07 | $3A33 | 106200 | r, Status: AS, Location: Employees: 10 |
| 06/30/25 08:20:36 | pa5 | 101710 | EVENT REMARK - ****ATT BURG- / SHOOTING - / SUSPECT FAMILY HOUSE - |
| 06/30/25 08:21:10 | pa5 | 101710 | UNIT UPDATED - Unit: 3A15, Status: ER, Location: 201432 TUC, Employees: |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | User | ID | Description |
| --- | --- | --- | --- |
| 06/30/25 08:21:10 | pa5 | 101710 | UNIT UPDATED - Unit: 3A15, Status: CL, Location: ...l, TUC, Employees: 201432 |
| 06/30/25 08:21:10 | pa5 | 101710 | UNIT UPDATED - Unit: 3A15, Status: AS, Location: ...TUC, Employees: 201432 |
| 06/30/25 08:21:10 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 08:21:10 |
| 06/30/25 08:22:32 | $3L1 | 103808 | EVENT REMARK - Unable to locate contact info fo[...] Several parked vehicles in parking lot. Priority : Normal |
| 06/30/25 08:22:33 | pa5 | 101710 | UNIT UPDATED - Unit: 1A22, Status: ER, Location: ...TUC, Employees: 200807 |
| 06/30/25 08:22:33 | pa5 | 101710 | UNIT UPDATED - Unit: 1A22, Status: CL, Location: ...TUC, Employees: 200807 |
| 06/30/25 08:22:33 | pa5 | 101710 | UNIT UPDATED - Unit: 1A22, Status: AS, Location: ...l, TUC, Employees: 200807 |
| 06/30/25 08:22:33 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 08:22:33 |
| 06/30/25 08:22:37 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: ER, Location: ...TUC, Employees: 201596 |
| 06/30/25 08:22:37 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: CL, Location: ...TUC, Employees: 201596 |
| 06/30/25 08:22:37 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: AS, Location: ...TUC, Employees: 201596 |
| 06/30/25 08:22:37 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 08:22:37 |
| 06/30/25 08:23:59 | $3A35 | 104578 | EVENT REMARK - 3A35 & 3A15. Priority : Normal |
| 06/30/25 08:24:34 | ssupv3 | 101312 | EVENT REMARK - ****PSCD COMMAND PAGE SENT**** |
| 06/30/25 08:24:51 | $S3 | 35051 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:24:51, Total Assigned Units: 45, |
| 06/30/25 08:24:51 | $S3 | 35051 | S3, Status: DP, Location: Employees: 35051 |
| 06/30/25 08:25:10 | $3T31 | 201134 | EVENT REMARK - will be tom unit west of palo verde Priority : Normal |
| 06/30/25 08:26:28 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 44, |
| 06/30/25 08:26:28 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 45, |
| 06/30/25 08:26:28 | pa5 | 101710 | UNIT UPDATED - Unit: S8, Status: UC, Location: ., Employees: 52909 |
| 06/30/25 08:26:28 | pa5 | 101710 | UNIT UPDATED - Unit: S8, Status: AM, Location: ., Employees: 52909 |
| 06/30/25 08:26:28 | pa5 | 101710 | UNIT UPDATED - Unit: S8, Status: DP, Location: ...TUC, Employees: 52909 |

vmcadrptsprd/NetViewer/InquiryCommand/EventChronology?eventID=E251810254&isFDIDSearch=False&isSearchResult=False&eid=8515028

21/52

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | Code | ID | Event |
|---|---|---|---|
| 06/30/25 08:26:28 | pa5 | 101710 | UNIT UPDATED - Unit: S8, Status: ER, Location: TUC, Employees: 52909 |
| 06/30/25 08:26:29 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 44, |
| 06/30/25 08:26:29 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 45, |
| 06/30/25 08:26:29 | pa5 | 101710 | UNIT UPDATED - Unit: S3, Status: UC, Location: , Employees: 35051 |
| 06/30/25 08:26:29 | pa5 | 101710 | UNIT UPDATED - Unit: S3, Status: AM, Location: , Employees: 35051 |
| 06/30/25 08:26:29 | pa5 | 101710 | UNIT UPDATED - Unit: S3, Status: DP, Location: TUC, Employees: 35051 |
| 06/30/25 08:26:29 | pa5 | 101710 | UNIT UPDATED - Unit: S3, Status: ER, Location: TUC, Employees: 35051 |
| 06/30/25 08:26:47 | $3C3 | 50461 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:26:47, Total Assigned Units: 46, |
| 06/30/25 08:26:47 | $3C3 | 50461 | 3C3, Status: DP, Location: Employees: 50461 |
| 06/30/25 08:26:52 | $S3 | 35051 | UNIT UPDATED - Unit: S3, Status: ER, Location: TUC, Employees: 35051 |
| 06/30/25 08:26:54 | $3C3 | 50461 | 3C3, Status: ER, Location: Employees: 50461 |
| 06/30/25 08:26:55 | $3A96 | 201277 | EVENT REMARK - 3A96 & 3A17 Priority : Normal |
| 06/30/25 08:26:58 | $3C3 | 50461 | 3C3, Status: AS, Location: Employees: 50461 |
| 06/30/25 08:27:10 | ect15 | 0 | SW24, Status: ~, Location: 102428 |
| 06/30/25 08:27:15 | pa5 | 101710 | s CU, Location: Employees: 102 |
| 06/30/25 08:28:49 | $3O12 | 105106 | EVENT REMARK - Unsuccessful In making telephone contact with the owner of Cruz Tires for video surveillance. The business does not open until 0900 hours Priority : Normal |
| 06/30/25 08:28:57 | pa5 | 101710 | EVENT REMARK - 1L1 -- BROKEN WINDOW...E251151353 FROM 6/8 INDICATES DV WHERE GF BROKE OUT WINDOW |
| 06/30/25 08:30:11 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:30:11, Total Assigned Units: 47, |
| 06/30/25 08:30:11 | pa5 | 101710 | UNIT UPDATED - Unit: AIR1, Status: DP, Location: TUC, Employees: 33226 |
| 06/30/25 08:30:11 | pa5 | 101710 | UNIT UPDATED - Unit: AIR1, Status: ER, Location: L TUC, Employees: 33226 |
| 06/30/25 08:30:23 | $3CR3 | 105686 | s AS, Location: Employees: 10 |
| 06/30/25 08:30:43 | $3L3 | 104200 | EVENT REMARK - 3a33 and 3l3 riding together in 3l3s car Priority : Normal |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | | | Event | |
|---|---|---|---|---|
| 06/30/25 08:31:21 | pa5 | 101710 | UNIT UPDATED - Unit: AIR1, Status: ER, Location: Employees: 33226 | TUC, |
| 06/30/25 08:31:21 | pa5 | 101710 | UNIT UPDATED - Unit: AIR1, Status: CL, Location: Employees: 33226 | TUC, |
| 06/30/25 08:31:21 | vmcadcompd | 101710 | EVENT REMARK - **LOI search completed at 06/30/25 08:31:21 | |
| 06/30/25 08:31:30 | pa5 | 101710 | UNIT UPDATED - Unit: AIR1, Status: UE, Location: Employees: 33226, 100956 | TUC, |
| 06/30/25 08:31:50 | pa5 | 101710 | EVENT REMARK - 4A13 -- MAKING CONTACT W/SUBJ IN ALLEY... | |
| 06/30/25 08:31:55 | pa5 | 101710 | EVENT REMARK - 4A13 -- C4 | |
| 06/30/25 08:32:04 | pa5 | 101710 | EVENT REMARK - 3C2 COPIED NOT SUSPECT | |
| 06/30/25 08:32:55 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 48, | |
| 06/30/25 08:32:55 | pa5 | 101710 | UNIT UPDATED - Unit: SW13, Status: DP, Location: Employees: 53333 | TUC, |
| 06/30/25 08:32:55 | pa5 | 101710 | UNIT UPDATED - Unit: SW13, Status: AS, Location: Employees: 53333 | TUC, |
| 06/30/25 08:33:05 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 47, | |
| 06/30/25 08:33:05 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 48, | |
| 06/30/25 08:33:05 | pa5 | 101710 | UNIT UPDATED - Unit: SW24, Status: UC, Location:, Employees: 102428 | |
| 06/30/25 08:33:05 | pa5 | 101710 | UNIT UPDATED - Unit: SW24, Status: AM, Location:, Employees: 102428 | |
| 06/30/25 08:33:05 | pa5 | 101710 | UNIT UPDATED - Unit: SW24, Status: DP, Location: Employees: 102428 | TUC, |
| 06/30/25 08:33:05 | pa5 | 101710 | UNIT UPDATED - Unit: SW24, Status: AS, Location: Employees: 102428 | TUC, |
| 06/30/25 08:33:09 | $SW13 | 53333 | UNIT UPDATED - Unit: SW13, Status: AS, Location: E 33RD ST/S DODGE BL Employees: 53333 | TUC, |
| 06/30/25 08:33:10 | pd5 | 201846 | EVENT UPDATED - Rms Transfer Time: 06/30/25 08:33:10, Total Assigned Units: 47, | |
| 06/30/25 08:33:10 | pd5 | 201846 | UNIT UPDATED - Unit: MET20, Status: AV, Location:, Employees: 51786 | |
| 06/30/25 08:34:39 | $S3 | 35051 | UNIT UPDATED - Unit: S3, Status: AS, Location: Employees: 35051 | TUC, |
| 06/30/25 08:44:44 | pd6 | 100066 | UNIT UPDATED - Unit: AIR1, Status: AS, Location: Employees: 33226, 100956 | TUC, |
| 06/30/25 08:35:42 | pd6 | 100066 | EVENT REMARK - S7 -- LAST PLACE FOR SHOE PRINTS - SE CORNER OF SCHOOL - WILL CHECK IF THEY GO INTO THE YARD | |
| 06/30/25 08:36:52 | $S8 | 52909 | UNIT UPDATED - Unit: S8, Status: ER, Location: Employees: 52909 | TUC, |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | User | ID | Event |
|---|---|---|---|
| 06/30/25 08:44:42 | pa5 | 101710 | UNIT UPDATED – Unit: 3O11, Status: ER, Location: TUC, Employees: 105144 |
| 06/30/25 08:44:42 | pa5 | 101710 | UNIT UPDATED – Unit: 3O11, Status: CL, Location: TUC, Employees: 105144 |
| 06/30/25 08:44:42 | pa5 | 101710 | UNIT UPDATED – Unit: 3O11, Status: AS, Location: TUC, Employees: 105144 |
| 06/30/25 08:44:43 | vmcadcompd | 101710 | EVENT REMARK – ** LOI search completed at 06/30/25 08:44:42 |
| 06/30/25 08:45:29 | pa5 | 201277 | UNIT UPDATED – Unit: 3A96, Status: ER, Location: UC, Employees: |
| 06/30/25 08:45:29 | pa5 | 201277 | UNIT UPDATED – Unit: 3A96, Status: CL, Location: TUC, Employees: |
| 06/30/25 08:45:30 | pa5 | 201277 | UNIT UPDATED – Unit: 3A96, Status: AS, Location: TUC, Employees: |
| 06/30/25 08:45:30 | vmcadcompd | 101710 | EVENT REMARK – ** LOI search completed at 06/30/25 08:45:30 |
| 06/30/25 08:47:35 | pa3 | 50656 | EVENT UPDATED – Rms Transfer Time: 06/30/25 08:47:35, Total Assigned Units: 48, |
| 06/30/25 08:47:35 | pa3 | 50656 | S4, Status: DP, Location: Employees: 50462 |
| 06/30/25 08:47:55 | pa5 | 101710 | EVENT REMARK – 3C2 -- ADV UPRR OF WORKING INCIDENT IN THE AREA PLEASE |
| 06/30/25 08:48:00 | pa5 | 101710 | MESSAGE SENT – Call Back: CALL BACK: SHOOT/STAB-PT, E251810254 : ADV UPRR OF WORKING INCIDENT IN THE AREA PLEASE |
| 06/30/25 08:48:01 | pa5 | 101710 | EVENT REMARK – ** CALL BACK MESSAGE #32645080 initiated at 06/30/25 08:48:00 from pa5 |
| 06/30/25 08:48:01 | pa5 | 101710 | EVENT REMARK – CALL BACK: TERRENCE O'BRIEN, SHOOT/STAB-PT, E251810254 : ADV UPRR OF WORKING INCIDENT IN THE AREA PLEASE |
| 06/30/25 08:49:53 | pa5 | 101710 | UNIT UPDATED – Unit: S4, Status: UC, Location: , Employees: 50462 |
| 06/30/25 08:49:53 | pa5 | 101710 | UNIT UPDATED – Unit: S4, Status: AM, Location: , Employees: 50462 |
| 06/30/25 08:49:54 | pa5 | 101710 | EVENT UPDATED – Total Assigned Units: 47, |
| 06/30/25 08:49:54 | pa5 | 101710 | EVENT UPDATED – Rms Transfer Time: 06/30/25 08:49:54, Total Assigned Units: 48, |
| 06/30/25 08:49:54 | pa5 | 101710 | UNIT UPDATED – Unit: S4, Status: DP, Location: Employees: 50462 |
| 06/30/25 08:49:54 | pa5 | 101710 | UNIT UPDATED – Unit: S4, Status: ER, Location: TUC, Employees: 50462 |
| 06/30/25 08:52:29 | pa5 | 101710 | EVENT REMARK – S1 -- A/C FOR NOW |
| 06/30/25 08:52:59 | pa5 | 101710 | EVENT REMARK – 3C2 -- IC |
| 06/30/25 08:53:05 | pa5 | 101710 | EVENT REMARK – 3U1 -- OPS CHIEF |

7/1/25, 9:57 AM                                                                 I/NetViewer : Event Chronology

| Date/Time | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 08:53:28 | $S4 | 50462 | UNIT UPDATED - Unit: S4, Status: ER, Location: TUC, Employees: 50462 |
| 06/30/25 08:53:39 | ect7 | 202967 | EVENT REMARK - WORKING |
| 06/30/25 08:53:51 | ect7 | 202967 | EVENT REMARK - URR |
| 06/30/25 08:56:44 | pa5 | 101710 | EVENT REMARK - 4A12 -- MEDIA SET UP AT |
| 06/30/25 08:56:54 | ect7 | 202967 | EVENT REMARK - UPRR ADV |
| 06/30/25 08:57:54 | ect7 | 202967 | EVENT REMARK - UPRR REQ CB WHEN TPD NO LONGER IN AREA |
| 06/30/25 09:02:11 | pa5 | 101710 | EVENT REMARK - SEARCH TEAM 2 DEPLOYED |
| 06/30/25 09:06:01 | pa5 | 101710 | EVENT REMARK - 3A13 -- HOMELESS SUBJ...AGITATED ABOUT TPD PRESENCE IN THE AREA |
| 06/30/25 09:07:52 | pa5 | 101710 | EVENT REMARK - 3U1 -- HOMELESS SUBJ LEFT EB IN ALLEY..NE CORNER OF THE AREA |
| 06/30/25 09:08:33 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 09:08:33, Total Assigned Units: 49, |
| 06/30/25 09:08:33 | pa5 | 101710 | UNIT UPDATED - Unit: BR70, Status: DP, Location: TUC, Employees: 100178 |
| 06/30/25 09:08:33 | pa5 | 101710 | UNIT UPDATED - Unit: BR70, Status: ER, Location: TUC, Employees: 100178 |
| 06/30/25 08:54 | ect7 | 202967 | EVENT REMARK - TMC/BANNER/ST JOES ALL ADV OF SUSP DESC |
| 06/30/25 09:09:40 | $S4 | 50462 | UNIT UPDATED - Unit: S4, Status: AS, Location: TUC, Employees: 50462 |
| 06/30/25 09:11:22 | $3O33 | 202417 | S: DC, Location: Employees: 202 |
| 06/30/25 09:11:22 | $3O33 | 202417 | S: DC, Location: Employees: 202 |
| 06/30/25 09:12:20 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 09:12:20, Total Assigned Units: 50, |
| 06/30/25 09:12:20 | pa5 | 101710 | UNIT UPDATED - Unit: SW71, Status: DP, Location: TUC, Employees: 51100 |
| 06/30/25 09:12:20 | pa5 | 101710 | UNIT UPDATED - Unit: SW71, Status: ER, Location: TUC, Employees: 51100 |
| 06/30/25 09:13:24 | pa5 | 101710 | EVENT REMARK - SW71 - ....LOCATED MATCHING SHOE PRINT GOING NB Priority : Normal |
| 06/30/25 09:16:15 | pa5 | 101710 | EVENT REMARK - S3 -- FOOTPRINTS ARE NB IN ALLEY..N OF MARCH...SAME SHOE PRINT BUT NO BLOOD TRAIL |
| 06/30/25 09:16:48 | pa5 | 101710 | EVENT REMARK - S7 -- TAKING 1 1015 ... |
| 06/30/25 09:16:54 | pa5 | 101710 | EVENT REMARK - S7 -- DOG BITE..3C2 COPIED |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| | | | |
|---|---|---|---|
| 06/30/25 09:17:14 | pa5 | 101710 | EVENT REMARK - S7 -- 10-15 |
| 06/30/25 09:17:37 | pa5 | 101710 | EVENT REMARK - S7 -- WILL NEED GRINDER TO ACCESS FENCE LINE |
| 06/30/25 09:18:01 | pa5 | 101710 | EVENT REMARK - 10-39 |
| 06/30/25 09:18:12 | pa5 | 101710 | UNIT UPDATED - Unit: S7, Status: ER, Location: ▮▮▮▮  Employees: 34966 |
| 06/30/25 09:18:12 | pa5 | 101710 | UNIT UPDATED - Unit: S7, Status: CL, Location: ▮▮▮▮  Employees: 34966 |
| 06/30/25 09:18:12 | pa5 | 101710 | UNIT UPDATED - Unit: S7, Status: AS, Location: ▮▮▮▮  Employees: 34966 |
| 06/30/25 09:18:12 | vmcadcompd | 101710 | EVENT REMARK - **LOI search completed at 06/30/25 09:18:12 |
| 06/30/25 09:18:58 | pa5 | 101710 | EVENT REMARK - SW17 - TORNIQUET IS APPLIED TO ARM..STAGE AT ALLEY E OF |
| 06/30/25 09:19:28 | pa5 | 101710 | EVENT REMARK - ▮▮NT - CRITICAL EVENT: APT: 108 MUN: TUC H ▮▮  TIME: 0647:59 |

▮▮▮SCENE Caller:
Comments: WPH2 -110.910222 +32.196958 CBD CALL STARTED: 2bbb4f19-ee97-4e2c-b8b4-cd47fb63013c-^^ WEAPONS INVOLVED: YES ^^ INCIDENT JUST OCCURRED ^^ UNKNOWN IF SUSPECT IS STILL THERE ^^ UNKNOWN IF THERE ARE INJURIES ^^ LEVEL 2 - SHOTS FIRED ^^ Code Received from Conti: SHOTSFD MAN TR -***
South ▮▮▮ Duplicate State EventLocation =*** Caller
TUC ▮▮▮ Cross Street 1 = E MARCH
ELLIN ▮▮▮ USA, Caller Ph Number =
Address = ▮▮▮▮, Call Source = ANI/ALI, Alarm Level = 1 WPH2 -110.910008
+32.197033 End of Duplicate Event data MALE HAS BEEN SHOT ****HOLD OFF FOR LAW ENFORCEMENT**** LOTS OF DISTRESS HEARD IN BACKGROUND CALLER IS NOT WITNESS
ADVD NEIGHBOR DID SEE 10-39 ***SUPV NOTIFICATION SENT***
▮▮ SHOOTING VICT SITTING IN HIS MAR TUNDRA PT IS IN THEIR TRUCK, LOT OF BLOOD
LOSS RED MAROON TRUCK SHOT IN THE CHEST H/M/506/JEANS/TSHIRT SUSP DESCRIP
EN011--- COPIES HOLD OFF PM003 -- COPIES HOLD OFF SUSP ON FOOT, UNSURE WHAT
DIRECTION HE TRAVELED IN PER ONSC TPD*** ADDTL CALLER MOVE IN VEH DID NOT CLEAR MOVE IN PER ONSC TPD*** ADDTL CALLER
▮▮ /OWNER OF THE VEH WAS SHOT IN HIS VEH BY THE MALE WHO TRIED TO
GET INTO THE VEH 3U9 -- VICTIM IS CONS & MOVING AROUND SUSPECT WANTED TO
USE THE VEH TO TAKE HIS MOM TO THE HOSP **EN011/PM003 COPY CLEAR TO MOVE
IN** 3U9 -- A/C FOR NOW. TRYING TO GET FURTHER OWNER OF VEH WHO WAS SHOT IS
****/LIVES IN ▮▮ SUSPECT- H/M/30-40/ 3C2 --- IC 3U9 -- OPS CHIEF 3A94 --
****H/M/506/SLIM/BLU OR GRY T SHIRT/JEANS..UNK DIRECTION OF TRAVEL
▮▮ IN ▮▮ 3U9 -- BUSN AT ▮▮ HAS SURVEILLANCE..UNK IF BUSN
IS OPEN NOW 3U9 -- MAIN WITNESS DOES NOT HAVE GOOD DESCRIPTION OR
DIRECTION OF TRAVEL FOR SUSPECT 3A93 -- LIFE THREATENING TO BANNER MAIN Unit
▮▮ @UM -- Route Dist 3.6mi 3U9 n003 transporting to 5601 N CAMPBELL 3A92 -- IC
INDICATION THAT SUSPECT WAS BLEEDING FROM THE ARM WHEN HE LEFT 3A94 --
SUSPECT IS POSS WET FROM WITNESS SPRAYING HIM W/HOSE 3O12 -- BUSN IS NOT
OPEN UNTIL 0900 ▮▮ WAS ADDNL CALLER- HANG UP - AT TIME OF INITIAL
CALL - ROLLED OVER TO PCS ▮▮ LUX - NO ANSWER ON CALL BACK 3A13 --
GETTING FLAGGED DOWN... ADV SUBJ BROKE INTO MOTHERS HOSUE
****SUSPECT POTENTIALLY S ▮▮ 3A17 -- FAMILY JUSTED EVACUATED..SAID
SUBJ HAD FIREARM**** 3A92 -- 3 LONG GUNS ONSC 3A92 -- FORCED ENTRY TO FRONT
DOOR.. BACK DOOR IS OPEN 3A92 -- ****SUSPECT POSS HARD OF HEARING*** 3C2 -- IC
3A92 -- FOOTPRINTS GOING TO THE EAST 3C2 -- NAKEM MALE RUNNING WB IN ALLEY
WEST*** 3C2 -- WORKING TO APPREHEND 0101 SUSPECT AT THIS TIME*** 3A92 -- SUBJ
EITHER HAD TO GO S OR N IN ALLEYWAY 3A13 -- ▮▮ SOMEONE RUNNING IN
ALLEY PER WITNESS 4A28 -- DRONE 3A92 -- FOOTPRINTS GOING SW FROM
▮▮ S OF 3C2 -- SUSP ▮▮ M33 -- SUSPECT IS SPANISH
SPEAKER ONLY..SUGGESTED TO FAMILY HE WAS GOING TO KILL HIMSELF AND PUT GUN
TO HEAD..SMALL SEMI AUTO HANDGUN 3L1 -- SPOKE TO FOOD CO OP EMPLOYEE AT
▮▮ HAS NOT SEEN ANYONE ON PROPERTY 3A13 -- LOST BLOOD TRAIL
IN THE ALLEY..TRYING TO RE ESTABLISH 3A92 -- VICTIM IS 10-7 3C2 -- CONFIRMED 0101
CASE CALL BACK. ▮▮ SHOOT/STAB-PT,

7/1/25, 9:57 AM

## I/NetViewer : Event Chronology

E251810254 : PLEASE ADV SUNTRAN TO DISCONTINUE BUS SERVICE IN THE IMMEDIATE AREA OF ▓▓▓ AND SEVERAL BLOCKS IN ALL 4 DIRECTIONS WORKING 32nd and ▓▓▓ as our Eastern containment. ▓▓▓ western Containment. SUNTRAV ADV 23. silverlake / cc M33 -- ****LS SHIRTLESS/LT BRO PANTS/BRO SHOES/SHAGGY HAIR/TATTO ON ABDOMEN/TORNIQUET ON ARM..STATED HE WAS FEELING LIGH ▓▓▓ ****M33 -- SUBJ HAD BLOOD SQUIRTING OUT OF ARM ▓▓▓ AT ▓▓▓ WARNINGS SENT M33 -- HIM/508/120-130/MUSTACHE M33 -- SUBJ HAS 2 S ▓▓▓ O LIVE IN THE NEIGHBORHOOD WHO DIDN'T WANT TO HELP HIM 3C2 -- PIO NOTIFIED **CSARC** ▓▓▓ NOK for ▓▓▓ DOB ▓▓▓ Sister, ▓▓▓

Additional possible 21's per transunion: ▓▓▓ footprint matches southwest corner at the compost area fence 3A13 -- MEDIA IS 23 WHI KIA SUV...WAS DRIVING INSIDE QUADS..WAS ADVISED TO SET OUTSIDE OF QUAD S ▓▓▓ Heating and Cooling -Notified of incident occupied with employees. ▓▓▓ M&R Sheet Metal -Notified of incident occupied with employees. ▓▓▓ Sun Shield Products - Notified of incident occupied with employees. ▓▓▓ Growers House - Notified of incident. ▓▓▓ Penske Collision -Notified of Employees should NOT be present at this time. Awaiting Manager phone call for additional info. 3A13 -- MORE MEDIA ONSC.. DIRECTING TO ▓▓▓ official time ▓▓▓ pronounced is 0725 hours by Dr Nelson Banner Main (trauma name Charlie514 in Trauma 4) 3C2 --- ****H/M/20-30/508/120/DRK HAIR/MUSTACHE/NO SHIRT/TAN PANTS WITH BLOOD ON THEM/BRO SHOES/TORNIQUET ON RIGHT ARM..ARM ▓▓▓ K AUTO ▓▓▓ W / SHOOTING -- N..SPANISH SPEAKER ONLY** G-- ▓▓▓ te contact info / SUSPECT FAMILY HOUSE - ▓▓▓

Several parked behicles ▓▓▓ U5 & 3A15. ****PSCD COMMAND PAGE SENT ▓▓▓ will be torn unit west of palo verde 3A96 & 3A17 Unsuccessful in making telephone contact with the owners of Cruz Tires for video surveillance. The business does not open until 0900 hours 1L1 -- ▓▓▓ BROKEN WINDOW..E251151353 FROM 6/8 INDICATES DV WHERE GF BROKE OUT WINDOW 3a33 and 3I3 riding together in 3l3s car 4A13 -- MAKING CONTACT W/SUBJ IN ALLEY.. 4A13 -- C4 3C2 COPIED NOT SUSPECT S7 -- LAST PLACE FOR SHOE PRINTS - SE CORNER OF SCHOOL-- WILL CHECK IF THEY GO INTO THE YARD 3C2 -- ADV UPRR OF WORKING INCIDENT IN THE AREA PLEASE CALL BACK] ▓▓▓ SHOOT/STAB-PT, E251810254 : ADV UPRR OF WORKING INCIDENT IN THE AREA PLEASE S7 -- A/C FOR NOW 3C2 -- IC 3U1 -- OPS CHIEF WORKING UPR 4A12 -- MEDIA SET UP AT ▓▓▓ UPRR ADV UPRR REQ CB WHEN TPD ▓▓▓ NO LONGER IN AREA SEARCH TEAM 2 DEPLOYED 3A13 -- HOMELESS SUBJ ▓▓▓ AGITATED ABOUT TPD PRESENCE IN THE AREA 3U1 --HOMELESS SUBJ LEFT EB IN ALLEY.. ▓▓▓ NE CORNER OF ▓▓▓ TMC/BANNER/ST JOES ALL ADV OF SUSP DESC SW71 -- ▓▓▓ ..LOCATED ▓▓▓ MATCHING SHOE PRINT GOING NB S3 -- FOOTPRINTS ARE NB IN ALLEY. N OF MARCH...SAME SHOE PRINT BUT NO BLOOD TRAIL S7 -- TAKING 1 1015 ▓▓▓ S7 -- DOG BITE..3C2 COPIED S7 -- 10-15 S7 -- WILL NEED GRINDER TO ACCESS FENCE LINE 10-39 SW17 - TORNIQUET IS APPLIED TO ARM..STAGE AT ALLEY E OF

| Date/Time | User | ID | Event |
|---|---|---|---|
| 06/30/25 09:19:29 | pa5 | 101710 | EVENT REMARK - ***SUPV NOTIFICATION SENT*** |
| 06/30/25 09:20:35 | pa5 | 101710 | EVENT REMARK - S7 - F251810089 |
| 06/30/25 09:24:34 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: AS, Location: TUC, Employees: 201596 |
| 06/30/25 09:24:48 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: ER, Location: Employees: 201596 |
| 06/30/25 09:24:48 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: CL, Location: Employees: 201596 |
| 06/30/25 09:24:48 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: AS, Location: Employees: 201596 |
| 06/30/25 09:24:48 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 09:24:48 |

I/NetViewer : Event Chronology

| 06/30/25 09:24:52 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: ER, Location: 201596 | TUC, Employees: |
| 06/30/25 09:24:52 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: CL, Location: 201596 | TUC, Employees: |
| 06/30/25 09:24:52 | pa5 | 101710 | UNIT UPDATED - Unit: 3A37, Status: AS, Location: 201596 | TUC, Employees: |
| 06/30/25 09:24:52 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 09:24:52 | |
| 06/30/25 09:25:09 | pa5 | 101710 | UNIT UPDATED - Unit: 3U1, Status: ER, Location: 100621 | TUC, Employees: |
| 06/30/25 09:25:09 | pa5 | 101710 | UNIT UPDATED - Unit: 3U1, Status: CL, Location: 100621 | TUC, Employees: |
| 06/30/25 09:25:09 | pa5 | 101710 | UNIT UPDATED - Unit: 3U1, Status: AS, Location: 100621 | TUC, Employees: |
| 06/30/25 09:25:09 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 09:25:09 | |
| 06/30/25 09:25:14 | pa5 | 101710 | EVENT REMARK - 3U1 -- CLEARING HOUSE TO MAKE SURE C4 | |
| 06/30/25 09:25:17 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 51, | |
| 06/30/25 09:25:17 | pa5 | 101710 | UNIT UPDATED - Unit: 3T16, Status: DP, Location: 200779 | TUC, Employees: |
| 06/30/25 09:25:17 | pa5 | 101710 | UNIT UPDATED - Unit: 3T16, Status: ER, Location: 200779 | TUC, Employees: |
| 06/30/25 09:25:25 | $3A95 | 200773 | UNIT UPDATED - Unit: 3A95, Status: UC, Location: , Employees: 200773 | |
| 06/30/25 09:25:25 | $3A95 | 200773 | UNIT UPDATED - Unit: 3A95, Status: UC, Location: , Employees: 200773 | |
| 06/30/25 09:25:25 | $3A95 | 200773 | UNIT UPDATED - Unit: 3A95, Status: UC, Location: , Employees: 200773 | |
| 06/30/25 09:25:25 | $3A95 | 200773 | UNIT UPDATED - Unit: 3A95, Status: UC, Location: , Employees: 200773 | |
| 06/30/25 09:25:25 | $3A95 | 200773 | UNIT UPDATED - Unit: 3A95, Status: UC, Location: , Employees: 200773 | |
| 06/30/25 09:25:26 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 50, | |
| 06/30/25 09:25:27 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 09:25:27, Total Assigned Units: 51, | |
| 06/30/25 09:25:27 | pa5 | 101710 | UNIT UPDATED - Unit: S7, Status: UC, Location: , Employees: 34966 | |
| 06/30/25 09:25:27 | pa5 | 101710 | UNIT UPDATED - Unit: S7, Status: AM, Location: , Employees: 34966 | |
| 06/30/25 09:25:27 | pa5 | 101710 | UNIT UPDATED - Unit: S7, Status: DP, Location: | TUC, Employees: 34966 |
| 06/30/25 09:25:27 | pa5 | 101710 | UNIT UPDATED - Unit: S7, Status: AS, Location: | TUC, Employees: 34966 |
| 06/30/25 09:25:49 | pa5 | 101710 | EVENT REMARK - 3C2 -- BREAK DOWN QUADS...HOLD RESIDENCE | |
| 06/30/25 09:25:56 | pa5 | 101710 | EVENT REMARK - 3C2 -- FIREARM IS STILL OUTSANDING | |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| 06/30/25 09:26:04 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: ER, Location: ████████ Employees: 200779 |
| 06/30/25 09:26:06 | $1L1 | 101690 | EVENT UPDATED - Rms Transfer Time: 06/30/25 09:26:06, Total Assigned Units: 50, |
| 06/30/25 09:26:06 | $1L1 | 101690 | UNIT UPDATED - Unit: 1L1, Status: AM, Location:, Employees: 101690 |
| 06/30/25 09:26:06 | pa5 | 101710 | EVENT REMARK - 3C2 -- DEBREIF AT CP |
| 06/30/25 09:26:31 | pa5 | 101710 | EVENT REMARK - SW43 - FIREARM LOCATED INSIDE SHED SUBJ WAS HIDING IN |
| 06/30/25 09:27:12 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 49, |
| 06/30/25 09:27:12 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 50, |
| 06/30/25 09:27:12 | pa5 | 101710 | UNIT UPDATED - Unit: 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 09:27:12 | pa5 | 101710 | UNIT UPDATED - Unit: 3O34, Status: AM, Location:, Employees: 201817 |
| 06/30/25 09:27:12 | pa5 | 101710 | UNIT UPDATED - Unit: 3O34, Status: DP, Location: ████ TUC, Employees: 201817 |
| 06/30/25 09:27:12 | pa5 | 101710 | UNIT UPDATED - Unit: 3O34, Status: ER, Location: ████ TUC, Employees: 201817 |
| 06/30/25 09:27:22 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 09:27:22, Total Assigned Units: 49, |
| 06/30/25 09:27:22 | pa5 | 101710 | UNIT UPDATED - Unit: AIR1, Status: AV, Location:, Employees: 33226, 100956 |
| 06/30/25 09:27:37 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: ER, Location: ████ TUC, Employees: 201817 |
| 06/30/25 09:28:44 | pa5 | 101710 | UNIT UPDATED - Unit: 4A23, Status: ER, Location: ████ Employees: 48379 |
| 06/30/25 09:28:44 | pa5 | 101710 | UNIT UPDATED - Unit: 4A23, Status: CL, Location: ████ Employees: 48379 |
| 06/30/25 09:28:44 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 09:28:44 |
| 06/30/25 09:29:14 | $3A17 | 201297 | UNIT UPDATED - Unit: 3A17, Status: AS, Location: ████ Employees: 201297 |
| 06/30/25 09:31:48 | pa5 | 101710 | EVENT REMARK - SW51 - SUBJ STATING HIS NAME IS JULIO...NOTHING FURTHER |
| 06/30/25 09:32:15 | $3O33 | 202417 | UNIT UPDATED - Unit: ██ AS, Location: ████ Employees: 20 |
| 06/30/25 09:34:51 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: AS, Location: ████ TUC, Employees: 200779 |
| 06/30/25 09:34:56 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 48, |
| 06/30/25 09:34:56 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 49, |
| 06/30/25 09:34:56 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 48, |
| 06/30/25 09:34:56 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 09:34:56, Total Assigned Units: 49, |
| 06/30/25 09:34:56 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: UC, Location:, Employees: 103808 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | User | ID | Event |
|---|---|---|---|
| 06/30/25 09:34:56 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: AM, Location: , Employees: 103808 |
| 06/30/25 09:34:56 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: DP, Location: 103808 TUC, Employees: |
| 06/30/25 09:34:56 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: ER, Location: 103808 TUC, Employees: |
| 06/30/25 09:34:56 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: UC, Location: , Employees: 102307 |
| 06/30/25 09:34:56 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: AM, Location: , Employees: 102307 |
| 06/30/25 09:34:56 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: DP, Location: 102307 TUC, Employees: |
| 06/30/25 09:34:56 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: ER, Location: 102307 TUC, Employees: |
| 06/30/25 09:35:40 | $3L1 | 103808 | UNIT UPDATED - Unit: 3L1, Status: ER, Location: 103808 TUC, Employees: |
| 06/30/25 09:35:55 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: AS, Location: 201817 TUC, Employees: |
| 06/30/25 09:38:24 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 09:38:24, Total Assigned Units: 48, |
| 06/30/25 09:38:24 | pa5 | 101710 | UNIT UPDATED - Unit: BR70, Status: AV, Location: , Employees: 100178 |
| 06/30/25 09:41:09 | pa5 | 101710 | EVENT REMARK - 3A13 -- SUBJ DID NOT HAVE SHIRT OR BACKPACK WHEN LOCATED |
| 06/30/25 09:41:55 | pa5 | 101710 | EVENT REMARK - M33 -- SHIRT LOCATED AT |
| 06/30/25 09:42:07 | pa5 | 101710 | EVENT REMARK - 3U1 -- WILL NEED TO LOCATE BACKPACK |
| 06/30/25 09:45:03 | pa5 | 101710 | EVENT REMARK - 3U1 -- ALL UNITS W/O ASSIGNMENTS 45 AT CP |
| 06/30/25 09:46:22 | pa5 | 101710 | EVENT REMARK - M33 -- RESIDENTS DID NOT SEE BACKPACK WHEN SUBJ SHOWED UP TO |
| 06/30/25 09:48:36 | pa7 | 104182 | EVENT UPDATED - Rms Transfer Time: 06/30/25 09:48:36, Total Assigned Units: 47, |
| 06/30/25 09:48:36 | pa7 | 104182 | UNIT UPDATED - Unit: 4A13, Status: AM, Location: , Employees: 201589 |
| 06/30/25 09:54:59 | $4A23 | 48379 | UNIT UPDATED - Unit: 4A23, Status: AS, Location: Employees: 48379 |
| 06/30/25 09:57:47 | $3L3 | 104200 | EVENT REMARK - back yard of 10-15 location Priority : Normal |
| 06/30/25 09:58:18 | pa5 | 101710 | UNIT UPDATED - Unit: 3L3, Status: ER, Location: 104200 TUC, Employees: |
| 06/30/25 09:58:18 | pa5 | 101710 | UNIT UPDATED - Unit: 3L3, Status: CL, Location: 104200 TUC, Employees: |
| 06/30/25 09:58:18 | pa5 | 101710 | UNIT UPDATED - Unit: 3L3, Status: AS, Location: 104200 TUC, Employees: |
| 06/30/25 09:58:18 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 09:58:18 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 09:58:36 | $3O33 | 202417 | EVENT REMARK - Alley of [box] Priority : Normal |
| 06/30/25 09:59:05 | $3O33 | 202417 | EVENT REMARK - Alley of [box] Foot prints Priority : Normal |
| 06/30/25 09:59:54 | $3O12 | 105106 | EVENT REMARK - alley nothbound of March Place Priority : Normal |
| 06/30/25 09:59:54 | $3O34 | 201817 | EVENT REMARK - [box] FOOT PRINTS Priority : Normal |
| 06/30/25 10:00:08 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:00:08 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:00:08 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:00:08 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:00:08 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:00:08 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:00:44 | $3A96 | 201277 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:00:44, Total Assigned Units: 46, |
| 06/30/25 10:00:44 | $3A96 | 201277 | UNIT UPDATED - Unit: 3A96, Status: AM, Location:, Employees: 201277 |
| 06/30/25 10:01:22 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:01:22 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:01:22 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:01:22 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:01:22 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:01:22 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:04:06 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:04:06 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:04:06 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:04:07 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:04:07 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:05:17 | $4A12 | 202106 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:05:17, Total Assigned Units: 45, |
| 06/30/25 10:05:17 | $4A12 | 202106 | UNIT UPDATED - Unit: 4A12, Status: AM, Location:, Employees: 202106 |
| 06/30/25 10:07:34 | $3O15 | 201144 | EVENT REMARK - [box] backyard w/wrench used to break window Priority : Normal |
| 06/30/25 10:07:53 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location:, Employees: 201817 |

7/1/25, 9:57 AM — I/NetViewer : Event Chronology

| Date/Time | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 10:07:53 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:07:53 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:07:53 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:07:53 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:08:10 | ssupv3 | 101312 | EVENT REMARK - ****UPDATED COMMAND PAGE SENT**** |
| 06/30/25 10:09:57 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:09:57 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:09:57 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:09:57 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:09:57 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:11:12 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:11:12, Total Assigned Units: 44, |
| 06/30/25 10:11:12 | pa5 | 101710 | UNIT UPDATED - Unit: 3A94, Status: AM, Location:, Employees: 202122 |
| 06/30/25 10:11:22 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:11:22 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:11:22 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:11:23 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:11:23 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:11:23 | 0993 | 104195 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 104195, 201134 |
| 06/30/25 10:12:31 | pa5 | 101710 | ADD SUPPLEMENTAL - Revision Number: 1, Supplemental Type: gun, Serial Number: NDN5223 Unit ID: 3L3 |
| 06/30/25 10:12:32 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:12:32, |
| 06/30/25 10:12:32 | pa5 | 101710 | UNIT UPDATED - Unit: 3L3, Status: UC, Location:, Employees: 104200 |
| 06/30/25 10:12:32 | pa5 | 101710 | UNIT UPDATED - Unit: 3L3, Status: UC, Location:, Employees: 104200 |
| 06/30/25 10:12:32 | pa5 | 101710 | UNIT UPDATED - Unit: 3L3, Status: UC, Location:, Employees: 104200 |
| 06/30/25 10:12:39 | pa5 | 101710 | ADD SUPPLEMENTAL - Revision Number: 1, Supplemental Type: gun, Serial Number: 5223 Unit ID: 3L3 |
| 06/30/25 10:12:39 | pa5 | 101710 | UNIT UPDATED - Unit: 3L3, Status: UC, Location:, Employees: 104200 |
| 06/30/25 10:12:39 | pa5 | 101710 | UNIT UPDATED - Unit: 3L3, Status: UC, Location:, Employees: 104200 |
| 06/30/25 10:16:51 | pd6 | 100066 | UNIT UPDATED - Unit: 1A22, Status: AM, Location:, Employees: 200807 |
| 06/30/25 10:16:52 | pd6 | 100066 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:16:52, Total Assigned Units: 43, |
| 06/30/25 10:18:44 | pa5 | 101710 | 3O11, Status: ER, Location: ▮▮▮ Employees: 105144 |

7/1/25, 9:57 AM                                                                                   iiNetViewer : Event Chronology



| 06/30/25 10:18:44 | pa5 | 101710 | 3O11, Status: CL Location: Employees: 105144 |
| 06/30/25 10:18:44 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 10:18:44 |
| 06/30/25 10:20:05 | $3T31 | 201134 | 3T31, Status: AS, Location: Employees: 104195, 20115 |
| 06/30/25 10:21:05 | $3C2 | 47469 | UNIT UPDATED - Unit 3C2, Status: AS, Location: TUC, Employees: 47469 |
| 06/30/25 10:22:01 | $3O34 | 201817 | UNIT UPDATED - Unit 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:22:01 | $3O34 | 201817 | UNIT UPDATED - Unit 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:22:01 | $3O34 | 201817 | UNIT UPDATED - Unit 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:22:01 | $3O34 | 201817 | UNIT UPDATED - Unit 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:22:01 | $3O34 | 201817 | UNIT UPDATED - Unit 3O34, Status: UC, Location:, Employees: 201817 |
| 06/30/25 10:22:39 | $3O12 | 105106 | UNIT UPDATED - Unit 3O12, Status: DC, Location: TUC, BLOCKING, Employees: 105106 |
| 06/30/25 10:22:39 | $3O12 | 105106 | UNIT UPDATED - Unit 3O12, Status: DC, Location: TUC, BLOCKING, Employees: 105106 |
| 06/30/25 10:22:56 | $3O12 | 105106 | UNIT UPDATED - Unit 3O12, Status: ER, Location: TUC, BLOCKING, Employees: 105106 |
| 06/30/25 10:22:59 | $3O12 | 105106 | UNIT UPDATED - Unit 3O12, Status: AS, Location: TUC, BLOCKING, Employees: 105106 |
| 06/30/25 10:23:42 | $3O11 | 105144 | 3O11, Status: AS, Location: Employees: 105144 |
| 06/30/25 10:24:27 | $3A92 | 105235 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:24:27, Total Assigned Units: 42, |
| 06/30/25 10:24:27 | $3A92 | 105235 | UNIT UPDATED - Unit 3A92, Status: AM, Location:, Employees: 105235 |
| 06/30/25 10:25:38 | $3O34 | 201817 | UNIT UPDATED - Unit 3O34, Status: DC, Location: TUC, Employees: 201817 |
| 06/30/25 10:25:38 | $3O34 | 201817 | UNIT UPDATED - Unit 3O34, Status: DC, Location: TUC, Employees: 201817 |
| 06/30/25 10:25:53 | $3A97 | 201603 | UNIT UPDATED - Unit 3A97, Status: UC, Location:, Employees: 201603 |
| 06/30/25 10:25:53 | $3A97 | 201603 | UNIT UPDATED - Unit 3A97, Status: UC, Location:, Employees: 201603 |
| 06/30/25 10:25:53 | $3A97 | 201603 | UNIT UPDATED - Unit 3A97, Status: UC, Location:, Employees: 201603 |
| 06/30/25 10:25:53 | $3A97 | 201603 | UNIT UPDATED - Unit 3A97, Status: UC, Location:, Employees: 201603 |
| 06/30/25 10:25:53 | $3A97 | 201603 | UNIT UPDATED - Unit 3A97, Status: UC, Location:, Employees: 201603 |
| 06/30/25 10:25:57 | $3O34 | 201817 | UNIT UPDATED - Unit 3O34, Status: AS, Location: TUC, Employees: 201817 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Timestamp | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 10:26:01 | $3T31 | 201134 | EVENT REMARK - TRAUMA 7, NAME: DELTA514 Priority : Normal |
| 06/30/25 10:28:17 | $4A23 | 48379 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:28:17, Total Assigned Units: 41, |
| 06/30/25 10:28:17 | $4A23 | 48379 | UNIT UPDATED - Unit: 4A23, Status: AM, Location:, Employees: 48379 |
| 06/30/25 10:30:54 | $3C3 | 50461 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:30:54, Total Assigned Units: 40, |
| 06/30/25 10:30:54 | $3C3 | 50461 | UNIT UPDATED - Unit: 3C3, Status: AM, Location:, Employees: 50461 |
| 06/30/25 10:31:32 | $3A15 | 201432 | UNIT UPDATED - Unit: 3A15, Status: DC, Location: TUC, Employees: 201432 |
| 06/30/25 10:31:32 | $3A15 | 201432 | UNIT UPDATED - Unit: 3A15, Status: DC, Location: TUC, Employees: 201432 |
| 06/30/25 10:31:46 | $4L1 | 50746 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:31:46, Total Assigned Units: 39, |
| 06/30/25 10:31:46 | $4L1 | 50746 | UNIT UPDATED - Unit: 4L1, Status: AM, Location:, Employees: 50746 |
| 06/30/25 10:33:31 | $3O15 | 201144 | UNIT UPDATED - Unit: ...s, Status: DC, Location: Employees: 20█ |
| 06/30/25 10:33:31 | $3O15 | 201144 | UNIT UPDATED - Unit: ...s, Status: DC, Location: Employees: 20█ |
| 06/30/25 10:35:39 | $S7 | 34966 | UNIT UPDATED - Unit: S7, Status: AS, Location: ██ TUC, Employees: 34966 |
| 06/30/25 10:40:24 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:40:24, Total Assigned Units: 40, |
| 06/30/25 10:40:24 | pa5 | 101710 | UNIT UPDATED - Unit: 9D40, Status: DP, Location: ██L TUC, Employees: 41537 |
| 06/30/25 10:40:24 | pa5 | 101710 | UNIT UPDATED - Unit: 9D40, Status: AS, Location: ██L TUC, Employees: 41537 |
| 06/30/25 10:40:26 | pa5 | 101710 | EVENT REMARK - 9D40 -- IC |
| 06/30/25 10:41:13 | ect7 | 202967 | EVENT REMARK - SUNTRAN AND UPRR ADV TO RESUME NORMAL OPS |
| 06/30/25 10:42:32 | pa7 | 104182 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:42:32, Total Assigned Units: 39, |
| 06/30/25 10:42:32 | pa7 | 104182 | UNIT UPDATED - Unit: 4A28, Status: AM, Location:, Employees: 47230 |
| 06/30/25 10:43:07 | $3O31 | 200190 | EVENT REMARK - ██ to the east footprints and a bloody rag Priority : Normal |
| 06/30/25 10:45:13 | $3A93 | 104408 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:45:13, Total Assigned Units: 38, |
| 06/30/25 10:45:13 | $3A93 | 104408 | UNIT UPDATED - Unit: 3A93, Status: AM, Location:, Employees: 104408 |
| 06/30/25 10:45:55 | $3A13 | 102307 | UNIT UPDATED - Unit: 3A13, Status: AS, Location: ██ TUC, Employees: 102307 |
| 06/30/25 10:46:26 | $3U9 | 52771 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:46:26, Total Assigned Units: 37, |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Unit | Timestamp | ID | Description |
|---|---|---|---|
| $3U9 | 06/30/25 10:46:26 | 52771 | UNIT UPDATED - Unit: 3U9, Status: AM, Location: , Employees: 52771 |
| pa5 | 06/30/25 10:47:39 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:47:39, Total Assigned Units: 36, |
| pa5 | 06/30/25 10:47:39 | 101710 | UNIT UPDATED - Unit: S1, Status: AM, Location: , Employees: 47238 |
| $3A13 | 06/30/25 10:47:43 | 102307 | UNIT UPDATED - Unit: 3A13, Status: UC, Location: , Employees: 102307 |
| $3A13 | 06/30/25 10:47:43 | 102307 | UNIT UPDATED - Unit: 3A13, Status: UC, Location: , Employees: 102307 |
| $3A13 | 06/30/25 10:47:43 | 102307 | UNIT UPDATED - Unit: 3A13, Status: UC, Location: , Employees: 102307 |
| $3A15 | 06/30/25 10:49:14 | 201432 | UNIT UPDATED - Unit: 3A15, Status: UC, Location: , Employees: 201432 |
| $3A15 | 06/30/25 10:49:14 | 201432 | UNIT UPDATED - Unit: 3A15, Status: UC, Location: , Employees: 201432 |
| $3A15 | 06/30/25 10:49:14 | 201432 | UNIT UPDATED - Unit: 3A15, Status: UC, Location: , Employees: 201432 |
| $3A15 | 06/30/25 10:49:14 | 201432 | UNIT UPDATED - Unit: 3A15, Status: UC, Location: , Employees: 201432 |
| $3A15 | 06/30/25 10:49:14 | 201432 | UNIT UPDATED - Unit: 3A15, Status: UC, Location: , Employees: 201432 |
| $3A15 | 06/30/25 10:49:14 | 201432 | UNIT UPDATED - Unit: 3A15, Status: UC, Location: , Employees: 201432 |
| $3A15 | 06/30/25 10:49:14 | 201432 | UNIT UPDATED - Unit: 3A15, Status: UC, Location: , Employees: 201432 |
| $3A15 | 06/30/25 10:49:14 | 201432 | UNIT UPDATED - Unit: 3A15, Status: UC, Location: , Employees: 201432 |
| $3A15 | 06/30/25 10:49:14 | 201432 | UNIT UPDATED - Unit: 3A15, Status: UC, Location: , Employees: 201432 |
| $3A15 | 06/30/25 10:49:14 | 201432 | UNIT UPDATED - Unit: 3A15, Status: UC, Location: , Employees: 201432 |
| $SW24 | 06/30/25 10:53:38 | 102428 | UNIT UPDATED - Unit: SW24, Status: DC, Location: TUC, Employees: 102428 |
| $SW24 | 06/30/25 10:53:38 | 102428 | UNIT UPDATED - Unit: SW24, Status: DC, Location: TUC, Employees: 102428 |
| $SW24 | 06/30/25 10:53:49 | 102428 | UNIT UPDATED - Unit: SW24, Status: AS, Location: TUC, Employees: 102428 |
| $S3 | 06/30/25 10:56:55 | 35051 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:56:55, Total Assigned Units: 35, |
| $S3 | 06/30/25 10:56:55 | 35051 | UNIT UPDATED - Unit: S3, Status: AM, Location: , Employees: 35051 |
| $3A97 | 06/30/25 10:57:23 | 201603 | UNIT UPDATED - Unit: 3A97, Status: UC, Location: , Employees: 201603 |
| $3A97 | 06/30/25 10:57:23 | 201603 | UNIT UPDATED - Unit: 3A97, Status: UC, Location: , Employees: 201603 |
| $3A97 | 06/30/25 10:57:23 | 201603 | UNIT UPDATED - Unit: 3A97, Status: UC, Location: , Employees: 201603 |
| $3A97 | 06/30/25 10:57:23 | 201603 | UNIT UPDATED - Unit: 3A97, Status: UC, Location: , Employees: 201603 |
| $3A97 | 06/30/25 10:57:24 | 201603 | UNIT UPDATED - Unit: 3A97, Status: UC, Location: , Employees: 201603 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | Unit | ID | Description |
|---|---|---|---|
| 06/30/25 10:58:55 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: DC, Location: TUC, Employees: 51789 |
| 06/30/25 10:58:55 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: DC, Location: TUC, Employees: 51789 |
| 06/30/25 10:58:55 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: UG, Location: TUC, Employees: 51789 |
| 06/30/25 10:59:09 | $S11 | 51789 | UNIT UPDATED - Unit: S11, Status: AS, Location: TUC, Employees: 51789 |
| 06/30/25 10:59:34 | $3A97 | 201603 | EVENT UPDATED - Rms Transfer Time: 06/30/25 10:59:34, Total Assigned Units: 34, |
| 06/30/25 10:59:34 | $3A97 | 201603 | UNIT UPDATED - Unit: 3A97, Status: AM, Location: , Employees: 201603 |
| 06/30/25 11:01:25 | $SW13 | 53333 | EVENT UPDATED - Rms Transfer Time: 06/30/25 11:01:25, Total Assigned Units: 33, |
| 06/30/25 11:01:25 | $SW13 | 53333 | UNIT UPDATED - Unit: SW13, Status: AM, Location: , Employees: 53333 |
| 06/30/25 11:02:59 | $3A95 | 200773 | EVENT UPDATED - Rms Transfer Time: 06/30/25 11:02:59, Total Assigned Units: 32, |
| 06/30/25 11:02:59 | $3A95 | 200773 | UNIT UPDATED - Unit: 3A95, Status: AM, Location: , Employees: 200773 |
| 06/30/25 11:08:50 | pd5 | 201846 | EVENT UPDATED - Total Assigned Units: 31, |
| 06/30/25 11:08:50 | pd5 | 201846 | UNIT UPDATED - Unit: S9, Status: AM, Location: , Employees: 102875 |
| 06/30/25 11:09:31 | pd5 | 201846 | EVENT UPDATED - Total Assigned Units: 30, |
| 06/30/25 11:09:31 | pd5 | 201846 | UNIT UPDATED - Unit: S8, Status: AM, Location: , Employees: 52909 |
| 06/30/25 11:09:36 | pd5 | 201846 | EVENT UPDATED - Total Assigned Units: 29, |
| 06/30/25 11:09:36 | pd5 | 201846 | UNIT UPDATED - Unit: S7, Status: AM, Location: , Employees: 34966 |
| 06/30/25 11:09:42 | pd5 | 201846 | EVENT UPDATED - Total Assigned Units: 28, |
| 06/30/25 11:09:42 | pd5 | 201846 | UNIT UPDATED - Unit: S4, Status: AM, Location: , Employees: 50462 |
| 06/30/25 11:09:49 | pd5 | 201846 | EVENT UPDATED - Rms Transfer Time: 06/30/25 11:09:49, Total Assigned Units: 27, |
| 06/30/25 11:09:49 | pd5 | 201846 | UNIT UPDATED - Unit: S11, Status: AM, Location: , Employees: 51789 |
| 06/30/25 11:10:08 | $3A33 | 106200 | UNIT UPDATED - Unit: 3A33, Status: UC, Location: , Employees: 106200 |
| 06/30/25 11:10:08 | $3A33 | 106200 | UNIT UPDATED - Unit: 3A33, Status: UC, Location: , Employees: 106200 |
| 06/30/25 11:10:08 | $3A33 | 106200 | UNIT UPDATED - Unit: 3A33, Status: UC, Location: , Employees: 106200 |
| 06/30/25 11:10:08 | $3A33 | 106200 | UNIT UPDATED - Unit: 3A33, Status: UC, Location: , Employees: 106200 |
| 06/30/25 11:10:08 | $3A33 | 106200 | UNIT UPDATED - Unit: 3A33, Status: UC, Location: , Employees: 106200 |
| 06/30/25 11:10:50 | $3A13 | 102307 | UNIT UPDATED - Unit: 3A13, Status: UC, Location: , Employees: 102307 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Time | Unit | ID | Description |
|---|---|---|---|
| 06/30/25 11:10:50 | $3A13 | 102307 | UNIT UPDATED - Unit: 3A13, Status: UC, Location: , Employees: 102307 |
| 06/30/25 11:10:50 | $3A13 | 102307 | UNIT UPDATED - Unit: 3A13, Status: UC, Location: , Employees: 102307 |
| 06/30/25 11:10:50 | $3A13 | 102307 | UNIT UPDATED - Unit: 3A13, Status: UC, Location: , Employees: 102307 |
| 06/30/25 11:10:50 | $3A13 | 102307 | UNIT UPDATED - Unit: 3A13, Status: UC, Location: , Employees: 102307 |
| 06/30/25 11:10:58 | $S4 | 50462 | EVENT UPDATED - Rms Transfer Time: 06/30/25 11:10:58, Total Assigned Units: 28, |
| 06/30/25 11:10:58 | $S4 | 50462 | S4, Status: DP, Location: Employees: 50462 |
| 06/30/25 11:11:10 | $S4 | 50462 | S4, Status: ER, Location: Employees: 50462 |
| 06/30/25 11:11:13 | $S4 | 50462 | S4, Status: AS, Location: Employees: 50462 |
| 06/30/25 11:12:27 | $3T31 | 201134 | DC, Location: Employees: 10 |
| 06/30/25 11:12:27 | $3T31 | 201134 | DC, Location: Employees: 10 |
| 06/30/25 11:12:27 | $3T31 | 201134 | 3T31, Status: UE, Location: Employees: 201134 |
| 06/30/25 11:14:28 | $SW24 | 102428 | EVENT UPDATED - Total Assigned Units: 27, |
| 06/30/25 11:14:28 | $SW24 | 102428 | UNIT UPDATED - Unit: SW24, Status: AM, Location: , Employees: 102428 |
| 06/30/25 11:14:41 | $3A35 | 104578 | EVENT UPDATED - Rms Transfer Time: 06/30/25 11:14:41, Total Assigned Units: 26, |
| 06/30/25 11:14:41 | $3A35 | 104578 | UNIT UPDATED - Unit: 3A35, Status: AM, Location: , Employees: 104578 |
| 06/30/25 11:15:15 | $3A14 | 102857 | UNIT UPDATED - Unit: 3A14, Status: DC, Location: Employees: 102857 |
| 06/30/25 11:15:15 | $3A14 | 102857 | UNIT UPDATED - Unit: 3A14, Status: DC, Location: Employees: 102857 |
| 06/30/25 11:17:04 | $S4 | 50462 | EVENT UPDATED - Rms Transfer Time: 06/30/25 11:17:04, Total Assigned Units: 25, |
| 06/30/25 11:17:04 | $S4 | 50462 | UNIT UPDATED - Unit: S4, Status: AM, Location: , Employees: 50462 |
| 06/30/25 11:17:50 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| 06/30/25 11:17:50 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| 06/30/25 11:17:50 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| 06/30/25 11:17:50 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| 06/30/25 11:17:50 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| 06/30/25 11:17:50 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |

7/1/25, 9:57 AM — I/NetViewer : Event Chronology

| Date/Time | Unit | Employee | Description |
|---|---|---|---|
| 06/30/25 11:17:50 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:50 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:50 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:50 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:50 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:17:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:18:26 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:21:10 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:21:10 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:21:10 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:21:10 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location:, Employees: 102211 |
| 06/30/25 11:24:00 | pa5 | 101710 | EVENT REMARK - 323 -- VICTIM WITNESS PAGED |
| 06/30/25 11:24:56 | $3A14 | 102857 | EVENT UPDATED - Rms Transfer Time: 06/30/25 11:24:56, Total Assigned Units: 24, |
| 06/30/25 11:24:56 | $3A14 | 102857 | UNIT UPDATED - Unit: 3A14, Status: AM, Location:, Employees: 102857 |
| 06/30/25 11:31:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:31:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:31:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:31:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:31:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |

7/1/25, 9:57 AM — I/NetViewer : Event Chronology

| Date/Time | Unit | ID | Description |
|---|---|---|---|
| 06/30/25 11:31:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:31:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:31:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:31:32 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:31:32 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:31:32 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:37:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:37:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:37:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:37:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:37:31 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:37:32 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:37:32 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:37:32 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:37:32 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:37:32 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:40:23 | $3A17 | 201297 | EVENT UPDATED - Rms Transfer Time: 06/30/25 11:40:23, Total Assigned Units: 23, |
| 06/30/25 11:40:23 | $3A17 | 201297 | UNIT UPDATED - Unit: 3A17, Status: AM, Location:, Employees: 201297 |
| 06/30/25 11:42:44 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:42:44 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:42:44 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:42:44 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:42:44 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location:, Employees: 200779 |
| 06/30/25 11:45:37 | $3T31 | 201134 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 201134 |
| 06/30/25 11:45:38 | $3T31 | 201134 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 201134 |
| 06/30/25 11:45:38 | $3T31 | 201134 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 201134 |
| 06/30/25 11:45:38 | $3T31 | 201134 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 201134 |
| 06/30/25 11:45:38 | $3T31 | 201134 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 201134 |
| 06/30/25 11:54:04 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 11:54:04, Total Assigned Units: 24, |

7/1/25, 9:57 AM                                                                    I/NetViewer : Event Chronology

| Date/Time | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 11:54:04 | pa5 | 101710 | CR81, Status: DP, Location: Employees: 1300001 |
| 06/30/25 11:54:04 | pa5 | 101710 | CR81, Status: ER, Location: Employees: 1300001 |
| 06/30/25 11:54:44 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| 06/30/25 11:54:44 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| 06/30/25 11:54:44 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| 06/30/25 11:56:37 | pa5 | 101710 | EVENT REMARK - 3T16 -- GARYS FOR 1 TO TRANSPORT TO EPIC... |
| 06/30/25 11:56:44 | pa5 | 101710 | EVENT REMARK - *PER 9D47* |
| 06/30/25 11:56:53 | pa5 | 101710 | EVENT REMARK - *GARYS IN 30* |
| 06/30/25 12:00:39 | $3L3 | 104200 | UNIT UPDATED - Unit: 3L3, Status: UC, Location: , Employees: 104200 |
| 06/30/25 12:00:39 | $3L3 | 104200 | UNIT UPDATED - Unit: 3L3, Status: UC, Location: , Employees: 104200 |
| 06/30/25 12:00:39 | $3L3 | 104200 | UNIT UPDATED - Unit: 3L3, Status: UC, Location: , Employees: 104200 |
| 06/30/25 12:08:53 | pa5 | 101710 | CR81, Status: AS, Location: Employees: 1300001 |
| 06/30/25 12:15:34 | $3O15 | 201144 | EVENT UPDATED - Rms Transfer Time: 06/30/25 12:15:34, Total Assigned Units: 23, |
| 06/30/25 12:15:34 | $3O15 | 201144 | UNIT UPDATED - Unit: 3O15, Status: AM, Location: , Employees: 201144 |
| 06/30/25 12:18:30 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location: , Employees: 200779 |
| 06/30/25 12:18:30 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location: , Employees: 200779 |
| 06/30/25 12:18:30 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UC, Location: , Employees: 200779 |
| 06/30/25 12:24:52 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location: , Employees: 201817 |
| 06/30/25 12:24:53 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location: , Employees: 201817 |
| 06/30/25 12:24:53 | $3O34 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location: , Employees: 201817 |
| 06/30/25 12:30:48 | uapd05 | 1002412 | us, DP, Location: Employees: 1006 |
| 06/30/25 12:30:49 | uapd05 | 1002412 | EVENT UPDATED - Total Assigned Units: 24, |
| 06/30/25 12:30:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| 06/30/25 12:30:51 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| 06/30/25 12:30:52 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| 06/30/25 12:30:52 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| 06/30/25 12:30:52 | $M33 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |

vmcadrplsprd/NetViewer/InquiryCommand/EventChronology?eventID=E2518102548isFDIDSearch=False&isSearchResult=False&eid=8515028

40/52

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Unit | Date/Time | ID | Event |
|---|---|---|---|
| $M33 | 06/30/25 12:30:52 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| uapd05 | 06/30/25 12:31:02 | 1002412 | MESSAGE SENT - Call Back#: CALL BACK: ▇▇▇ SHOOT/STAB-PT, E251810254 |
| uapd05 | 06/30/25 12:31:02 | 1002412 | EVENT REMARK - ** CALL BACK MESSAGE #3264323 initiated at 06/30/25 12:31:02 from uapd05 |
| uapd05 | 06/30/25 12:31:02 | 1002412 | EVENT REMARK - CALL BACK: ▇▇▇ SHOOT/STAB-PT, E251810254 |
| uapd05 | 06/30/25 12:31:14 | 1002412 | EVENT UPDATED - Rms Transfer Time: 06/30/25 12:31:14, Total Assigned Units: 23, |
| uapd05 | 06/30/25 12:31:14 | 1002412 | UNIT UPDATED - Unit: DVD14, Status: UC, Location: , Employees: 1006179 |
| uapd05 | 06/30/25 12:31:14 | 1002412 | UNIT UPDATED - Unit: DVD14, Status: AV, Location: , Employees: 1006179 |
| $M33 | 06/30/25 12:31:45 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $M33 | 06/30/25 12:40:41 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $M33 | 06/30/25 12:40:41 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $M33 | 06/30/25 12:40:41 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $M33 | 06/30/25 12:40:41 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $M33 | 06/30/25 12:40:41 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $M33 | 06/30/25 12:40:41 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $M33 | 06/30/25 12:40:55 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $M33 | 06/30/25 12:41:11 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $M33 | 06/30/25 12:41:11 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $M33 | 06/30/25 12:41:11 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $M33 | 06/30/25 12:41:11 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $3O34 | 06/30/25 12:42:30 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location: , Employees: 201817 |
| $3O34 | 06/30/25 12:42:30 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location: , Employees: 201817 |
| $3O34 | 06/30/25 12:42:30 | 201817 | UNIT UPDATED - Unit: 3O34, Status: UC, Location: , Employees: 201817 |
| $3Z3 | 06/30/25 12:59:46 | 202267 | UNIT UPDATED - Unit: 3Z3, Status: ER, Location: ▇▇▇ @C20: @EPIC, Employees: 101683, 202267 |
| $3Z3 | 06/30/25 12:59:46 | 202267 | UNIT UPDATED - Unit: 3Z3, Status: CL, Location: ▇▇▇ TUC: @C20: @EPIC, Employees: 101683, 202267 |
| pa5 | 06/30/25 13:05:35 | 101710 | EVENT REMARK - 3O34 -- MEDIA 23 AT ▇▇▇ |
| pa5 | 06/30/25 13:10:44 | 101710 | EVENT REMARK - ***-*** *** *** *** |

| 06/30/25 13:10:55 | pa5 | 101710 | UPDATED/ADDITIONAL CALL - Call Source: ANI/ALI, Caller Name: ███████ Caller Phone Number: ███████1, Caller Address: |
| 06/30/25 13:10:55 | pa5 | 201846 | ADD SUPPLEMENTAL- Revision Number: 1, Supplemental Type: Person, Age: 0 DOB: ███████ Height: 0 Name: ███████ Unit ID: 3L1 Weight: 0 |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - Duplicate Event:Location = ███████ Cross Street 1 = S PW, Cross Street 2 = S ███████ BL, Type = ASSLT -AGG CRIMESCENE NOTIFICATION AGGRAVATED ASSAULT CRIME SCENE UNIT EVENT SUPERVISOR NOTIFICATION, Caller Name = ███████, Caller Ph Number = ███████3941, Call Source = ANI/ALI, Alarm Level = 1 |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - WPH2 -110.921380 +32.203084 |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - CBD CALL STARTED: d4936f2-67d2-4865-88a6-b0f0f1b20718 |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - ^^ WEAPONS INVOLVED: UNKNOWN |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - ^^ INCIDENT JUST OCCURRED |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - ^^ SUSPECT NOT THERE |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - ^^ Initial Dispatch Comment: MALE ATTEMPTED TO BREAK IN, AND POINTED GUN AT COMPS BF |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - ^^ NEVER MAD ENTRY |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - ^^ NO REPORTED INJURIES |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - ^^ LEVEL 2 - AGGRAVATED ASSAULT / UNCONFIRMED INJURY |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - ^^ Code Received from Corti: ASSLT-AGG |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 06:28:01 |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - 10-39 |
| 06/30/25 13:10:55 | pa5 | 101710 | EVENT REMARK - ***SUPV NOTIFICATION SENT*** |
| 06/30/25 13:10:56 | pa5 | 101710 | EVENT REMARK - ^^ W/M/30-40/STRIPED BLK AND WHI SHIRT/ TAN PANTS |
| 06/30/25 13:10:56 | pa5 | 101710 | EVENT REMARK - ^^ VARRYING BACK PACK, 9 MM GUN |
| 06/30/25 13:10:56 | pa5 | 101710 | EVENT REMARK - 3U1 COPIED |
| 06/30/25 13:10:56 | pa5 | 101710 | EVENT REMARK - ^^ SUSP WAS IN BACKYARD |
| 06/30/25 13:10:56 | pa5 | 101710 | EVENT REMARK - ^^ UNK DIRECTRION OF TRAVEL DOWN ALLEY |
| 06/30/25 13:10:56 | pa5 | 101710 | EVENT REMARK - ** PER search completed at 06/30/25 06:30:33 |
| 06/30/25 13:10:56 | pa5 | 101710 | EVENT REMARK - ███████ Priority : Normal |
| 06/30/25 13:10:56 | pa5 | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 06:31:15 |

| | | | |
|---|---|---|---|
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - OCCURED RIGHT BEFORE CALLING |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - **** |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 06:33:26 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - 3A95 -- A/C..QUADS SET |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 06:34:38 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 06:35:08 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 06:35:11 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - BCNU SAM UNIT CW |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - 3T16 -- CLEARING BACKYARD OF RESIDENCE |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - 3T16 -- BACKYARD IS C4 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - 3T16 -- SUBJ LS IN THE BACKYARD...UNK DIRECTION |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - 3A95 -- DIGS IN THE ALLEY TRAVELING EB |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - 3U1 -- HOLD QUADS FOR NOW |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 06:39:44 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 06:39:51 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - 3T6 -- ****W/M/507/MED THIN/SHORT BLK HAIR/BLU & WHI STRIPED COLLARD SHIRT/KHAKI PANTS/BACKPACK**** Priority : Normal |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 06:40:51 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - drone: https://web.dronesense.com/video/code/08ddb7db-e033-4206-810d-8c24ba2df1d5 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - 3L1 -- CHECKING W/PCSO TO SEE IF THEY CAN ACCESS THEIR SURVEILLANCE |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - 3C2 -- HAS CAMERA POSTED |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 06:47:44 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - On phone with PCSO supervisor at They are checking cameras for potential sighting of suspect. |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - No footage from PCSO Supervisor is combing through footage to double check and will contact me via 21 if anything related is found. |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - cameras do not work. |

7/1/25, 9:57 AM

INetViewer : Event Chronology

| Date/Time | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - ** Case number P2506300026 has been assigned to event E251810230 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - ** > > > > by: 200779 on terminal: $3T16 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 07:02:45 |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - 3A92 -- EYES ON POSS MATCHING.BUS STOP ON SILVERLAKE TO THE EAST OF JONES |
| 06/30/25 13:10:56 | pa5 | 101770 | EVENT REMARK - 3U1 -- CHECKING THE ALLEY |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT CROSS-REFERENCED -      E251810230 E251810287 W272741 |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 07:12:12 |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - 3L1 -- GETTING LONE EYE ON 100 ACRED WOODS |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - ** > > > > by: 101710 on terminal: pa5 |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - CS REF AGG ASSAULT AT ▮▮▮▮▮ PER 3U1 AT 0717 HRS..CASE 0026 |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 07:20:49 |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 07:20:54 |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - 3T16 -- DRONE IS BACK UP |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - at 34th and crossover for quads ref the shooting call |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 07:59:58 |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - drones: https://web.dronesense.com/video/code/08ddb7db-e033-4206-810d-8c24ba2df1d5 |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - ** Event held for 5999 minutes and unit 3T16 |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 09:59:36 |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - ** LOI search completed at 06/30/25 12:07:04 |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - End of Duplicate Event data |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - ** Cross Referenced to Event # E251810230 at: 06/30/25 13:10:57 |
| 06/30/25 13:10:57 | pa5 | 101770 | EVENT REMARK - ** > > > > by: 101710 on terminal: pa5 |
| 06/30/25 13:11:52 | $3Z3 | 202267 | UNIT UPDATED - Unit 3Z3, Status: AS, Location: ▮▮▮▮ TUC: @C20: @EPIC, Employees: 101683, 202267 |
| 06/30/25 13:11:52 | $3T31 | 201134 | EVENT REMARK - Julio currently in operating room 2 Priority : Normal |
| 06/30/25 13:16:07 | $M35 | 40358 | UNIT UPDATED - Unit M35, Status: DC, Location: ▮▮▮▮ Employees: 40358 |
| 06/30/25 13:16:07 | $M35 | 40358 | UNIT UPDATED - Unit M35, Status: DC, Location: ▮▮▮▮ Employees: 40358 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Unit | Date/Time | ID | Event |
|---|---|---|---|
| $M35 | 06/30/25 13:16:07 | 40358 | UNIT UPDATED - Unit: M35, Status: UG, Location: ▮ Employees: 40358 |
| $M35 | 06/30/25 13:16:19 | 40358 | EVENT UPDATED - Rms Transfer Time: 06/30/25 13:16:19, Total Assigned Units: 22, |
| $M35 | 06/30/25 13:16:19 | 40358 | UNIT UPDATED - Unit: M35, Status: AM, Location: ., Employees: 40358 |
| $3A13 | 06/30/25 13:19:52 | 102307 | EVENT UPDATED - Rms Transfer Time: 06/30/25 13:19:52, Total Assigned Units: 21, |
| $3A13 | 06/30/25 13:19:52 | 102307 | UNIT UPDATED - Unit: 3A13, Status: AM, Location: , Employees: 102307 |
| $3A15 | 06/30/25 13:29:44 | 201432 | EVENT UPDATED - Rms Transfer Time: 06/30/25 13:29:44, Total Assigned Units: 20, |
| $3A15 | 06/30/25 13:29:44 | 201432 | UNIT UPDATED - Unit: 3A15, Status: AM, Location: , Employees: 201432 |
| $3T16 | 06/30/25 13:34:12 | 200779 | EVENT REMARK - checking camera @ ▮ Priority : Normal |
| 0791 | 06/30/25 13:35:10 | 101683 | UNIT UPDATED - Unit: 323, Status: UC, Location: , Employees: 101683, 202267 |
| 0791 | 06/30/25 13:35:10 | 101683 | UNIT UPDATED - Unit: 323, Status: UC, Location: , Employees: 101683, 202267 |
| 0791 | 06/30/25 13:35:10 | 101683 | UNIT UPDATED - Unit: 323, Status: UC, Location: , Employees: 101683, 202267 |
| $M33 | 06/30/25 13:37:21 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $M33 | 06/30/25 13:37:22 | 102211 | UNIT UPDATED - Unit: M33, Status: UC, Location: , Employees: 102211 |
| $3T16 | 06/30/25 13:38:09 | 200779 | EVENT REMARK - no one home, there is camera in backyard that might view alley Priority : Normal |
| $M33 | 06/30/25 13:59:40 | 102211 | UNIT UPDATED - Unit: M33, Status: AM, Location: , Employees: 102211 |
| $M33 | 06/30/25 13:59:41 | 102211 | EVENT UPDATED - Rms Transfer Time: 06/30/25 13:59:41, Total Assigned Units: 19, |
| $3O12 | 06/30/25 14:05:17 | 105106 | UNIT UPDATED - Unit: 3O12, Status: DC, Location: TUC. BLOCKING, Employees: 105106 |
| $3O12 | 06/30/25 14:05:17 | 105106 | UNIT UPDATED - Unit: 3O12, Status: DC, Location: TUC. BLOCKING, Employees: 105106 |
| $3A37 | 06/30/25 14:16:28 | 201596 | UNIT UPDATED - Unit: 3A37, Status: DC, Location: TUC. Employees: 201596 |
| $3A37 | 06/30/25 14:16:28 | 201596 | UNIT UPDATED - Unit: 3A37, Status: DC, Location: TUC. Employees: 201596 |
| $3A37 | 06/30/25 14:16:28 | 201596 | UNIT UPDATED - Unit: 3A37, Status: UG, Location: TUC. Employees: 201596 |
| $3O34 | 06/30/25 14:20:37 | 201817 | EVENT UPDATED - Rms Transfer Time: 06/30/25 14:20:37, Total Assigned Units: 18, |
| $3O34 | 06/30/25 14:20:37 | 201817 | UNIT UPDATED - Unit: 3O34, Status: AM, Location: , Employees: 201817 |
| $3U1 | 06/30/25 14:21:58 | 100621 | EVENT UPDATED - Total Assigned Units: 17, |
| $3U1 | 06/30/25 14:21:58 | 100621 | UNIT UPDATED - Unit: 3U1, Status: AM, Location: , Employees: 100621 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 14:21:59 | $3CR3 | 105686 | EVENT UPDATED - Rms Transfer Time: 06/30/25 14:21:59, Total Assigned Units: 16, |
| 06/30/25 14:21:59 | $3CR3 | 105686 | UNIT UPDATED - Unit: 3CR3, Status: AM, Location: , Employees: 105686 |
| 06/30/25 14:42:25 | $3O12 | 105106 | EVENT UPDATED - Rms Transfer Time: 06/30/25 14:42:25, Total Assigned Units: 15, |
| 06/30/25 14:42:25 | $3O12 | 105106 | UNIT UPDATED - Unit: 3O12, Status: AM, Location: , Employees: 105106 |
| 06/30/25 14:49:45 | pd6 | 101711 | UNIT UPDATED - Unit: SW1, Status: AS, Location: TUC, Employees: 51100 |
| 06/30/25 14:49:48 | pd6 | 101711 | UNIT UPDATED - Unit: 3L1, Status: AS, Location: TUC, Employees: 103808 |
| 06/30/25 14:49:49 | pd6 | 101711 | s: AS, Location: TUC, Employees: 20 |
| 06/30/25 14:51:19 | $3L1 | 103808 | EVENT UPDATED - Rms Transfer Time: 06/30/25 14:51:19, Total Assigned Units: 14, |
| 06/30/25 14:51:19 | $3L1 | 103808 | UNIT UPDATED - Unit: 3L1, Status: AM, Location: , Employees: 103808 |
| 06/30/25 14:52:40 | $3O33 | 202417 | EVENT UPDATED - Rms Transfer Time: 06/30/25 14:52:40, Total Assigned Units: 13, |
| 06/30/25 14:52:40 | $3O33 | 202417 | UNIT UPDATED - Unit: 3O33, Status: AM, Location: , Employees: 202417 |
| 06/30/25 14:57:37 | $3O11 | 105144 | EVENT UPDATED - Rms Transfer Time: 06/30/25 14:57:37, Total Assigned Units: 12, |
| 06/30/25 14:57:37 | $3O11 | 105144 | UNIT UPDATED - Unit: 3O11, Status: AM, Location: , Employees: 105144 |
| 06/30/25 15:02:09 | $3L3 | 104200 | EVENT UPDATED - Rms Transfer Time: 06/30/25 15:02:09, Total Assigned Units: 11, |
| 06/30/25 15:02:09 | $3L3 | 104200 | UNIT UPDATED - Unit: 3L3, Status: AM, Location: , Employees: 104200 |
| 06/30/25 15:03:40 | $3O31 | 200190 | EVENT UPDATED - Rms Transfer Time: 06/30/25 15:03:40, Total Assigned Units: 10, |
| 06/30/25 15:03:40 | $3O31 | 200190 | UNIT UPDATED - Unit: 3O31, Status: AM, Location: , Employees: 200190 |
| 06/30/25 15:11:24 | $3A37 | 201596 | EVENT UPDATED - Rms Transfer Time: 06/30/25 15:11:24, Total Assigned Units: 9, |
| 06/30/25 15:11:24 | $3A37 | 201596 | UNIT UPDATED - Unit: 3A37, Status: AM, Location: , Employees: 201596 |
| 06/30/25 15:13:44 | $3C2 | 47469 | UNIT UPDATED - Unit: 3C2, Status: DC, Location: L, TUC, Employees: 47469 |
| 06/30/25 15:13:44 | $3C2 | 47469 | UNIT UPDATED - Unit: 3C2, Status: DC, Location: TUC, Employees: 47469 |
| 06/30/25 15:13:54 | $3C2 | 47469 | UNIT UPDATED - Unit: 3C2, Status: AS, Location: TUC, Employees: 47469 |
| 06/30/25 15:14:16 | $3A54 | 202137 | EVENT UPDATED - Total Assigned Units: 10, |
| 06/30/25 15:14:16 | $3A54 | 202137 | s: DP, Location: Employees: 20 |
| 06/30/25 15:14:33 | $3C2 | 47469 | EVENT UPDATED - Rms Transfer Time: 06/30/25 15:14:33, Total Assigned Units: 9, |
| 06/30/25 15:14:33 | $3C2 | 47469 | UNIT UPDATED - Unit: 3C2, Status: AM, Location: , Employees: 47469 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Date/Time | Unit | ID | Description |
|---|---|---|---|
| 06/30/25 15:17:46 | $3T31 | 201134 | EVENT REMARK - Julio in OR 37 Priority : Normal |
| 06/30/25 15:18:03 | $3T31 | 201134 | EVENT REMARK - correction PR 37 Priority : Normal |
| 06/30/25 15:24:16 | ect7 | 0 | 3A54, Status: ~, Location: Employees: 202137 |
| 06/30/25 15:24:51 | $3T16 | 200779 | UNIT UPDATED - Unit 3T16, Status: AM, Location:, Employees: 200779 |
| 06/30/25 15:24:52 | $3T16 | 200779 | EVENT UPDATED - Rms Transfer Time: 06/30/25 15:2452, Total Assigned Units: 8, |
| 06/30/25 15:34:09 | pd6 | 101711 | CU, Location: Employees: 10 |
| 06/30/25 15:34:09 | pd6 | 101711 | CU, Location: Employees: 20 |
| 06/30/25 15:34:09 | pd6 | 101711 | CU, Location: Employees: 20 |
| 06/30/25 15:34:09 | pd6 | 101711 | UNIT UPDATED - Unit 3Z3, Status: CU, Location: TUC: @C20: @EPIC, Employees: 101683, 202267 |
| 06/30/25 15:34:09 | pd6 | 101711 | UNIT UPDATED - Unit 9D40, Status: CU, Location: TUC, Employees: 41537 |
| 06/30/25 15:34:09 | pd6 | 101711 | CRB1, Status: CU, Location: Employees: 1300001 |
| 06/30/25 15:34:09 | pd6 | 101711 | UNIT UPDATED - Unit SW14, Status: CU, Location: TUC, Employees: 52778 |
| 06/30/25 15:34:09 | pd6 | 101711 | UNIT UPDATED - Unit SW71, Status: CU, Location: TUC, Employees: 51100 |
| 06/30/25 16:08:26 | $3A54 | 202137 | 3A54, Status: ER, Location: Employees: 202137 |
| 06/30/25 16:08:29 | $3A54 | 202137 | AS, Location: Employees: 20 |
| 06/30/25 16:19:07 | $3A33 | 106200 | DC, Location: Employees: 106 |
| 06/30/25 16:19:07 | $3A33 | 106200 | DC, Location: Employees: 106 |
| 06/30/25 16:25:33 | $3A54 | 202137 | EVENT REMARK - Julio is being transported to another room 3202 Priority : Normal |
| 06/30/25 16:50:43 | $3Z3 | 202267 | EVENT UPDATED - Rms Transfer Time: 06/30/25 16:5043, Total Assigned Units: 7, |
| 06/30/25 16:50:43 | $3Z3 | 202267 | UNIT UPDATED - Unit 3Z3, Status: AM, Location:, Employees: 101683, 202267 |
| 06/30/25 17:03:18 | uapd06 | 0 | UNIT UPDATED - Unit SW14, Status: ~, Location: TUC, Employees: 52778 |
| 06/30/25 17:03:24 | ect8 | 0 | UNIT UPDATED - Unit 9D40, Status: ~, Location: TUC, Employees: 41537 |

7/1/25, 9:57 AM

INetViewer : Event Chronology

| Date/Time | Unit | Value | Description |
|---|---|---|---|
| 06/30/25 17:03:45 | fs | 0 | UNIT UPDATED - Unit: SW71, Status: -, Location: 51100 ... TUC, Employees: |
| 06/30/25 17:03:45 | ect6 | 0 | UNIT UPDATED - Unit: SW71, Status: -, Location: 51100 ... TUC, Employees: |
| 06/30/25 17:03:53 | uapd06 | 0 | CRB1, Status: -, Location: Employees: 1300001 |
| 06/30/25 17:04:05 | ect6 | 0 | 3T31, Status: -, Location: Employees: 201134 |
| 06/30/25 17:04:05 | fs | 0 | 3T31, Status: -, Location: Employees: 201134 |
| 06/30/25 17:04:07 | ssupv1 | 0 | 3A33, Status: -, Location: Employees: 106200 |
| 06/30/25 17:08:25 | pa7 | 105134 | ... CU, Location: Employees: 10 |
| 06/30/25 17:08:25 | pa7 | 105134 | ... CU, Location: Employees: 202 |
| 06/30/25 17:08:25 | pa7 | 105134 | ... CU, Location: Employees: 20 |
| 06/30/25 17:08:25 | pa7 | 105134 | UNIT UPDATED - Unit: 9D40, Status: CU, Location: Employees: 41537 ... TUC, |
| 06/30/25 17:08:25 | pa7 | 105134 | CRB1, Status: CU, Location: Employees: 1300001 |
| 06/30/25 17:08:26 | pa7 | 105134 | UNIT UPDATED - Unit: SW14, Status: CU, Location: Employees: 52778 ... TUC, |
| 06/30/25 17:08:26 | pa7 | 105134 | UNIT UPDATED - Unit: SW71, Status: CU, Location: Employees: 51100 ... TUC, |
| 06/30/25 17:39:42 | $3T31 | 201134 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 201134 |
| 06/30/25 17:39:42 | $3T31 | 201134 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 201134 |
| 06/30/25 17:39:42 | $3T31 | 201134 | UNIT UPDATED - Unit: 3T31, Status: UC, Location:, Employees: 201134 |
| 06/30/25 17:41:07 | $3A33 | 106200 | UNIT UPDATED - Unit: 3A33, Status: UC, Location:, Employees: 106200 |
| 06/30/25 17:41:07 | $3A33 | 106200 | UNIT UPDATED - Unit: 3A33, Status: UC, Location:, Employees: 106200 |
| 06/30/25 17:41:07 | $3A33 | 106200 | UNIT UPDATED - Unit: 3A33, Status: UC, Location:, Employees: 106200 |
| 06/30/25 17:58:44 | $3A54 | 202137 | UNIT UPDATED - Unit: 3A54, Status: UC, Location:, Employees: 202137 |
| 06/30/25 17:58:44 | $3A54 | 202137 | UNIT UPDATED - Unit: 3A54, Status: UC, Location:, Employees: 202137 |
| 06/30/25 17:58:44 | $3A54 | 202137 | UNIT UPDATED - Unit: 3A54, Status: UC, Location:, Employees: 202137 |
| 06/30/25 18:07:48 | $3T31 | 201134 | EVENT UPDATED - Rms Transfer Time: 06/30/25 18:07:48, Total Assigned Units: 6, |
| 06/30/25 18:07:48 | $3T31 | 201134 | UNIT UPDATED - Unit: 3T31, Status: AM, Location:, Employees: 201134 |

7/1/25, 9:57 AM                                                                                         iiNetViewer : Event Chronology



I/NetViewer : Event Chronology

| Timestamp | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 20:29:34 | pa5 | 200679 | CRB1, Status: CU, Location: 1300001 Employees: 1300001 |
| 06/30/25 20:29:34 | pa5 | 200679 | UNIT UPDATED - Unit: SW14, Status: CU, Location: L TUC, Employees: 52778 |
| 06/30/25 20:29:34 | pa5 | 200679 | UNIT UPDATED - Unit: SW71, Status: CU, Location: TUC, Employees: 51100 |
| 06/30/25 20:56:03 | pd5 | 49601 | EVENT UPDATED - Rms Transfer Time: 06/30/25 20:56:03, Total Assigned Units: 5, |
| 06/30/25 20:56:03 | pd5 | 49601 | UNIT UPDATED - Unit: CRB1, Status: AV, Location: , Employees: 1300001 |
| 06/30/25 20:59:02 | pd5 | 49601 | UNIT UPDATED - Unit: 9D40, Status: AV, Location: , Employees: 41537 |
| 06/30/25 20:59:03 | pd5 | 49601 | EVENT UPDATED - Total Assigned Units: 4, |
| 06/30/25 20:59:03 | pd5 | 49601 | EVENT UPDATED - Total Assigned Units: 3, |
| 06/30/25 20:59:03 | pd5 | 49601 | EVENT UPDATED - Total Assigned Units: 2, |
| 06/30/25 20:59:03 | pd5 | 49601 | UNIT UPDATED - Unit: SW71, Status: AV, Location: , Employees: 51100 |
| 06/30/25 20:59:03 | pd5 | 49601 | UNIT UPDATED - Unit: SW14, Status: AM, Location: , Employees: 52778 |
| 06/30/25 20:59:16 | pd5 | 49601 | EVENT UPDATED - Rms Transfer Time: 06/30/25 20:59:16, Total Assigned Units: 1, |
| 06/30/25 20:59:16 | pd5 | 49601 | UNIT UPDATED - Unit: 3A33, Status: AM, Location: , Employees: 106200 |
| 06/30/25 20:59:31 | pd5 | 49601 | UNIT UPDATED - Unit: 3A54, Status: ER, Location: 1625 N CAMPBELL AV TUC: @UMC:3202, Employees: 202137 |
| 06/30/25 20:59:31 | pd5 | 49601 | UNIT UPDATED - Unit: 3A54, Status: CL, Location: 1625 N CAMPBELL AV TUC: @UMC:3202, Employees: 202137 |
| 06/30/25 20:59:31 | vmcadcompd | 49601 | EVENT REMARK - **LOI search completed at 06/30/25 20:59:31 |
| 06/30/25 20:59:33 | pd5 | 49601 | UNIT UPDATED - Unit: 3A54, Status: AS, Location: 1625 N CAMPBELL AV TUC: @UMC:3202, Employees: 202137 |
| 06/30/25 20:59:43 | pd5 | 49601 | EVENT REMARK - 3A54 -- OUT AT UMC ROOM 3202 WITH SUSPECT |
| 06/30/25 21:19:15 | 3A54 | 202137 | UNIT UPDATED - Unit: 3A54, Status: UC, Location: , Employees: 202137 |
| 06/30/25 21:19:15 | 3A54 | 202137 | UNIT UPDATED - Unit: 3A54, Status: UC, Location: , Employees: 202137 |
| 06/30/25 21:19:15 | 3A54 | 202137 | UNIT UPDATED - Unit: 3A54, Status: UC, Location: , Employees: 202137 |
| 06/30/25 21:19:15 | 3A54 | 202137 | UNIT UPDATED - Unit: 3A54, Status: UC, Location: , Employees: 202137 |
| 06/30/25 21:19:15 | 3A54 | 202137 | UNIT UPDATED - Unit: 3A54, Status: UC, Location: , Employees: 202137 |
| 06/30/25 22:31:41 | pa5 | 200679 | EVENT UPDATED - Rms Transfer Time: 06/30/25 22:31:41, Total Assigned Units: 2, |
| 06/30/25 22:31:41 | pa5 | 200679 | UNIT UPDATED - Unit: 3L6, Status: DP, Location: 1625 N CAMPBELL AV TUC: @UMC:3202, Employees: 100393 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

| Timestamp | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 22:31:41 | pa5 | 200679 | UNIT UPDATED - Unit: 3L6, Status: AS, Location: 1625 N CAMPBELL AV TUC: @UMC:3202, Employees: 100393 |
| 06/30/25 22:54:35 | $3A54 | 202137 | EVENT UPDATED - Rms Transfer Time: 06/30/25 22:54:35, Total Assigned Units: 1, |
| 06/30/25 22:54:35 | $3A54 | 202137 | UNIT UPDATED - Unit: 3A54, Status: AM, Location:, Employees: 202137 |
| 07/01/25 01:17:10 | $3A94 | 202122 | EVENT UPDATED - Rms Transfer Time: 07/01/25 01:17:10, Total Assigned Units: 2, |
| 07/01/25 01:17:10 | $3A94 | 202122 | ...: DP, Location: Employees: 20 |
| 07/01/25 01:27:10 | uapd05 | 0 | 3A94, Status: -, Location: Employees: 202122 |
| 07/01/25 01:28:18 | pa5 | 200679 | 3A94, Status: ER, Location: Employees: 202122 |
| 07/01/25 01:28:45 | pa5 | 200679 | EVENT UPDATED - Total Assigned Units: 1, |
| 07/01/25 01:28:45 | pa5 | 200679 | EVENT UPDATED - Rms Transfer Time: 07/01/25 01:28:45, Total Assigned Units: 2, |
| 07/01/25 01:28:45 | pa5 | 200679 | UNIT UPDATED - Unit: 3A94, Status: UC, Location:, Employees: 202122 |
| 07/01/25 01:28:45 | pa5 | 200679 | UNIT UPDATED - Unit: 3A94, Status: AM, Location:, Employees: 202122 |
| 07/01/25 01:28:45 | pa5 | 200679 | UNIT UPDATED - Unit: 3A94, Status: DP, Location: 1625 N CAMPBELL AV TUC: @UMC:3202, Employees: 202122 |
| 07/01/25 01:28:45 | pa5 | 200679 | UNIT UPDATED - Unit: 3A94, Status: ER, Location: 1625 N CAMPBELL AV TUC: @UMC:3202, Employees: 202122 |
| 07/01/25 01:32:38 | pa5 | 200679 | UNIT UPDATED - Unit: 3A94, Status: AS, Location: 1625 N CAMPBELL AV TUC: @UMC:3202, Employees: 202122 |
| 07/01/25 01:35:31 | $3A94 | 202122 | UNIT UPDATED - Unit: 3A94, Status: AS, Location: 1625 N CAMPBELL AV TUC: @UMC:3202, Employees: 202122 |
| 07/01/25 02:09:59 | $3L6 | 100393 | EVENT UPDATED - Rms Transfer Time: 07/01/25 02:09:59, Total Assigned Units: 1, |
| 07/01/25 02:09:59 | $3L6 | 100393 | UNIT UPDATED - Unit: 3L6, Status: AM, Location:, Employees: 100393 |
| 07/01/25 02:09:59 | $3A94 | 202122 | DISPOSITION ASSIGNED - C |
| 07/01/25 02:51:52 | $3A94 | 202122 | EVENT UPDATED - Situation Found Type: 0101, |
| 07/01/25 02:51:52 | $3A94 | 202122 | EVENT UPDATED - Primary Employee Id: 202122, Primary Unit Id: 3A94, |
| 07/01/25 02:51:52 | $3A94 | 202122 | EVENT UPDATED - Total Assigned Units: 0, |
| 07/01/25 02:51:52 | $3A94 | 202122 | EVENT CLOSED - |
| 07/01/25 02:51:52 | $3A94 | 202122 | EVENT UPDATED - Rms Transfer Time: 07/01/25 02:51:52, |
| 07/01/25 02:51:52 | $3A94 | 202122 | UNIT UPDATED - Unit: 3A94, Status: SF, Location: 1625 N CAMPBELL AV TUC: @UMC:3202, Employees: 202122 |
| 07/01/25 02:51:52 | $3A94 | 202122 | UNIT UPDATED - Unit: 3A94, Status: AM, Location:, Employees: 202122 |

7/1/25, 9:57 AM

I/NetViewer : Event Chronology

07/01/25
02:51:52

$3A94

202122

**EVENT REMARK** - ** Situation found 0101

7/1/25, 9:58 AM                                    INetViewer : Event Chronology

**-AGG - AGGRAVATED ASSAULT**

☑ System Comments

| Date/Time | Terminal | Operator | |
|---|---|---|---|
| 06/30/25 06:26:17 | ect7 | 0 | ANI/ALI - Phone: 480-925-3941, Lat: +32.203084, Lon: -110.921380, Call ID: 20250630000005332231 |
| 06/30/25 06:28:01 | ect7 | 202967 | NT CREATED - Type: ASSLT-AGG - AGGRAVATED ASSAULT, Location: Agency: TPD, Group: T3, Beat: T306, Status: P, Priority: 2 |
| 06/30/25 06:28:01 | ect7 | 202967 | INITIAL CALL - Call Source: ANI/ALI, Caller Name: , Caller Phone Number: Caller Address: |
| 06/30/25 06:28:01 | ect7 | 202967 | EVENT REMARK - WPH2 -110.921380 +32.203084 |
| 06/30/25 06:28:01 | ect7 | 202967 | EVENT REMARK - CBD CALL STARTED: d4936f2-67d2-4865-88a6-b0f0f1b20718 |
| 06/30/25 06:28:01 | ect7 | 202967 | EVENT REMARK - ^^ WEAPONS INVOLVED: UNKNOWN |
| 06/30/25 06:28:01 | ect7 | 202967 | EVENT REMARK - ^^ INCIDENT JUST OCCURRED |
| 06/30/25 06:28:01 | ect7 | 202967 | EVENT REMARK - ^^ SUSPECT NOT THERE |
| 06/30/25 06:28:01 | ect7 | 202967 | EVENT REMARK - ^^ Initial Dispatch Comment: MALE ATTEMPTED TO BREAK IN, AND POINTED GUN AT COMPS BF |
| 06/30/25 06:28:01 | ect7 | 202967 | EVENT REMARK - ^^ NEVER MAD ENTRY |
| 06/30/25 06:28:01 | ect7 | 202967 | EVENT REMARK - ^^ NO REPORTED INJURIES |
| 06/30/25 06:28:01 | ect7 | 202967 | EVENT REMARK - ^^ LEVEL 2 - AGGRAVATED ASSAULT / UNCONFIRMED INJURY |
| 06/30/25 06:28:01 | ect7 | 202967 | EVENT REMARK - ^^ Code Received from Corti: ASSLT-AGG |
| 06/30/25 06:28:01 | vmcadcompd | 202967 | EVENT REMARK - ** LOI search completed at 06/30/25 06:28:01 |
| 06/30/25 06:28:19 | ect7 | 202967 | UPDATED/ADDITIONAL CALL - Call Source: ANI/ALI, Caller Name: , Caller Phone Number: Caller Address: |
| 06/30/25 06:28:19 | ect7 | 202967 | EVENT UPDATED - Has Informer Loi Data: True, Has Loi Data: True, Zip Code: |
| 06/30/25 06:28:53 | pa5 | 101710 | EVENT REMARK - 10-39 |
| 06/30/25 06:28:55 | pa5 | 101710 | MESSAGE SENT - CRITICAL EVENT:        MUN: TUC HBLK: 1600S-3300E TYPE: ASSLT-AGG AGGRAVATED ASS      E HART Number: (480) 925-3941 TIME: 06:28:01 Comments: WPH2 -110.921380 +32.203084 CBD CALL STARTED: d4936f2-67d2-4865-88a6-b0f0f1b20718 ^^ WEAPONS INVOLVED: UNKNOWN ^^ INCIDENT JUST OCCURRED ^^ SUSPECT NOT THERE ^^ Initial Dispatch Comment: MALE ATTEMPTED TO BREAK IN, AND POINTED GUN AT COMPS BF ^^ NEVER MAD ENTRY ^^ NO REPORTED INJURIES ^^ LEVEL 2 - AGGRAVATED ASSAULT / UNCONFIRMED INJURY ^^ Code Received from Corti: ASSLT-AGG 10-39 |
| 06/30/25 06:28:55 | pa5 | 101710 | EVENT REMARK - ****SUPV NOTIFICATION SENT*** |
| 06/30/25 06:29:01 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 1, |

7/11/25, 9:58 AM

IINetViewer : Event Chronology

| Date/Time | Unit | ID | Event | Employees |
|---|---|---|---|---|
| 06/30/25 06:29:01 | pa5 | 101710 | EVENT UPDATED - First Unit Dispatched Time: 06/30/25 06:29:01, | |
| 06/30/25 06:29:01 | pa5 | 101710 | UNIT UPDATED - Unit: 3T16, Status: DP, Location: | Employees: 100561, 200779 |
| 06/30/25 06:29:07 | $3T16 | 200779 | EVENT UPDATED - First Unit Enrouted Time: 06/30/25 06:29:07, Rms Transfer Time: 06/30/25 06:29:07, | |
| 06/30/25 06:29:07 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: ER, Location: | Employees: 100561, 200779 |
| 06/30/25 06:29:21 | ect7 | 202967 | EVENT REMARK - ^^ W/M/30-40/STRIPED BLK AND WHI SHIRT/ TAN PANTS | |
| 06/30/25 06:29:27 | $3L1 | 103808 | EVENT UPDATED - Total Assigned Units: 2, | |
| 06/30/25 06:29:27 | $3L1 | 103808 | UNIT UPDATED - Unit: 3L1, Status: DP, Location: | Employees: 103808 |
| 06/30/25 06:29:29 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 3, | |
| 06/30/25 06:29:29 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 4, | |
| 06/30/25 06:29:29 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: DP, Location: | Employees: 102307 |
| 06/30/25 06:29:29 | pa5 | 101710 | UNIT UPDATED - Unit: 3A15, Status: DP, Location: | Employees: 201432 |
| 06/30/25 06:29:34 | ect7 | 202967 | EVENT REMARK - ^^ VARRYING BACK PACK, 9 MM GUN | |
| 06/30/25 06:29:37 | $3A15 | 201432 | UNIT UPDATED - Unit: 3A15, Status: ER, Location: | Employees: 201432 |
| 06/30/25 06:29:42 | $3A13 | 102307 | UNIT UPDATED - Unit: 3A13, Status: ER, Location: | Employees: 102307 |
| 06/30/25 06:29:46 | pa5 | 101710 | EVENT REMARK - 3U1 COPIED | |
| 06/30/25 06:29:51 | $3A92 | 105235 | EVENT UPDATED - Total Assigned Units: 5, | |
| 06/30/25 06:29:51 | $3A92 | 105235 | UNIT UPDATED - Unit: 3A92, Status: DP, Location: | Employees: 105235 |
| 06/30/25 06:30:02 | $3A17 | 201297 | EVENT UPDATED - Total Assigned Units: 6, | |
| 06/30/25 06:30:02 | $3A17 | 201297 | UNIT UPDATED - Unit: 3A17, Status: DP, Location: | Employees: 201297 |
| 06/30/25 06:30:06 | ect7 | 202967 | EVENT REMARK - ^^ SUSP WAS IN BACKYARD | |
| 06/30/25 06:30:11 | $3L1 | 103808 | UNIT UPDATED - Unit: 3L1, Status: ER, Location: | Employees: 103808 |
| 06/30/25 06:30:14 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 06:30:14, Total Assigned Units: 7, | |
| 06/30/25 06:30:14 | pa5 | 101710 | UNIT UPDATED - Unit: 3A95, Status: DP, Location: | Employees: 200773 |
| 06/30/25 06:30:16 | pa5 | 101710 | UNIT UPDATED - Unit: 3A95, Status: ER, Location: | Employees: 200773 |
| 06/30/25 06:30:25 | ect7 | 202967 | EVENT REMARK - ^^ UNK DIRECTION OF TRAVEL DOWN ALLEY | |
| 06/30/25 06:30:31 | $3A14 | 102857 | EVENT UPDATED - Total Assigned Units: 8, | |
| 06/30/25 06:30:31 | $3A14 | 102857 | UNIT UPDATED - Unit: 3A14, Status: DP, Location: | Employees: 102857 |

7/1/25, 9:58 AM

I/NetViewer : Event Chronology

| Timestamp | Unit | ID | Event |
|---|---|---|---|
| 06/30/25 06:30:33 | pd5 | 201846 | ADD SUPPLEMENTAL- Revision Number: 1, Supplemental Type: Person, Age: 0 DOB: Height: 0 Name: Unit ID: 3L1 Weight: 0 |
| 06/30/25 06:30:33 | pd5 | 201846 | UNIT UPDATED - Unit: 3L1, Status: UC, Location: , Employees: 103808 |
| 06/30/25 06:30:33 | pd5 | 201846 | UNIT UPDATED - Unit: 3L1, Status: UC, Location: , Employees: 103808 |
| 06/30/25 06:30:33 | pd5 | 201846 | UNIT UPDATED - Unit: 3L1, Status: UC, Location: , Employees: 103808 |
| 06/30/25 06:30:33 | pd5 | 201846 | UNIT UPDATED - Unit: 3L1, Status: UC, Location: , Employees: 103808 |
| 06/30/25 06:30:33 | pd5 | 201846 | UNIT UPDATED - Unit: 3L1, Status: UC, Location: , Employees: 103808 |
| 06/30/25 06:30:33 | vmcadcompd | 201846 | EVENT REMARK - ** PER search completed at 06/30/25 06:30:33 |
| 06/30/25 06:30:41 | $3A17 | 201297 | UNIT UPDATED - Unit: 3A17, Status: ER, Location: Employees: 201297 |
| 06/30/25 06:30:43 | pa5 | 101710 | EVENT UPDATED - First Unit Arrived Time: 06/30/25 06:30:43, Rms Transfer Time: 06/30/25 06:30:43, |
| 06/30/25 06:30:43 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: AS, Location: Employees: 105235 |
| 06/30/25 06:31:02 | pd5 | 201846 | EVENT REMARK - Priority : Normal |
| 06/30/25 06:31:13 | $3A14 | 102857 | UNIT UPDATED - Unit: 3A14, Status: ER, Location: Employees: 102857 |
| 06/30/25 06:31:15 | pa5 | 101710 | UNIT UPDATED - Unit: 3T16, Status: ER, Location: 200779 Employees: 100561, |
| 06/30/25 06:31:15 | pa5 | 101710 | UNIT UPDATED - Unit: 3T16, Status: CL, Location: 200779 Employees: 100561, |
| 06/30/25 06:31:15 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 06:31:15 |
| 06/30/25 06:31:38 | $3U1 | 100621 | EVENT UPDATED - Total Assigned Units: 9, |
| 06/30/25 06:31:38 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: DP, Location: Employees: 100621 |
| 06/30/25 06:31:44 | ect7 | 202967 | EVENT REMARK - OCCURED RIGHT BEFORE CALLING |
| 06/30/25 06:31:50 | pa5 | 101710 | EVENT REMARK - **** **** |
| 06/30/25 06:32:18 | $3A96 | 201277 | EVENT UPDATED - Rms Transfer Time: 06/30/25 06:32:18, Total Assigned Units: 10, |
| 06/30/25 06:32:18 | $3A96 | 201277 | UNIT UPDATED - Unit: 3A96, Status: DP, Location: Employees: 201277 |
| 06/30/25 06:32:22 | $3A96 | 201277 | UNIT UPDATED - Unit: 3A96, Status: ER, Location: Employees: 201277 |
| 06/30/25 06:32:29 | $3A96 | 201277 | UNIT UPDATED - Unit: 3A96, Status: AS, Location: Employees: 201277 |
| 06/30/25 06:33:17 | $3A13 | 102307 | UNIT UPDATED - Unit: 3A13, Status: AS, Location: Employees: 102307 |
| 06/30/25 06:33:26 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: ER, Location: QUAD, Employees: 103808 TUC: |

| Date/Time | User | ID | Event |
|---|---|---|---|
| 06/30/25 06:33:26 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: CL, Location: QUAD, Employees: 103808    TUC: |
| 06/30/25 06:33:26 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 06:33:26 |
| 06/30/25 06:33:42 | $3A95 | 200773 | UNIT UPDATED - Unit: 3A95, Status: ER, Location:    Employees: 200773 |
| 06/30/25 06:34:00 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: AS, Location: 200779    Employees: 100561, 200779 |
| 06/30/25 06:34:11 | pa5 | 101710 | EVENT REMARK - 3A95 -- A/C.QUADS SET |
| 06/30/25 06:34:38 | pa5 | 101710 | UNIT UPDATED - Unit: 3A96, Status: ER, Location: Employees: 201277    TUC: QUAD, |
| 06/30/25 06:34:38 | pa5 | 101710 | UNIT UPDATED - Unit: 3A96, Status: CL, Location: Employees: 201277    TUC: QUAD, |
| 06/30/25 06:34:38 | pa5 | 101710 | UNIT UPDATED - Unit: 3A96, Status: AS, Location: Employees: 201277    L TUC: QUAD, |
| 06/30/25 06:34:38 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 06:34:38 |
| 06/30/25 06:35:08 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: ER, Location: Employees: 105235    TUC: QUAD, |
| 06/30/25 06:35:08 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: CL, Location: S Employees: 105235    TUC: QUAD, |
| 06/30/25 06:35:08 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: AS, Location: Employees: 105235    TUC: QUAD, |
| 06/30/25 06:35:08 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 06:35:08 |
| 06/30/25 06:35:11 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: ER, Location: TUC: QUAD, Employees: 102307 |
| 06/30/25 06:35:11 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: CL, Location: TUC: QUAD, Employees: 102307 |
| 06/30/25 06:35:11 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: AS, Location: TUC: QUAD, Employees: 102307 |
| 06/30/25 06:35:11 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 06:35:11 |
| 06/30/25 06:35:18 | $3A14 | 102857 | UNIT UPDATED - Unit: 3A14, Status: AS, Location:    Employees: 102857 |
| 06/30/25 06:35:27 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 06:35:27, Total Assigned Units: 11, |
| 06/30/25 06:35:27 | pa5 | 101710 | UNIT UPDATED - Unit: 3C2, Status: DP, Location:    Employees: 47469 |
| 06/30/25 06:35:27 | pa5 | 101710 | UNIT UPDATED - Unit: 3C2, Status: AS, Location:    Employees: 47469 |
| 06/30/25 06:35:32 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: ER, Location:    Employees: 100621 |
| 06/30/25 06:35:33 | pa5 | 101710 | EVENT REMARK - BCNU SAM UNIT CW |
| 06/30/25 06:36:38 | pa5 | 101710 | EVENT REMARK - 3T16 -- CLEARING BACKYARD OF RESIDENCE |

I/NetViewer : Event Chronology

| Date/Time | User | Code | Event |
|---|---|---|---|
| 06/30/25 06:37:40 | pa5 | 101710 | EVENT REMARK - 3T16 -- BACKYARD IS C4 |
| 06/30/25 06:38:14 | pa5 | 101710 | EVENT REMARK - 3T16 -- SUBJ LS IN THE BACKYARD...UNK DIRECTION |
| 06/30/25 06:38:34 | pa5 | 101710 | EVENT REMARK - 3A95 -- DIGS IN THE ALLEY TRAVELING EB |
| 06/30/25 06:39:34 | pa5 | 101710 | EVENT REMARK - 3U1 -- HOLD QUADS FOR NOW |
| 06/30/25 06:39:44 | pa5 | 101710 | UNIT UPDATED - Unit: 3A15, Status: ER, Location: ROVING, Employees: 201432 |
| 06/30/25 06:39:44 | pa5 | 101710 | UNIT UPDATED - Unit: 3A15, Status: CL, Location: ROVING, Employees: 201432 |
| 06/30/25 06:39:44 | pa5 | 101710 | UNIT UPDATED - Unit: 3A15, Status: AS, Location: ROVING, Employees: 201432 |
| 06/30/25 06:39:44 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 06:39:44 |
| 06/30/25 06:39:51 | pa5 | 101710 | UNIT UPDATED - Unit: 3A17, Status: ER, Location: ROVING, Employees: 201297 |
| 06/30/25 06:39:51 | pa5 | 101710 | UNIT UPDATED - Unit: 3A17, Status: CL, Location: ROVING, Employees: 201297 |
| 06/30/25 06:39:51 | pa5 | 101710 | UNIT UPDATED - Unit: 3A17, Status: AS, Location: ROVING, Employees: 201297 |
| 06/30/25 06:39:51 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 06:39:51 |
| 06/30/25 06:40:37 | pa5 | 101710 | EVENT REMARK - 3T16 -- ****W/M/507/MED THIN/SHORT BLK HAIR/BLU & WHI STRIPED COLLARD SHIRT/KHAKI PANTS/BACKPACK**** Priority : Normal |
| 06/30/25 06:40:51 | pa5 | 101710 | UNIT UPDATED - Unit: 3A15, Status: ER, Location: Employees: 201432 |
| 06/30/25 06:40:51 | pa5 | 101710 | UNIT UPDATED - Unit: 3A15, Status: CL, Location: Employees: 201432 |
| 06/30/25 06:40:51 | pa5 | 101710 | UNIT UPDATED - Unit: 3A15, Status: AS, Location: Employees: 201432 |
| 06/30/25 06:40:51 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 06:40:51 |
| 06/30/25 06:43:03 | $3T16 | 200779 | EVENT REMARK - drone: https://web.dronesense.com/video/code/08ddb7db-e033-4206-810d-8c24ba2df1d5 Priority : Normal |
| 06/30/25 06:44:00 | uapd40 | 0 | UNIT UPDATED - Unit: 3T16, Status: ~, Location: Employees: 100561, 200779 |
| 06/30/25 06:44:34 | pa5 | 101710 | UNIT UPDATED - Unit: 3T16, Status: CU, Location: Employees: 100561, 200779 |
| 06/30/25 06:44:38 | pa1 | 0 | UNIT UPDATED - Unit: 3A96, Status: ~, Location: TUC: QUAD, Employees: 201277 |
| 06/30/25 06:45:08 | pa1 | 0 | UNIT UPDATED - Unit: 3A92, Status: ~, Location: TUC: QUAD, Employees: 105235 |
| 06/30/25 06:45:11 | fe | 0 | UNIT UPDATED - Unit: 3A13, Status: ~, Location: TUC: QUAD, Employees: 102307 |

I/NetViewer : Event Chronology

| Date/Time | Terminal | Employee | Event |
|---|---|---|---|
| 06/30/25 06:45:17 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: CU, Location: TUC: QUAD, Employees: 102307 |
| 06/30/25 06:45:17 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: CU, Location: TUC: QUAD, Employees: 105235 |
| 06/30/25 06:45:17 | pa5 | 101710 | UNIT UPDATED - Unit: 3A96, Status: CU, Location: TUC: QUAD, Employees: 201277 |
| 06/30/25 06:45:18 | pa1 | 0 | UNIT UPDATED - Unit: 3A14, Status: ~, Location: Employees: 102857 |
| 06/30/25 06:45:27 | ect19 | 0 | UNIT UPDATED - Unit: 3C2, Status: ~, Location: Employees: 47469 |
| 06/30/25 06:45:57 | pa5 | 101710 | EVENT REMARK - 3L1 -- CHECKING W/PCSO TO SEE IF THEY CAN ACCESS THEIR SURVEILLANCE |
| 06/30/25 06:47:44 | pa5 | 101710 | UNIT UPDATED - Unit: 3A17, Status: ER, Location: Employees: 201297 |
| 06/30/25 06:47:44 | pa5 | 101710 | UNIT UPDATED - Unit: 3A17, Status: CU, Location: Employees: 201297 |
| 06/30/25 06:47:44 | pa5 | 101710 | EVENT REMARK - 3C2 -- HAS CAMERA POSTED |
| 06/30/25 06:47:44 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 06:47:44 |
| 06/30/25 06:48:31 | pa5 | 101710 | UNIT UPDATED - Unit: 3A14, Status: CU, Location: Employees: 102857 |
| 06/30/25 06:48:31 | pa5 | 101710 | UNIT UPDATED - Unit: 3C2, Status: CU, Location: Employees: 47469 |
| 06/30/25 06:49:10 | $3A15 | 201432 | EVENT UPDATED - Total Assigned Units: 10, |
| 06/30/25 06:49:10 | $3A15 | 201432 | UNIT UPDATED - Unit: 3A15, Status: AM, Location: , Employees: 201432 |
| 06/30/25 06:49:14 | $3A95 | 200773 | EVENT UPDATED - Total Assigned Units: 9, |
| 06/30/25 06:49:14 | $3A95 | 200773 | UNIT UPDATED - Unit: 3A95, Status: UC, Location: , Employees: 200773 |
| 06/30/25 06:49:14 | $3A95 | 200773 | UNIT UPDATED - Unit: 3A95, Status: AM, Location: , Employees: 200773 |
| 06/30/25 06:49:39 | $3A14 | 102857 | EVENT UPDATED - Rms Transfer Time: 06/30/25 06:49:39, Total Assigned Units: 8, |
| 06/30/25 06:49:39 | $3A14 | 102857 | UNIT UPDATED - Unit: 3A14, Status: AM, Location: , Employees: 102857 |
| 06/30/25 06:50:29 | $3L1 | 103808 | EVENT REMARK - On phone with PCSO supervisor at cameras for potential sighting of suspect. Priority : Normal  They are checking |
| 06/30/25 06:50:57 | $3C2 | 47469 | UNIT UPDATED - Unit: 3C2, Status: AS, Location: Employees: 47469 |
| 06/30/25 06:50:59 | $3C2 | 47469 | EVENT UPDATED - Total Assigned Units: 7, |
| 06/30/25 06:50:59 | $3C2 | 47469 | UNIT UPDATED - Unit: 3C2, Status: AM, Location: , Employees: 47469 |
| 06/30/25 06:54:12 | $3L1 | 103808 | EVENT REMARK - No footage from  PCSO Supervisor is combing through footage to double check and will contact me via 21 if anything related is found. Priority : Normal |

7/11/25, 9:58 AM

I/NetViewer : Event Chronology

| Timestamp | Unit | Code | Event | Employees |
|---|---|---|---|---|
| 06/30/25 06:54:15 | $3U1 | 100621 | UNIT UPDATED - Unit: 3U1, Status: AS, Location: | Employees: 100621 |
| 06/30/25 06:55:22 | $3A17 | 201297 | UNIT UPDATED - Unit: 3A17, Status: AS, Location: | Employees: 201297 |
| 06/30/25 06:55:46 | $3A17 | 201297 | EVENT REMARK - Cameras do not work. Priority : Normal | |
| 06/30/25 06:56:30 | $3T16 | 200779 | CASE NUMBER ASSIGNED - P2506300026 | |
| 06/30/25 06:56:30 | $3T16 | 200779 | DISPOSITION ASSIGNED - ASSNCASE | |
| 06/30/25 06:56:30 | $3T16 | 200779 | EVENT UPDATED - Primary Employee Id: 200779, Primary Unit Id: 3T16, Rms Transfer Time: 06/30/25 06:56:30, | |
| 06/30/25 06:56:30 | $3T16 | 200779 | EVENT REMARK - ** Case number P2506300026 has been assigned to event E251810230 | |
| 06/30/25 06:56:30 | $3T16 | 200779 | EVENT REMARK - ** >>> by: 200779 on terminal: $3T16 | |
| 06/30/25 07:01:40 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:01:40, Total Assigned Units: 6, | |
| 06/30/25 07:01:40 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: UC, Location: , Employees: 105235 | |
| 06/30/25 07:01:40 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: AM, Location: , Employees: 105235 | |
| 06/30/25 07:02:45 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:02:45, Total Assigned Units: 7, | |
| 06/30/25 07:02:45 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: DP, Location: | Employees: 105235 |
| 06/30/25 07:02:45 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: ER, Location: TUC: QUAD, Employees: 105235 | |
| 06/30/25 07:02:45 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: CL, Location: TUC: QUAD, Employees: 105235 | |
| 06/30/25 07:02:45 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: AS, Location: TUC: QUAD, Employees: 105235 | |
| 06/30/25 07:02:45 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:02:45 | |
| 06/30/25 07:02:55 | $3A92 | 105235 | UNIT UPDATED - Unit: 3A92, Status: AS, Location: TUC: QUAD, Employees: 105235 | |
| 06/30/25 07:04:15 | ect4 | 0 | UNIT UPDATED - Unit: 3U1, Status: ~, Location: | Employees: 100621 |
| 06/30/25 07:04:15 | ect7 | 0 | UNIT UPDATED - Unit: 3U1, Status: ~, Location: | Employees: 100621 |
| 06/30/25 07:04:40 | pa5 | 101710 | EVENT REMARK - 3A92 -- EYES ON POSS MATCHING. BUS STOP ON | |
| 06/30/25 07:05:22 | ft1 | 0 | UNIT UPDATED - Unit: 3A17, Status: ~, Location: | Employees: 201297 |
| 06/30/25 07:06:27 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 8, | |
| 06/30/25 07:06:27 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 7, | |
| 06/30/25 07:06:27 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:06:27, Total Assigned Units: 8, | |

7/11/25, 9:58 AM

I/NetViewer : Event Chronology



| Date/Time | Code | Employee | Description |
|---|---|---|---|
| 06/30/25 07:06:27 | pa5 | 101710 | UNIT UPDATED - Unit: 3A14, Status: DP, Location: TUC: QUAD, Employees: 102857 |
| 06/30/25 07:06:27 | pa5 | 101710 | UNIT UPDATED - Unit: 3A14, Status: AS, Location: TUC: QUAD, Employees: 102857 |
| 06/30/25 07:06:27 | pa5 | 101710 | UNIT UPDATED - Unit: 3A96, Status: UC, Location: , Employees: 201277 |
| 06/30/25 07:06:27 | pa5 | 101710 | UNIT UPDATED - Unit: 3A96, Status: AM, Location: , Employees: 201277 |
| 06/30/25 07:06:27 | pa5 | 101710 | UNIT UPDATED - Unit: 3A96, Status: DP, Location: TUC: QUAD, Employees: 201277 |
| 06/30/25 07:06:27 | pa5 | 101710 | UNIT UPDATED - Unit: 3A96, Status: AS, Location: TUC: QUAD, Employees: 201277 |
| 06/30/25 07:06:35 | $3A14 | 102857 | UNIT UPDATED - Unit: 3A14, Status: ER, Location: TUC: QUAD, Employees: 102857 |
| 06/30/25 07:07:35 | pa5 | 101710 | UNIT UPDATED - Unit: 3A17, Status: CU, Location: Employees: 201297 |
| 06/30/25 07:07:36 | pa5 | 101710 | UNIT UPDATED - Unit: 3U1, Status: CU, Location: Employees: 100621 |
| 06/30/25 07:09:02 | $3A92 | 105235 | UNIT UPDATED - Unit: 3A92, Status: UC, Location: , Employees: 105235 |
| 06/30/25 07:09:02 | $3A92 | 105235 | UNIT UPDATED - Unit: 3A92, Status: UC, Location: , Employees: 105235 |
| 06/30/25 07:09:02 | $3A92 | 105235 | UNIT UPDATED - Unit: 3A92, Status: UC, Location: , Employees: 105235 |
| 06/30/25 07:09:02 | $3A92 | 105235 | UNIT UPDATED - Unit: 3A92, Status: UC, Location: , Employees: 105235 |
| 06/30/25 07:09:02 | $3A92 | 105235 | UNIT UPDATED - Unit: 3A92, Status: UC, Location: , Employees: 105235 |
| 06/30/25 07:09:54 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:09:54, Total Assigned Units: 7, |
| 06/30/25 07:09:54 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: UC, Location: , Employees: 102307 |
| 06/30/25 07:09:54 | pa5 | 101710 | UNIT UPDATED - Unit: 3A13, Status: AM, Location: , Employees: 102307 |
| 06/30/25 07:11:15 | pa5 | 101710 | EVENT REMARK - 3U1 -- CHECKING THE ALLEY |
| 06/30/25 07:12:11 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: ER, Location: Employees: 103808 |
| 06/30/25 07:12:11 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: CL, Location: Employees: 103808 |
| 06/30/25 07:12:12 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:12:12 |
| 06/30/25 07:12:20 | pa5 | 101710 | EVENT REMARK - 3L1 -- GETTING LONE EYE ON |
| 06/30/25 07:12:55 | ect7 | 0 | UNIT UPDATED - Unit: 3A92, Status: ~, Location: TUC: QUAD, Employees: 105235 |
| 06/30/25 07:13:34 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 6, |
| 06/30/25 07:13:34 | pa5 | 101710 | UNIT UPDATED - Unit: 3A14, Status: UC, Location: , Employees: 102857 |

| Date/Time | User | ID | Event Description |
|---|---|---|---|
| 06/30/25 07:13:34 | pa5 | 101710 | UNIT UPDATED - Unit: 3A14, Status: AM, Location:, Employees: 102857 |
| 06/30/25 07:13:38 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:13:38, Total Assigned Units: 5, |
| 06/30/25 07:13:38 | pa5 | 101710 | UNIT UPDATED - Unit: 3U1, Status: UC, Location:, Employees: 100621 |
| 06/30/25 07:13:38 | pa5 | 101710 | UNIT UPDATED - Unit: 3U1, Status: AM, Location:, Employees: 100621 |
| 06/30/25 07:14:13 | $3A96 | 201277 | UNIT UPDATED - Unit: 3A96, Status: AS, Location: ▮ TUC, QUAD, Employees: 201277 |
| 06/30/25 07:14:57 | pa5 | 101710 | UNIT UPDATED - Unit: 3A17, Status: UC, Location:, Employees: 201297 |
| 06/30/25 07:14:57 | pa5 | 101710 | UNIT UPDATED - Unit: 3A17, Status: AM, Location:, Employees: 201297 |
| 06/30/25 07:14:58 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:14:58, Total Assigned Units: 4, |
| 06/30/25 07:15:36 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 3, |
| 06/30/25 07:15:36 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: UC, Location:, Employees: 105235 |
| 06/30/25 07:15:36 | pa5 | 101710 | UNIT UPDATED - Unit: 3A92, Status: AM, Location:, Employees: 105235 |
| 06/30/25 07:16:01 | $3A96 | 201277 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:16:01, Total Assigned Units: 2, |
| 06/30/25 07:16:01 | $3A96 | 201277 | UNIT UPDATED - Unit: 3A96, Status: AM, Location:, Employees: 201277 |
| 06/30/25 07:18:08 | pa5 | 101710 | EVENT REMARK - ** >>> by: 101710 on terminal: pa5 |
| 06/30/25 07:18:08 | pa5 | 101710 | EVENT REMARK - CS REF AGG ASSAULT AT ▮ PER 3U1 AT 0717 HRS...CASE 0026 |
| 06/30/25 07:20:49 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: ER, Location: ▮ TUC, Employees: 103808 |
| 06/30/25 07:20:49 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: CL, Location: ▮ TUC, Employees: 103808 |
| 06/30/25 07:20:49 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:20:49 |
| 06/30/25 07:20:50 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: AS, Location: ▮ TUC, Employees: 103808 |
| 06/30/25 07:20:54 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: ER, Location: TUC, QUAD, Employees: 103808 |
| 06/30/25 07:20:54 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: CL, Location: TUC, QUAD, Employees: 103808 |
| 06/30/25 07:20:54 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: AS, Location: ▮ TUC, QUAD, Employees: 103808 |
| 06/30/25 07:20:54 | vmcadcompd | 101710 | EVENT REMARK - ** LOI search completed at 06/30/25 07:20:54 |
| 06/30/25 07:24:43 | pa5 | 101710 | EVENT UPDATED - Rms Transfer Time: 06/30/25 07:24:43, Total Assigned Units: 1, |
| 06/30/25 07:24:43 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: UC, Location:, Employees: 103808 |
| 06/30/25 07:24:43 | pa5 | 101710 | UNIT UPDATED - Unit: 3L1, Status: AM, Location:, Employees: 103808 |

| Date/Time | User | ID | Event |
|---|---|---|---|
| 06/30/25 07:27:35 | pa5 | 101710 | EVENT REMARK - 3T16 -- DRONE IS BACK UP |
| 06/30/25 07:52:02 | $3T16 | 200779 | EVENT REMARK - at ███ for quads ref the shooting call Priority : Normal |
| 06/30/25 07:59:58 | vmcadcompd | 101195 | EVENT REMARK - ** LOI search completed at 06/30/25 07:59:58 |
| 06/30/25 09:06:22 | $3T16 | 200779 | EVENT REMARK - drones: https://web.dronesense.com/video/code/08ddb7db-e033-4206-810d-8c24ba2df1d5 Priority : Normal |
| 06/30/25 09:21:42 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: DC, Location: ███ Employees: 100561, 200779 |
| 06/30/25 09:21:42 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: DC, Location: ███ Employees: 100561, 200779 |
| 06/30/25 09:21:42 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: UE, Location: ███ Employees: 200779 |
| 06/30/25 09:21:59 | $3T16 | 200779 | UNIT UPDATED - Unit: 3T16, Status: AS, Location: ███ Employees: 200779 |
| 06/30/25 09:25:16 | pa5 | 101710 | EVENT UPDATED - Total Assigned Units: 0, |
| 06/30/25 09:25:16 | pa5 | 101710 | EVENT UPDATED - |
| 06/30/25 09:25:16 | pa5 | 101710 | UNIT UPDATED - Unit: 3T16, Status: UC, Location: , Employees: 200779 |
| 06/30/25 09:25:16 | pa5 | 101710 | UNIT UPDATED - Unit: 3T16, Status: AM, Location: , Employees: 200779 |
| 06/30/25 09:25:17 | pa5 | 101710 | EVENT UPDATED - Appointment End Time: 07/04/25 13:24:17, Held For Unit Id: 3T16, Hold Time: 07/04/25 13:24:17, Last Status Change Time: 06/30/25 09:25:18, Pending Alarm Time: 07/04/25 13:24:18, Rms Transfer Time: 06/30/25 09:25:17, |
| 06/30/25 09:25:17 | pa5 | 101710 | EVENT REMARK - ** Event held for 5999 minutes and unit 3T16 |
| 06/30/25 09:59:36 | vmcadcompd | 104554 | EVENT REMARK - ** LOI search completed at 06/30/25 09:59:36 |
| 06/30/25 12:07:04 | vmcadcompd | 101195 | EVENT REMARK - ** LOI search completed at 06/30/25 12:07:04 |
| 06/30/25 13:10:57 | pa5 | 101710 | DISPOSITION ASSIGNED - DUPNC |
| 06/30/25 13:10:57 | pa5 | 101710 | EVENT CROSS-REFERENCED - E251810254 F251810050 W272742 |
| 06/30/25 13:10:57 | pa5 | 101710 | EVENT CLOSED - Duplicate and Cancel |
| 06/30/25 13:10:57 | pa5 | 101710 | EVENT UPDATED - Closing Comment: Duplicate and Cancel, Last Status Change Time: 06/30/25 09:25:17, Pending Alarm Time: 06/30/25 09:25:17, Rms Transfer Time: 06/30/25 13:10:57, |
| 06/30/25 13:10:57 | pa5 | 101710 | EVENT REMARK - ** Cross Referenced to Event # E251810254 at 06/30/25 13:10:57 |
| 06/30/25 13:10:57 | pa5 | 101710 | EVENT REMARK - ** > > > > by: 101710 on terminal: pa5 |
| 06/30/25 13:10:57 | pa5 | 101710 | EVENT REMARK - ** Disposition code changed from: ASSNCASE to: DUPNC |
| 06/30/25 13:10:57 | pa5 | 101710 | EVENT REMARK - ** > > > > by: 101710 on terminal: pa5 |

7/1/25, 9:58 AM

I/NetViewer : Event Chronology

06/30/25
14:03:23

$CS12

104554

**EVENT REMARK** - ** Situation found SAMEAS

FILED
JAMES W. GIACOMINO
CLERK, SUPERIOR COURT



2025 MAR 28  AM 10: 33

B. MAXWELL, DEPUTY

## COVER SHEET FOR THE RETURN OF A SEARCH WARRANT

| Court Issuing the Warrant: | Name of Law Enforcement Agency: |
|---|---|
| Pima Superior Court | Tucson Police |
| Search Warrant Number: **25SW1551** | Agency Incident Report Number: |
| Search Address (if applicable): N/A | Name of Officer Signing This Form: DET Pena |

Criminal Rule 2.6(e) requires an officer or affiant to complete this cover sheet when submitting a return on a search warrant. The definition of "structure" is at the bottom of the page.

**Was the search warrant issued for the purpose of obtaining a blood sample from a suspect in a DUI case?**

[ ] Yes    [✓] No    If the answer is "yes," just date and sign below.

**Did an officer enter a structure to execute the warrant?**

[ ] Yes    [✓] No    If the answer is "no," just date and sign below.

- If the answer to the question about a structure is "**yes,**" check only **ONE** of the following:

[ ]    1. The warrant authorized an unannounced entry and was executed by an unannounced entry.

[ ]    2. The warrant authorized an unannounced entry but was executed by knocking and announcing before entry.

[ ]    3. The warrant did not authorize an unannounced entry and was executed by knocking and announcing before entry.

[ ]    4. The warrant did not authorize an unannounced entry but was executed by an unannounced entry.

- If the answer to the question about a structure is "**yes,**" check any of the following that apply:

[ ]    1. The warrant authorized nighttime service.

[ ]    2. The warrant was executed at night.

_____    7/8/25
Officer's Signature                        Date

*Definitions:*

(1) **"Night"** means the period from 10:00 p.m. to 6:30 a.m.

(2) **"Structure"** means any building, place, or vehicle with sides, a door, and a floor, which a reasonable person would believe is used for permanent or temporary lodging or for a business.

# STANDARD ARIZONA INVENTORY, AFFIDAVIT
# AND RETURN OF SEARCH WARRANT

I, _DET PEÑA_ ___2025 JUL -8 AM 10: 33___ _54035_ _____, a peace officer of the State of Arizona,
(print name)                                                    PR#

being first duly sworn, swear that:

On _7/2/25_  D. WANDELL DEPUTY **25SW1551** issued by _JUDGE_ ___
     (date)   , I executed Search Warrant No. _____

___MILLER_____, and the following property was seized:

☐ The attached list of property was seized.

- PHONE (DOWNLOAD PENDING
-- DNA

_____

I further certify that the above inventory is a true and detailed account of all the property taken by me pursuant to

A.R.S. § 13-3921, and that a detailed receipt for the property taken was  (given to)    (left at):

_____Julio AGUIRRE._____.

                                    _____ #54035 _____
                                    Officer's Signature

This warrant returned, subscribed and sworn to before me on ___7/8/25_____.
                                                              (date)

                                    __ForwardDell_____
                                    Judicial Officer of ___Superior_____Court.

# STANDARD ARIZONA DUPLICATE ORIGINAL SEARCH WARRANT
## STATE OF ARIZONA

FILED
CLERK, SUPERIOR COURT
2025 JUL -8  AM 10: 32

D. WANDELL, DEPUTY

**25SW1551**
NO.

SERVICE:    DATE _7/2/25_

TIME _11:00_

COUNTY OF PIMA, STATE OF ARIZONA

TO ANY PEACE OFFICER IN THE STATE OF ARIZONA:

PROOF OF AFFIDAVIT HAVING BEEN MADE THIS DATE BEFORE ME BY _DET. PEÑA_

_#54035_ . I AM SATISFIED THAT THERE IS PROBABLE CAUSE TO BELIEVE THAT:

(X) ON THE PERSON(S) OF: _JULIO AGUIRRE (9/22/82) AKA "JOSE ARMENTA"_

( ) ON THE PREMISES KNOWN AS: _____

_____

_____

( ) IN THE VEHICLE(S) DESCRIBED AS: _____

_____

IN THE COUNTY OF PIMA, STATE OF ARIZONA, THERE IS NOW BEING POSSESSED OR CONCEALED CERTAIN PROPERTY OR THINGS DESCRIBED AS:

- DNA BUCCAL SWAB FROM JULIO AGUIRRE DOB: 9/22/82
- PHOTOS OF JULIO AGUIRRE
- CELLULAR PHONE W/ BLACK CASE BELONGING TO JULIO AGUIRRE
      (DOWNLOAD DATES 6/28/25- DOWNLOAD DATE).

# STANDARD ARIZONA DUPLICATE ORIGINAL SEARCH WARRANT
## STATE OF ARIZONA

WHICH PROPERTY OR THINGS:

# 25SW1551

( ) WERE STOLEN OR EMBEZZLED

( ) WERE USED AS A MEANS FOR COMMITTING A PUBLIC OFFENSE

( ) IS BEING POSSESSED WITH THE INTENT TO USE IT AS A MEANS OF COMMITTING A PUBLIC OFFENSE

(X) CONSISTS OF ANY ITEM OR CONSTITUTES ANY EVIDENCE WHICH TENDS TO SHOW THAT A PUBLIC OFFENSE HAS BEEN COMMITTED, OR TENDS TO SHOW THAT A PARTICULAR PERSON COMMITTED THE PUBLIC OFFENSE

( ) THE PERSON SOUGHT IS THE SUBJECT OF AN OUTSTANDING ARREST WARRANT

WHICH OFFENSE OCCURRED ON OR ABOUT THE ___30TH___ DAY OF ___June___, 20_25_, IN THE COUNTY OF PIMA, STATE OF ARIZONA.

YOU ARE THEREFORE COMMANDED:

(X) IN THE DAYTIME (EXCLUDING THE TIME PERIOD BETWEEN 10:00 P.M. AND 6:30 A.M.)

( ) IN THE NIGHTTIME (GOOD CAUSE HAVING BEEN SHOWN)

TO MAKE A SEARCH OF THE PERSON(S), PREMISE(S) AND/OR VEHICLE(S) LISTED FOR THE PROPERTY LISTED, AND IF YOU FIND THE SAME OR ANY PART THEREOF, TO RETAIN SUCH IN YOUR CUSTODY OR IN THE CUSTODY OF THE AGENCY WHICH YOU REPRESENT, AS PROVIDED BY A.R.S. SECTION 13-3920.

RETURN OF THIS WARRANT TO BE WITHIN THREE (3) DAYS OF THE DATE THEREOF, AS DIRECTED BY A.R.S. SECTION 13-3918.

GIVEN UNDER MY HAND AND DATED THIS ___1ST___ DAY OF ___July___, 20_25_.

TRACY MILLER
JUDGE, JUSTICE OF THE PEACE, OR MAGISTRATE OF

PIMA COUNTY SUPERIOR _____ COURT

DATE___7/1/25___

TIME___6:34 PM.___

#54035

OFFICER

OFFICER                    -41238

DISTRIBUTION:   White - COURT    Canary - RECORDS        Pink - DETECTIVE  Goldenrod - DEFENDANT/SEARCH SITE

TPD2326 (12/05)   Pg.2

2025-07-01T12:49:44-07:00     File _SMS2016.cr3 opened
Crop
Crop     To: rectangle
Top: 14.21 cm
Left: 8.33 cm
Bottom: 16.61 cm
Right: 11.71 cm
Angle: -44.4Â°
With Delete Cropped Pixels
1
Fill Mode: Default
<unknown>
false

Undo
Image Size
Image Size     Resolution: 399 per cm

Flip Canvas Horizontal
Flip first document Axis: horizontal

Invert
Invert
Undo
Invert
Invert
Black & White
Black & White     Preset Kind: Custom
red: 172
yellow: 270
green: 38
cyan: 121
blue: 100
magenta: 38
Without tinting
tint color: RGB color
Red: 225
Green: 211.001
Blue: 179.001

Select brush
2025-07-01T12:56:17-07:00   File E:\Case Work\2025\2506-30-0026\AXON Images\Item XX Latent XA_Left Index_2506-30-0026_SMS2016.tif saved
2025-07-07T14:36:41-07:00   File Item SMSPL Latent 2A_Left Index_2506-30-0026_SMS2016.tif opened
Open     false
true
E:\Case Work\2025\2506-30-0026\Item SMSPL Latent 2A_Left Index_2506-30-0026_SMS2016.tif
238
false



## <u>Cellular Phone Evidence Tracking Slip</u>



t TPD0DRN2

# 2506-30-0026 : CL5

### Tucson Police Department

```
Packaging   : Envelope Containing 1 Personal-Cellphone
Desc/Loc    : Cell phone located outside of shed door
Col Date    : 06/30/2025 13:00
Col Location: ▮▮▮▮▮▮▮▮▮▮ - Backyard fence
Col Officer : CIMMON LEWIS #201497
Owner       :
Finder      :
```

```
Offense Date : 06/30/2025
Offense Code : (0101) CRIMINAL HOMICIDE/MURDER
Expiration   :

Offense Class: ()
Collection Purpose: Evidence
```

_____  6/30/25  1600

Submitting Signature          Date/Time
CIMMON LEWIS #201497

*Submit completed form to the
nearest Evidence overnight bin.
Submitting officers must continue to
provide a signature on the label.
Once download is complete, log onto
BEAST and scan the item for
submission into the evidence bins.*

Serial Number:



The cellular phone represented by the affixed barcode label remains in the custody of

| Detective Name (please print) | Detective PR # |
|---|---|
| PENA, GABE | 54035 |

Please make the appropriate correction to the B.E.A.S.T. to reflect the change in the Chain of Custody.

---

**Evidence Use Only:**

Corrected by  _A. Welborn_          PR #  _39396_          Date  _7/7/25_

TPD Form 3263 (10/17)

 Outlook

---

Re: 2506-30-0026 Evidence Discrepancy

---

**From** Daryl Williamson <Daryl.Williamson@tucsonaz.gov>
**Date** Mon 7/7/2025 8:02 AM
**To** Evidence1 <Evidence1@tucsonaz.gov>
**Cc** Benjamin Soltero <Benjamin.Soltero@tucsonaz.gov>



I do apologize. The ring belongs to:

Julio Aguirre (9/22/1982). He is currently in federal custody in at CCA, 1155 N. Pinal Parkway, Florence, AZ 85132.

Thanks and please let me know if you need anything else.

Daryl

Detective D. Williamson #50483
Gun Crime Intelligence Unit/NIBIN
Tucson Police Department
1310 W. Miracle Mile
Tucson, Arizona 85705
(520) 837-7591

---

**From:** Evidence1 <Evidence1@tucsonaz.gov>
**Sent:** Thursday, July 3, 2025 1:05 PM
**To:** Daryl Williamson <Daryl.Williamson@tucsonaz.gov>
**Cc:** Benjamin Soltero <Benjamin.Soltero@tucsonaz.gov>
**Subject:** 2506-30-0026 Evidence Discrepancy

Please email Evidence with owner information.

**Property & Evidence Section**
**EPIC Building**
**945 E. Ohio**
**Phone: 520-791-4458**
**M-TH 0630-1700 HRS**



# 24-HOUR GUARD DUTY LOG
## TUCSON POLICE DEPARTMENT
### CASE NO: P2506300026

ARRESTEE:    Julio Aguirre 09-22-1982

*Medically Cleared by BUMC.*
*Taken into federal custody*
*and transported to CCA*
*By DU Luce/Williamson*

HOSPITAL WARD/ROOM: UMC Main Room 3202 Tower 2

ARREST OFFENSES:    Homicide, First Degree Burglary, and Aggravated Assault

ESCAPE RISK:  NA      SUICIDE THREAT: X           WEAPONS INVOLVED: X

MUST BE HANDCUFFED OR RESTRAINED:  X         MADE THREATS TO OFFICERS:  NA

THREATS TO OTHERS: X          ARE FAMILY/FRIENDS A POTENTIAL PROBLEM?  NA

**EXPLAIN: Julio went to a residence broke the window to the residence and pointed a firearm at the resident. He later attempted to carjack a separate victim and shot them who later passed away. He fled and forced his way into a residence occupied by a family. Officers arrived and he fled out the rear of the house and was cuaght during a scout.**

**VISITORS: <u>NONE EXCEPT LAWYER</u>**

SPECIAL INSTRUCTIONS: (Supervisor Who Was Notified – date/time/ Force Commander, if on duty):
Upon release ontact Sgt. Farley or homicide detectives.

FOR EACH COMMENCEMENT AND TERMINATION, **FAX** AND OR **EMAIL** THE "GUARD DUTY LOG" NOTICE TO EACH TEAM AND COMMUNICATIONS. **\*\*\*\* IF THE FAX DOES NOT RESPOND, PLEASE EMAIL.\*\*\*\*\***

| TEAMS | FAX NO. | EMAIL |
|---|---|---|
| ODS | 520/791-5424 | ODS@tucsonaz.gov |
| ODW | 520/791-5425 | ODW@tucsonaz.gov |
| ODM | 520/326-0445 | ODM@tucsonaz.gov |
| ODE | 520/791-5744 | ODE@tucsonaz.gov |
| CID | 520/791-5410 | CID@tucsonaz.gov |
| COMMO | | PSCD_supervisor@tucsonaz.gov |

**BEGINNING FROM THE TIME OF HOSPITILIZATION UNTIL THE PRISONER IS BOOKED INTO THE JAIL, THE FOLLOWING FIELD DIVISION GUARD DUTY ASSIGNMENTS ARE ESTABLISHED.   EACH DIVISION IS RESPONSIBLE FOR GUARD DUTY FOR THE ENTIRE 24-HOUR INCREMENT, AND WILL ENSURE THEIR PERSONNEL ARE AT THE LISTED HOSPITAL IN ORDER TO FACILITATE ROTATIONS PROMPTLY.**

**ON DUTY OFFICERS MUST BRIEF RELIEF OFFICERS OF ANY SPECIAL CONDITIONS OR CIRCUMSTANCES.**

**WHEN GUARD DUTY IS <u>INITIATED AFTER 1200 HOURS, THE DIVISION INITIATING THE GUARD DUTY SHALL MAINTAIN THE GUARD DUTY FOR THE REMAINDER OF THAT DAY AND FOR THE ENTIRE TWENTY-FOUR (24) HOUR DAY FOLLOWING.</u>**

**<u>CID IS ALWAYS FIFTH (5TH) IN THE GUARD DUTY ROTATION.</u> SUBSEQUENT DIVISION ASSIGNMENTS SHALL BE IN CHRONOLOGICAL ORDER.**

**THE ROTATION SCHEDULE IS ON THE FOLLOWING PAGE.**

| DATE/TIME | DIVISION | OFFICER | OFFICER | OFFICER | OFFICER |
|---|---|---|---|---|---|
| 06/30/2025 / 0001-2400 | ODM | | | | |
| 07/01/2025 / 0001-2400 | ODM | | | | |
| 07/02/2025 / 0001-2400 | ODE | | | | |
| 07/03/2025 / 0001-2400 | ODS | | | | |
| 07/04/2025 / 0001-2400 | ODW | | | | |
| 07/05/2025 / 0001-2400 | CID | | | | |
| 07/06/2025 / 0001-2400 | ODM | | | | |
| 07/07/2025 / 0001-2400 | ODE | | | | |
| 07/08/2025 / 0001-2400 | ODS | | | | |
| 07/09/2025 / 0001-2400 | ODW | | | | |
| 07/10/2025 / 0001-2400 | CID | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |

*****NOTE*****WHEN ESTABLISHING GUARD DUTY AT UMC, THE FOLLOWING PAGE <u>MUST</u> BE ATTACHED TO THIS GUARD DUTY LOG.

TPD 730 (01/2024)



# 24-HOUR GUARD DUTY LOG
## TUCSON POLICE DEPARTMENT
### CASE NO: P2506300026

ARRESTEE:   Julio Aguirre 09-22-1982

HOSPITAL WARD/ROOM: UMC Main Room 3202 Tower 2

ARREST OFFENSES:   Homicide, First Degree Burglary, and Aggravated Assault

ESCAPE RISK:  NA    SUICIDE THREAT: X        WEAPONS INVOLVED: X

MUST BE HANDCUFFED OR RESTRAINED:  X      MADE THREATS TO OFFICERS:  NA

THREATS TO OTHERS: X        ARE FAMILY/FRIENDS A POTENTIAL PROBLEM?  NA

**EXPLAIN: Julio went to a residence broke the window to the residence and pointed a firearm at the resident. He later attempted to carjack a separate victim and shot them who later passed away. He fled and forced his way into a residence occupied by a family. Officers arrived and he fled out the rear of the house and was cuaght during a scout.**

VISITORS: <u>NONE EXCEPT LAWYER</u>

SPECIAL INSTRUCTIONS: (Supervisor Who Was Notified – date/time/ Force Commander, if on duty):
Upon release ontact Sgt. Farley or homicide detectives.

FOR EACH COMMENCEMENT AND TERMINATION, **FAX** AND OR **EMAIL** THE "GUARD DUTY LOG" NOTICE TO EACH TEAM AND COMMUNICATIONS. **\*\*\*\* IF THE FAX DOES NOT RESPOND, PLEASE EMAIL.\*\*\*\*\***

| TEAMS | FAX NO. | EMAIL |
|-------|---------|-------|
| ODS | 520/791-5424 | ODS@tucsonaz.gov |
| ODW | 520/791-5425 | ODW@tucsonaz.gov |
| ODM | 520/326-0445 | ODM@tucsonaz.gov |
| ODE | 520/791-5744 | ODE@tucsonaz.gov |
| CID | 520/791-5410 | CID@tucsonaz.gov |
| COMMO | | PSCD_supervisor@tucsonaz.gov |

**BEGINNING FROM THE TIME OF HOSPITILIZATION UNTIL THE PRISONER IS BOOKED INTO THE JAIL, THE FOLLOWING FIELD DIVISION GUARD DUTY ASSIGNMENTS ARE ESTABLISHED.  EACH DIVISION IS RESPONSIBLE FOR GUARD DUTY FOR THE ENTIRE 24-HOUR INCREMENT, AND WILL ENSURE THEIR PERSONNEL ARE AT THE LISTED HOSPITAL IN ORDER TO FACILITATE ROTATIONS PROMPTLY.**

**ON DUTY OFFICERS MUST BRIEF RELIEF OFFICERS OF ANY SPECIAL CONDITIONS OR CIRCUMSTANCES.**

**WHEN GUARD DUTY IS <u>INITIATED AFTER 1200 HOURS, THE DIVISION INITIATING THE GUARD DUTY SHALL MAINTAIN THE GUARD DUTY FOR THE REMAINDER OF THAT DAY AND FOR THE ENTIRE TWENTY-FOUR (24) HOUR DAY FOLLOWING.</u>**

**<u>CID IS ALWAYS FIFTH (5ᵀᴴ) IN THE GUARD DUTY ROTATION.</u> SUBSEQUENT DIVISION ASSIGNMENTS SHALL BE IN CHRONOLOGICAL ORDER.**

**THE ROTATION SCHEDULE IS ON THE FOLLOWING PAGE.**

TPD 730 (01/2024)

P2506300026

| DATE/TIME | DIVISION | OFFICER | OFFICER | OFFICER | OFFICER |
|---|---|---|---|---|---|
| 06/30/2025 / 0001-2400 | ODM | Yamamoto #2037 | SINCLAIR 100303 | | |
| 07/01/2025 / 0001-2400 | ODM | SINCLAIR 00393 | Auger 202162 | Carlson 202049 | GARCIA 100066 |
| 07/02/2025 / 0001-2400 | ODE | GERHART 102219 | LUNDGREN 53981 LAUGHLIN 46379 | Hall 52052 Camacho 201344 | Williamson 50123 Huck 44566 |
| 07/03/2025 / 0001-2400 | ODS | | | | |
| 07/04/2025 / 0001-2400 | ODW | | | | |
| 07/05/2025 / 0001-2400 | CID | | | | |
| 07/06/2025 / 0001-2400 | ODM | | | | |
| 07/07/2025 / 0001-2400 | ODE | | | | |
| 07/08/2025 / 0001-2400 | ODS | | | | |
| 07/09/2025 / 0001-2400 | ODW | | | | |
| 07/10/2025 / 0001-2400 | CID | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |
| DATE / 0001-2400 | SELECT DIVISION | | | | |

*****NOTE*****WHEN ESTABLISHING GUARD DUTY AT UMC, THE FOLLOWING PAGE **MUST** BE ATTACHED TO THIS GUARD DUTY LOG.

Case Number P2506300026

## Guard Duty Sign in & Notes

**Officer & PR**            **Date**        **Time in  /  Time out**

Yamamoto 202137      6/30/25  15:17  22:19

**Notes / Comments:**

Nurse's come and go checking
Julio's vitals / checking Julio's bandage
19:19 Nurse enters room to check
on Julio's vitals and fix beeping coming
from his room. Nurses gave food to Julio
Doctor examined Julio's hand, removed some
bandage. 20:39 ate dinner / 21:34 pain meds given
Oxycodone 10mg given

**Officer & PR**            **Date**        **Time in  /  Time out**

SINCLAIR 100393      6/30/25  22:19 / 0131

**Notes / Comments:**

Nothing to report

Case Number _P25 0630 0026_

## Guard Duty Sign in & Notes

**Officer & PR**          **Date**      **Time in  /  Time out**

Alvrez 207172          7.1.25      0130      0355

**Notes / Comments:**

Nothing to report

---

**Officer & PR**          **Date**      **Time in  /  Time out**

C. Bryan 106209          7/1/25      0355      0555

**Notes / Comments:**

Complained about handcuff was a little tight
lossed a bit and doubled locked

Case Number P2506300026

## Guard Duty Sign in & Notes

| Officer & PR | Date | Time in / Time out |
|---|---|---|
| Monasterio 201277 | 07/01/25 | @ 5555   @ 0716 |

**Notes / Comments:**

Doctors in @ 0610 to evaluate his arm movements "
LN administered meds @ 0618

| Officer & PR | Date | Time in / Time out |
|---|---|---|
| BROWN 200779 | 07/01/2025 | 0720   0954 |

**Notes / Comments:**

@ 0859 ofcs were requested to be in the room during a scan.
0910 — DET & CS TAKE PHOTOS (DET ROBINSON)
@ 0942 doctors came into room for check-in / exam, advised
by doctor that if cleared by hand doc, he can likely
be discharged today

Case Number P2806300Z6

## Guard Duty Sign in & Notes

**Officer & PR**          **Date**     **Time in** / **Time out**
ALEJANDRU 53760          7-1-25     0956          1327

**Notes / Comments:**

**Officer & PR**          **Date**     **Time in** / **Time out**
Carlson 202079          7-1-25     13:27     18:11

**Notes / Comments:**

Case Number P2506300026

## Guard Duty Sign in & Notes

| Officer & PR | Date | Time in / Time out |
|---|---|---|
| GARCIA   100619 | 7/1 | 1800   2000 |

**Notes / Comments:**

| Officer & PR | Date | Time in / Time out |
|---|---|---|
| SPILLANE   202155 | 7/1 | 2200   7/2  0000 |

**Notes / Comments:**

Case Number _P25063000Z6_

## Guard Duty Sign in & Notes

**Officer & PR**       **Date**     **Time in**  /  **Time out**

GERHART      7/2     0000     1500

**Notes / Comments:**

---

**Officer & PR**       **Date**     **Time in**  /  **Time out**

Lundien 53981      7-2-25     0434     6:08

**Notes / Comments:**

4:38 removed leg shackle to urinate, unable to urinate after near 20 mins, reshackled w/o incident

5:25 unshackled to urinate, successful + reshackle w/o incident

5:40 - Move to preop room 26

Case Number _P250630002 6_

## Guard Duty Sign in & Notes

| Officer & PR | Date | Time in / Time out |
|---|---|---|
| Laughlin 48379 | 7/2/25 | 0609    1315 |

**Notes / Comments:**

Subject was in Tower 1 Floor 3 Rm 26 Pre OP, went to OR at 0745 For surgery. Surgery Finished at 10 or his. 1200 was Back in RM 3202, Tower 2 Floor 3

| Officer & PR | Date | Time in / Time out |
|---|---|---|
| Hall 52072 | 7/2/25 | 1315    1430 |

**Notes / Comments:**

Nothing to note — Hall 52072

Camacho    7/2/25  1430  —

1704 Williamson 50483 Subject Being Dislhanged. Transporting Sugtect To CCA For Fedthal Custody FBI Agent Molesky Conducted Fingtaprint & Photos.

| DATE / TIME | TEAM | OFFICER | OFFICER | OFFICER |
|---|---|---|---|---|
| 06/30/25 1507 | ODM | Yamamoto 202137 | SINCLAIR 100393 | |
| 7/01/25 0861 | ODM | SINCLAIR 100393 | Alverez | |
| 7/1/25 0552 | ODM | Bryan 186209 | Monastero 201277 | BROWN 200779 |
| 7-1-25 0956 | ODM | Alexandra 53760 | | |
| 7-2-25 000 | ODE | GERHART 102219 | LUNDIEN 53981 | LAUGHLIN 48379 |
| 7-2-25 1315 | ODE | HALL 52072 | Camacho 201344/1730 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Tucson Police Department**

**Evidence Correction Form**



*Note: The deletion of firearms, money, or drugs from the BEAST Evidence Record requires the submitting Officer's or Detective's immediate supervisor to sign their approval on a paper form located in the evidence submission room.*

## Submitter Information

**Case Number**\*
P2506300026

**Submission Date**\*
7/15/2025

**First Name**\*
Cimmon

**Last Name**\*
Lewis

**P.R. Number**\*
201497

**Detail / Squad**\*
Homicide

**Phone Number**\*
(520) 589-8736

**Email**\*
cimmon.lewis@tucsonaz.gov

**Please correct the following information in the BEAST evidence record:** \*
Please delete item CL2ED (Live round 9mm JFK Luger suspects right rear pocket).

**Please describe your reason for the correction:** \*
This was created in error. The evidence is entered under CL2E.

FILE

## Evidence Information (Office Use Only)

**First Name**   Heather

**Last Name**   Welborn

**P.R. Number**   39376

**Correction Date**   7/18/25

# DEPARTMENT OF JUSTICE

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

### NATIONAL TRACING CENTER

Phone:(800) 788-7133  Fax:(800) 578-7223

Print Date: July 15, 2025

## FIREARMS TRACE SUMMARY

Trace Number: T20250334891    Request Date: July 02, 2025    Completion Date: July 08, 2025

JEREMY LINSCOTT
TUCSON II FIELD OFFICE
2255 W INA RD, THIRD FLOOR
TUCSON, AZ 85741
PHONE: (520) 297-2100
FAX (520) 776-7721

**FIREARM INFORMATION**

Manufacturer: SMITH & WESSON
Model: M&P 9 M2.0
Caliber: 9
Serial Number: NDN5223
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

Badge No:        Investigation No:

BENJAMIN SOLTERO
TUCSON POLICE DEPARTMENT
270 SOUTH STONE AVENUE
TUCSON, AZ 85701
PHONE: (520) 791-5351
FAX (520) 351-8776

**RECOVERY INFORMATION**    Recovery Date: 06/30/2025
Time to Crime: 1928 days

Badge No:        Investigation No: 2506-30-0026

UNITED STATES
Possessor:  JULIO AGUIRRE
DOB:        09/22/1982
POB:        UNITED STATES

**PURCHASER INFORMATION**    Purchase Date: 03/20/2020

UNITED STATES
DOB:
POB: PHOENIX, AZ UNITED STATES
Race: WHITE
Sex: Male
ID 1: AZ DRIVER'S LICENSE:
ID 2: :

Height: 5 ft 11 in
Weight: 210 lbs

**DEALER INFORMATION**

FFL: 98638158
Out of Business

MURPHY'S GUN SHOP
3235 N COUNTRY CLUB RD
TUCSON, AZ 85716-0000
Phone:  (520) 881-7074    Ship-To-Date:    06/11/2019
Ext:

**ADMINISTRATIVE INFORMATION**

Priority: ROUTINE
NCIC Crime Code:        ASSAULT
Special Instructions:
Gang Name:

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL
TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

The information in this report must be validated prior to use in any criminal proceedings.



The information in this report must be validated prior to use in any criminal proceedings.

01.01

2506300026

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## NIBIN Enforcement Support System (NESS)
### Crime Gun ID: 7850-25-01763

| Recovered: | Firearm Type: | Most Recent Trace Data | Additional Data |
|---|---|---|---|
| Caliber: 9LG* | Manufacturer: | FTS ID: | Stolen gun: No |
| | Model: | Purchase Date: | Legacy Gun ID(s): |
| | Serial number: | Time to 1st Shooting: | IR Tracking #: |

| Event Order | LE Agency | LE Case # | NIBIN Case # / Exhibit # / Type | Event Date/Time | Crime Type | LE Partner | Location | Involved People | Linked Crime Guns |
|---|---|---|---|---|---|---|---|---|---|
| 2 | AZ-TUCSON PD | 2506-30-0026 | 2506-30-0026 PG06 Casing | 06/30/2025 06:20 (MTA) | Homicide/Murder | Det. Gabe Pena | | Julio Aguirre (AR) [      ] (V,D) | |

**Summary:** On 6/30/25, Julio Aguirre committed an attempted burglary/aggravated assault at [          ] where he shot and killed [          ] in an attempted carjacking, leaving behind a spent .9 mm casing. The suspect then moved to the residence of [          ] where he held the occupants hostage briefly before fleeing the area again in attempts to evade police. Aguirre was ultimately located in a backyard shed in a nearby residence. Police located a M&P 9 S&W pistol #NDN5223 in the backyard with Aguirre. This pistol has not yet been-test fired. Lead #25-01763 involves the spent .9 mm cartridge case located at the carjacking scene.

**Days Between Events: 8 days**

| Event Order | LE Agency | LE Case # | NIBIN Case # / Exhibit # / Type | Event Date/Time | Crime Type | LE Partner | Location | Involved People | Linked Crime Guns |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AZ-PHOENIX PD | 202500009122114 | 202500009122114 51001803394 Casing | 06/21/2025 21:12 (MTA) | Aggravated Assault | #9038 Benjamin Carro | | Julio Aguirre (S-K) [      ] (V) | |

**Summary:** On 6/21/2025 at 2112 hours, Julio Aguirre (h/m) fired two rounds at [          ] in front of [          ] because Julio is known to [          ] and then stole a beige 2002 Honda Civic (AZ TJA6XE) at gunpoint from [          ] at [          ] was not injured. Julio is known to [          ] mother. Two 9mm (circle type) scene casings were recovered. NIBIN LEAD 25-1763 involves the 9mm scene casings.

**Days Between Events: N/A days**

*Be advised that this document is to be used for investigative purposes only. NESS data reflects a compilation of information from multiple data sources. This document should not be relied upon as evidence and investigators should collect original reports for any evidentiary purposes. No information contained herein may be duplicated, reproduced, or disseminated without the express authorization of ATF.*

Date Printed: 07/03/2025

Crime Gun ID: 7850-25-01763

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

2 50030002 4 0101



UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## NIBIN Enforcement Support System (NESS)
### Crime Gun ID: 7850-25-01763

| Recovered: Caliber: 9LG* | Firearm Type: Manufacturer: Model: Serial number: | Most Recent Trace Data FTS ID: Purchase Date: Time to 1st Shooting: | Additional Data Stolen gun: No Legacy Gun ID(s): IR Tracking #: |
|---|---|---|---|

| Event Order | LE Agency | LE Case # | NIBIN Case # / Exhibit # / Type | Event Date/Time | Crime Type | LE Partner | Location | Involved People | Linked Crime Guns |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AZ-PHOENIX PD | 202500000912114 | 2025000009121145 1001803394 Casing | 06/21/2025 21:12 (MTA) | Aggravated Assault | #9038 Benjamin Carro | | Julio Aguirre (S-K) (V) (V) | |
| | **Summary:** On 6/21/2025 at 2112 hours, Julio Aguirre (h/m) fired two rounds at Jesus Vasquez Gutierrez (h/m 062299) in front of 5532 W. Turney Ave. and then stole a beige 2002 Honda Civic (AZ TJA6XE) at gunpoint from Miguel Hernandez Alanis (h/m 121467) at 5509 W. Turney Ave. Jesus was not injured. Julio is known to Jesus because Julio used to date Jesus's mother. Two 9mm (circle type) scene casings were recovered. NIBIN LEAD 25-1763 involves the 9mm scene casings. | | | | | | | | | |
| | | | | | | **Days Between Events: 7 days** | | | |
| 2 | AZ-PIMA CO SO | 250629008 | PCSO 250629008 AS1 Casing | 06/29/2025 01:24 (MTA) | Aggravated Assault | Det. J. Deen #8098 | | Julio Aguirre (S-K) (V) | |
| | **Summary:** On 6/29/26, PCSO deputies responded to ▇▇▇ ) reference a shooting event. Call-text indicated two males in an argument outside the bar, followed by the suspect (Hispanic male) shooting into the air and leaving. Spent .9 mm casings were collected from the scene. During the investigation, the potential suspect was identified as Julio Cesar Aguirre by a witness. Information was obtained that Aguirre was armed, may be cartel involved and had recently gotten into trouble in Phoenix. Aguirre was eventually taken into custody by Tucson PD on 6/30/25, following the alleged commission of several felonies including homicide. Lead 25-01763 involves a .9 mm casing. | | | | | | | | | |
| | | | | | | **Days Between Events: 1 days** | | | |

*Be advised that this document is to be used for investigative purposes only. NESS data reflects a compilation of information from multiple data sources. This document should not be relied upon as evidence and investigators should collect original reports for any evidentiary purposes. No information contained herein may be duplicated, reproduced, or disseminated without the express authorization of ATF.*

Date Printed: 07/08/2025

Crime Gun ID: 7850-25-01763

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Page 1 of 2

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

| Event Order | LE Agency | LE Case # | NIBIN Case # / Exhibit # / Type | Event Date/Time | Crime Type | LE Partner | Location | Involved People | Linked Crime Guns |
|---|---|---|---|---|---|---|---|---|---|
| 3 | AZ-TUCSON PD | 2506-30-0026 | 2506-30-0026 PG06 Casing | 06/30/2025 06:20 (MTA) | Other: Aggravated Assault - Other/Criminal Damage - Intentional Vandalism/Criminal- I Homi | Det. Gabe Pena Gabriel Pena | |  (W) (I) z (W) (W) (I) (I) (W) (W) Julio Aguirre (AR,S-K) a (V) (V) (V,D) (V) | (W) |

**Days Between Events: N/A days**

**Summary:** On 6/30/25, Julio Aguirre committed an attempted burglary/aggravated assault at ████ where he held the occupants hostage briefly before fleeing the area again in attempts to evade police. Aguirre was leaving behind a spent .9 mm casing. The suspect then moved to the residence of ████ where he shot and killed ████ in an attempted carjacking, ultimately located in a backyard shed in a nearby residence. Police located a M&P 9 S&W pistol #NDN5223 in the backyard with Aguirre. This pistol has not yet been-test fired. Lead #25-01763 involves the spent .9 mm cartridge case located at the carjacking scene.

*Be advised that this document is to be used for investigative purposes only. NESS data reflects a compilation of information from multiple data sources. This document should not be relied upon as evidence and investigators should collect original reports for any evidentiary purposes. No information contained herein may be duplicated, reproduced, or disseminated without the express authorization of ATF.*

Date Printed: 07/08/2025

Crime Gun ID: 7850-25-01763

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



TUCSON POLICE DEPARTMENT
EVIDENCE, PROPERTY, AND IDENTIFICATION CENTER
NOTICE OF PROPERTY DISPOSITION
OWNER NOTIFICATION

**Date of Notice:** 07/15/2025
**Case Number:** 2506-30-0026
**Item Descriptions(s):**



If foreign language translation of this
document is required, please contact the
Tucson Police Department Property &
Evidence Section at (520) 791-4458.

Currency-Cash, Personal-Cellphone, Personal-Wallet

The Tucson Police Department is holding property in your name at the Property & Evidence Section located at **945 East Ohio Street.** Pick-up hours are **Monday-Thursday from 8AM-4PM, closed Fridays, weekends, and holidays**. If the property is not claimed within thirty (30) days of this notice, it will be disposed of according to State and Local laws.

---

### YOU **MUST** CALL 791-4458 TO SCHEDULE AN APPOINTMENT FOR PICK UP

---

**BRING THIS NOTICE AND GOVERNMENT ISSUED PICTURE IDENTIFICATION WITH YOU WHEN CLAIMING YOUR PROPERTY.**

____ Bring proof of employment or business ownership.

✓ To have property mailed to an out of town address, call for shipping & handling fees.

✓ Make all checks or Money Orders payable to the City of Tucson.

____ Please provide a valid prescription at the time of pick-up.

____ If picking up property for your minor, you must bring proof of parenthood or guardianship.

**IF YOU WANT SOMEONE ELSE TO PICK UP YOUR PROPERTY YOU MUST PROVIDE HIM OR HER WITH A NOTARIZED LETTER OF AUTHORIZATION**



Tucson Police Department
Evidence, Property, and Identification Center
945 East Ohio St
Tucson, AZ 85714
Evidence1@tucsonaz.gov

Ricky Miller



**RCN#:** 646031



**TUCSON POLICE DEPARTMENT**
EVIDENCE, PROPERTY, AND IDENTIFICATION CENTER
NOTICE OF PROPERTY DISPOSITION
OWNER NOTIFICATION

**Date of Notice:** 07/08/2025
**Case Number:** 2506-30-0026
**Item Descriptions(s):**

Jewelry-Misc., Jewelry-Ring



If foreign language translation of this document is required, please contact the Tucson Police Department Property & Evidence Section at (520) 791-4458.

The Tucson Police Department is holding property in your name at the Property & Evidence Section located at **945 East Ohio Street.** Pick-up hours are **Monday-Thursday from 8AM-4PM, closed Fridays, weekends, and holidays.** If the property is not claimed within thirty (30) days of this notice, it will be disposed of according to State and Local laws.

---

### YOU <u>MUST</u> CALL 791-4458 TO SCHEDULE AN APPOINTMENT FOR PICK UP

---

**BRING THIS NOTICE AND GOVERNMENT ISSUED PICTURE IDENTIFICATION WITH YOU WHEN CLAIMING YOUR PROPERTY.**

____Bring proof of employment or business ownership.

____To have property mailed to an out of town address, call for shipping & handling fees.

____Make all checks or Money Orders payable to the City of Tucson.

____Please provide a valid prescription at the time of pick-up.

____If picking up property for your minor, you must bring proof of parenthood or guardianship.

**IF YOU WANT SOMEONE ELSE TO PICK UP YOUR PROPERTY YOU MUST PROVIDE HIM OR HER WITH A NOTARIZED LETTER OF AUTHORIZATION**



Tucson Police Department
Evidence, Property, and Identification Center
945 East Ohio St
Tucson, AZ 85714
Evidence1@tucsonaz.gov

JULIO AGUIRRE
c/o: CCA
1155 N Pinal Parkway
Florence, AZ 85132



**RCN#:** 645730




# TUCSON POLICE DEPARTMENT
## PROPERTY RELEASE

| Case Number (One per form) 2506300026 | Crime Class 0101 | Date 07/11/2025 | |
|---|---|---|---|
| Detective/Officer name (Printed) Pena | Detective/Officer name (Signature) | P.R. Number 54035 | Detail Homicide |

Please indicate by item number and description what property for the above listed case may be released or destroyed. Listed owners will be given an opportunity to claim their property prior to disposal, unless otherwise noted by a disposal justification code. All items must include both a "Process Code" and "Disposal Code".

| Item # | Description | Process Code | Disposal Code |
|---|---|---|---|
| TR7 | Black cellphone | RTOL | APPR |
| GAH06 | Personal-Wallet | RTOL | APPR |
| GAH08 | 8 dollars located inside wallet. | RTOL | APPR |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Disposal of Evidence in Homicides and Felony Sexual Offenses (ARS 13-4221)**
Please answer the following questions. (circle Yes or No)
If all answers in either Box A or Box B are "YES", Property & Evidence will proceed to destroy.

| | | |
|---|---|---|
| • Has a person been convicted of and incarcerated for this offense? | YES | • Is this COLD CASE evidence over 55 years old?  YES |
| • Is the subject no longer incarcerated for this offense? | YES | • Has the CAO approved the disposal of the bulk evidence?  YES |
| • Is the subject exempt from supervised release? | YES | • Has the victim of the case been notified of the destruction?  YES |
| BOX: A | OR | BOX: B |

| Release to (Name): Ricky Miller | Date of Birth: ▉ |
|---|---|

| Mailing Address (Street or P.O. Box): ▉ | City: ▉ | State: ▉ | Zip Code: ▉ |
|---|---|---|---|

| PROCESS CODES | | DISPOSAL JUSTIFICATION CODES | |
|---|---|---|---|
| RTOL: Return to Owner | HOLD: Hold for Investigation | NRO: Not Rightful Owner | USC: Used in a Crime |
| DSTL: Destroy | PDSTR: Photo & Destroy | CTO: Court Order | APPR: Approved |
| AUCL: Auction | PRTO: Photo & Release | FORF: Forfeiture | HAZ: Hazardous |
| | | CON: Contraband | CLSD: Case Closed |
| | | DISM: Case Dismissed | PLED: Plea Agreement |

TPD 1412 (09/2009)

**o** Outlook

---

## Property Release Form

---

**From** Gabriel Pena <Gabriel.Pena@tucsonaz.gov>

**Date** Fri 7/11/2025 10:37 AM

**To** Evidence1 <Evidence1@tucsonaz.gov>

&#128206; 1 attachment (288 KB)

Property Release Form ██████████pdf;

Hello,

Attached is a Property Release Form reference case P2506300026. The victim's son (██████████) lives in ████ and his phone number is (██████████ if needed. His address is listed on the form.

Thanks,

Detective Pena #54035
Tucson Police Department
Homicide Unit
(520) 589-8616

# VEHICLE BAY PROCESSING SUBMISSION FORM

This form must be accompanied by a signed **BEAST Label** and tow sheet.

0034 0580
10/23 08 25
/02

## THIS SECTION TO BE FILLED OUT BY SUBMITTING OFFICER:

| CASE NUMBER: P2506300026 | ITEM NUMBER: AC1 |
|---|---|
| SUBMITTING OFFICER NAME & PR #: A. Coronado   202267 | SIGNATURE: Aford |
| DATE & TIME VEHICLE COLLECTED: 06/30/25   12:50 | DATE & TIME VEHICLE SUBMITTED: 06/30/25   13:43 |

| YEAR: 2001 | MAKE: Toyota | MODEL: Tundra | COLOR: Red ☐ FILE |
|---|---|---|---|

| PLATE NUMBER: YTA81F | REGISTERED OWNER NAME: ▓▓▓▓▓▓▓ |
|---|---|

## THIS SECTION TO BE FILLED OUT BY CRIME SCENE:

| CRIME SCENE SPECIALIST NAME: LEON | PR #: 53783 |
|---|---|
| DATE VEHICLE WAS PROCESSED: 7-1-25 | TIME VEHICLE WAS PROCESSED: 14:00 |

## THIS SECTION TO BE FILLED OUT BY DETECTIVE:

Chain of Command approval for long-term storage at the Evidence Impound Lot for all processed vehicles will be required. *Complete Section 1 for Return to Owner or Section 2 to request long-term storage authorization*.

SECTION 1 - I authorize the vehicle to be returned to the owner: Process Code RTOL / Disposal Code APPR

| OWNER FIRST & LAST NAME: | DOB: | ADDRESS: | |
|---|---|---|---|
| DETECTIVE NAME & PR #: | SIGNATURE: | | DATE: |

SECTION 2 – I request Chain of Command authorization for long-term storage:

| DETECTIVE NAME & PR #: 51078  FRIEBERG  50780 | REASON FOR REQUEST: | DATE: 7-1-25 |
|---|---|---|
| SERGEANT NAME & PR #: | LIEUTENANT NAME & PR #: WINE   49929 | |



Tucson Police Department Identification Section

# Crime Scene Unit - Scene Notes

| CSS: LONEML | | Date: 6/30/20 |
| Case #: P 2506 30 0026 | | Crime: 07-07 |
| Location: ████ | | |
| Enrt: | 10-23: 0/5 | 10-24: //50 |

Ofc/Det:
Frieberg
Gillespie
████

| Photographs: 21 | Lift: |
| DNA: | Blood: |

Notes:  cyplan #1
(Alley Way)
Evidence in Alley
(No direction Arrow
for item #21)

Notes:
loc - #2          1150 —
100627     1415

████

Sut Perez

Notes:
████
████ (Alley Way)
████

Notes:
loc #3     (Robinson)
1150 - 1416

████

process fence for
latent prints
& lift

| Document ID: CSU-2 | All printed copies are uncontrolled. |
| Issued By: Forensics Division Administrator | |
| Published: 01/01/2023 | Page ___ of ___ |

Tucson Police Department Identification Section

# Crime Scene Unit - Scene Notes

| CSS: | 104554/Sobecki | Date: 7 / 1 /2025 |
|---|---|---|

| Case #: P 25063000026 | Crime: 01 |
|---|---|

**Location:** Banner Main

| Enrt: | 10-23: 0900 | 10-24: 0930 |
|---|---|---|

**Ofc/Det:** Robinson

| Photographs: 58 | Lift: |
|---|---|
| DNA: | Blood: |

**Notes:**

2 Photo Lift cards
Right hand + left hand
Item SMSPL

**Notes:**

| Subject: | ☐ Buccal |
|---|---|
| | ☐ |

| Year/Make/Model: | |
|---|---|
| License: | Color: |
| VIN: | |
| Year/Make/Model: | |
| Lisence: | Color: |
| VIN: | |

**Additional Evidence**

| ☐ ALS: Length: | ☐ LP:  MP   BP   SPR |
|---|---|
| ☐ Gel Lift | ☐ Footwear |
| ☐ Morpho Result: | ☐ Trajectory |
| ☐ Presumptive Test:  Lot#: | C + - |
| ☐ | ☐ |

**Notes:**

| Item | Area Processed | # Lifts | #Samples |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

## Tucson Police Department Identification Section

# Crime Scene Unit - Scene Notes

| CSS: 104554/Sobecki | Date: 6/30/2025 |
|---|---|
| Case #: P25063000226 | Crime: DI |
| Location: ▓▓▓▓▓▓ | (Briefing) @ 0900 |
| Enrt: | 10-23: | 10-24: |

**Ofc/Det:** Wall 49540 ①
Badilla 53097 ②
Romero 101195 ③

| Photographs: 056 total | Lift: 1 |
|---|---|
| DNA: — | Blood: 1 |

**Notes:**
Loc. #1 ▓▓▓▓▓▓

0925 - 0945    48 photos

▓▓▓▓▓▓

blood on R. Arm + shirt

▓▓▓▓▓▓

▓▓▓▓▓▓

Photo w/ x3 Collect blood

Item SMS01 - blood @ R. Arm

---

**Notes:** Loc #2 ▓▓▓▓▓

1000 - 1145    164 photos

Subject in BY. attempt to enter through small N. facing window - Area disturbed. Poss. fled via Alley N. of. #1-8 by det. Badilla

1 Lift @ #1
0 Lifts @ #2  } Item SMSLP 1 Lift card

CQ F.W. @ #3 (behind shed) unknown if veh touched or shed

| Subject: | ☐ Buccal |
|---|---|
| | ☐ |

| Year/Make/Model: Ford Edge @ LOC. #2 | |
|---|---|
| License: AZ / DTASCI | Color: |
| VIN: | |
| Year/Make/Model: | |
| Lisence: | Color: |
| VIN: | |

**Additional Evidence**

| ☐ ALS: | Length: | ☐ LP: | MP | BP | SPR |
|---|---|---|---|---|---|
| ☐ Gel Lift | | ✓ Footwear | | | |
| ☐ Morpho Result: | | ☐ Trajectory | | | |
| ☐ Presumptive Test: | Lot#: | | | C + - | |
| ☐ | | ☐ | | | |

---

**Notes:** Loc. #3 Alleyway W of ▓▓▓▓
Between ▓▓▓▓▓▓

1150 - 1400    44 photos

footwear marked w/cone prior @ W end

1 Located one F.W. @ E. end

1 marked: A @ E. end
            B @ W. end

CQ photos

- NO collected items -

Locker #2: in @ 1430  6/30
          out @ 0700  7/1

| Document ID: CSU-6 | All printed copies are uncontrolled. |
|---|---|
| Issued By: Forensics Division Administrator | |
| Published: 01/01/2023 | Page 1 of 1 |

| Item | Area Processed | # Lifts | #Samples |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

Tucson Police Department Identification Section
# Crime Scene Unit - Scene Notes

| CSS: Leon/53783 | | Date: 6-3u-29 |
|---|---|---|
| Case #: P250630 0026 | | Crime: |

**Location:** BRONDERLY UMC

| Enrt: 1407 | 10-23: 1407 | 10-24: 1589 |
|---|---|---|

**Ofc/Det:**

106200 A-GRALANDEZ

| Photographs: 13 | Lift: |
|---|---|
| DNA: | Blood: |

**Notes:**

█████████████

SUS ILMR INVADED -
ADMINLEA CB JACK

**Notes:**

Julio Acuirre

Call log (✓)      Report (16)      Scanned ( )

| Document ID: CSU-6 | All printed copies are uncontrolled. |
|---|---|
| Issued By: Forensics Division Administrator | |
| Published: 01/01/2023 | Page 1 of 1 |

Notes: Scene 2:
ER -
23 -
24 -
Images:

| Subject: | ☐ Buccal |
|---|---|
| | ☐ |

| Year/Make/Model: | |
|---|---|
| License: | Color: |
| VIN: | |
| Year/Make/Model: | |
| Lisence: | Color: |
| VIN: | |

**Additional Evidence**

| ☐ ALS: Length: | ☐ LP:  MP  BP  SPR |
|---|---|
| ☐ Gel Lift | ☐ Footwear |
| ☐ Morpho Result: | ☐ Trajectory |
| ☐ Presumptive Test:  Lot#: | C + - |
| ☐ | ☐ |

| Item | Area Processed | # Lifts | #Samples |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total | | |

Tucson Police Department Identification Section
# Crime Scene Unit - Scene Notes

| CSS: Romero Flores | Date: 06/30/25 | Enrt: 0745 |
|---|---|---|
| Case #: P 2506-30-0026 | Crime: 0101 | 10-23: 0745 0805 |
| Location: ▓▓▓▓▓ | | 10-24: 0805 1209 |
| Ofc/Det: #1' ▓▓▓▓▓ | | Subject: J02 |

Serg Anaya #52771
Detz Frieberg #51078 Det. Gillespie    #50458 Subject:

## Vehicle

| Year: | Color: | Make: | Model: |
|---|---|---|---|
| License: | State: | VIN: | |

## Processing

| ☑ Photographs: 184 | ☐ Latent Print: | ☐ Trace DNA Swab: |
|---|---|---|
| ☐ Footwear Impression | ☐ Flex Casting | ☐ Blood DNA Swab: |
| ☐ Tire Impression | ☐ SPR | ☐ ALS      Wavelength: |
| ☐ Presumptive Test: Lot#:          C + - | ☐ Presumptive Test: Lot#:          C + - | ☐ Presumptive Test: Lot#:          C + - |
| ☐ Trajectory | ☐ Drone | ☐ Faro |
| ☐ Morpho: Result: | ☐ | ☐ |

| Item | Area Processed | # Lifts | #Samples | Item | Area Processed | # Lifts | #Samples |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Total | |

Notes:   - parking lot
         - blood trail

CSSS Lorenz ⟩ also
CSS Sobecki ⟩ assisted w/ case

## Tucson Police Department Identification Section
# Crime Scene Unit - Scene Notes

| CSS: Demers #10195 | Date: 06/30/25 | Enrt: |
|---|---|---|
| Case #: P2506-30-0026 | Crime: 01 | 10-23: 1209 |
| Location: ▓▓▓▓▓▓▓▓▓ | | 10-24: 1413 |
| Ofc/Det: Det. Robinson #43002 | | Subject: |
| | | Subject: |

## Vehicle

| Year: | Color: | Make: | Model: |
|---|---|---|---|
| License: | State: | VIN: | |

## Processing

| ☑Photographs: (6) | ☑Latent Print: ( ) | ☑Trace DNA Swab: 3 |
|---|---|---|
| ☐Footwear Impression | ☐Flex Casting | ☐Blood DNA Swab: |
| ☐Tire Impression | ☐SPR | ☐ALS    Wavelength: |
| ☐Presumptive Test: Lot#:        C + - | ☐Presumptive Test: Lot#:        C + - | ☐Presumptive Test: Lot#:        C + - |
| ☐Trajectory | ☐Drone | ☐Faro |
| ☐Morpho: Result: | ☐ | ☐ |

| Item | Area Processed | # Lifts | #Samples | Item | Area Processed | # Lifts | #Samples |
|---|---|---|---|---|---|---|---|
| JER1 | Shed door ext. | 0 | | | | | |
| JER2 | Shed door int | 0 | | | | | |
| → | ext. " " handle | 0 | 2 | | | | |
| → | int " " handle | 0 | 3 | | | | |
| 4B | possible blood in door | | 2 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total | | | 3 |

Notes: Shed door / frame
int & ext

CSS Lorenz assisted w/ processing
at this location

| Document ID: CSU-9 | Issued By: Forensics Division Administrator | Published: 01/01/2023 |
|---|---|---|

EA Tucson Police Department Identification Section
## Crime Scene Unit - Scene Notes

| CSS: Hartung 202403 | Date: 7-2-25 |
|---|---|
| Case #: P250630 0626 | Crime: 01 |
| Location: Banner Main | |
| Enrt: 18:07 | 10-23: 18:25 | 10-24: 19:04 |

Ofc/Det: 50483 Williamson

| Photographs: 38 | Lift: |
|---|---|
| DNA: | Blood: |

Notes: Julio Aguirre face tattoo on chest & thumb right

Notes: Back and thigh injuries

Notes:

Notes:

| Document ID: CSU-2 | All printed copies are uncontrolled. |
|---|---|
| Issued By: Forensics Division Administrator | |
| Published: 01/01/2023 | Page 1 of 1 |

Index of Exhibits to Application for Writ of Habeas Corpus ad Prosequendum and
Complaint and Application for Preliminary Injunction

Ex. 1          Police reports

Ex. 2          Federal criminal complaint

Ex. 3          State indictment

Ex. 4          Email exchange between the United States and PCAO

Ex. 5          Federal indictment