# EXHIBIT 4

**From:** Brown, Christopher (USAAZ) 5 <Christopher.Brown7@usdoj.gov>
**Sent:** Wednesday, August 6, 2025 5:22 PM
**To:** Joshua Moser <Joshua.Moser@pcao.pima.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>; Kreamer Hope, Frances (USAAZ) <Frances.Kreamer.Hope@usdoj.gov>; Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>; Russell, Craig (USAAZ) <Craig.Russell@usdoj.gov>
**Subject:** FW: Aguirre Case

Good afternoon Josh,

After lengthy internal discussions, we have decided it is not in the interests of justice to turn over Aguirre to the County on a writ for an initial appearance, or for any other parallel proceedings in state court. Consistent with this decision, should the grand jury charge Maldonado and/or Harris following additional review and consideration of DOJ policy, we do not expect to seek to writ them over from the County for parallel proceedings in the Federal case. Given the nature and seriousness of both of our cases, including victim impact and potential punishment, we have grave concerns that parallel prosecutions involving charges that arise out of the same conduct would be fraught with pitfalls that could impact the integrity of each of our cases in, potentially, consequential ways, particularly given the material differences in pretrial procedures in state and federal court. Therefore, in order to protect the integrity of the Federal case, as well as any subsequent County prosecution, the interests of justice will best be served by completing the Federal prosecution of Aguirre before he is transferred to the State to answer the County's charges there, and applying the same rationale to Maldonado and Harris if they are charged federally.

Regards,

0001

Chris



Christopher A. Brown
Chief Assistant U.S. Attorney
United States Attorney's Office | District of Arizona
405 W. Congress St., Suite 4800, Tucson, Arizona 85701

---

**From:** Arellano, Raquel (USAAZ)
**Sent:** Tuesday, August 5, 2025 4:48 PM
**To:** Joshua Moser <Joshua.Moser@pcao.pima.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>; Kreamer Hope, Frances (USAAZ) <Frances.Kreamer.Hope@usdoj.gov>
**Subject:** RE: Aguirre Case

Hi Josh,

Thank you for your emails. My leadership hopes to respond by close of business tomorrow, but by Thursday at the latest.

Raquel

---

**From:** Joshua Moser <Joshua.Moser@pcao.pima.gov>
**Sent:** Tuesday, August 5, 2025 4:12 PM
**To:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>; Kreamer Hope, Frances (USAAZ) <Frances.Kreamer.Hope@usdoj.gov>
**Subject:** [EXTERNAL] RE: Aguirre Case

Hello,

I want to mindful of the 10-day notice period the Marshal's need and that would be tomorrow. The Marshal's will not accept service of a writ without the USAO agreeing to its terms. As stated previously, we will conduct an initial appearance and an arraignment and Mr. Aguirre will be sent back/picked up and be in the custody of the Marshals again after the hearing.

Please let me know. Thank you,

Josh

---

**From:** Joshua Moser
**Sent:** Monday, August 4, 2025 2:26 PM
**To:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>; Kreamer Hope, Frances (USAAZ) <Frances.Kreamer.Hope@usdoj.gov>
**Subject:** RE: Aguirre Case

I continued the hearing to August 15th. Let me know if that works and we will get a writ out to the Marshals.

Thank you-

Josh

---

**From:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>
**Sent:** Wednesday, July 30, 2025 12:09 PM
**To:** Joshua Moser <Joshua.Moser@pcao.pima.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>; Kreamer Hope, Frances (USAAZ) <Frances.Kreamer.Hope@usdoj.gov>
**Subject:** RE: Aguirre Case

Next Friday August 8th is not enough lead time. We will get back to you early next week about your request.

Raquel

---

**From:** Joshua Moser <Joshua.Moser@pcao.pima.gov>
**Sent:** Wednesday, July 30, 2025 11:38 AM
**To:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>; Kreamer Hope, Frances (USAAZ) <Frances.Kreamer.Hope@usdoj.gov>
**Subject:** [EXTERNAL] RE: Aguirre Case

If you get the green light for an IA/Arraignment, when would be a good date to continue it to? Would next Friday, August 8th, work? Thank you for the fast response.

Josh

---

**From:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>
**Sent:** Wednesday, July 30, 2025 11:33 AM
**To:** Joshua Moser <Joshua.Moser@pcao.pima.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>; Kreamer Hope, Frances (USAAZ) <Frances.Kreamer.Hope@usdoj.gov>
**Subject:** RE: Aguirre Case

Hello Josh,

The marshals usually need about 10 days lead time to writ an individual out. Thus, a writ for the IA occurring this Friday 8/1 does not give them enough time. However, I am checking with higher ups about your request to writ him just for the IA/arraignment.

Raquel

**Raquel Arellano | Assistant U.S. Attorney**
**Section Chief – Violent Crimes Unit**
UNITED STATES ATTORNEY'S OFFICE | District of Arizona
Evo A. DeConcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
T: 520.620.7382 | F: 520.620.7320 | iPhone: 520.429.9214
Email:  raquel.arellano@usdoj.gov



---

**From:** Joshua Moser <Joshua.Moser@pcao.pima.gov>
**Sent:** Wednesday, July 30, 2025 11:22 AM
**To:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>
**Subject:** [EXTERNAL] RE: Aguirre Case

Notwithstanding a response to the depositions, any issue with us serving the Marshals today with a writ for Mr. Aguirre for the IA/Arraignment on Friday? He will be returned to the Marshal's custody after the hearing.
Josh

---

**From:** Joshua Moser
**Sent:** Tuesday, July 29, 2025 4:43 PM
**To:** 'Arellano, Raquel (USAAZ)' <Raquel.Arellano@usdoj.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; 'Rossi, Adam (USAAZ)' <Adam.Rossi2@usdoj.gov>
**Subject:** RE: Aguirre Case

Hi Raquel and Adam,

We went to GJ last Friday on the case. I have attached our Indictment. We served his state appointed counsel this afternoon. His Initial Appearance/Arraignment on the case is scheduled this Friday, August 1st at 1:30pm. We can have a writ over first thing tomorrow morning delivered to the Marshals,

Since you all vetoed the preliminary hearing, it is very important for my case, and yours as well, to conduct depositions of my victims, your witnesses, especially the ones in their 70s. I am willing to head over to District Court and participate in depositions (and go second) and coordinate with the State defense attorney to ensure they are present. I did this in a prior case with USAO and it worked out very nicely. I am worried, given how long I anticipate your case will take, especially if it ends up being a death penalty case, that my victims and your witnesses may no longer be around by the time it goes to trial. That was the reason why we wanted a preliminary hearing in the first place. I am going to request the State court order depositions occur in the next 60 days. This is a lot of time to prepare for them and it will give me, and the appointed defense attorney, court authorization to do them. We are happy to work with you on the dates, times, and locations for the depositions.  Obviously, neither the State court nor I can order USAO to do anything, but I believe it is imperative to do depositions as soon as we can for the good of both of our cases.

Josh

---

**From:** Joshua Moser
**Sent:** Thursday, July 10, 2025 2:58 PM
**To:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>

**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>
**Subject:** RE: Aguirre Case

Raquel,

We received your communication denying transport of Aguirre for purposes of preliminary hearing, or any "additional requests to writ Aguirre for future state hearings beyond the IA."

This is troubling in light of the decades long cooperation between our agencies.

In a preliminary hearing we would be asking the *victims* to testify about the truth of what occurred, to preserve their testimony, to no detriment to your case. We would also have the case detective testify, similar to what would occur in a grand jury proceeding. Detectives investigating the facts already obtained the victims' recorded witness statements. If your office wishes to question the victims and other witnesses at the hearing, and have federal defense counsel present as well, you could make arrangements to do so.

We are bringing charges in State court on behalf of our victims, especially our elderly victims, some of whom may not see justice if this matter is delayed. As you are no doubt aware, federal prosecutions like these can take many years to resolve.

USAO's proposed approach, that denies our office the opportunity to seek justice for elderly victims, is inconsistent with long-standing practice between our offices. This is also inconsistent with what was communicated to our office on July 2, 2025. We remain committed to share transport of Aguirre.

Thank you for your time and attention.

Josh


**Joshua Moser**
Chief Criminal Deputy



| Pima County Attorney's Office |
| 32 North Stone Ave. |
| Tucson, AZ 85701 |
| Desk: (520) 724-5341 |
| Joshua.Moser@pcao.pima.gov |

---

**From:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>
**Sent:** Wednesday, July 9, 2025 5:21 PM
**To:** Joshua Moser <Joshua.Moser@pcao.pima.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>
**Subject:** RE: Aguirre Case

Hello Josh and Kim,

We are willing to approve your request to writ Aguirre *but only for the state IA with an immediate return to federal custody following the IA*.  I understand that you wish to have a PH, however, there is a significant federal interest in this case due to Aguirre being in the country illegally and having been previously removed from the United States.  In addition, we are anticipating indicting Aguirre for a carjacking he committed in Phoenix just days before the Tucson attempted carjacking/homicide.  It is not in our interest to have witnesses in our case testify in parallel proceedings.  For that reason, we are not approving any additional requests to writ Aguirre for future state hearings beyond the IA.

Please send a draft of your writ to transfer Aguirre only for the state IA with an immediate return to federal custody thereafter.  I'd like to review it before finalizing the writ.

Thank you,

Raquel

**Raquel Arellano | Assistant U.S. Attorney**
**Section Chief – Violent Crimes Unit**
UNITED STATES ATTORNEY'S OFFICE | District of Arizona
Evo A. DeConcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
T: 520.620.7382 | F: 520.620.7320 | iPhone: 520.429.9214
Email:  raquel.arellano@usdoj.gov



---

**From:** Joshua Moser <Joshua.Moser@pcao.pima.gov>
**Sent:** Tuesday, July 8, 2025 2:10 PM
**To:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>
**Subject:** [EXTERNAL] RE: Aguirre Case

Hi Raquel and Adam,

To give both of you more context for why we need Mr. Aguirre for a Preliminary Hearing and Initial Appearance (and later court appearances). We have charged Aguirre with 6 counts of Aggravated Assault, and two counts of First-Degree Burglary arising out of his crime spree, in addition to the First-Degree Murder and Attempted Armed Robbery for Mr. Miller. Some of our victims are elderly (78, 76, and 70 years old) and we need to preserve their testimony as quickly as possible.  We already reached out to the office of court appointed counsel to obtain counsel for Mr. Aguirre in advance of the preliminary hearing.  Without the presence of Mr. Aguirre on our charges, we will not be able to obtain justice for these victims because they are not encompassed in the federal complaint.

Our offices have worked together through these types of cases before. A very recent example is the prosecution of Samuel Lopez-Ozuna (CR 24-06035-TUC-AMM). Mr. Lopez Ozuna was arrested for fleeing from Border Patrol agents last year while transporting seven illegal aliens. Unfortunately, he crashed his SUV and several of them were severely injured, and one victim passed away. Pima County

is contemporaneously prosecuting Mr. Lopez-Ozuna for First-Degree Murder, Unlawful Flight from Law Enforcement, and nine counts of Aggravated Assault. We have shared custody of Mr. Lopez-Ozuna, enabling both agencies to prosecute him to the fullest. In fact, I appeared on the record in District Court before Judge Markovich yesterday, July 7, 2025, at Mr. Lopez-Ozuna's change of plea.

Per our conversations at TPD and over the phone last Wednesday, July 2, 2025, all of us agreed to work together to ensure Mr. Aguirre's timely appearance in court for both the federal and state cases. We look forward to continuing to work with your office on this and future cases to ensure justice for victims in Pima County.

I look forward to hearing from you tomorrow afternoon.

Josh

---

**From:** Joshua Moser
**Sent:** Tuesday, July 8, 2025 9:30 AM
**To:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>
**Subject:** RE: Aguirre Case

Raquel,
Thank you for getting back to us and keeping us updated.

Josh

---

**From:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>
**Sent:** Tuesday, July 8, 2025 9:27 AM
**To:** Joshua Moser <Joshua.Moser@pcao.pima.gov>
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>; Rossi, Adam (USAAZ) <Adam.Rossi2@usdoj.gov>
**Subject:** RE: Aguirre Case

Good morning, Josh and Kim—

We met yesterday afternoon with Tucson upper management but will continue our discussions tomorrow/Wednesday afternoon with management in Phoenix. I will let you know more following that meeting what we decide to do regarding your writ request.

Raquel

**Raquel Arellano** | **Assistant U.S. Attorney**
**Section Chief – Violent Crimes Unit**
UNITED STATES ATTORNEY'S OFFICE | District of Arizona
Evo A. DeConcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
T: 520.620.7382 | F: 520.620.7320 | iPhone: 520.429.9214
Email:  raquel.arellano@usdoj.gov



---

**From:** Joshua Moser <Joshua.Moser@pcao.pima.gov>
**Sent:** Monday, July 7, 2025 12:48 PM
**To:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>; adam.rossi@usdoj.gov
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>
**Subject:** [EXTERNAL] RE: Aguirre Case

Thanks! I appreciate it.

---

**From:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>
**Sent:** Monday, July 7, 2025 12:38 PM
**To:** Joshua Moser <Joshua.Moser@pcao.pima.gov>; adam.rossi@usdoj.gov
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>
**Subject:** RE: Aguirre Case

Hello Josh and Kim,

Adam and I are planning on discussing the Aguirre matter with the Chief Asst and the Criminal Chief this afternoon.

I'll let you know after that meeting.

Raquel

**Raquel Arellano | Assistant U.S. Attorney**
**Section Chief – Violent Crimes Unit**
UNITED STATES ATTORNEY'S OFFICE | District of Arizona
Evo A. DeConcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
T: 520.620.7382 | F: 520.620.7320 | iPhone: 520.429.9214
Email:  raquel.arellano@usdoj.gov



---

**From:** Joshua Moser <Joshua.Moser@pcao.pima.gov>
**Sent:** Monday, July 7, 2025 12:28 PM

**To:** Arellano, Raquel (USAAZ) <Raquel.Arellano@usdoj.gov>; adam.rossi@usdoj.gov
**Cc:** Kimberly Hunley <Kimberly.Hunley@pcao.pima.gov>
**Subject:** [EXTERNAL] Aguirre Case

Hi Raquel and Adam,

We want to have an IA and PH for Mr. Aguirre on State charges. Do you have an estimate on when he will be available to be picked up?

We will arrange for him to be transported back to federal custody after that with the understanding that we will request him at times for important hearings in State court that we can talk about and work through the logistics of as the cases progress (and assist in arrangements for him to go back into federal custody after those hearings).

Thanks
Josh

This message has been prepared and sent on resources owned by Pima County, Arizona. It is subject to the Computer Use Policy of the Pima County Attorney's Office, as well as the computer and electronic mail policies of Pima County and the Pima County Board of Supervisors.

**CAUTION:** This message and sender come from outside Pima County Attorney . If you did not expect this message, proceed with caution. Verify the sender's identity before performing any action, such as clicking on a link or opening an attachment.

This message has been prepared and sent on resources owned by Pima County, Arizona. It is subject to the Computer Use Policy of the Pima County Attorney's Office, as well as the computer and electronic mail policies of Pima County and the Pima County Board of Supervisors.

**CAUTION:** This message and sender come from outside Pima County Attorney . If you did not expect this message, proceed with caution. Verify the sender's identity before performing any action, such as clicking on a link or opening an attachment.

This message has been prepared and sent on resources owned by Pima County, Arizona. It is subject to the Computer Use Policy of the Pima County Attorney's Office, as well as the computer and electronic mail policies of Pima County and the Pima County Board of Supervisors.

**CAUTION:** This message and sender come from outside Pima County Attorney . If you did not expect this message, proceed with caution. Verify the sender's identity before performing any action, such as clicking on a link or opening an attachment.

This message has been prepared and sent on resources owned by Pima County, Arizona. It is subject to the Computer Use Policy of the Pima County Attorney's Office, as well as the computer and electronic mail policies of Pima County and the Pima County Board of Supervisors.

**CAUTION:** This message and sender come from outside Pima County Attorney . If you did not expect this message, proceed with caution. Verify the sender's identity before performing any action, such as clicking on a link or opening an attachment.

This message has been prepared and sent on resources owned by Pima County, Arizona. It is subject to the Computer Use Policy of the Pima County Attorney's Office, as well as the computer and electronic mail policies of Pima County and the Pima County Board of Supervisors.

**CAUTION:** This message and sender come from outside Pima County Attorney . If you did not expect this message, proceed with caution. Verify the sender's identity before performing any action, such as clicking on a link or opening an attachment.

This message has been prepared and sent on resources owned by Pima County, Arizona. It is subject to the Computer Use Policy of the Pima County Attorney's Office, as well as the computer and electronic mail policies of Pima County and the Pima County Board of Supervisors.

**CAUTION:** This message and sender come from outside Pima County Attorney . If you did not expect this message, proceed with caution. Verify the sender's identity before performing any action, such as clicking on a link or opening an attachment.