EXHIBIT 5

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ADAM D. ROSSI
FRANCES M. KREAMER HOPE
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
       frances.kreamer.hope@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Julio Cesar Aguirre,<br><br>　　　　　Defendant. | CR25-03393 TUC-RM(MAA)<br><br>**I N D I C T M E N T**<br><br>VIO:　18 U.S.C. § 2119(3)<br>(Attempted Carjacking Resulting in Death)<br>Count One<br><br>18 U.S.C. §§ 924(c)(1)(A)(iii) and 924(j)(1)<br>(Use/Carrying of a Firearm During a Crime of Violence Causing Death)<br>Count Two<br><br>18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8)<br>(Possession of a Firearm by an Illegal Alien)<br>Count Three<br><br>8 U.S.C. § 1326(a) (enhanced by 8 U.S.C. § 1326(b)(1))<br>(Reentry of Removed Alien)<br>Count Four<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>(Possession of a Firearm by a Convicted Felon)<br>Count Five |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>

On or about June 30, 2025, in the District of Arizona, defendant JULIO CESAR

AGUIRRE, with the intent to cause death and serious bodily harm, attempted to take a motor vehicle that has been transported, shipped, or received in interstate or foreign commerce, to wit: one (1) red Toyota Tundra, from the person or presence of another, victim John Doe, by force and violence or by intimidation, resulting in the death of John Doe.

All in violation of Title 18, United States Code, Section 2119(3).

## COUNT TWO

On or about June 30, 2025, in the District of Arizona, defendant JULIO CESAR AGUIRRE did knowingly use, carry, and discharge one (1) Smith & Wesson, M&P 2.0, 9mm caliber pistol, during and in relation to a crime of violence, that is: Attempted Carjacking Resulting in Death, as alleged in Count One, in violation of Title 18, United States Code, Section 2119(3), for which a person may be prosecuted in a court of the United States, and in the course of committing a violation of Title 18, United States Code, Section 924(c)(1)(A)(iii), caused the death of John Doe through the use of a firearm, and the killing constituted first degree murder, as defined in Title 18, United States Code, Section 1111.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 924(j)(1).

## COUNT THREE

On or about June 30, 2025, in the District of Arizona, defendant JULIO CESAR AGUIRRE, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, in and affecting interstate and foreign commerce, to wit: one (1) Smith & Wesson, M&P 2.0, 9mm caliber pistol.

All in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## COUNT FOUR

On or about June 30, 2025, in the District of Arizona, to wit: at or near Tucson, Arizona, defendant JULIO CESAR AGUIRRE, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and

removed therefrom at or near Nogales, Arizona, on or about March 8, 2013, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

## COUNT FIVE

On or about June 30, 2025, in the District of Arizona, defendant JULIO CESAR AGUIRRE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, to wit: one (1) Smith & Wesson, M&P 2.0, 9mm caliber pistol.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF SPECIAL FINDINGS

The allegations of Counts One and Two of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein.

As to Counts One and Two, JULIO CESAR AGUIRRE:

1. Was 18 years of age or older at the time of the offenses (18 U.S.C. § 3591(a));

2. Intentionally killed John Doe (18 U.S.C. § 3591(a)(2)(A));

3. Intentionally inflicted serious bodily injury that resulted in the death of John Doe (18 U.S.C. § 3591(a)(2)(B));

4. Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant of the offense, and John Doe died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

5. Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than a participant of the offense, such that participation in the act constituted a reckless disregard for human life and John Doe died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

6. In the commission of the offense, or in escaping apprehension for the violation of the offense, knowingly created a grave risk of death to 1 or more persons in addition to the victim of the offense (18 U.S.C. § 3592(c)(5)); and,

7. The victim was particularly vulnerable due to old age, youth, or infirmity (18 U.S.C. § 3592(c)(11)).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: July 30, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

ADAM D. ROSSI
FRANCES M. KREAMER HOPE
Assistant U.S. Attorneys