# EXHIBIT 3

# REDACTED

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| THE STATE OF ARIZONA, | Case No.: CR20253494-001 |
|---|---|
| Plaintiff, | Direct **INDICTMENT** |
| vs. | |
| JULIO CESAR AGUIRRE, | 341-GJ-469 |
| Defendant. | |

The grand jurors of the County of Pima, in the name of the State of Arizona, and by its authority accuse JULIO AGUIRRE, and charge that in Pima County:

COUNT ONE: MURDER 1ST DEGREE, A CLASS ONE FELONY

On or about June 30, 2025, JULIO CESAR AGUIRRE murdered ▆▆▆, in violation of A.R.S. 13-1105A.

COUNT TWO: ATTEMPT TO COMMIT ARMED ROBBERY, A CLASS TWO FELONY

On or about June 30, 2025, JULIO CESAR AGUIRRE attempted to rob ▆▆▆, while the defendant or an accomplice was armed with a deadly weapon or a simulated deadly weapon and/or was using or threatening to use a deadly weapon, dangerous instrument, or simulated deadly weapon, to wit: FIREARM, in violation of A.R.S. §§ 13-1001, 13-1904.

COUNT THREE: AGGRAVATED ASSAULT WITH A DEADLY WEAPON OR DANGEROUS INSTRUMENT, A CLASS THREE FELONY

On or about June 30, 2025, JULIO CESAR AGUIRRE assaulted ▆▆▆ with a deadly weapon or dangerous instrument, to wit: FIREARM, in violation of A.R.S. § 13-1204A2.

COUNT FOUR: AGGRAVATED ASSAULT WITH A DEADLY WEAPON OR DANGEROUS INSTRUMENT, A CLASS THREE FELONY

On or about June 30, 2025, JULIO CESAR AGUIRRE assaulted ▆▆▆ with a deadly weapon or dangerous instrument, to wit: FIREARM, in violation of A.R.S. § 13-1204A2.

COUNT FIVE: BURGLARY 1ST DEGREE-RESIDENTIAL STRUCTURE, A CLASS TWO FELONY

On or about June 30, 2025, JULIO CESAR AGUIRRE committed burglary in the first degree of a residential structure, belonging to or occupied by ███ ███████, while knowingly possessing explosives, a deadly weapon or dangerous instrument, to wit: FIREARM, in violation of A.R.S. § 13-1508A.

COUNT SIX: AGGRAVATED ASSAULT WITH A DEADLY WEAPON OR DANGEROUS INSTRUMENT, A CLASS THREE FELONY

On or about June 30, 2025, JULIO CESAR AGUIRRE assaulted ████████████ with a deadly weapon or dangerous instrument, to wit: FIREARM, in violation of A.R.S. § 13-1204A2.

COUNT SEVEN: AGGRAVATED ASSAULT WITH A DEADLY WEAPON OR DANGEROUS INSTRUMENT, A CLASS THREE FELONY

On or about June 30, 2025, JULIO CESAR AGUIRRE assaulted ████ ██████ with a deadly weapon or dangerous instrument, to wit: FIREARM, in violation of A.R.S. § 13-1204A2.

COUNT EIGHT: AGGRAVATED ASSAULT WITH A DEADLY WEAPON OR DANGEROUS INSTRUMENT, A CLASS THREE FELONY

On or about June 30, 2025, JULIO CESAR AGUIRRE assaulted ████████████ with a deadly weapon or dangerous instrument, to wit: FIREARM, in violation of A.R.S. § 13-1204A2.

COUNT NINE: BURGLARY 1ST DEGREE-NONRESIDENTIAL STRUCTURE OR FENCED YARD, A CLASS THREE FELONY

On or about June 30, 2025, JULIO CESAR AGUIRRE committed burglary in the first degree of a non-residential structure or fenced commercial yard or residential yard, belonging to ████ ██████, while knowingly possessing a deadly weapon or dangerous instrument, to wit: FIREARM, in violation of A.R.S. § 13-1508A.

COUNT TEN: AGGRAVATED ASSAULT WITH A DEADLY WEAPON OR DANGEROUS INSTRUMENT, A CLASS THREE FELONY

On or about June 30, 2025, JULIO CESAR AGUIRRE assaulted ██████████ with a deadly weapon or dangerous instrument, to wit: FIREARM, in violation of A.R.S. § 13-1204A2.

COUNT ELEVEN: POSSESSION OF DEADLY WEAPON BY PROHIBITED POSSESSOR, A CLASS FOUR FELONY

On or about June 30, 2025, JULIO CESAR AGUIRRE knowingly possessed a deadly weapon, to wit: FIREARM, while being an undocumented alien or non-immigrant alien, in violation of A.R.S. § 13-3102A4.

COUNT TWELVE: POSSESSION OF DEADLY WEAPON BY PROHIBITED POSSESSOR, A CLASS FOUR FELONY

On or about June 30, 2025, JULIO CESAR AGUIRRE, knowingly possessed a deadly weapon, to wit: FIREARM, while having been convicted of a felony, in violation of A.R.S. § 13-3102A4.

Tucson Police Department: P2506300026

LAURA CONOVER
PIMA COUNTY ATTORNEY

By: _____

Dated: 7/25/2025

True Bill

_____
Foreperson of the Grand Jury