# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-25-00468-TUC-RM (MAA) |
| Petitioner, | **ORDER** |
| v. | |
| Pam Bondi, et al., | |
| Respondents. | |

Pending before the Court is Petitioner's Motion for Leave to File Exhibit Under Seal. (Doc. 11.) Petitioner seeks leave to file under seal an unredacted version of Exhibit 6 in support of its Application for Writ of Habeas Corpus Ad Prosequendum and Complaint, and to publicly file a redacted version of the exhibit. (*Id.*) Specifically, Petitioner seeks to seal the name of a victim representative, as well as the ages and medical conditions of victims. (*Id.*) The Court has reviewed the exhibit and proposed redactions. The Court finds that the proposed redactions should be revised as follows: (1) all but the initials, rather than the full name, of the victim representative should be redacted; and (2) the ages of the victims should be unredacted. The Court finds that compelling reasons support the other proposed redactions at this time.

Accordingly,

. . . .

. . . .

. . . .

**IT IS ORDERED** that Petitioner's Motion for Leave to File Exhibit Under Seal (Doc. 11) is **granted**, as set forth above.  Petitioner shall publicly file a revised redacted version of Exhibit 6, as directed above, within **five (5) days** of the date this Order is filed.  The Clerk of Court is directed to file <u>**under seal**</u> the unredacted version of Exhibit 6 (lodged at Doc. 12).  The unredacted version of Exhibit 6 shall remain sealed pending further Order of the Court.

Dated this 9th day of September, 2025.

_____
Honorable Rosemary Márquez
United States District Judge