**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
J. William Brammer, Jr, SBN 002079
Deputy County Attorney
william.brammer@pcao.pima.gov
James W. Rappaport, SBN 031699
Deputy County Attorney
james.rappaport@pcao.pima.gov
Joshua Moser, SBN 025642
Chief Criminal Deputy County Attorney
joshua.moser@pcao.pima.gov
32 North Stone Avenue
Tucson, Arizona 85701
Telephone: (520) 724-5600
*Attorneys for the State of Arizona*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The State of Arizona, by and through Pima County Attorney, Laura Conover,<br><br>*Plaintiff/Petitioner*,<br><br>v.<br><br>Pam Bondi, et al.,<br><br>*Defendants/Respondents*. | CV-25-00468-TUC-RM (MAA)<br><br>**NOTICE OF FILING REDACTED COPY OF EXHIBIT 6** |

Plaintiff the State of Arizona by and through Pima County Attorney, LAURA CONOVER (herein the "State"), pursuant to this Court's September 9, 2025, order ("Order"), gives notice that it files today, September 12, 2025, an updated redacted Exhibit 6 in accordance with the Order. A copy of the amended redacted Exhibit 6 is submitted herewith for filing.

Respectfully submitted September 12, 2025,

                Laura Conover
                Pima County Attorney

By   /s/ *James W. Rappaport*
      J. William Brammer, Jr.
      James W. Rappaport
      Joshua Moser
      *Deputy Pima County Attorneys*

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the registered CM/ECF users. Copies sent by U.S. Mail to the following:

**Gadyaces S. Serralta**, Director of the United States Marshals Service
U.S. Marshals Service
Washington, DC 20530-0001

**Kristi Noem**, Secretary of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528–0485

**Pam Bondi**, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Timothy Courchaine**, United States Attorney for the District of Arizona
401 W. Washington Street, SPC 8
Phoenix, AZ 85003-2119

**Van Bayless**, United States Acting Marshal for the District of Arizona
401 West Washington Street, Suite 270
Phoenix, AZ 85003-2126

**Denise Ann Faulk**
**Sarah S. Letzkus**
Assistant United States Attorneys
405 West Congress Street, Suite 4800
Tucson, Arizona 85701
*Counsel for Defendants/Respondents*

*/s/ James W. Rappaport*