# REDACTED EXHIBIT 6

LAURA CONOVER
PIMA COUNTY ATTORNEY
J. William Brammer, Jr, SBN 002079
Deputy County Attorney
william.brammer@pcao.pima.gov
James W. Rappaport, SBN 031699
Deputy County Attorney
james.rappaport@pcao.pima.gov
Joshua Moser, SBN 025642
joshua.moser@pcao.pima.gov
Chief Criminal Deputy County Attorney
32 North Stone Avenue
Tucson, Arizona 85701
Telephone: (520) 724-5600
*Attorneys for the State of Arizona*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| The State of Arizona, by and through Pima County Attorney, Laura Conover, <br><br>*Plaintiff,* <br><br>v. <br><br>Pam Bondi, in her official capacity as Attorney General of the United States; <br><br>Gadyaces S. Serralta, in his official capacity as Director of the United States Marshals Service; <br><br>Kristi Noem in her official capacity as Secretary of Homeland Security; <br><br>Van Bayless in his official capacity as United States Acting Marshal for the District of Arizona; | No. <br><br>**AFFIDAVIT IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM AND COMPLAINT AND APPLICATION FOR PRELIMINARY INJUNCTION** |

| | |
|---|---|
| 1 | Timothy Courchaine in his official capacity as United States Attorney for the District of Arizona; |
| 2 | |
| 3 | John Does 1-3, in their official capacities as Bureau of Prisons officials; |
| 4 | |
| 5 | |
| 6 | Robert Roes 1-3, in their official capacities as United States Marshals and Deputy United States Marshals, |
| 7 | |
| 8 | |
| 9 | *Defendants/Respondents.* |

STATE OF ARIZONA   )
                   ) ss.
County of Pima     )

E████ Q██████, being first duly sworn, upon her oath, deposes and states as follows:

1. My name is E██ Q█████, and I live in Tucson, Arizona.
2. I have personal knowledge of the facts and circumstances surrounding the federal criminal case, *United States v. Julio Cesar Aguirre*, 4:25-cr-03393-RM-MAA.
3. My parents are A.Q. and O.Q., and my significant other is A.R.
4. I am acting as the Victim Representative for my parents. They have invoked their Victims' Rights under Arizona law.
5. On the morning of June 30, 2025, Julio Cesar Aguirre forced his way inside my parents' home. He held my parents at gunpoint and threatened them and demanded they drive him to Nogales.

LAURA CONOVER
PIMA COUNTY ATTORNEY

6. My mother was able to call me for help, and I in turn called A.R. A.R. and I live within walking distance of my parents' home.

7. A.R. drove to my parents' home and confronted Aguirre. Aguirre pointed a gun to A.R.'s head.

8. Police officers eventually arrived, and A.R. was able to safely escort my parents out of the home.

9. Four days after the incident, Pima County Attorney Laura Conover and Detective Fabian Pacheco from her office called me to discuss my family's rights as crime victims. At that time, I informed them that I would be representing my family in order to receive information about any criminal prosecution.

10. A.R. has experienced significant effects as a result of the trauma from the incident.

11. My parents have also experienced significant effects as a result of the trauma from the incident.

12. My father, A.Q., is 78 years old and will be 79 this fall.

13. My mother, O.Q., is 76 years old. She was recently diagnosed with ▮▮▮▮. She is also ▮▮▮▮. I have also noticed that ▮▮▮▮. I am concerned that her and my father's memories of the incident could deteriorate with time.

14. As of the date of this affidavit, and to the best of my knowledge, no one from the United States Attorney's Office or any other federal government office has contacted A.R. or my parents. No one from the federal government has offered to provide services, or has even recognized that we are also victims of Julio Cesar Aguirre.

15. Pima County Attorney Conover and Detective Pacheco have kept us updated and have met with us several times to keep us abreast of the case they have against Aguirre.

16. To my knowledge, the State of Arizona has indicted Aguirre for the crimes he committed against my parents and A.R..

17. To my knowledge, the federal government has not indicted Aguirre for any of the things he did to my parents and A.R.

18. I have reported to the Pima County Attorney's Office that my parents are willing to testify, and I am willing and able to help make them available for any hearings, including depositions.

19. My family and I are deeply concerned that we will not see justice done in this case. ███████████████████████████████████████

    E███ Q███

SUBSCRIBED AND SWORN TO before me this 20th day of August 2025,

by E███ Q███

_____
Notary Public

My Commission Expires:

_____

Candace L. Calhoon
Notary Public
Pima County, Arizona
My Comm. Expires 02-12-29
Commission No. 681258

LAURA CONOVER
PIMA COUNTY ATTORNEY

4 of 4