# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The State of Arizona, by and through Pima County Attorney, Laura Conover, | CV-25-00468-TUC-RM (MAA) |
| *Plaintiff/Petitioner*, | |
| v. | **ORDER** |
| Pam Bondi, et al., | |
| *Defendants/Respondents*. | |

 Having considered the State's Notice, the Court schedules a hearing for the ___ day of _____, 2025, at which time the court will take evidence and hear argument from the Parties on the Sate's Application for a Writ of Habeas Corpus ad Testificandum.

Dated: _____

_____
Honorable Rosemary Márquez
United States District Judge