# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-25-00468-TUC-RM (MAA) |
| Petitioner, | **ORDER** |
| v. | |
| Pam Bondi, et al., | |
| Respondents. | |

Pending before the Court is the State of Arizona's Motion for Leave to File Partially Redacted Witness List. (Doc. 20.) The State seeks leave to file a witness list that redacts all but the initials of a victim representative. (*Id.*) The Court interprets the Motion as requesting leave to file an unredacted copy of the witness list under seal, and the Court finds good cause to seal that filing.[1]

Accordingly,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

---

[1] The State attached to its Motion both unredacted and redacted copies of the witness list. (Doc. 20-1, Doc. 20-2.) The Court directed the Clerk of Court to temporarily seal the unredacted copy of the witness list, as it appears the State erroneously filed that document on the public docket.

1  **IT IS ORDERED** that the Motion for Leave to File Partially Redacted Witness List
2  (Doc. 20) is **granted**.  The Clerk of Court is directed to maintain **under seal** the unredacted
3  witness list filed by the State (Doc. 20-1).
4  Dated this 24th day of September, 2025.

_____
Honorable Rosemary Márquez
United States District Judge