TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant United States Attorney
Arizona State Bar No. 12700
Email: denise.faulk@usdoj.gov
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
Email: sarah.letzkus@usdoj.gov
405 W. Congress St., Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THR DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, | CV-25-00491-TUC-RM |
| Plaintiff/Petitioner, | DECLARATION OF STEVE MOLESKY |
| v. | |
| Pam Bondi, et al., | |
| Defendants/Respondents. | |

I, Steve Molesky, based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration.

1. I am employed by the Federal Bureau of Investigation (FBI) as the Acting Supervisory Special Agent, Phoenix Division, Tucson Resident Agency. I have been employed as a Special Agent in the FBI since 2008. I have been assigned to my current position as a Special Agent on the Southern Arizona Violent Crime and Gang Task Force since September 2024.

2. The Tucson Police Department (TPD) arrested Aguirre in the community without an arrest warrant and took him to a local hospital.

3. Aguirre remained in TPD's custody until after a federal judge issued a federal arrest warrant at 1:16 p.m. on July 2, 2025.

4. I served Aguirre the federal arrest warrant at the hospital.

5. Federal task force officers took Aguirre into federal custody.

6. Aguirre has remained in federal custody since that time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: September 25, 2025.

_____
STEVE MOLESKY
Acting Supervisory Special Agent
Federal Bureau of Investigation
Phoenix Division
Tucson Resident Agency