TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant United States Attorney
Arizona State Bar No. 12700
Email: denise.faulk@usdoj.gov
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
Email: sarah.letzkus@usdoj.gov
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
*Attorneys for Defendants/Respondents*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, | CV-25-00468-TUC-RM (MAA) |
| Plaintiff/Petitioner, | **RESPONDENTS' WITNESS LIST** |
| v. | |
| Pam Bondi, et al., | |
| Defendants/Respondents. | |

Respondents Van Bayless, United States Acting Marshal for the District of Arizona, and Core Civic Warden, appearing in their official capacities through undersigned counsel, hereby submit their witness list for the September 29, 2025, hearing in this case. The following individual may be called as a witness in this action.

1. Steve Molesky, Federal Bureau of Investigations.

///
///
///
///
///

1

RESPECTFULLY SUBMITTED this 29th day of September 2025.

        TIMOTHY COURCHAINE
        United States Attorney
        District of Arizona

        *s/Sarah S. Letzkus*
        SARAH S. LETZKUS
        DENISE ANN FAULK
        Assistant United States Attorneys
        *Attorneys for Defendants/Respondents*