DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| U.S. District Judge: Rosemary Márquez | Date: September 29, 2025 |
|---|---|
| State of Arizona v. Pam Bondi, et al. | Case Number: CV-25-00468-TUC-RM (MAA) |

Attorneys for the petitioner, State of Arizona: J. William Brammer, Jr. and James W. Rappaport
Attorney for the respondents, Pam Bondi, et al.: Sarah Letzkus and Denise Faulk
Court reporter: Erica McQuillen
Courtroom deputy: Sandra G. Fuller

**In-Court Hearing**

The matter comes before the Court regarding the sealed Application for Writ of Habeas Corpus Ad Prosequendum and Complaint and Application for Preliminary Injunction filed August 15, 2025.

The parties present exhibit 1, an affidavit, which has been stipulated to by the parties. The respondent agrees to stipulate to the admissibility of the exhibit for today's proceedings in lieu of in person testimony. The Court admits exhibit 1.

Mr. Brammer presents an opening statement to the Court.

The petitioner's witness, Joshua Moser, is sworn and examined.

Cross-examination of the witness, Joshua Moser, by Ms. Letzkus. The respondents' exhibits, 51, 52, 53, 54, 55, and 56, are admitted.

Redirect examination of the witness, Joshua Moser, by Mr. Brammer.

The respondent's witness, Steve Molesky, is sworn and examined.

Cross-examination of the witness, Steve Molesky, by Mr. Brammer.

Redirect examination of the witness, Steve Molesky, by Ms. Letzkus.

Ms. Faulk presents a closing remark on behalf of the respondent.

The Court takes the matter **UNDER ADVISEMENT** and will issue a formal Order.

In-Court Hearing: 1:32 p.m. to 3:02 p.m. (1 hour and 30 minutes)