UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

State of Arizona
PLAINTIFF

v.

Pam Bondi, et al.
DEFENDANT

☒ FILED  ☐ LODGED
Sep 29 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

WITNESS LIST

CASE NUMBER:

| PRESIDING JUDGE Hon. Rosemary Marquez | COURTROOM DEPUTY Sandra Fuller | COURT REPORTER Erica McQuillen |
|---|---|---|
| HEARING/TRIAL DATE(S) September 29, 2025 | PLAINTIFF ATTORNEY(S) J. William Brammer, Jr. / James W. Rappaport | DEFENDANT ATTORNEY(S) Sarah S. Letzkus / Denise Ann Faulk |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | X | 09/29/2025 | 09/29/2025 | Steve Molesky, Federal Bureau of Investigations |  |
| X |  | 09/29/2025 | 09/29/2025 | Joshua Moser |  |