**LAURA CONOVER**
PIMA COUNTY ATTORNEY
J. William Brammer, Jr, SBN 002079
Deputy County Attorney
william.brammer@pcao.pima.gov
James W. Rappaport, SBN 031699
Deputy County Attorney
james.rappaport@pcao.pima.gov
32 North Stone Avenue
Tucson, Arizona 85701
Telephone: (520) 724-5600
*Attorneys for the State of Arizona*



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The State of Arizona, by and through Pima County Attorney, Laura Conover, <br><br> *Plaintiff/Petitioner*, <br><br> v. <br><br> Pam Bondi, et al., <br><br> *Defendants/Respondents*. | CV-25-00468-TUC-RM (MAA) <br><br> **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:

Pursuant to the Court's October 2, 2025 Order herein, the Clerk of Court HEREBY ISSUES, in the name of the United States, a Writ of Habeas Corpus Ad Prosequendum directed to the United States Attorney General, by and through the United States Marshals Service for Arizona and their agents, that they, and each of them, produce and transport, JULIO CESAR AGUIRRE ("Aguirre"), from federal custody, for (1) an Arraignment and Initial Appearance in the Superior Court of the State of Arizona, in and for the County of

CC: AUSA, USM

Pima, case number CR20253494-001 on November 5, 2025; and (2) witness depositions in Pima County Superior Court case number CR20253494-001. The United States Marshals Service may produce Aguirre electronically via video-teleconference technology for the Arraignment and Initial Appearance, in cooperation with the Pima County Attorney's Office. The United States Marshals Service may produce Aguirre for witness depositions at the Evo A. DeConcini United States Courthouse, in cooperation with the Pima County Attorney's office. If Aguirre is temporarily removed from federal custody for purposes of the state-court appearances, he shall promptly be returned to federal custody upon completion of the state-court appearances.

Signed on this  14th  day of October, 2025.

_____
Clerk of the United States District Court for the District of Arizona