LAURA CONOVER
PIMA COUNTY ATTORNEY
J. William Brammer, Jr, SBN 002079
Deputy County Attorney
william.brammer@pcao.pima.gov
James W. Rappaport, SBN 031699
Deputy County Attorney
james.rappaport@pcao.pima.gov
32 North Stone Avenue
Tucson, Arizona 85701
Telephone: (520) 724-5600
*Attorneys for the State of Arizona*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The State of Arizona, by and through Pima County Attorney, Laura Conover,<br>*Plaintiff/Petitioner*,<br>v.<br>Pam Bondi, et al.,<br>*Defendants/Respondents*. | CV-25-00468-TUC-RM (MAA)<br><br>**NOTICE OF SERVICE** |

Plaintiff the State of Arizona by and through Pima County Attorney, LAURA CONOVER (herein the "State"), respectfully submits the following Notice to the Court.

On October 14, 2025, Pima County Attorney's Office Detective Gerardo M. Diaz served the United States Marshals Service for Arizona with a duly signed and sealed writ of habeas corpus ad prosequendum issued by the United States District Court. *See Affidavit of Detective Gerardo Diaz*, attached as **Exhibit 1**; *Investigative Supplemental Report No. 1*, attached as **Exhibit 2**. On October 20, 2025, Detective

Gerardo M. Diaz, served the United States Marshals Service for Arizona with a duly signed and sealed writ of habeas corpus ad prosequendum issued by the Arizona Superior Court in and for Pima County. *See Investigate Supplemental Report No. 2*, attached as **Exhibit 3**. The United States Marshals Service for Arizona acknowledge receipt of the state writ. *See email exchange with United States Marshal Service*, attached as **Exhibit 4.**

Respectfully submitted October 22, 2025,

LAURA CONOVER
PIMA COUNTY ATTORNEY

By /s/ *James W. Rappaport*
J. William Brammer, Jr.
James W. Rappaport
*Deputy Pima County Attorneys*

LAURA CONOVER
PIMA COUNTY ATTORNEY

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the registered CM/ECF users. Copies sent by U.S. Mail to the following:

**Denise Ann Faulk**
**Sarah S. Letzkus**
Assistant United States Attorneys
405 West Congress Street, Suite 4800
Tucson, Arizona 85701
*Counsel for Defendants/Respondents*

*/s/ James W. Rappaport*