# EXHIBIT 1

```
1  LAURA CONOVER
   PIMA COUNTY ATTORNEY
2  J. William Brammer, Jr, SBN 002079
   Deputy County Attorney
3  william.brammer@pcao.pima.gov
   James W. Rappaport, SBN 031699
4  Deputy County Attorney
   james.rappaport@pcao.pima.gov
5  32 North Stone Avenue
6  Tucson, Arizona 85701
   Telephone: (520) 724-5600
7  Attorneys for the State of Arizona
```

LAURA CONOVER
PIMA COUNTY ATTORNEY

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| The State of Arizona, by and through Pima County Attorney, Laura Conover, | No. CV-25-00468-TUC-RM (MAA) |
| *Plaintiff/Petitioner*, | **AFFIDAVIT OF SERVICE** |
| v. | |
| Pam Bondi, et al., | |
| *Defendants/Respondents*. | |

STATE OF ARIZONA     )
                     ) ss.
County of Pima       )

GERARDO M. DIAZ, being first duly sworn, upon his oath, deposes and states as follows:

1. My name is Gerardo Medeles Diaz, and I live in Tucson, Arizona.

1 of 3

2. I am over 18 years of age.

3. I am a Detective with the Pima County Attorney's Office, and I was tasked with serving two writs of habeas corpus ad prosequendum, one of which was duly signed and sealed by the Clerk of this Court, and the other of which was duly signed and sealed by the Clerk of the Arizona Superior Court in and for the County of Pima.

4. I served the federal court-issued writ, a true copy of which is attached, on the United States Marshals Service for Arizona, the entity to which the writ is directed, by delivering to and leaving the writ with Deputy United States Marshal Elliot Manspeaker at the Evo A. DeConcini Federal Courthouse at 405 W. Congress Street, Tucson, AZ 85701-5010, on Tuesday, October 14, 2025, at about 3:40 p.m.

5. I served the state court-issued writ, a true copy of which is attached, on the United States Marshals Service for Arizona, the entity to which the writ is directed, by delivering to and leaving the writ with Deputy United States Marshal A. Loy at the Evo A. DeConcini Federal Courthouse at 405 W. Congress Street, Tucson, AZ 85701-5010, on Monday, October 20, 2025, at about 9:54 a.m.

_____
Gerardo M. Diaz

LAURA CONOVER
PIMA COUNTY ATTORNEY

```
 1    SUBSCRIBED AND SWORN TO before me this 21 day of October 2025,
 2
 3    by Gerardo M. Diaz
 4
 5                                                    Rachl Welshns
 6                                                    Notary Public
 7    My Commission Expires:
 8    June 6, 2026
```

OFFICIAL SEAL
RACHEL WELSHANS
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. #: 631895
My Comm. Exp: June 6, 2026

LAURA CONOVER
PIMA COUNTY ATTORNEY

**LAURA CONOVER**
PIMA COUNTY ATTORNEY
J. William Brammer, Jr, SBN 002079
Deputy County Attorney
william.brammer@pcao.pima.gov
James W. Rappaport, SBN 031699
Deputy County Attorney
james.rappaport@pcao.pima.gov
32 North Stone Avenue
Tucson, Arizona 85701
Telephone: (520) 724-5600
*Attorneys for the State of Arizona*



FILED ___ LODGED
RECEIVED ___ COPY

OCT 1 4 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The State of Arizona, by and through Pima County Attorney, Laura Conover,<br><br>*Plaintiff/Petitioner,*<br><br>v.<br><br>Pam Bondi, et al.,<br><br>*Defendants/Respondents.* | CV-25-00468-TUC-RM (MAA)<br><br>**WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:

Pursuant to the Court's October 2, 2025 Order herein, the Clerk of Court HEREBY ISSUES, in the name of the United States, a Writ of Habeas Corpus Ad Prosequendum directed to the United States Attorney General, by and through the United States Marshals Service for Arizona and their agents, that they, and each of them, produce and transport, JULIO CESAR AGUIRRE ("Aguirre"), from federal custody, for (1) an Arraignment and Initial Appearance in the Superior Court of the State of Arizona, in and for the County of

CC: AUSA, USM

Pima, case number CR20253494-001 on November 5, 2025; and (2) witness depositions in Pima County Superior Court case number CR20253494-001. The United States Marshals Service may produce Aguirre electronically via video-teleconference technology for the Arraignment and Initial Appearance, in cooperation with the Pima County Attorney's Office. The United States Marshals Service may produce Aguirre for witness depositions at the Evo A. DeConcini United States Courthouse, in cooperation with the Pima County Attorney's office. If Aguirre is temporarily removed from federal custody for purposes of the state-court appearances, he shall promptly be returned to federal custody upon completion of the state-court appearances.

Signed on this ___14th___ day of October, 2025.

_____
Clerk of the United States District Court for the District of Arizona

**LAURA CONOVER**
PIMA COUNTY ATTORNEY
Joshua Moser, SBN 025642
Chief Criminal Deputy County Attorney
joshua.moser@pcao.pima.gov
J. William Brammer, Jr, SBN 002079
Deputy County Attorney
william.brammer@pcao.pima.gov
James W. Rappaport, SBN 031699
Deputy County Attorney
james.rappaport@pcao.pima.gov
32 North Stone Avenue
Tucson, Arizona 85701
Telephone: (520) 724-5600
*Attorneys for the State of Arizona*

## ARIZONA SUPERIOR COURT

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>*Plaintiff/Petitioner*<br><br>vs.<br><br>JULIO CESAR AGUIRRE<br>DOB: 9/22/1982, INMATE #: 91349-208<br><br>*Defendant/Respondent* | CR20253494-001<br><br>**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**<br><br>HON. KIMBERLY ORTIZ<br>DIVISION 28 |

STATE OF ARIZONA   )
                   ) ss.
COUNTY OF PIMA     )

TO:  ACTING U.S. MARSHAL, AND FOR THE DIRECTOR OF THE U.S. MARSHALS SERVICE:

We command you, and each of you, to have the body of JULIO CESAR AGUIRRE by you imprisoned and/or detained, transported to the Pima County Courthouse, Tucson,

Arizona, by the U.S. Marshals Service, for attendance at an Arraignment in the above-entitled cause to be conducted on October 6th, 2025, in the Superior Court of the State of Arizona, in and for the County of Pima, and any or all proceedings in the above-entitled matter. Defendant is to be returned to federal custody, upon completion of the hearing, or unless otherwise ordered by the Court.

WITNESS my hand and seal this 11th day of September, 2025.

James W. Giacomino
CLERK OF THE SUPERIOR COURT

E. Morales
By Deputy Clerk

2