# EXHIBIT 2

INVESTIGATIVE SUPPLEMENTAL REPORT

| PIMA COUNTY ATTORNEY | CR 20253494 |
|---|---|
| CRIMINAL INVESTIGATION DIVISION | LEA CASE NR: |

OFFENSE: Murder 1st Degree           LOCATION: 32 N. Stone Ave.

**PCAO Det. G.M. Diaz #1351**

On 10/14/25, I was tasked with serving a Federal Writ (CV-25-00468-TUC-RM MAA) to the US Marshals Service located at the US District Courthouse. I received a copy of the Writ from DCA J. Rappaport and responded to the US District Courthouse at 405 W. Congress #1500.

I made contact with USM E. Manspeaker and delivered the Writ to him (10/14/25 1540 hrs.) I advised him a copy had already been emailed to the AUSA and USM Service and this was just an additional hardcopy.

This concluded my contact. NFI

| INVESTIGATOR | CASE NUMBER | DATE |
|---|---|---|
| Det. GM Diaz #1351 | CR20253494 | 10/15/25 |

1