# EXHIBIT 3

INVESTIGATIVE SUPPLEMENTAL REPORT

| PIMA COUNTY ATTORNEY | CR 20253494 |
|---|---|
| CRIMINAL INVESTIGATION DIVISION | LEA CASE NR: |
| OFFENSE: Murder 1st Degree | LOCATION: 32 N. Stone Ave. |

**PCAO Det. G.M. Diaz #1351**

On 10/20/25, I was tasked with serving an Arizona State Writ (CR20253494-001) to the US Marshals Service located at the US District Courthouse. I received a copy of the Writ from R. Gauna-Amos prepared by DCA J. Moser and signed by Hon K. Johnson. I responded to the US District Courthouse at 405 W. Congress #1500.

I made contact with USM A. Loy and delivered the Writ to him (10/20/25 0954 hrs.) I advised him a copy had already been emailed to the AUSA and USM Service and this was just an additional hardcopy.

This concluded my contact. NFI

| INVESTIGATOR | CASE NUMBER | DATE |
|---|---|---|
| Det. GM Diaz #1351 | CR20253494 | 10/20/25 |

1