# EXHIBIT 4

 **Outlook**

### RE: Writ

| | |
|---|---|
| **From** | Robinson, Joe (USMS) <Joe.Robinson@usdoj.gov> |
| **Date** | Mon 10/20/2025 9:38 AM |
| **To** | Veronica Allen <Veronica.Allen@pcao.pima.gov> |

**Good morning,**

**Yes, I did receive the certified copy of the Julio Cesar Aguirre writ.**

**Have a great work week!**



*Joseph Robinson*
*Investigative Analyst*
*United States Marshals Service*
*District of Arizona-Tucson*
*Phone (520)416-7361*
*Fax  (520)623-9789*
*JOE.ROBINSON@USDOJ.GOV*

**From:** Veronica Allen <Veronica.Allen@pcao.pima.gov>
**Sent:** Monday, October 20, 2025 9:29 AM
**To:** Robinson, Joe (USMS) <Joe.Robinson@usdoj.gov>
**Subject:** [EXTERNAL] RE: Writ

Good morning, Joe,

I just wanted to confirm that you received the certified copy of this writ, via Fedex.

Thank you,

**Veronica Allen**
Extraditions Legal Secretary
Pima County Attorney's Office

32 N. Stone Ave., 10th Floor
Tucson, AZ 85701
520-724-5691
veronica.allen@pcao.pima.gov

**From:** Robinson, Joe (USMS) <Joe.Robinson@usdoj.gov>
**Sent:** Tuesday, October 14, 2025 4:02 PM
**To:** Veronica Allen <Veronica.Allen@pcao.pima.gov>
**Subject:** RE: Writ

**Hi Veronica,**

**Thank you and have a great evening as well!**



*Joseph Robinson*
*Investigative Analyst*
*United States Marshals Service*
*District of Arizona-Tucson*
*Phone (520)416-7361*
*Fax  (520)623-9789*
*JOE.ROBINSON@USDOJ.GOV*

**From:** Veronica Allen <Veronica.Allen@pcao.pima.gov>
**Sent:** Tuesday, October 14, 2025 3:59 PM
**To:** Robinson, Joe (USMS) <Joe.Robinson@usdoj.gov>
**Subject:** [EXTERNAL] Writ

Hi Joe,

Attached, please find a writ for inmate Julio Cesar Aguirre, #91349-208.  Our hearing is scheduled for 11/05/2025.  Tomorrow morning, I will send out a certified copy to you.  Have a good evening.


Thank you,

**Veronica Allen**
Extraditions Legal Secretary
Pima County Attorney's Office

32 N. Stone Ave., 10th Floor
Tucson, AZ 85701
520-724-5691
veronica.allen@pcao.pima.gov

---

This message has been prepared and sent on resources owned by Pima County, Arizona. It is subject to the Computer Use Policy of the Pima County Attorney's Office, as well as the computer and electronic mail policies of Pima County and the Pima County Board of Supervisors.

**CAUTION:** This message and sender come from outside Pima County Attorney . If you did not expect this message, proceed with caution. Verify the sender's identity before performing any action, such as clicking on a link or opening an attachment.

---

This message has been prepared and sent on resources owned by Pima County, Arizona. It is subject to the Computer Use Policy of the Pima County Attorney's Office, as well as the computer and electronic mail policies of Pima County and the Pima County Board of Supervisors.

**CAUTION:** This message and sender come from outside Pima County Attorney . If you did not expect this message, proceed with caution. Verify the sender's identity before performing any action, such as clicking on a link or opening an attachment.