**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
J. William Brammer, Jr, SBN 002079
Deputy County Attorney
william.brammer@pcao.pima.gov
James W. Rappaport, SBN 031699
Deputy County Attorney
james.rappaport@pcao.pima.gov
32 North Stone Avenue
Tucson, Arizona 85701
Telephone: (520) 724-5600
*Attorneys for the State of Arizona*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The State of Arizona, by and through Pima County Attorney, Laura Conover, <br><br> *Plaintiff/Petitioner*, <br><br> v. <br><br> Pam Bondi, et al., <br><br> *Defendants/Respondents*. | CV-25-00468-TUC-RM (MAA) <br><br> **STATE'S STATUS REPORT TO THE COURT** |

      Plaintiff, the State of Arizona by and through Pima County Attorney, LAURA CONOVER (herein the "State"), respectfully submits the following State's Status Report to the Court. Following entry of the Court's October 2, 2025, Order, the United States transferred custody of Julio Cesar Aguirre to the State on November 4, 2025.

      On November 10, 2025, the State notified the United States Attorney it would be conducting discovery depositions on November 25, 2025, of three victims, A. Q., O. Q., and K. O. The State invited the United States Attorney to attend and "take

1  part" in the depositions. The State acknowledged it was uninformed whether
2  Aguirre's Federal Public Defender would be present, and advised the United States
3  Attorney it could attend to "that analysis and arrangement." The State provided the
4  United States Attorney an exhibit list for the depositions on November 21, 2025.

5    The State, on December 1, 2025, advised the United States Attorney by
6  electronic mail the depositions of the three victims, A. Q., O. Q., and K. O. occurred
7  as scheduled, with Aguirre's Pima County Public Defender present with him in
8  Court. The State noted neither the United States Attorney nor his Federal Public
9  Defender were present. The State also advised the next Superior Court event is
10 scheduled for December 10, 2025, after which the State offered the United States
11 Attorney should have the U. S. Marshal Service regain custody of Aguirre from the
12 Pima County Jail.

13   On December 3, 2025, the United States Attorney advised the State by
14 electronic mail it would retake custody of Aguirre after the Case Management
15 Conference had occurred, and offered to meet and confer with the State about next
16 steps, including obtaining copies of the November 25, 2025, victim depositions.
17 Those arrangements are pending.

18   The State will continue to apprise the Court of notable events as they occur,
19 unless the Court advises otherwise.

20   Respectfully submitted this 5th day of December, 2025.

LAURA CONOVER
PIMA COUNTY ATTORNEY

By  /s/ *J. William Brammer, Jr.*
  J. William Brammer, Jr.
  James W. Rappaport
  *Deputy Pima County Attorneys*

LAURA CONOVER
PIMA COUNTY ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the registered CM/ECF users. Copies sent by U.S. Mail to the following:

**Denise Ann Faulk**
**Sarah S. Letzkus**
Assistant United States Attorneys
405 West Congress Street, Suite 4800
Tucson, Arizona 85701
*Counsel for Defendants/Respondents*

*/s/ J. William Brammer, Jr.*

LAURA CONOVER
PIMA COUNTY ATTORNEY