**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
J. William Brammer, Jr, SBN 002079
Deputy County Attorney
william.brammer@pcao.pima.gov
James W. Rappaport, SBN 031699
Deputy County Attorney
james.rappaport@pcao.pima.gov
32 North Stone Avenue
Tucson, Arizona 85701
Telephone: (520) 724-5600
*Attorneys for the State of Arizona*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The State of Arizona, by and through Pima County Attorney, Laura Conover,<br><br>*Plaintiff/Petitioner*,<br><br>v.<br><br>Pam Bondi, et al.,<br><br>*Defendants/Respondents*. | CV-25-00468-TUC-RM (MAA)<br><br>**STATE'S SECOND STATUS REPORT TO THE COURT** |

Plaintiff, the State of Arizona by and through Pima County Attorney, LAURA CONOVER (herein the "State"), through her deputies J. William Brammer, Jr. and James W. Rappaport, respectfully submits the following State's Second Status Report to the Court.

Julio Cesar Aguirre was accompanied by his court-appointed counsel at his November 5, 2025, initial appearance and arraignment at which he entered pleas of not guilty on all State charges. Bond was set at One Million dollars and he remained in State custody until transferred to Federal custody the following month.

On December 15, 2025, following the November 25, 2025, victim depositions, the State returned Aguirre to the custody of the United States, where he since has been resident. If and when Aguirre's custody status is modified the State will submit an additional status report. Should the Court require additional information, the State stands ready to provide it.

Respectfully submitted this 29th day of December, 2025.

LAURA CONOVER
PIMA COUNTY ATTORNEY

By  /s/ *J. William Brammer, Jr.*
J. William Brammer, Jr.
James W. Rappaport
*Deputy Pima County Attorneys*

### CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the registered CM/ECF users. Copies sent by U.S. Mail to the following:

**Denise Ann Faulk**
**Sarah S. Letzkus**
Assistant United States Attorneys
405 West Congress Street, Suite 4800
Tucson, Arizona 85701
*Counsel for Defendants/Respondents*

/s/ *J. William Brammer, Jr.*