# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-25-00468-TUC-RM (MAA) |
| Petitioner, | **ORDER** |
| v. | |
| Pam Bondi, et al., | |
| Respondents. | |

On August 15, 2025, the State of Arizona, by and through Pima County Attorney Laura Conover, filed an Application for a Writ of Habeas Corpus Ad Prosequendum, requesting the Court order Respondents to produce Julio Cesar Aguirre for state-court criminal proceedings. (Doc. 1.) On October 1, 2025, the Court granted the Application (Doc. 32), and a writ subsequently issued (Doc. 38), requiring Respondents to produce Aguirre for a state-court arraignment and initial appearance, as well as witness depositions. Petitioner filed Status Reports on December 4 and December 29, 2025, averring that Aguirre appeared for his arraignment and initial appearance, and attended the depositions of three victims, and was then returned to federal custody. (Docs. 40, 41.)

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that within **seven (7) days**, the parties shall file a notice as to whether the above-captioned matter should remain open or whether it may be closed.

Dated this 5th day of January, 2026.

_____
Honorable Rosemary Márquez
United States District Judge