TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant United States Attorney
Arizona State Bar No. 12700
Email: denise.faulk@usdoj.gov
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
Email: sarah.letzkus@usdoj.gov
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
*Attorneys for Defendants/Respondents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, | CV-25-00468-TUC-RM (MAA) |
| Plaintiff/Petitioner, | **DEFENDANTS' NOTICE REGARDING WHETHER CASE SHOULD REMAIN OPEN** |
| v. | |
| Pam Bondi, et al., | |
| Defendants/Respondents. | |

In response to the Court's January 5, 2026, Order (Doc. 42) directing the parties to submit a notice as to whether the above-captioned matter should remain open or whether it may be closed, Defendants/Respondents set out their position below.

The Court should close this case at this time. At the September 29, 2025, evidentiary hearing, Plaintiff/Petitioner repeatedly represented that all it was asking for was for Defendants/Respondents to give Plaintiff/Petitioner access to Aguirre for an initial appearance and arraignment and depositions of three witnesses so that it could commence its prosecution of Aguirre. The Court granted the writ of habeas corpus ad prosequendum that Plaintiff/Petitioner requested and ordered Defendants/Respondents to produce Aguirre for the arraignment and initial appearance and the depositions. (Doc. 32 at 6.)

1

Defendants/Respondents did so. (*See* Doc. 41.) As such, there is no longer a non-speculative, live case or controversy, and the case should be closed.

RESPECTFULLY SUBMITTED this 12th day of January 2026.

>TIMOTHY COURCHAINE
>United States Attorney
>District of Arizona
>
>*s/Sarah S. Letzkus*
>SARAH S. LETZKUS
>DENISE ANN FAULK
>Assistant United States Attorneys
>*Attorneys for Defendants/Respondents*