# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | NO. CV-25-00468-TUC-RM (MAA) |
| Petitioner, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| Pam Bondi, et al., | |
| Respondents | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed October 1, 2025, judgment is entered in favor of Petitioner - action is closed.

Debra D. Lucas
District Court Executive/Clerk of Court

January 26, 2026

By   s/ Dora L. Valenzuela
     Deputy Clerk